UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - x
                           :

UNITED STATES OF AMERICA      :

                           :        <u>SEALED ORDER</u>

  - v. -                 :

                           :        23 Cr. 347 (___)

ALEXANDER MASHINSKY and     :
RONI COHEN-PAVON,         :

                           :

            Defendants.     :

                           :
- - - - - - - - - - - - - - - - - x

Upon the application of the United States, by the United States Attorney for the Southern District of New York, Damian Williams, by Assistant United States Attorneys Noah Solowiejczyk, Allison Nichols, and Adam Hobson;

It is found that the Indictment in the above-captioned action, 23 Cr. 347, is currently sealed and the United States Attorney's Office has applied to have that Indictment unsealed on **July 13, 2023 at 9:00 a.m.**, it is therefore

ORDERED that the Indictment, 23 Cr. 347, in the above-captioned action be unsealed on **July 13, 2023 at 9:00 a.m.**, and, upon unsealing, shall remain unsealed pending further order of the Court.

1

IT IS FURTHER ORDERED that the above-captioned Indictment be assigned to a District Court Judge upon its unsealing.


Dated:   New York, New York
         July 12, 2023

                                   _____
                                   THE HONORABLE ROBERT W. LEHRBURGER
                                   UNITED STATES MAGISTRATE JUDGE