End Time: 3:21 pm
Proceeding via: ☑ CourtFlow ☐ AT&T

DOCKET No. 23 Cr. 347                        DEFENDANT Alexander Mashinsky

AUSA Noah Solowiejczyk/Allison Nichols        DEF.'S COUNSEL Benjamin Allee
                                              ☑ RETAINED ☐ FEDERAL DEFENDERS ☐ CJA ☐ PRESENTMENT ONLY
☐ _____ INTERPRETER NEEDED
                                              ☐ DEFENDANT WAIVES PRETRIAL REPORT

☐ Rule 5  ☑ Rule 9  ☐ Rule 5(c)(3)  ☐ Detention Hrg.   DATE OF ARREST 7/13/2023      ☐ VOL. SURR.
                                                        TIME OF ARREST approx. 7 a.m. ☐ ON WRIT
☐ Other: _____                TIME OF PRESENTMENT 3:02 pm

## BAIL DISPOSITION

☐ SEE SEP. ORDER
☐ DETENTION ON CONSENT W/O PREJUDICE     ☐ DETENTION: RISK OF FLIGHT/DANGER   ☐ SEE TRANSCRIPT
☐ DETENTION HEARING SCHEDULED FOR: _____
☑ AGREED CONDITIONS OF RELEASE
☐ DEF. RELEASED ON OWN RECOGNIZANCE
☐ $40,000,000 ____ PRB  ☑ 2 ____ FRP
☑ SECURED BY $ _____ CASH/PROPERTY: NYC residence; First Republic brokerage account
☑ TRAVEL RESTRICTED TO SDNY/EDNY/ _____
☑ TEMPORARY ADDITIONAL TRAVEL UPON CONSENT OF AUSA & APPROVAL OF PRETRIAL SERVICES
☑ SURRENDER TRAVEL DOCUMENTS (& NO NEW APPLICATIONS)

☑ PRETRIAL SUPERVISION: ☐ REGULAR  ☐ STRICT  ☑ AS DIRECTED BY PRETRIAL SERVICES
☐ DRUG TESTING/TREATMT AS DIRECTED BY PTS  ☐ MENTAL HEALTH EVAL/TREATMT AS DIRECTED BY PTS
☐ DEF. TO SUBMIT TO URINALYSIS; IF POSITIVE, ADD CONDITION OF DRUG TESTING/TREATMENT

☐ HOME INCARCERATION  ☐ HOME DETENTION  ☐ CURFEW  ☐ ELECTRONIC MONITORING  ☐ GPS
☐ DEF. TO PAY ALL OF PART OF COST OF LOCATION MONITORING, AS DETERMINED BY PRETRIAL SERVICES

☐ DEF. TO CONTINUE OR SEEK EMPLOYMENT  [OR]  ☐ DEF. TO CONTINUE OR START EDUCATION PROGRAM
☐ DEF. NOT TO POSSESS FIREARM/DESTRUCTIVE DEVICE/OTHER WEAPON

☐ DEF. TO BE DETAINED UNTIL ALL CONDITIONS ARE MET
☑ DEF. TO BE RELEASED ON OWN SIGNATURE, PLUS THE FOLLOWING CONDITIONS: _____
_____; REMAINING CONDITIONS TO BE MET BY: see below

**ADDITIONAL CONDITIONS/ADDITIONAL PROCEEDINGS/COMMENTS:**

One FRP, the defendant's wife, must sign the bond by Friday, July 14, 2023. The second FRP must be secured by 7/20/23 and then sign the bond by Friday, July 21, 2023.

The defendant must file the documents within one week to perfect the Government's lien on the NYC residence and the Government's lien on the defendant's account at First Republic Bank.

Def not open any new financial, business, or personal bank accounts, lines of credit, or cryptocurrency accounts, without the approval of Pretrial Services

☑ DEF. ARRAIGNED; PLEADS NOT GUILTY           ☑ CONFERENCE BEFORE D.J. ON 11 a.m. 7/25/23
☐ DEF. WAIVES INDICTMENT
☑ SPEEDY TRIAL TIME EXCLUDED UNDER 18 U.S.C. § 3161(h)(7) UNTIL 7/25/23

For Rule 5(c)(3) Cases:
☐ IDENTITY HEARING WAIVED                     ☐ DEFENDANT TO BE REMOVED
☐ PRELIMINARY HEARING IN SDNY WAIVED          ☐ CONTROL DATE FOR REMOVAL: _____

PRELIMINARY HEARING DATE: _____    ☐ ON DEFENDANT'S CONSENT

DATE: 7/13/23                                 _____
                                              UNITED STATES MAGISTRATE JUDGE, S.D.N.Y.

WHITE (original) – COURT FILE    PINK – U.S. ATTORNEY'S OFFICE    YELLOW – U.S. MARSHAL    GREEN – PRETRIAL SERVICES AGENCY
Rev'd 2016