AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | |
|---|---|
| United States of America<br>*Plaintiff*<br>v.<br>Alexander Mashinsky, et al.<br>*Defendant* | )<br>)<br>) Case No. 1:23-cr-347 (JGK)<br>)<br>) |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant Alexander Mashinsky

Date: 07/25/2023

*Attorney's signature*

Marc L. Mukasey / MM1185
*Printed name and bar number*

Mukasey Frenchman LLP
570 Lexington Avenue Suite 3500
New York, New York 10022
*Address*

marc.mukasey@mfsllp.com
*E-mail address*

(212) 466-6400
*Telephone number*

*FAX number*