# MUKASEY
# FRENCHMAN℠

570 Lexington Avenue, Suite 3500
New York, NY 10022

Marc L. Mukasey
Partner
212-466-6406
Marc.mukasey@mfsllp.com

July 26, 2023

*[handwritten: 7/28/23 the request for the extension to August 4th is granted. Future requests to modify the bail conditions should be made to the duty magistrate judge.]*

**VIA ECF**
The Honorable Ona T. Wang
United States Magistrate Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007-1312

Re:   *United States v. Alexander Mashinsky et al.*, Case No. 1:23-cr-0347 (JGK)

Dear Judge Wang:

We are newly-retained counsel for defendant Alex Mashinsky in the above-captioned action. We filed our Notice of Appearance yesterday and appeared before Judge Koeltl on Mr. Mashinsky's behalf at yesterday's initial conference.

We now write on behalf of Mr. Mashinsky, and with the consent of the Government, to request until August 4, 2023, to complete the bail conditions set forth at Mr. Mashinsky's initial appearance before Your Honor on July 13, 2023.

We have had productive discussions with the government regarding various aspects of the bail conditions, and we are working assiduously to satisfy them as soon as possible.

Thank you for your consideration of this request.

Respectfully submitted,

 /s/ Marc L. Mukasey
Marc L. Mukasey

cc:   All counsel of record (*via ECF*)