

# MUKASEY FRENCHMAN LLP

570 Lexington Avenue, Suite 3500
New York, NY 10022

Marc L. Mukasey
Partner
212-466-6406
Marc.mukasey@mfsllp.com

August 2, 2023

**VIA ECF**
The Honorable James L. Cott
United States Magistrate Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007-1312

      Re:    *United States v. Alexander Mashinsky et al.*, Case No. 1:23-cr-0347 (JGK)

Dear Judge Cott:

We are counsel for defendant Alex Mashinsky in the above-captioned action.

On July 13, 2023, Mr. Mashinsky was arrested and made his initial appearance before Magistrate Judge Wang, who set bail conditions and ordered that they be satisfied by July 21, 2023. On July 21, 2023, Magistrate Judge Aaron granted prior counsel's request for an additional week to satisfy the conditions. On July 28, 2023, Magistrate Judge Figueredo extended that deadline until August 4, 2023.

We now write on behalf of Mr. Mashinsky, and with the consent of the Government, to request until August 14, 2023, to complete the bail conditions set forth at Mr. Mashinsky's initial appearance before Judge Wang, or to agree with the government on a proposal for alternative conditions. We are having productive discussions with the government in this regard.

Thank you for your consideration of this request.

                                      Respectfully submitted,

                                      /s/ Marc L. Mukasey
                                      Marc L. Mukasey

cc:     All counsel of record (*via ECF*)

*[Handwritten: Application granted. SO ORDERED. James L. Cott USMJ 8/2/23]*