UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

    - against -                    23-cr-347 (JGK)

ALEXANDER MASHINSKY,              ORDER

           Defendant.

---

JOHN G. KOELTL, District Judge:

    As discussed at the conference held today, any motions are due on **January 12, 2024**. The time to respond is **January 26, 2024**. The time to reply is **February 2, 2024**. The parties are directed to appear for a conference on **March 14, 2024, at 10:00 a.m.**

    The trial in this matter is scheduled for **September 17, 2024, at 9:00 a.m.** Notice of Rule 404(b) evidence is due on **May 17, 2024**. The parties should file any requests to charge, motions in limine, and voir dire requests by **June 7, 2024**. Responses and objections are due by **June 21, 2024**. The parties are directed to appear for a pre-trial conference on **July 12, 2024, at 10:00 a.m.**, and for a final pre-trial conference on **September 11, 2024, at 10:30 a.m.**

SO ORDERED.

Dated:    New York, New York
           October 3, 2023

                                               /s/ John G. Koeltl
                                             John G. Koeltl
                                       United States District Judge