UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | : | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | |
| | : | 23-cr-347 (JGK) |
| ALEXANDER MASHINSKY, | : | |
| | : | |
| Defendant. | : | |
| | : | |

**NOTICE OF CHANGE OF FIRM NAME**

To:   ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES

Pursuant to Local Rule 1.3 of the United States District Court for the Southern District of New York, please take notice of the following attorney information changes for:

Marc L. Mukasey

I am an attorney duly admitted to practice before the United States District Court for the Southern District of New York, and currently have cases pending before the Court. Please note the change of firm name and e-mail address below.

OLD FIRM NAME:         MUKASEY FRENCHMAN LLP
Old Email Address:          marc.mukasey@mfsllp.com

NEW FIRM NAME:        MUKASEY YOUNG LLP
New Email Address:        marc.mukasey@mukaseylaw.com


Dated: January 9, 2024                              /s/ Marc L. Mukasey
                                                                    Marc L. Mukasey