AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Southern District of New York

| | |
|---|---|
| UNITED STATES OF AMERICA </br> *Plaintiff* </br> v. </br> ALEXANDER MASHINSKY, RONI COHEN-PAVON, </br> *Defendant* | ) </br> ) </br> ) Case No. 23-cr-347 (JGK) </br> ) </br> ) |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant Alexander Mashinsky

Date: 01/12/2024

*Attorney's signature*

Michael F. Westfal / MW1983
*Printed name and bar number*

MUKASEY YOUNG LLP
570 Lexington Avenue, Suite 3500
New York, New York 10022

*Address*

michael.westfal@mukaseylaw.com
*E-mail address*

(212) 466-6400
*Telephone number*

*FAX number*