UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
UNITED STATES OF AMERICA,

        -against-                                                  23 cr 347 (JGK)

ALEXANDER MASHINSKY,                                      ORDER
                Defendant.
-------------------------------------------------------------X

        The Court will hold a Curcio Hearing regarding the defendant, Alexander Mashinsky, on Thursday, **February 15, 2024, at 11:30am.** The Criminal Justice Act attorney receiving cases on Thursday, February 15, 2024, is directed to be present for the hearing.

**SO ORDERED.**

                                                            /s/ John G. Koeltl
                                                       **JOHN G. KOELTL**
                                                    **UNITED STATES DISTRICT JUDGE**

Dated: New York, New York
           February 8, 2024