

570 Lexington Avenue, Suite 3500
New York, NY 10022

Marc L. Mukasey
Partner
212-466-6406
Marc.mukasey@mukaseylaw.com

February 9, 2024

**VIA ECF**
The Honorable John G. Koeltl
United States District Judge
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, New York 10007

  Re: United States v. Mashinsky, 23 Cr. 347 (JGK)

Dear Judge Koeltl:

  This letter is respectfully submitted to request that the Court reschedule the *Curcio* hearing in the captioned matter that is currently slated for February 15, 2024 at 11:30 a.m. At 2 p.m. that same day, I have a sentencing proceeding before Judge Gardephe in the matter of *United States v. Robert Wisnicki*, 22 Cr. 20 (PGG).

  I request that Your Honor reschedule the *Curcio* hearing because the hours before the 2 p.m. sentencing proceeding will require that I focus completely on the client who is about to be sentenced and complete any final preparations for that proceeding. In addition, Mr. Mashinsky, the defendant before Your Honor, should be free to take whatever time is necessary to confer with the CJA lawyer on duty in regards to the issues that necessitate the *Curcio* hearing, without the spectre of a 2 p.m. "deadline" for his lawyer.

  We have conferred with the government and they have no objection to the request for a brief adjournment. In order to keep delay to a minimum, we are available on Friday, February 16, 2024 and Tuesday, February 20, 2024 if that suits the Court. We will make every effort to be available on any other date the Court selects as well.

  There have been no prior requests for an adjournment of the *Curcio* proceeding.

           Respectfully submitted,

           /s/ Marc L. Mukasey
           Marc L. Mukasey

The Hon. John G. Koeltl
February 9, 2024
Page 2

Cc:    AUSA Adam Hobson
        AUSA Allison Nicols