UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

      - against -                              23-cr-347 (JGK)

ALEXANDER MASHINSKY,                         ORDER

               Defendant.

---

JOHN G. KOELTL, District Judge:

The trial in this matter is scheduled for **January 28, 2025,** at **9:00 a.m.**

Because a continuance is needed to assure continuity of Government counsel and the effective assistance of counsel given the complexity of this case, the Court prospectively excludes the time from today, **February 20, 2024,** until **January 28, 2025,** from Speedy Trial Act calculations. The Court finds that the ends of justice served by granting the continuance outweigh the best interest of the defendant and the public in a speedy trial. This Order is entered pursuant to 18 U.S.C. § 3161(h)(7)(A).

**SO ORDERED.**

Dated:    New York, New York
          February 20, 2024

                                      John G. Koeltl
                           United States District Judge