UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

         - against -                        23-cr-347 (JGK)

ALEXANDER MASHINSKY,                   ORDER

         Defendant.

---

JOHN G. KOELTL, District Judge:

In view of the adjournment of the trial date to **January 28, 2025, at 9:00 a.m.**, the Court makes the following changes in the pre-trial schedule.

The status conference scheduled for **March 14, 2024, at 10:00 a.m.** is adjourned to **May 17, 2024, at 2:30 p.m.** The pre-trial conference scheduled for **July 12, 2024, at 10:00 a.m.** is canceled. Notice of Rule 404(b) evidence is due on **September 13, 2024.** The parties should file any requests to charge, motions in limine, and voir dire requests by **October 11, 2024.** Responses and objections are due by **October 25, 2024.** The parties are directed to appear for a final pre-trial conference on **January 16, 2025, at 10:30 a.m.**

SO ORDERED.

Dated:     New York, New York
            February 20, 2024

                                         John G. Koeltl
                                   United States District Judge