UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

UNITED STATES OF AMERICA,

        -against-                                          23 cr 347 (JGK)

ALEXANDER MASHINSKY,
                        Defendant.
-------------------------------------------------------------X

        It is hereby ordered that Richard Palma, Esq., be appointed as counsel to the above-named defendant, for limited purposes, pursuant to United States v. Curcio, 680 F.2d 881 (1982).

**SO ORDERED.**

                                                                    **JOHN G. KOELTL**
                                                                **UNITED STATES DISTRICT JUDGE**

Dated: New York, New York
        February 20, 2024