UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |  |
|---|---|---|
| UNITED STATES | ) ) ) | **ECF CASE** |
| v. | ) ) ) | **NOTICE OF APPEARANCE AND REQUEST FOR ELECTRONIC NOTIFICATION** |
| ALEXANDER MASHINSKY, | ) ) ) ) | **23 Cr. 347 (JGK)** |

TO:   Clerk of Court
     United States District Court
     Southern District of New York

   The undersigned attorney respectfully requests the Clerk to note his appearance in this case and to add him as a Filing User to whom Notices of Electronic Filing will be transmitted.

                    Respectfully submitted,

                    DAMIAN WILLIAMS
                    United States Attorney for the
                    Southern District of New York


               by:   /s/ Peter J. Davis
                    Peter J. Davis
                    Assistant United States Attorney
                    (212) 637-2468
                    peter.davis2@usdoj.gov