UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

UNITED STATES OF AMERICA,

           -against-                                               23 cr 347 (JGK)

ALEXANDER MASHINSKY,                                 **ORDER**
                Defendant.
-------------------------------------------------------------X

The status conference scheduled for Friday, May 17, 2024, at 2:30pm is canceled.

**SO ORDERED.**

                                                              **JOHN G. KOELTL**
                                               **UNITED STATES DISTRICT JUDGE**

Dated: New York, New York
       May 9, 2024