**EXHIBITS 1 THROUGH 11
FILED UNDER SEAL PURSUANT TO AUGUST 9, 2023
PROTECTIVE ORDER (ECF NO. 22)**