UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,                 23-cr-347 (JGK)

      - against -                    ORDER

ALEXANDER MASHINSKY,

      Defendant.

---

JOHN G. KOELTL, District Judge:

    The oral argument scheduled for Wednesday, November 13, 2024 (see ECF No. 85), is **rescheduled** to **Monday, November 4, 2024**, at **12:00 p.m.** in Courtroom 14A of the United States Courthouse, 500 Pearl Street, New York, New York.

SO ORDERED.

Dated:    New York, New York
           October 24, 2024

                                      John G. Koeltl
                                    **United States District Judge**