

570 Lexington Avenue, Suite 3500
New York, NY 10022

Marc L. Mukasey
Partner
212-466-6406
Marc.mukasey@mukaseylaw.com

October 25, 2024

**VIA ECF**
The Honorable John G. Koeltl
United States District Judge
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, New York 10007

    **Re:**    **United States v. Mashinsky, 23 Cr. 347 (JGK)**

Dear Judge Koeltl:

    The parties are in receipt of your Order (ECF No. 86) setting oral argument on the defendant's Motions to Dismiss and to Preserve Testimony for November 4, 2024 at noon.

    We are very sorry to trouble the Court, but it turns out that both AUSA Hobson and I have competing obligations that day. If it is not too much of an inconvenience, the parties respectfully request that the Court hold the argument on the afternoon of November 7 or anytime on November 8, 2024. We could also be available during the week of November 11, other than the morning of November 13.

    The defendant consents to the exclusion of time under the Speedy Trial Clock until the date of the argument.

    Thank you for your consideration.

    Respectfully submitted,

    /s/ Marc L. Mukasey
    Marc L. Mukasey

    *Counsel for Alexander Mashinsky*

Cc:    All counsel of record (via ECF)