UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

UNITED STATES OF AMERICA,

          -against-                                                  23 cr 347 (JGK)

ALEXANDER MASHINSKY,                                **ORDER**
                      Defendant.
------------------------------------------------------------X

The oral argument scheduled for Friday, November 8, 2024, at 2:30pm, is **advanced to tomorrow, Thursday, November 7, 2024, at 2:30pm.**

**SO ORDERED.**

                                                            **JOHN G. KOELTL**
                                           **UNITED STATES DISTRICT JUDGE**

Dated: New York, New York
       November 6, 2024