UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ALEXANDER MASHINSKY,<br><br>Defendant. | Case No. 23 Cr. 347 (JGK) |

**DECLARATION OF MICHAEL F. WESTFAL IN OPPOSITION TO THE GOVERNMENT'S MOTIONS *IN LIMINE***

Pursuant to 28 U.S.C. § 1746, I, Michael F. Westfal, declare as follows:

1. I am an attorney admitted to practice before this Court and counsel with the law firm Mukasey Young LLP.

2. I am a counsel of record for Defendant Alexander Mashinsky in the above-captioned action.

3. I submit this declaration in opposition to the government's motions *in limine* (ECF No. 77). The exhibits cited in this declaration have been filed under seal pursuant to the Court's August 9, 2023 protective order, ECF No. 22.

4. Attached as Exhibit A is a July 22, 2021 email stamped as SDNY_R01_03564959.

5. Attached as Exhibit B is an August 3, 2021 email stamped as SDNY_R01_03564847.

6. Attached as Exhibit C is an April 12, 2022 email stamped as SDNY_R02_00462429.

7. Attached as Exhibit D is an April 15, 2022 email stamped as SDNY_R01_03565151.

8.  Attached as Exhibit E is an excerpt of a document stamped as SDNY_R01_00079433.

I hereby declare under penalty of perjury that the foregoing is true and correct.

Dated: New York, New York  
       November 8, 2024

/s/ Michael F. Westfal  
Michael F. Westfal

MUKASEY YOUNG LLP  
570 Lexington Avenue, Suite 3500  
New York, New York 10022  
Tel: (212) 466-6400  
michael.westfal@mukaseylaw.com

*Counsel for Defendant Alexander Mashinsky*