**EXHIBITS A, B, C, D, AND E**
**FILED UNDER SEAL PURSUANT TO AUGUST 9, 2023**
**PROTECTIVE ORDER (ECF NO. 22)**