UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,                         23-cr-347(JGK)

                                                  **ORDER**

            - against -

ALEXANDER MASHINSKY,

                    Defendant.

---

**JOHN G. KOELTL, District Judge:**

    The Government is directed to provide the Court with paper

courtesy copies of all papers filed in connection with the

Government's fully briefed motions in limine (ECF No. 77).

    The defendant is directed to provide the Court with paper

courtesy copies of all papers filed in connection with the

defendant's fully briefed motions in limine (ECF No. 80).

**SO ORDERED.**

Dated:    New York, New York
          November 13, 2024

                                        John G. Koeltl
                                 United States District Judge