UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,         23-cr-347(JGK)

                                  ORDER
- against -

ALEXANDER MASHINSKY,

            Defendant.

---

**JOHN G. KOELTL, District Judge:**

The defendant's request, pursuant to 28 U.S.C. § 1783, to serve a subpoena requiring Daniel Leon to appear at trial is **granted**. The person serving the subpoena shall tender to Leon $1,500, which the Court finds to be a reasonable estimate of Leon's necessary travel and attendance expenses.

SO ORDERED.

Dated:   New York, New York
         November 19, 2024

                              /s/ John G. Koeltl
                              John G. Koeltl
                              United States District Judge