

570 Lexington Avenue, Suite 3500
New York, NY 10022

Michael F. Westfal
Counsel
212-466-6404
michael.westfal@mukaseylaw.com

November ___, 2024

**VIA FEDERAL EXPRESS**

Judicial Assistance Officer
United States Department of State
Office of Legal Affairs
2201 C Street, NW
SA-17, 10th Floor
Washington, DC 20522-1710

    Re:    **Request for International Judicial Assistance (Letter Rogatory) from the Federal Republic of Germany, executed by The Honorable Judge John G. Koeltl of the United States District Court for the Southern District of New York in** *United States v. Alexander Mashinsky*, **23 Cr. 347 (JGK)**

Dear Judicial Assistance Officer:

    We represent Alexander Mashinsky, a defendant in a criminal prosecution currently pending in the United States District Court for the Southern District of New York, Case No. 23 Cr. 347 (JGK). A jury trial in this matter is currently scheduled to begin before the Honorable Judge John G. Koeltl on January 28, 2025.

    On _____, 2024, Judge Koeltl executed the enclosed Request for International Judicial Assistance (Letter Rogatory) from the Federal Republic of Germany. The Letter Rogatory seeks judicial assistance with compelling sworn deposition testimony from the following individual in Germany:



Johannes Treutler

Germany

    Judge Koeltl determined in a written opinion that Mr. Treutler may be able to provide material testimony that could "challenge central aspects of the [G]overnment's allegations" against Mr. Mashinsky. *See* ECF No. 91, November 8, 2024 Memorandum Opinion & Order, at pages 18-21 (Exhibit A to Letter Rogatory).

United States Department of State
November __, 2024
Page 2

    On behalf of Mr. Mashinsky, we respectfully request that the United States Department of State transmit the enclosed Letter Rogatory to the appropriate Central Authority or judicial authority in the Federal Republic of Germany. We have enclosed the original Letter Rogatory bearing the seal of the United States District Court for the Southern District of New York and the signature of Judge Koeltl, along with a photocopy of the English version, an original translation of the Letter Rogatory into German, and a photocopy of the German version.

    As set forth in the enclosed Letter Rogatory, we request that the executed letter rogatory be returned to Judge Koeltl's Case Manager Don Fletcher, along with a notification to our law firm, at the following addresses:

> The Honorable John G. Koeltl
> United States District Judge
> United States Courthouse for the Southern District of New York
> 500 Pearl Street, Courtroom 14A
> New York, New York 10007
> United States of America
> Don Fletcher, Case Manager
> (212) 805-0107
> donnie_fletcher@nysd.uscourts.gov
>
> Marc L. Mukasey
> Torrey K. Young
> Michael F. Westfal
> Mukasey Young LLP
> 570 Lexington Avenue, Suite 3500
> New York, New York 10022
> United States of America
> (212) 466-6404
> Marc.mukasey@mukaseylaw.com
> Torrey.young@mukaseylaw.com
> Michael.westfal@mukaseylaw.com

    We have enclosed a certified check payable to the U.S. Embassy Berlin for the consular fees for transmittal of letters rogatory pursuant to 22 C.F.R. § 22.1 (Schedule of Fees). Please let me know if any additional costs are required to transmit the enclosed Letter Rogatory to the Federal Republic of Germany so that our client may cover such costs without delay. To the extent that the Department of State has any questions concerning the enclosed Letter Rogatory, we can be reached at the phone number and email addresses listed above.

    We greatly appreciate the Department of State's willingness to assist in this matter.

    Respectfully submitted,

    /s/ Michael F. Westfal
    Marc L. Mukasey
    Torrey K. Young
    Michael Westfal

    *Counsel for Alexander Mashinsky*

Enclosures

Cc:    All counsel of record (via email):

    Allison Nichols
    Adam Hobson
    Peter Davis
    United States Attorney's Office, Southern District of New York
    26 Federal Plaza, 37th Floor
    New York, New York 10278
    United States of America
    Allison.Nichols@usdoj.gov
    Adam.Hobson@usdoj.gov
    Peter.Davis2@usdoj.gov