```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

UNITED STATES OF AMERICA,　　　　　　　　23-cr-347(JGK)

　　　　　　　　　　　　　　　　　　　　　ORDER

　　　- against -

ALEXANDER MASHINSKY,

　　　　　　Defendant.

JOHN G. KOELTL, District Judge:

　　The Court will hold a conference on **December 3, 2024** at 3:00 p.m.

SO ORDERED.

Dated:　New York, New York
　　　　November 29, 2024

　　　　　　　　　　　　　　　　　　／s/ John G. Koeltl
　　　　　　　　　　　　　　　　　　John G. Koeltl
　　　　　　　　　　　　　　　　　　United States District Judge