# KING & SPALDING

King & Spalding LLP
1185 Avenue of the Americas
34th Floor
New York, New York 10036

Tel: +1 212 556 2100
Fax: +1 212 556 2222
kslaw.com

APPLICATION GRANTED
SO ORDERED

*[signature]*

2/20/25

John G. Koeltl, U.S.D.J.

Leigh M. Nathanson
Partner
Direct Dial: +1 212 790 5359
lnathanson@kslaw.com

February 19, 2025

**VIA EMAIL (koeltlnysdchambers@nysd.uscourts.gov)**

The Honorable John G. Koeltl
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

  **Re:** *United States v. Alexander Mashinsky*, **23 CR. 347-JGK (S.D.N.Y.)**

Dear Judge Koeltl:

  We represent Kristine Meehan, the spouse of Alexander Mashinsky, defendant in the above-captioned action.

  With the consent of the government, Ms. Meehan respectfully requests a 30-day extension of the deadline to file an ancillary petition pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure and 21 U.S.C. § 853(n)(1) asserting her right, title, or interest in certain property subject to the Consent Preliminary Order of Forfeiture as to Specific Properties/Money Judgment entered by this Court on December 4, 2024 (ECF No. 109). Ms. Meehan was served with a notice of forfeiture on January 21, 2025, and her deadline to file an ancillary petition is currently February 20, 2025. Ms. Meehan has not previously sought any extensions, and we do not anticipate that the requested extension will affect any upcoming deadlines in the action.

  We thank the Court for its consideration of this request.

      Respectfully submitted,

      *[signature]*

      Leigh M. Nathanson