UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

      - against -             23-cr-347 (JGK)

ALEXANDER MASHINSKY,          ORDER

                Defendant.

---

JOHN G. KOELTL, District Judge:

    The Court recently received the attached sentencing letter. The letter is being filed under seal because it contains personal identifying information.

    To the extent the parties are able, the parties are urged to centralize the process of submitting sentencing letters to the Court so that the Court receives them once from each side.

SO ORDERED.

Dated:    New York, New York
          April 4, 2025

                                John G. Koeltl
                        United States District Judge