February 20, 2025

Honourable John G. Koeltl

Daniel Patrick Moynihan
United States Courthouse,
Courtroom 14A
500 Pearl St.
New York, NY 10007-1312

Re: Character Reference for Alex Mashinsky

Dear Judge Koeltl,

I am writing to provide a character reference for Alex Mashinsky, whom I have had the privilege of knowing for nearly 30 years. Our relationship has been both social and professional, as I previously owned an investment bank in New York City and frequently engaged with Alex in discussions about business opportunities.

Throughout the years, I have consistently known Alex to be a critical thinker with a deep passion for his ventures. His approach to business has always been thoughtful and strategic, never driven by short-term gains but rather by a commitment to building disruptive and innovative companies. He has demonstrated resilience in the face of challenges, launching multiple businesses, some of which have flourished while others did not, but always maintaining an unwavering dedication to his vision.

What has always stood out to me about Alex is his integrity and ethical approach to business. He has consistently attracted sophisticated investors and institutional backing, a testament to the strength of his ideas and his reputation for honesty and transparency. He has never been motivated by personal enrichment at the expense of others but rather by the pursuit of meaningful and transformative enterprises.

I hold Alex in the highest regard and can confidently attest to his character, professionalism, and moral compass. I hope my perspective provides insight into his integrity and dedication. Please do not hesitate to contact me if I can provide any further information.

Sincerely,

Michael Rapoport

[redacted]

[redacted]

Email: [redacted]

Ex. A-24

Phone: ▮▮▮▮▮▮▮▮

**Ex. A-24**