March 27th, 2025.

Honorable John G Koeltl
Daniel Patrick Moynihan
United States Court House,
Courtroom 14A
500 Pearl Street
New York, NY 10007-1312

Dear Judge Koeltl

    Good afternoon Judge Koeltl. I am writing to you today to inform the court of the results of my recovery in the Celsius bankruptcy and the impact that has made on my personal finances. I am one creditor in the convenience class–people whose claims totaled $5,000 or less–and although I did not represent a large dollar claim in this Chapter 11 reorganization, it is very important to explain my recovery in detail as it will also give you, your honor, a good idea of the recovery of the other 522,709 creditors in my class. All these creditors have received over 100% of the dollar amount of their respective claims if they kept their coins. This is based on today's prices.

    I knew Alex personally as I was a Celsius community ambassador. I always thought Alex Mashinsky was a man of great character with the desire to bring financial independence to people. Judge Koeltl, throughout many years watching his live AMAs, I was able to confirm that Alex was a genuine entrepreneur. If Alex will be sentenced to go to prison for many years based on damages to people, please note that I can confirm I suffered no damages and numbers show that all other creditors in the convenience class experienced the same outcome as me.

Ex. A-40

On July 13th, 2022, the day Celsius Network filed for bankruptcy, my claim was **$2,370.60**

|  |  | received BTC | received ETH | received shares |
|---|---|---|---|---|
| Claim Amount | $2,370.60 | 0.02 | 0.32 |  |
| Today's VALUE | $2,374.54 | $1,698.41 | $676.13 | $0.00 |

Based on today's prices, my recovery is worth approximately **$2,374 <u>which is over 100% of my claim</u>.**

Judge, I politely request that we consider these recoveries when your Honor decides on Alex's sentencing. I believe that Mr. Mashinsky is an important member of our society. By allowing Alex to continue to live in freedom and liberty, many other lives will be positively impacted. Let's not forget that Alex has a patent for the creation of VOIP; a technology that allows billions of people to communicate with each other in an affordable way.

For whatever mistakes Alex has made he has shown sincere remorse and has voluntarily agreed to forfeit all his assets and claims derived from Celsius and CEL tokens. He proved again that he is willing to do more for the community than all the lawyers, accountants, employees or creditors who just want to find more ways to take things away from us.

Bobby Darby
Celsius Creditor.
█████████ USA

Ex. A-40