# KING & SPALDING

King & Spalding LLP
1185 Avenue of the Americas
34th Floor
New York, New York 10036

Tel: +1 212 556 2100
Fax: +1 212 556 2222
kslaw.com

Leigh M. Nathanson
Partner
Direct Dial: +1 212 790 5359
lnathanson@kslaw.com

**APPLICATION GRANTED**
**SO ORDERED**

*/s/ John G. Koeltl*
John G. Koeltl, U.S.D.J.
4/18/25

April 17, 2025

**VIA EMAIL (koeltlnysdchambers@nysd.uscourts.gov)**

The Honorable John G. Koeltl
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re:    *United States v. Alexander Mashinsky*, 23 CR. 347-JGK (S.D.N.Y.)

Dear Judge Koeltl:

    We represent Kristine Meehan, the spouse of Alexander Mashinsky, defendant in the above-captioned action.

    With the consent of the government, Ms. Meehan respectfully requests a brief extension of the deadline to file an ancillary petition on behalf of herself and/or her children pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure and 21 U.S.C. § 853(n)(1) asserting a right, title, or interest in certain property subject to the Consent Preliminary Order of Forfeiture as to Specific Properties/Money Judgment entered by this Court on December 4, 2024 (ECF No. 109) from April 18, 2025 to May 2, 2025 to permit Ms. Meehan to continue discussions with the government regarding whether a consensual resolution may be reached. We do not anticipate that the requested extension will affect any upcoming deadlines in the action.

April 17, 2025
Page 2

We thank the Court for its consideration of this request.

Respectfully submitted,

Leigh M. Nathanson