

*U.S. Department of Justice*

*United States Attorney*
*Southern District of New York*

*Jacob K. Javits Federal Building*
*26 Federal Plaza*
*New York, New York 10278*

April 23, 2025

**BY ECF**

The Honorable John G. Koeltl
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

    Re:   *United States v. Alexander Mashinsky*, 23 Cr. 347 (JGK)

Dear Judge Koeltl:

    Please find enclosed more than 200 victim impact statements collected by the U.S. Attorney's Office in advance of the sentencing of defendant Alexander Mashinsky, scheduled for May 8, 2025. The letters have been redacted for personal identifying information and sensitive medical information. A few of the victims requested to be identified only by their initials. Unredacted letters will be provided to the Court under seal.

    Respectfully submitted,

    JAY CLAYTON
    United States Attorney

by: /s/
    Allison Nichols
    Adam S. Hobson
    Peter J. Davis
    Assistant United States Attorneys
    (212) 637-2366 / 2484 / 2468

cc: Defense Counsel (by ECF)

Enclosures