**In the Matter Of:**

*Re CELSIUS NETWORK LLC, et al.*

*CHRISTOPHER FERRARO*

*November 21, 2022*



Confidential          Christopher Ferraro - November 21, 2022

1

1

2                    UNITED STATES BANKRUPTCY COURT

3                    SOUTHERN DISTRICT OF NEW YORK

4
     In re:                          )
5                                    )  Chapter 11
                                     )
6    CELSIUS NETWORK LLC, et al.     )  Case No. 22-10964
                                     )  (MG)
7                                    )
     _____ )
8

9

10

11

12

13                        CONFIDENTIAL

14      VIDEOCONFERENCE VIDEO-RECORDED DEPOSITION OF

15               CHRISTOPHER JAMES FERRARO

16                  New York, New York

17              Monday, November 21, 2022

18

19

20

21

22

23   Reported Stenographically By:
     PATRICIA A. BIDONDE
24   Registered Professional Reporter
     Realtime Certified Reporter
25   JOB#:  2022-872581

Confidential        Christopher Ferraro - November 21, 2022

2

```
 1

 2

 3

 4                      November 21, 2022
                           9:09 a.m.
 5

 6

 7         Confidential Videoconference

 8   Video-Recorded Deposition of

 9   CHRISTOPHER JAMES FERRARO, held at

10   the offices of Kirkland & Ellis LLP,

11   601 Lexington Avenue, New York, New

12   York, before Patricia A. Bidonde,

13   Stenographer, Registered

14   Professional Reporter, Realtime

15   Certified Reporter, Certified

16   eDepoze Court Reporter, Notary

17   Public of the States of New York,

18   New Jersey, and Connecticut.

19

20

21

22

23

24

25
```

                                                                          3

1

2                         A P P E A R A N C E S

3

4     KIRKLAND & ELLIS LLP

5     Attorneys for Debtors Celsius Network LLC

6            1301 Pennsylvania Avenue, N.W.

7            Washington, D.C. 20004

8     BY:    T.J. MCCARRICK, ESQ.

9            202-389-3136

10           tj.mccarrick@kirkland.com

11

12    BY:    JOSEPH D' ANTONIO, ESQ.

13           202-389-3370

14           joseph.dantonio@kirkland.com

15           (Via Videoconference)

16

17           601 Lexington Avenue

18           New York, New York 10022

19    BY:    ELIZABETH JONES, ESQ.

20           212-390-6935

21           elizabeth.jones@kirkland.com

22

23

24

25

4

```
 1

 2          A P P E A R A N C E S  (CONTINUED)

 3

 4   KIRKLAND & ELLIS LLP

 5   Via Videoconference:

 6          300 North LaSalle

 7          Chicago, Illinois 60654

 8   BY:    GABRIELA ZAMFIR HENSLEY, ESQ.

 9          312-862-4007

10          gabriela.zamfir@kirkland.com

11   BY:    AMILA GOLIC, ESQ.

12          312-862-4488

13          amila.golic@kirkland.com

14   BY:    CHRISTOPHER S. KOENIG, ESQ.

15          312-862-2372

16          chris.koenig@kirkland.com

17   BY:    ROSS KWASTENIET, ESQ.

18          312-862-2069

19          ross.kwasteniet@kirkland.com

20   BY:    DAN LATONA, ESQ.

21          312-862-3445

22          dan.latona@kirkland.com

23

24

25
```

5

```
 1

 2          A P P E A R A N C E S  (CONTINUED)

 3   WHITE & CASE LLP

 4   Attorneys for Official Committee of Unsecured

 5   Creditors

 6          1221 Avenue of the Americas

 7          New York, New York 10020-1095

 8   BY:    KATHRYN SUTHERLAND-SMITH, ESQ.

 9          212-819-8437

10          kathryn.sutherland.smith@whitecase.com

11

12   Via Videoconference:

13          1221 Avenue of the Americas

14          New York, New York 10020-1095

15   BY:    SAMUEL P. HERSHEY, ESQ.

16          212-819-2699

17          sam.hershey@whitecase.com

18   BY:    ANDREA AMULIC, ESQ.

19          212-819-7061

20          andrea.amulic@whitecase.com

21          Southeast Financial Center

22          Miami, Florida 33131-2352

23   BY:    KEITH H. WOFFORD, ESQ.

24          212-819-7595

25          kwofford@whitecase.com
```

