```
 1              UNITED STATES BANKRUPTCY COURT

 2               SOUTHERN DISTRICT OF NEW YORK

 3

 4   In re                          )
                                    )
 5   CELSIUS NETWORK LLC,           )
     et al.,                        )   Case No.
 6                                  )   22-10964 (MG)
                 Debtor.            )
 7                                  )

 8

 9

10
                     ** CONFIDENTIAL **
11
               _____
12

13           VIDEO RECORDED EXAMINATION OF

14                    OREN BLONSTEIN

15             _____

16                        TAKEN ON

17
                TUESDAY, NOVEMBER 22, 2022
18

19

20

21

22
     CERTIFIED STENOGRAPHER:
23     JESSIE WAACK, RDR, CRR, CCRR, NYRCR, NYACR,
       CCR-NJ (No. 30XI008238700) CSR-TX (No. 11958)
24     CCR-WA (No. 21007264), CSR-CA (No. 14420),
       REALTIME SYSTEMS ADMINISTRATOR
25   JOB NO.:  872582
```

22-10964-mg Doc 4289 Filed 01/29/25 Entered 01/29/25 14:59:22 Exhibit B Pg 4 of 468

In Re - Celsius Network LLC  
Confidential

1:23-cr-00134-CKK Document 245-2 Filed 11/22/25 Page 2 of 18

Oren Blonstein  
November 22, 2022

2

1

2              VIDEO RECORDED EXAMINATION of OREN

3     BLONSTEIN, taken before JESSICA R. WAACK,

4     Registered Professional Reporter, Registered

5     Merit Reporter, Certified Realtime Reporter,

6     Registered Diplomate Reporter, California

7     Certified Realtime Reporter, New Jersey

8     Certified Court Reporter (License No.

9     30XI008238700); Texas Certified Shorthand

10    Reporter (License No. 11958); Washington

11    State Certified Court Reporter (License No.

12    21007264); California Certified Shorthand

13    Reporter (License No. 14420); New York

14    Association Certified Reporter, New York

15    Realtime Court Reporter and Notary Public of

16    Washington, D.C. and the States of New York,

17    Pennsylvania, Delaware, Maryland and

18    Virginia, at Kirkland & Ellis, LLP, 601

19    Lexington Avenue, New York, New York, on

20    Tuesday, November 22, 2022, commencing at

21    9:51 a.m. and concluding at 7:04 p.m.

22

23

24

25

22-10964-mg Doc 3489-2 Filed 11/29/25 Entered 11/29/25 14:59:22 Exhibit B
Pg 5 of 468

In Re - Celsius Network LLC
Confidential
Oren Blonstein
November 22, 2022

3

```
 1              A P P E A R A N C E S

 2

 3   ON BEHALF OF THE DEBTORS:

 4        KIRKLAND & ELLIS LLP

 5        BY:  GRACE C. BRIER, ESQ.

 6        BY:  JOSEPH D'ANTONIO, ESQ.

 7        BY:  ELIZABETH JONES, ESQ.

 8        BY:  T.J. McCARRICK, ESQ.

 9        BY:  AMILA GOLIC, ESQ. (Remotely)

10        BY:  GABRIELA ZAMFIR HENSLEY, ESQ.

11        (Remotely)

12        BY:  JOSHUA RAPHAEL, ESQ. (Remotely)

13        BY:  DANIEL LATONA, ESQ. (Remotely)

14        BY:  ASHTON WILLIAMS, ESQ. (Remotely)

15        1301 Pennsylvania Avenue, N.W.

16        Washington, D.C.  20004

17        PHONE:  202-389-5082

18        EMAIL:  Grace.brier@kirkland.com

19

20

21

22

23

24

25
```

```
 1            A P P E A R A N C E S

 2

 3   REMOTELY ON BEHALF OF AD HOC GROUP OF CUSTODY

 4   HOLDERS:

 5        TOGUT, SEGAL & SEGAL LLP

 6        BY:  JARED C. BORRIELLO, ESQ.

 7        One Pennsylvania Plaza, Suite 3335

 8        New York, New York  10119

 9        PHONE:  212-201-6571

10        EMAIL:  Jborriello@teamtogut.com

11

12   ON BEHALF OF THE OFFICIAL COMMITTEE OF

13   UNSECURED CREDITORS:

14        WHITE & CASE LLP

15        BY:  AARON COLODNY, ESQ.

16        BY:  MICHAEL A. JAOUDE, ESQ.

17        BY:  KEITH H. WOFFORD, ESQ. (Remotely)

18        BY:  ANDREA AMULIC, ESQ. (Remotely)

19        BY:  DAVID TURETSKY, ESQ. (Remotely)

20        BY:  SAMUEL HERSHEY, ESQ. (Remotely)

21        555 South Flower Street, Suite 2700

22        Los Angeles, California  90071-2433

23        PHONE:  213-620-7706

24        EMAIL:  Acolodny@whitecase.com

25
```

