**general**

Chat Filters   ☑ Events   ☑ History   ☑ Disclaimers

| ☑ | Participant | Entity | Login | Email | | |
|---|---|---|---|---|---|---|
| ☑ | Sheree Alexander | Celsius | U03055MK2TY | sheree.alexander@celsius.network | 0 | 0 |
| ☑ | Zeljko Velickovic | Celsius | U021QE11JTT | zeljko.velickovic@celsius.network | 0 | 0 |
| ☑ | Ramona Sousanidou | Celsius | U02KN4EM3FW | ramona.sousanidou@celsius.network | 0 | 0 |

---

**Aaron Patchen** — 2019-03-01 01:22:48.013 AM
@Dax Taran @Nuke Goldstein reason for the burn?

**Aaron Patchen** — 2019-03-01 01:23:20.013 AM
I think it could be announcement worthy.

**Nuke Goldstein** — 2019-03-01 01:28:19.017 AM
If we say nothing, someone will notice and make a fuss that we're lying and stealing. We can control this instead of waiting for this to happen.

**Kristen Ryan** — 2019-03-01 01:29:40.017 AM
Reason is we had to refund unaccredited participants of our ICO

**Kristen Ryan** — 2019-03-01 01:29:52.017 AM
eh just say unqualified participants

**Nuke Goldstein** — 2019-03-01 01:31:46.017 AM
fixed

**Ashley Harrell** — 2019-03-01 01:38:49.017 AM
And unsold tokens

**Ashley Harrell** — 2019-03-01 01:42:10.017 AM
Total CEL in Supply: 695,663,643.3779 Tokens to Burn: 4,336,356.6221 Refunds to Unaccredited Contributors 1,211,633.2912 Unsold 3,124,723.3309

**Kristen Ryan** — 2019-03-01 01:48:18.017 AM
idk if we need to get that specific....

**Dax Taran** — 2019-03-01 01:48:29.017 AM
why not though

**Dax Taran** — 2019-03-01 01:48:32.017 AM
no harm in being specific

**Nuke Goldstein** — 2019-03-01 01:49:15.017 AM
that's going to open a bag of manure

**Dax Taran** — 2019-03-01 01:49:37.017 AM
maybe the refunds yeah...

**Nuke Goldstein** — 2019-03-01 01:49:58.020 AM
@Kristen Ryan I'm sure Alex has some opinions on how to phrase

**Kristen Ryan** — 2019-03-01 01:50:15.020 AM
let's hold off

**Kristen Ryan** — 2019-03-01 01:50:18.020 AM
until i'm more awake

**Kristen Ryan** — 2019-03-01 01:50:23.020 AM
and we have more opinions

**Aaron Patchen** — 2019-03-01 01:50:39.020 AM
Yeah that will be a bad idea I'd say. The public believes that the ICO was fully funded and all tokens purchased. If they find out now that there were unsold they will be upset

| | |
|---|---:|
| Kristen Ryan | 2019-03-01 01:50:48.020 AM |

yup

| | |
|---|---:|
| Aaron Patchen | 2019-03-01 01:52:12.023 AM |

We also had Zachary (or do we refer to him as he who shall not be named?) kept posting stuff all over that we actually sold more than we should have and raised more than we said we did of the 50M.

| | |
|---|---:|
| Ashley Harrell | 2019-03-01 01:55:21.023 AM |

Attachments: { "title": "voldemort", "title_link": "https://giphy.com/gifs/movie-harry-potter-hp-AdGXHApYymU80", "fallback": "giphy: https://giphy.com/gifs/movie-harry-potter-hp-AdGXHApYymU80", "image_url": "https://media3.giphy.com/media/AdGXHApYymU80/giphy-downsized.gif?cid=6104955e5c7891024e504648639647f9", "image_width": 500, "image_height": 212, "image_bytes": 501981, "id": "1", "footer": "Posted using /giphy" }

| | |
|---|---:|
| Dax Taran | 2019-03-01 01:55:42.023 AM |

if he returns I will jump off a bridge I swear to Satoshi

| | |
|---|---:|
| Nuke Goldstein | 2019-03-01 01:57:24.023 AM |

This GIF makes @Kristen Ryan dizzy

| | |
|---|---:|
| Dax Taran | 2019-03-01 01:57:53.023 AM |

Poor Kristen

| | |
|---|---:|
| Dax Taran | 2019-03-01 01:58:12.023 AM |

You know what makes me dizzy? Adults that can't fucking read. I love customer support.

| | |
|---|---:|
| Aaron Patchen | 2019-03-01 01:59:53.023 AM |

@Ashley Harrell haha, nice. I see I'm not the only Harry Potter nerd here.

