you give this a go ahead then we really need to talk sometime today. Deal itself is a good one.  We need to close it with or without SPV.  But I think it is more beneficial for us if we do it with
[7/31/20, 10:51:39 AM] Daniel  Leon: How is 12noon for you?
[7/31/20, 10:53:59 AM] Harumi Urata-Thompson: I have a call but internal. Will see if I can push. Let's just say we will talk for 10min at noon then

[7/31/20, 1:20:43 PM] Harumi Urata-Thompson: so let's chat about this next week
[8/3/20, 9:00:44 AM] Daniel  Leon: Finishing lunch.
[8/3/20, 9:00:48 AM] Daniel  Leon: 5mins pla
[8/3/20, 9:00:49 AM] Daniel  Leon: Sorry
[8/4/20, 4:35:52 PM] Daniel  Leon: Missed voice call
[8/4/20, 4:36:14 PM] Harumi Urata-Thompson: woops
[8/5/20, 6:44:18 AM] Harumi Urata-Thompson: If someone says that a company is losing more than half a million/month, just raisin money and take 200k /week to buy its own shares (or tokens) 14% of which comes back right into the CEO's pocket (28k) it doesn't sound very good right?
[8/5/20, 6:47:53 AM] Daniel  Leon: right
[8/5/20, 6:47:53 AM] Daniel  Leon: what is this about?
[8/5/20, 6:47:54 AM] Daniel  Leon: we need to align the tokens we give founders with profitability of sort. Or anything to align our incentives with the community.
[8/5/20, 6:51:52 AM] Harumi Urata-Thompson: I was looking up some stats ahead of today's A&O's meeting. Ale called me last night trying to convince me to go the other way and we had loud discussion. And I am sure I didn't have all the facts right. So I decided to look up some data
[8/5/20, 6:53:29 AM] Daniel  Leon: What does he want?  He called Roni too...
[8/5/20, 6:53:31 AM] Harumi Urata-Thompson: This is about us using our money to do purchase of CELs every week and paying rewards to everyone including key personnel every week
[8/5/20, 6:54:03 AM] Daniel  Leon: Gotcha
[8/5/20, 6:54:45 AM] Harumi Urata-Thompson: He wants to continue getting paid. I understand that as a person. But as company I think we are lucky coindesk didn't get hold of this piece and write about it.
[8/5/20, 6:56:17 AM] Harumi Urata-Thompson: I do feel terrible about this
[8/5/20, 6:57:55 AM] Daniel  Leon: So we will find a solution that make you feel good b

CONFIDENTIAL TREATMENT REQUESTED

HUT-000710

```
[8/5/20, 6:59:11 AM] Harumi Urata-Thompson: I am happy to continue
accruing and you can all get paid when we are profitable
[8/5/20, 6:59:51 AM] Harumi Urata-Thompson: Of course that would
accumulate millions of millions dollars of payment so we need to work out
some kind of installment
[8/5/20, 6:59:53 AM] Daniel  Leon: I am game.
[8/5/20, 7:00:59 AM] Harumi Urata-Thompson: Great.
[8/5/20, 7:03:25 AM] Harumi Urata-Thompson: But Alex will try to shift
the conversation topic by imposing that we need to have separate bank
account as right now what's customer money and what's our money is a bit
blur. But as long as we are losing money at the pace we are losing it I
am not sure if we should say cels or equity money are ours especially
when we always have to able to have enough money to pay back all
liabilities and not like we can just declare bankruptcy
[8/5/20, 8:01:50 AM] Daniel  Leon: meeting moved.
[8/5/20, 8:17:08 AM] Harumi Urata-Thompson: Thank you.
[8/11/20, 9:02:29 AM] Daniel  Leon: Few mins. Sorry.
[8/11/20, 9:02:33 AM] Daniel  Leon: Seeing an office
[8/11/20, 9:02:39 AM] Daniel  Leon: Agent was late.
[8/11/20, 9:02:40 AM] Harumi Urata-Thompson: not a problem.  I know you
are running around
[8/11/20, 11:07:34 AM] Harumi Urata-Thompson: I don't believe this.  Asaf
pulled no show to interview.  Will see how I can make up for this
[8/11/20, 11:08:06 AM] Daniel  Leon: come on... do you really not believe
this...
[8/11/20, 11:08:07 AM] Daniel  Leon: when was it?
[8/11/20, 11:08:12 AM] Daniel  Leon: (is he not on vacation)?
[8/11/20, 11:08:28 AM] Harumi Urata-Thompson: right now and we spoke
before he left and even confirmed time.  This is too embarassing
[8/11/20, 11:08:39 AM] Harumi Urata-Thompson: I mean, I believe it but I
even confirmed.  And stil do this.
[8/11/20, 11:09:31 AM] Harumi Urata-Thompson: I gave him 2+ weeks
vacation with the understanding that he will pick up all my calls and
Connor calls and take this interview
[8/11/20, 11:09:53 AM] Daniel  Leon: ok, checking w him myself, is that
ok?
[8/11/20, 11:10:14 AM] Harumi Urata-Thompson: of course
[8/11/20, 11:10:21 AM] Harumi Urata-Thompson: I just tried to call and
sent him text message
[8/11/20, 11:10:48 AM] Harumi Urata-Thompson: I also scheduled Nuke this
afternoon so in the worst case scenario, I will consider Asaf forfeiting
the rights to interview
[8/11/20, 11:11:19 AM] Harumi Urata-Thompson: another 5 min and I will
tel Sid to get off the call.
[8/11/20, 2:56:14 PM] Harumi Urata-Thompson: I informed Darren that we
will be hiring a controller and although I think he wanted to say a few
things about it, I know by now what he can and cannot do so had a very
logical conversation.  I already wrote a JD for it.  As courtesy, I asked
Darren to look at it overnight.  Will get it to you sometime tomorrow.
[8/11/20, 2:56:57 PM] Harumi Urata-Thompson: What did you think of Sid?
Nuke is interviewing right now.  I am completely skipping over Asaf.
```

CONFIDENTIAL TREATMENT REQUESTED

HUT-000711