6

```
 1

 2         A P P E A R A N C E S  (CONTINUED)

 3

 4   U.S. DEPARTMENT OF JUSTICE

 5   Attorneys for Office of the United States

 6   Trustee

 7           950 Pennsylvania Avenue, NW

 8           Washington, D.C. 20530-0001

 9   BY:    SHARA CORNELL, ESQ.

10           shara.cornell@usdoj.gov

11   BY:    MARK BRUH, ESQ.

12           mark.bruh@usdoj.gov

13

14   NATIONAL ASSOCIATION OF ATTORNEYS GENERAL

15   Attorneys for Coordinating States

16           1850 M Street NW

17           12th floor.

18           Washington, D.C. 20036

19   BY:    KAREN CORDRY, ESQ.

20           202-326-6000

21           (Via Videoconference)

22

23

24

25
```

```
                                                                      7
 1

 2         A P P E A R A N C E S   (CONTINUED)

 3

 4   TEXAS ATTORNEY GENERAL'S OFFICE

 5   Office of the Attorney General

 6         300 West 15th Street

 7         Austin, Texas 78701

 8   Via Videoconference:

 9   BY:    ABIGAIL R. RYAN, ESQ.

10         abigail.Ryan@oag.texas.gov

11   BY:    LAYLA D. MILLIGAN, ESQ.

12         layla.Milligan@oag.texas.gov

13   BY:    ROMA N. DESAI, ESQ.

14         roma.Desai@oag.texas.gov

15

16

17

18

19

20

21

22

23

24

25
```

Confidential          Christopher Ferraro - November 21, 2022

8

1

2          A P P E A R A N C E S   (CONTINUED)

3

4   STATE OF VERMONT DEPARTMENT OF FINANCIAL

5   REGULATION

6          Consumer Services

7          89 Main Street

8          Montpelier, Vermont 05620

9   BY:    JENNIFER ROOD, ESQ.

10          (Via Videoconference)

11

12   FEDERAL TRADE COMMISSION

13          600 Pennsylvania Avenue, NW

14          Washington, D.C. 20580

15   BY:    KATHERINE M. AIZPURU, ESQ.

16          202-326-2222

17          (Via Videoconference)

18

19

20

21

22

23

24

25

Confidential        Christopher Ferraro - November 21, 2022

9

```
 1
 2        A P P E A R A N C E S   (CONTINUED)
 3
 4   MILBANK LLP
 5   Attorneys for Series B Preferred Holders
 6        1850 K Street, NW
 7        Suite 1100
 8        Washington, D.C. 20006
 9   BY:    MELANIE WESTOVER YANEZ, ESQ.
10        202-835-7560
11        mwyanez@milbank.com
12   BY:    TRUMAN WHITNEY, ESQ.
13        202-835-7553
14        twhitney@milbank.com
15
16   TOGUT, SEGAL & SEGAL LLP
17   Attorneys for Ad Hoc Group of Custodial
18   Account Holders
19        One Penn Plaza
20        Suite 3335
21        New York, New York 10119
22   BY:    JARED C. BORRIELLO, ESQ.
23        212-201-6571
24        jborriello@teamtogut.com
25        (Via Videoconference)
```

Confidential        Christopher Ferraro - November 21, 2022

10

```
 1

 2        A P P E A R A N C E S   (CONTINUED)

 3

 4   VENABLE LLP

 5   Attorneys for Igmat Tuganuv

 6         1290 Avenue of the Americas

 7         20th Floor

 8         New York, New York 10104

 9   BY:    ARIE PELED, ESQ.

10         212-503-0896

11         apeled@venable.com

12         (Via Videoconference)

13

14   WEIR GREENBLATT PIERCE LLP

15   Attorneys for Matthew Pinto

16         The Widener Building

17         1339 Chestnut Street

18         Suite 500

19         Philadelphia, Pennsylvania 19107

20   BY:    CAROLINE BOJARSKI, ESQ.

21         cbojarski@wgpllp.com

22         (Via Videoconference)

23

24

25
```