22-10964-mg Doc 1789-2 Filed 11/29/22 Entered 11/29/22 14:59:22 Exhibit B
Pg 7 of 468

In Re - Celsius Network LLC
Confidential
Oren Blonstein
November 22, 2022

5

```
 1              A P P E A R A N C E S

 2

 3   REMOTELY ON BEHALF OF CELSIUS NETWORK:

 4        AKIN GUMP STRAUSS HAUER & FELD LLP

 5        BY:  MITCHELL P. HURLEY, ESQ.

 6        BY:  JESSICA MANNON, ESQ.

 7        One Bryant Park

 8        Bank of America Tower

 9        New York, New York  10036-6745

10        PHONE:  212-872-1011

11        EMAIL:  Mhurley@akingump.com

12

13   ON BEHALF OF THE OFFICE OF THE UNITED STATES

14   TRUSTEE:

15        BY:  SHARA CORNELL, ESQ.

16        BY:  MARK BRUH, ESQ. (Remotely)

17        201 Varick Street

18        New York, New York  10014

19        EMAIL:  Shara.cornell@usdoj.gov

20

21

22

23

24

25
```

```
 1            A P P E A R A N C E S
 2
 3   REMOTELY AS SPECIAL COUNSEL TO THE DEBTOR:
 4        LATHAM & WATKINS LLP
 5        BY:  JACK MITCHELL MCNEILY, ESQ.
 6        330 North Wabash Avenue, Suite 2800
 7        Chicago, Illinois  60611
 8        PHONE:  312-876-6520
 9        EMAIL:  Jack.mcneily@lw.com
10
11   ON BEHALF OF THE SERIES B PREFERRED HOLDERS:
12        MILBANK
13        BY:  MELANIE WESTOVER YANEZ, ESQ.
14        1850 K Street, NW, Suite 1100
15        Washington, DC  20006
16        PHONE:  202-835-7560
17        EMAIL:  Mwyanez@milbank.com
18
19
20
21
22
23
24
25
```

1        A P P E A R A N C E S

2

3  REMOTELY ON BEHALF OF THE TEXAS STATE

4  SECURITY BOARD AND THE TEXAS DEPARTMENT OF

5  BANKING:

6       TEXAS OFFICE OF ATTORNEY GENERAL

7       BY:  LAYLA MILLIGAN, ESQ.

8       BY:  ROMA N. DESAI, ESQ.

9       BY:  ABIGAIL RYAN, ESQ.

10      300 West 15th Street

11      Austin, Texas  78701

12      PHONE:  512-463-2100

13

14  REMOTELY ON BEHALF OF THE NATIONAL

15  ASSOCIATION OF ATTORNEY GENERALS:

16      BANKRUPTCY AND STATE DEFENSIVE

17      LITIGATION CHIEF COUNSEL

18      BY:  KAREN CORDRY, ESQ.

19      1850 M Street NW, 12th floor

20      Washington, DC  20036

21      PHONE:  202-326-6000

22

23

24

25

22-10964-mg Doc 3489-2 Filed 11/20/22 Entered 11/29/25 14:59:22 Exhibit B
In Re - Celsius Network LLC   Pg 10 of 468   Confidential
Oren Blonstein
November 22, 2022