| | |
|---|---:|
| Kristen Ryan | 2019-03-01 02:01:02.023 AM |

its true

| | |
|---|---:|
| Ashley Harrell | 2019-03-01 02:48:44.027 AM |

Oh hell yeah! I got to see the Harry Potter play on broadway a couple weeks ago and it was amazing!

| | |
|---|---:|
| Ashley O'Brien | 2019-03-01 01:20:00.027 PM |

Attachments: { "service_name": "Medium", "title": "Top 10 Israeli Startups to Watch in 2019 – Alex Mitchell – Medium", "title_link": "https://medium.com/@Amitch5903/top-10-israeli-startups-to-watch-in-2019-d225b7d2716", "fallback": "Medium: Top 10 Israeli Startups to Watch in 2019 – Alex Mitchell – Medium", "image_url": "https://cdn-images-1.medium.com/max/1200/1*RsWiemPtLhaRh005fiFyTw.png", "from_url": "https://medium.com/@Amitch5903/top-10-israeli-startups-to-watch-in-2019-d225b7d2716", "image_width": 299, "image_height": 250, "image_bytes": 315731, "service_icon": "https://cdn-images-1.medium.com/fit/c/304/304/1*8l-HPL0bfoIzGied-dzOvA.png", "id": "1", "text": "Top 10 Israeli Startups to Watch in 2019 Author: Alex Mitchell", "original_url": "https://medium.com/@Amitch5903/top-10-israeli-startups-to-watch-in-2019-d225b7d2716", "ts": "1551231272" }

| | |
|---|---:|
| Ashley O'Brien | 2019-03-01 01:20:17.027 PM |

Is this an unpaid shout out? #9 🎉

| | |
|---|---:|
| S. Daniel Leon | 2019-03-01 01:20:50.027 PM |

totally unpaid 🙂

| | |
|---|---:|
| S. Daniel Leon | 2019-03-01 01:21:45.027 PM |

exciting.

| | |
|---|---:|
| Kristen Ryan | 2019-03-01 01:22:50.027 PM |

I'm trapped at a Connecticut rest stop. Send help.



| | |
|---|---|
| Aaron Patchen | 2019-03-01 02:16:10.027 PM |
| How are you trapped? There's hardly any snow on the ground. | |
| Kristen Ryan | 2019-03-01 02:17:46.027 PM |
| Hehe i drive a toy car | |
| Kristen Ryan | 2019-03-01 02:17:54.027 PM |
| and it's still snowing! | |
| Aaron Patchen | 2019-03-01 02:18:01.030 PM |
| time for an upgrade haha | |
| Dax Taran | 2019-03-01 02:18:36.030 PM |
| Gotta cash in on them CEL tokens first | |
| Kristen Ryan | 2019-03-01 02:21:26.030 PM |
| @Nuke Goldstein how are lambos in the snow? | |
| Dax Taran | 2019-03-01 02:22:22.030 PM |
| Actually really great, you can crash them so fast that you don't even feel any pain! | |
| Sam | 2019-03-01 02:53:33.040 PM |
| Hi guys—I'm working with Ehud and Petar at 10 on our updated model for liquidations for loans so please see below: My update: The $4.5 mm loan (thanks Aliza for your awesome work) is very close to closing. It is 50% LTV backed by 50% ADA, 30% BTC, 10% ETH, and 10% BCH. We are hoping it closes next week. The $10mm dash deal is progressing nicely as well. We have found a few partners who can do the masternode staking for us and we have a call (Alex and Nuke and Samantha) on Monday to go through logistics of the trade. The next version of the app flow is also moving along—this will include payment automation in app and margin calls. No specific asks, I will reach out if I need. Thx and happy Friday | |
| Kristen Ryan | 2019-03-01 02:54:46.040 PM |
| Can you give us more info on the mixed collateral loan? I always thought this was not an option | |
| Sam | 2019-03-01 02:55:10.040 PM |
| It's a special case—it's a big loan | |
| Liz Rabban | 2019-03-01 03:57:30.040 PM |
| how much Dash incoming | |
| Sam | 2019-03-01 03:59:10.043 PM |
| we are in negotiations, but it is moving along. They first threw out $20mm in dash collateral and a $10mm loan. The Dash will be staked on a masternode that earns ~8%. It's not like deployment for BTC or ETH. We have partners who can stake it for us an earn the stake reward | |
| Dax Taran | 2019-03-01 03:59:59.043 PM |
| We can stake it ourselves right? Or does spinning up masternodes require physical hardware? I guess it does.. hmm | |
| Sam | 2019-03-01 04:02:31.043 PM |
| Yeah. We have guys that will spin them on our behalf | |
| Liz Rabban | 2019-03-01 04:22:40.047 PM |
| we have a couple of good staking partners it is a nice idea | |
| Aaron Patchen | 2019-03-01 04:40:27.047 PM |