Confidential        Christopher Ferraro - November 21, 2022

11

1

2          A P P E A R A N C E S  (CONTINUED)

3

4    AKIN GUMP STRAUSS HAUER & FELD LLP

5    Via Videoconference:

6            2300 North Field Street

7            Suite 1800

8            Dallas, Texas 75201-2481

9    BY:    MICHAEL STANLEY, ESQ.

10            214-969-4752

11            mstanley@akingump.com

12

13            One Bryant Park

14            Bank of America Tower

15            New York, New York 10036-6745

16    BY:    MITCHELL P. HURLEY, ESQ.

17            212-872-1011

18            mhurley@akingump.com

19

20

21

22

23

24

25

```
                                                                  12
 1

 2          A P P E A R A N C E S   (CONTINUED)

 3

 4    MCCARTER & ENGLISH, LLP

 5    Attorneys for Certain Borrowers

 6           Worldwide Plaza

 7           825 Eighth Avenue

 8           31st Floor

 9           New York, New York 10019

10    BY:    DAVID ADLER, ESQ.

11           212-609-6847

12           dadler@mccarter.com

13           (Via Videoconference)

14

15    THE GORDON LAW FIRM LLP

16    Pro se creditor

17           57 River Street

18           Suite 206

19           Wellesley, Massachusetts 02481

20    BY:    TODD GORDON, ESQ.

21           617-261-0100

22           tgordon@gordonfirm.com

23           (Via Videoconference)

24

25
```

```
                                                              13
 1

 2        A P P E A R A N C E S   (CONTINUED)

 3

 4   PRO SE CREDITORS VIA VIDEOCONFERENCE:

 5   CAMERON CREWS

 6   KULPREET KHANUJA

 7   IMMANUEL HERRMANN

 8   NICOLE BARSTOW

 9   JARNO OBERG

10   JEREMY COHEN HOFFING

11   VICTOR UBIERNA DE LAS HERAS

12   DANIEL FRISHBERG

13

14   THOMAS DIFIORE, UCC Co-Chair

15   MICHAEL MORRIS

16   MIKE G

17

18   ALSO PRESENT:

19   CHRISTIAN BIDONDE, Legal Video Specialist

20

21   Via Videoconference:

22   AYDALINE GARCIA, Zoom Tech

23

24                      - - -

25
```

Confidential          Christopher Ferraro - November 21, 2022

14

1

2          IT IS HEREBY STIPULATED AND

3    AGREED, by and between the attorneys

4    for the respective parties, that all

5    objections, except as to the form of

6    the questions, shall be reserved to

7    the time of the trial.

8          IT IS FURTHER STIPULATED AND

9    AGREED that the within examination

10   may be signed and sworn to before

11   any Notary Public with the same

12   force and effect as if signed and

13   sworn to before the court.

14         IT IS FURTHER STIPULATED AND

15   AGREED that the filing of the

16   original transcript of the

17   examination is waived.

18

19

20

21

22

23

24

25

```
                                                      15
 1

 2                    - - -

 3          P R O C E E D I N G S

 4                    - - -

 5          THE VIDEOGRAPHER:  We are now

 6    on the record.  The time is

 7    9:09 a.m. on November 21, 2022.

 8    Audio and video recording will

 9    continue to take place until all

10    parties agree to go off the record.

11    Please note that microphones are

12    sensitive and may pick up whispering

13    and private conversations.

14          This is the video-recorded

15    deposition of Christopher Ferraro in

16    the matter of In re Celsius Network,

17    et al.  This deposition is being

18    held at Kirkland & Ellis, New York,

19    New York.

20          My name is Christian Bidonde.

21    I am the legal video specialist.  On

22    behalf of Lexitas.  The certified

23    stenographer is Patricia Bidonde on

24    behalf of Lexitas.

25          Counsel will state their
```

16

1

2  appearances for the record and all

3  those parties on Zoom, except for

4  those speaking, will be noted for

5  the record.  Then the certified

6  stenographer will swear in the

7  witness.