8

```
 1            A P P E A R A N C E S

 2

 3   REMOTELY ON BEHALF OF THE FEDERAL TRADE

 4   COMMISSION:

 5        BY:  KATHERINE MARIE AIZPURU, ESQ.

 6        600 Pennsylvania Avenue NW

 7        Washington, DC   20580

 8        PHONE:  202-326-2870

 9        EMAIL:  Kaizpuru@tzlegal.com

10

11   REMOTELY ON BEHALF OF CREDITOR IGNAT TUGANOV:

12        VENABLE LLP

13        BY:  CAROL WEINER LEVY, ESQ.

14        Rockefeller Center

15        1270 Avenue of the Americas

16        New York, New York   10020

17        PHONE:  212-503-0675

18        EMAIL:  Cwlevy@Venable.com

19

20            A L S O   P R E S E N T

21

22   JOSEPH GOLDING-SCHSNER, Celsius counsel

23   KEVIN-SCOTT VAN VLIGMEN, videographer

24   CAMERON CREWS, pro se creditor

25
```

22-10964-mg Doc 3489-2 Filed 10/29/24 Entered 10/29/24 14:59:22 Exhibit B
Pg 11 of 468

In Re - Celsius Network LLC
Confidential
Oren Blonstein
November 22, 2022

9

```
 1            A L S O   P R E S E N T

 2                   (remotely)

 3

 4   JUAN TORRES, Zoom tech

 5   AYDALINE GARCIA, Zoom tech

 6   DAVID ADLER, did not provide appearance

 7   MICHAEL MORRIS, did not provide appearance

 8   CEZARY BORODZIUK, did not provide appearance

 9   DEB KOVSKY, did not provide appearance

10   BRYAN KOTLIAR, did not provide appearance

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

22-10964-mg Doc 1478-2 Filed 11/29/22 Entered 11/29/22 14:59:22 Exhibit B
Pg 12 of 468

Case 1:23-cr-00347-JGK Document 125-5 Filed 04/29/25 Page 10 of 18

In Re - Celsius Network LLC
Confidential
Oren Blonstein
November 22, 2022

10

1              A L S O   P R E S E N T

2              (pro se creditors - remotely)

3

4    JARNO ÖBERG

5    IMMANUEL HERMANN

6    VICTOR UBIERNA DE LAS HERAS

7    JEREMY COHEN HOFFIG

8    JARED BORRIELLO

9    KULPREET KHANUJA

10   DAVID SCHNEIDER

11   GREGORY A. KIESER

12   DANIEL FRISHBERG

13   CHRIS KOENIG

14

15                    --o0o--

22-10964-mg  Doc 1478  Filed 11/29/22  Entered 11/29/22 14:59:22  Exhibit B
In Re - Celsius Network LLC     Pg 13 of 468     Oren Blonstein
Confidential                     November 22, 2022

                                                                11

```
 1              INDEX TO EXAMINATION

 2         WITNESS:   OREN BLONSTEIN

 3

 4           EXAMINATION                    PAGE

 5  BY MR. COLODNY                           16

 6  BY MS. CORNELL                          186

 7  BY MS. RYAN                             227

 8  BY MS. CORDRY                           262

 9  BY MR. CREWS                            281

10  BY MR. HERMANN                          325

11  BY MR. KHANUJA                          372

12  BY MR. KIESER                           407

13

14              INDEXED PAGES

15                                          PAGE

16  OREN BLONSTEIN, sworn                    14

17  REPORTER CERTIFICATE                    425

18  INSTRUCTIONS TO WITNESS                 426

19  DECLARATION UNDER PENALTY OF PERJURY    427

20  ERRATA SHEET                            428

21

22

23

24

25
```

22-10964-mg Doc 1725-5 Filed 11/29/22 Entered 11/29/22 14:59:02 Exhibit B
In Re - Celsius Network LLC    Pg 14 of 468
Confidential
Oren Blonstein
November 22, 2022

12