Dax just linked me to this We should make an announcement on this. It's great to have this. This has by far been the number 1 question on Telegram. Don't know if I'm making this bigger than it is but I think it's big news. Can we get a mass email about this or something?

| Ashley Harrell | 2019-03-01 04:40:46.047 PM |
|---|---|

@Kristen Ryan is coordinating this effort

| Aaron Patchen | 2019-03-01 04:40:58.047 PM |
|---|---|

good deal

| Aaron Patchen | 2019-03-01 04:41:08.047 PM |
|---|---|

let me know if I can help with anything.

| Kristen Ryan | 2019-03-01 04:47:21.047 PM |
|---|---|

thanks - you can link to it in TG. i'm doing a softlaunch because i dont want to deal with a shitstorm this weekend

| Kristen Ryan | 2019-03-01 04:47:25.047 PM |
|---|---|

email to go out next week

| Dax Taran | 2019-03-01 04:50:26.050 PM |
|---|---|

yeah let's not post it yet

| Dax Taran | 2019-03-01 04:50:48.050 PM |
|---|---|

I have shared it privately with a few long term supporters on Telegram and they've given good feedback

| Ashley Harrell | 2019-03-01 04:52:15.050 PM |
|---|---|

kristen as we spoke about it yesterday, can we send one email out to our general community and a diff one to the ICO participants? it would be awesome btw to have a date for this town hall, maybe mid-March? that we could include in the email so we can invite people to share their thoughts

| Kristen Ryan | 2019-03-01 04:52:29.050 PM |
|---|---|

yes and yes

| Kristen Ryan | 2019-03-01 04:52:32.050 PM |
|---|---|

beware the ides of march

| Ashley Harrell | 2019-03-01 04:52:52.050 PM |
|---|---|

oh yeah.... perfect

| Kristen Ryan | 2019-03-01 04:53:03.050 PM |
|---|---|

(not really bc i'm not doing this on a fri night lol)

| Nuke Goldstein | 2019-03-01 04:53:05.050 PM |
|---|---|

it's 230 or so Dash masternodes. So, we need help. We'll be ready next week. Keep in mind it will be 3 weeks or so until we can start earning. ADA - staking is not live yet. could be in late March or April. we're talking with our partners to check staking. I'm sure markets will offer good rates too once it starts.

| Ashley Harrell | 2019-03-01 04:53:16.050 PM |
|---|---|

oh hell naw

| Kristen Ryan | 2019-03-01 04:54:24.050 PM |
|---|---|

actually need hong kong dates from @Liz Rabban to decide when

| Liz Rabban | 2019-03-01 04:56:50.053 PM |
|---|---|

see email lol

| Kristen Ryan | 2019-03-01 04:58:41.053 PM |
|---|---|

ok team - giving driving another try. will be back in a bit

| Ashley Harrell | 2019-03-01 04:58:53.053 PM |
|---|---|

drive safe!

| Dax Taran | 2019-03-01 06:09:25.053 PM |
|---|---|

@Kristen Ryan @Nuke Goldstein The CelPay cashback incentive system... Will that work when sending CEL to existing users as well, or only new ones?

| Nuke Goldstein | 2019-03-01 06:12:41.053 PM |
|---|---|

that's token utility not marketing. so anyone.

| Dax Taran | 2019-03-01 06:13:00.053 PM |
|---|---|

any system in place to stop people from CelPaying each other back and forth?

FOIA CONFIDENTIAL TREATMENT REQUESTED BY CELSIUS    CELSIUSNETWORK_00065325

| | |
|---|---|
| Nuke Goldstein | 2019-03-01 06:13:22.057 PM |

many details to discuss

| | |
|---|---|
| S. Daniel Leon | 2019-03-01 06:14:05.057 PM |

@dax devil is in the details here and we will come up w a plan to stop ppl from gamifing

| | |
|---|---|
| Dax Taran | 2019-03-01 06:14:46.057 PM |

Okay great, maybe cooldown timer on cashback to the same person

| | |
|---|---|
| Ashley Harrell | 2019-03-01 07:53:43.057 PM |

heads up i need to run away from my computer a little early today but i'm available on my phone/slack if anyone has urgent requests/needs/lifequestions

| | |
|---|---|
| Kristen Ryan | 2019-03-01 07:54:39.057 PM |

Yeah this is the biggest one we need to focus on setting parameters for

| | |
|---|---|
| Nuke Goldstein | 2019-03-01 08:00:05.057 PM |

all of these need some TLC. Let's begin Monday to finesse?

| | |
|---|---|
| Dax Taran | 2019-03-01 08:30:27.057 PM |

yeah that's fine

| | |
|---|---|
| Liz Rabban | 2019-03-01 09:04:08.060 PM |