8       MR. HERSHEY:  Sam Hershey from

9  White & Case on behalf of the

10  official committee of unsecured

11  creditors.

12       MR. WOFFORD:  You also have

13  Keith Wofford from White & Case on

14  behalf of the official committee.

15       MR. McCARRICK:  T.J.

16  McCarrick, Kirkland & Ellis, on

17  behalf of the debtors.

18       MS. CORNELL:  You have Shara

19  Cornell on behalf of the office of

20  the United States Trustee and Mark

21  Bruh.

22       MR. CREWS:  Cameron Crews, pro

23  se creditor.

24       MR. HERRMANN:  Immanual

25  Herrmann, pro se creditor.

17

```
 1
 2              MR. ADLER:  David Adler from
 3         McCarter English on behalf of
 4         certain borrowers.  Can everyone
 5         hear me?
 6              THE VIDEOGRAPHER:  Yes.
 7              MR. ADLER:  Thank you.
 8              MS. WESTOVER YANEZ:  Melanie
 9         Westover Yanez from Milbank for
10         Series B Preferred Holders.
11              MS. SUTHERLAND-SMITH:  Kathryn
12         Sutherland-Smith of White & Case for
13         the Official Committee of Unsecured
14         Creditors.
15              MS. JONES:  Elizabeth Jones of
16         Kirkland & Ellis on behalf of the
17         debtors.
18 C H R I S T O P H E R   F E R R A R O, called
19          as a witness, having been duly sworn by
20          a Notary Public, was examined and
21          testified as follows:
22 EXAMINATION BY
23 MR. HERSHEY:
24      Q.   Okay.  Good morning, Mr. Ferraro.
25 My name is --
```

95

```
1              C. Ferraro - Confidential

2        Q.    Approx- --

3        A.    -- specs -- invested.

4        Q.    Approximately 1.8 billion of it?

5        A.    Yeah.  I -- there was uses of the

6    stablecoin, and clearly most of it got used to

7    pay for operations, for lending, for the

8    mining asset, certain -- certain losses that

9    we had to take that we took.  We had to go

10   back and buy cryptocurrencies -- right? --

11   with stablecoins.

12              So, yeah, there was many purposes

13   that stablecoins were used for.  Some were

14   operations, some were to buy back coins that

15   were actual losses, and some was mining

16   assets, lending programs, et cetera.

17       Q.    So you listed a few things that

18   the stablecoin went to.  Do you know the

19   amount of stablecoin that was dedicated to

20   each of those things?

21       A.    Well, I think it's pretty safe to

22   say that predominantly the entire mining

23   asset, so call it almost 600 million.

24   Predominantly the entire retail lending book,

25   call it another 400-and-something million.
```