```
 1              INDEX TO EXHIBITS

 2          WITNESS:  OREN BLONSTEIN

 3          Tuesday, November 22, 2022

 4   MARKED          DESCRIPTION              PAGE

 5   Exhibit 4  Notice of deposition           19

 6   Exhibit 5  Official committee of

 7              unsecured creditors' written

 8              deposition questions for the

 9              debtors                        23

10   Exhibit 6  Debtors' responses and

11              objections to official

12              committee of unsecured

13              creditors' written deposition

14              questions                      26

15   Exhibit 7  Declaration of Oren Blonstein  97

16   Exhibit 8  Exhibit A-5 to A-6 redline     138

17   Exhibit 9  Screenshot from May 8, 2022    296

18   Exhibit 10 Flow chart created by

19              Mr. Crews                      316

20   Exhibit 11 Version 8 of the terms of use  351

21

22       ** All exhibits were attached to the

23              original transcript **

24

25                   --o0o--
```

22-10964-mg    Doc 1725-5    Filed 12/22/22    Entered 12/22/22 14:59:02    Exhibit B
In Re - Celsius Network LLC                Pg 15 of 468
Confidential
Oren Blonstein
November 22, 2022

13

1                    ******

2                  PROCEEDINGS

3          November 22, 2022, 9:51 a.m.

4              New York, New York

5                    ******

6          THE VIDEOGRAPHER:  Good morning,

7    everyone.  We are now on the record.

8    My name is Kevin-Scott van Vlijmen.

9    I'm the videographer retained by

10   Lexitas.

11          This is a video deposition for

12   the United States Bankruptcy Court,

13   Southern District of New York.

14          Today's date is November 22 of

15   2022, and the video time is 9:51 a.m.

16          This deposition is being held

17   both remotely via Zoom as well as in

18   person at Kirkland & Ellis LLP, at

19   601 Lexington Avenue, New York,

20   New York, 10022, in the matter of In

21   Re: Celsius Network LLC, et al., Case

22   No. 22-10964 (MG).

23          The deponent is Oren Blonstein.

24          All counsel will be noted on the

25   stenographic record.

```
 1              Our court reporter is Jessica
 2       Waack and will now swear in the
 3       witness.
 4                        *****
 5              OREN BLONSTEIN, sworn
 6    on oath and/or affirmed, called as a
 7   witness herein, was examined and testified
 8                   as follows:
 9                        *****
10              THE VIDEOGRAPHER:  You may
11       proceed.
12              MS. BRIER:  At the outset, I'm
13       just going to designate this transcript
14       as confidential -- the entire
15       transcript as confidential.
16              ZOOM PARTICIPANT:  On Zoom, you
17       can't [inaudible] do that?
18              MS. BRIER:  You can't hear us?
19              THE STENOGRAPHER:  I think
20       someone just wasn't muted.
21              ZOOM PARTICIPANT:  You are
22       currently muted.
23              THE STENOGRAPHER:  Can we go off
24       the record?
25              THE VIDEOGRAPHER:  Yes.  All
```

302

1  A.  I see.

2  Q.  So would you acknowledge that as

3  a deficiency in that document?

4        MS. BRIER:  Objection to form.

5     Outside the scope.

6        Mr. Blonstein, just testified

7     he's never -- he wasn't involved and

8     doesn't have a foundation to testify

9     about this.

10       THE WITNESS:  Yeah, I don't -- I

11    don't have enough -- I don't have

12    enough information about it.  You

13    know...

14  BY MR. CREWS:

15  Q.  Okay.  We can move on.

16       Are you familiar with USDC, the

17  token?

18  A.  Yes.

19  Q.  And could you just explain for

20  everybody what that token is?

21  A.  It's a stable coin issued by

22  Circle.  It's pegged to the dollar.

23  Q.  Yeah.  And you mentioned earlier

24  today that it would be a challenge to do

25  network tracing on Ethereum; is that

22-10964-mg Doc 4739 Filed 04/22/25 Entered 04/22/25 14:59:02 Exhibit B
Case 1:23-cr-00347-JGK Document 225-5 Filed 11/29/24 Page 16 of 18
In Re - Celsius Network LLC
Pg 305 of 468
Confidential
Oren Blonstein
November 22, 2022

303