96

```
1              C. Ferraro - Confidential
2     You're at a billion.
3              There was operating expenses for
4     2021 and 2022 that totaled, off of memory,
5     about a half a billion.
6              And then you had certain
7     currency -- cryptocurrencies that we had to go
8     back and buy because there was losses.  Think
9     EFH.  So that's how you get to the 1.8 to 2
10    billion.
11         Q.    Okay.  So just -- so sticking with
12    your math.  So mining, lending, and
13    operations, you said 600 for mining, 400 for
14    lending, 500 for operations.  That totals
15    1.5 billion.  Right?
16         A.    Yeah.
17         Q.    So would the loss that you just
18    described be 300 million in your estimation?
19         A.    Losses in which we had to go back
20    and purchase cryptocurrencies for the accounts
21    so we didn't have a directional position.  I
22    don't have that number off the top of my head,
23    but, yeah, it was in that range.
24         Q.    Can you explain that a little more
25    of losses for which you had to go back and --
```

```
                                                            97
 1                  C. Ferraro - Confidential
 2          A.    Well, let's say --
 3          Q.    -- purchase cryptocurrency?
 4          A.    Yeah.  Let's say, for example,
 5   EFH.  We -- we borrowed money from EFH, and I
 6   believe this dates back to 2020.  Right?  We
 7   lent money -- we borrowed money from EFH, and
 8   we posted Bitcoin and ETH as collateral.
 9                  When we went to pay down the loan
10   with EFH, they said, We don't have your
11   collateral.  So now we thought we had an asset
12   of Bitcoin -- right? -- and now we don't.  So
13   we had to use stablecoins to go out and buy
14   Bitcoin so that our risk positions would be
15   neutralized.
16          Q.    Understood.  Okay.  All right.
17   This may retread some of the ground we've just
18   gone over.  Let's turn to paragraph 26 of your
19   declaration.
20          A.    Of my declaration.  Okay.
21                  Yes, sir.  I'm there.
22          Q.    And, actually, before we get
23   there, just one quick question:  Is Celsius
24   able to trace stablecoins in its possession to
25   specific transfers made by account holders?
```

364

```
 1              C. Ferraro - Confidential
 2    this is not an activity that I'm involved in
 3    or would condone.
 4              If it's happening, I don't know
 5    about it and it will stop, sir.  Unless
 6    there's a good reason for it, it should not go
 7    on.  I do not know of any editing that's
 8    happening right now with videos.
 9              MR. McCARRICK:  Object to --
10         Q.    Excellent.  I do not either, to be
11    clear, at the moment.  I know there's been a
12    lot of it, and maybe even including as you
13    transitioned into the role, which is not
14    saying you oversaw it or knew.
15              But I think it has been going on
16    and it may still be going on.  I don't know.
17    But I'll leave it at that.  Thank you for
18    stating that you don't support that.
19              So from the time you've been CFO
20    and just during your time at Celsius, in the
21    ordinary course of business, did Celsius pass
22    on 80 percent of its gross revenue to account
23    holders in the form of rewards?
24              MR. McCARRICK:  Object --
25         Q.    There were definitely statements
```

365

```
 1              C. Ferraro - Confidential
 2    about that, so I just want to ask if that was
 3    true.
 4              MR. McCARRICK:  Okay.  Object
 5         to form.  Again, this was carved
 6         out.  We didn't respond to this
 7         written deposition question.
 8              We'll let you respond to it
 9         here if you have personal knowledge.
10         If you don't, you should say so.
11         A.    Yeah, my understanding is that
12    they targeted a payout at 80 percent, but in
13    reality, because the deployment didn't return
14    the income that was expected, it was actually
15    above 80 percent.
16         Q.    It was above 80 percent, that's
17    your understanding?
18         A.    Yeah, the pay out ratio was above
19    80 percent.  I know this through the budgeting
20    exercise that I worked on.
21              I will say this:  I grew up in an
22    industry where you don't price to things like
23    80 percent.  You look at the risk-based return
24    on risk-based capital, and you accrete value
25    based on upon making the right decisions.
```

366

```
1              C. Ferraro - Confidential

2              So I would not support, nor would

3   I go out in a new company saying 80 percent or

4   anything like that.  I would -- I would do my

5   best to earn a reasonable market-based return

6   on the capital and manage the risk.

7        Q.    All right.  Do any retail or

8   institutional borrowers who had stablecoin

9   loans from Celsius still have these cash loans

10  in their possession?

11             MR. McCARRICK:  Object to the

12        form.  Outside the scope.

13             You can answer, Mr. Ferraro.

14        A.    If I understand the question

15  correctly, outstanding loans, do customers

16  still have the fiat or the stablecoins?

17        Q.    Yeah.

18        A.    I think that's based upon their

19  spending habits and what they wanted to do

20  with the money.  I don't know what customers

21  do with the money that we give them, whether

22  it's in stables or whether it's in fiat.

23             They could have bought a car.

24  They could have paid off bills.  They could

25  have gone on a vacation.  Honestly, I don't
```