```
 1   correct?
 2            MS. BRIER:  Objection.  Outside
 3       the scope.
 4            You can answer.
 5            THE WITNESS:  The -- so what I
 6       was saying is that it's difficult to
 7       trace the exact coin -- the exact coin
 8       that a person -- an ERC-20 that a
 9       person deposited into our platform as
10       it moved throughout the platform in
11       terms of -- you know, we treated them
12       as fungible once they came into the
13       platform.
14   BY MR. CREWS:
15       Q.   Makes sense.
16            So in the UTXO, you're seeing the
17   flow from wallet to wallet?
18       A.   Exactly, yeah.
19       Q.   Have you taken any steps as a
20   company to make sure that customer deposits
21   are going towards earning rewards for them?
22            MS. BRIER:  Objection to form.
23       And objection to scope, but you can
24       answer.
25            THE WITNESS:  Sorry.  Just
```

22-10964-mg Doc 4739-2 Filed 11/29/24 Entered 11/29/24 14:59:02 Exhibit B
Case 1:23-cr-00347-JGK Document 125-5 Filed 04/29/25 Page 17 of 18
In Re - Celsius Network LLC
Pg 306 of 468
Confidential
Oren Blonstein
November 22, 2022

304

1  repeating...
2  So we maintain a record of coins
3  that our customers send to us on that
4  ledger, and then there's the coin
5  movements.
6  You know, and -- almost
7  regardless of what actually was going
8  on with those tokens that they sent in,
9  we were calculating based on the reward
10  rate what -- what rewards were owed to
11  them on the ledger.
12  So kind of regardless of, like,
13  where their coin was or if -- if a
14  particular coin that was sent -- that
15  was sent in was actually loaned out or
16  deployed on DeFi, that didn't really
17  matter, because how we calculated the
18  rate was -- or the rate that we set was
19  used by the software that calculated
20  the obligation to the customer on the
21  ledger.
22  BY MR. CREWS:
23  Q.  Yeah.  So a customer such as
24  myself, we could see the obligation that
25  we're owed, but in order for the reward to

22-10964-mg Doc 1725-5 Filed 11/29/22 Entered 11/29/22 14:59:22 Exhibit B
Pg 307 of 468

Case 1:23-cr-00347-JGK Document 125-5 Filed 04/29/25 Page 18 of 18

In Re - Celsius Network LLC
Confidential

Oren Blonstein
November 22, 2022

305

1  be useful, Celsius would presumably have to
2  be actually using our deposit to actually
3  earn something?
4              MS. BRIER:  Objection to form.
5       Outside the scope.
6              THE WITNESS:  No, no.  I mean,
7       it's the -- it's -- I was gonna make
8       the point -- if I understood you
9       correctly, making kind of the opposite
10      point is that it doesn't -- you know,
11      those coins could have sat there and
12      not been deployed at all and we may
13      have not generated any yield.
14             But we would have calculated --
15      you know, the -- their interest rate
16      would have been -- there -- an interest
17      rate would have been set or rewards
18      rate would have been set and the ledger
19      would be calculating what is owed to
20      you based on that rate.
21             So it was kind of -- you know, it
22      was -- the activity of the coins was
23      separate from the rewards that were
24      paid out.
25  BY MR. CREWS: