| Chat Filters | Events | History | Disclaimers | | | |
|---|---|---|---|---|---|---|
| **Participant** | | **Entity** | | **Login** | **Email** | |
| Harumi Urata-Thompson<harumi@celsius.network> | | Celsius | | UTNCMP49G | harumi@celsius.network | 12 0 |
| Johannes Treutler<johannes.treutler@celsius.network> | | Celsius | | UP9BC1BR6 | johannes.treutler@celsius.network | 10 1 |

FOIA CONFIDENTIAL TREATMENT REQUESTED BY CELSIUS                                                         CELSIUSNETWORK_00209130

Yes! Alpha Sigma seems to be interested to purchase some CEL for the long run =) I loved the discussions about CEL with their research team. Pretty smart guys.



FOIA CONFIDENTIAL TREATMENT REQUESTED BY CELSIUS         CELSIUSNETWORK_00209131

Harumi Urata-Thompson
2020-06-19 07:29:53.003 PM



Johannes Treutler
2020-06-19 07:32:25.003 PM

They are US based, and hopefully >$5,000,000 Right? 😅🙈🙈🙈🙈🙈🙈🙈🙈

Harumi Urata-Thompson
2020-06-19 07:39:11.003 PM

yes!!!!!!! please!!!!!!

Harumi Urata-Thompson
2020-06-19 07:40:04.003 PM

Total CEL Deposits - the number you gave to Patrick, is this how much came in this week or the total number of CELs we have from all depositors

Johannes Treutler
2020-06-19 07:46:56.007 PM

just on the example of calendar week 23: in 9,589,412 CEL out 5,963,346 CEL total 391,535,966 CEL But as the board decided to label the AMV tokens not as customer deposits anymore I need to adjust this data .. I started to re work the whole CEL data base from scratch (100% blockchain based) a few days ago and am about to finish

Johannes Treutler
2020-06-19 07:48:10.007 PM

Today (after the re work) we should have roundabout 268 million CEL as customer deposits (note: this also includes managements tokens)

Harumi Urata-Thompson
2020-06-19 07:55:58.007 PM

good stuff. thank you we are going over some stuff right now. thank you!

Johannes Treutler
2020-06-19 08:55:07.017 PM

The issue with the assumptions on the data I send Patrick and you is that we unintended manipulated some stats. For example: Every Monday we be distribute interest to our customers. So in theory the CEL tokens we distribute to them are added to the retail deposits. But in reality they are still in a Liquid wallet and will be send to the deposits wallet 1-2 days later or in this case 4 months later all in one run. So it depends on how we want to read the data. Do we want to correct this human mistake to have a better model or do we use the pure blockchain based model and only care for on chain transfers.

Johannes Treutler
2020-06-19 09:35:14.017 PM

FYI: Alex just announced on his AMA that we will now start to buy 100% of the interest on exchanges every week. I just read it all over the place in social media and people love it and started buying as far as I see .. But I did not yet listen to the original part of the AMA by myself

Johannes Treutler
2020-06-19 09:36:16.017 PM

Just for you as info to be aware of, but imo this should not change our plan, that you decide it week by week.

Harumi Urata-Thompson
2020-06-19 09:47:52.017 PM

someone else pinged me about something else that troubles me

Harumi Urata-Thompson

did he announce someone's raise?

2020-06-19 09:48:01.017 PM

Harumi Urata-Thompson

2020-06-19 09:48:12.017 PM

this AMA has a problem written all over the place

Harumi Urata-Thompson

2020-06-19 09:48:53.020 PM

also purchase of BTC via ACH payment...I knew that he was working on some solutions to allow people buy it more different ways but I ddin't know that he was coming out

Harumi Urata-Thompson

2020-06-19 09:49:25.020 PM

thank you for informing me this. I think I have to, sometime over the weekend, with a glass of some kind of upper medicine, have to watch the whole AMA

Johannes Treutler

2020-06-19 09:49:59.020 PM

You mean if he announced the participation in the raise of a partner?

Harumi Urata-Thompson

2020-06-19 09:50:10.020 PM

no, a raise of someone's salary

Johannes Treutler

2020-06-19 09:50:33.020 PM

Oh yeah I read it in chats .. tom .. so now what I read makes sense

Johannes Treutler

2020-06-19 09:51:14.023 PM

I can give you a high level wrap Up of the AMA if you need it .. But it would take some time to create it.

Harumi Urata-Thompson

2020-06-19 09:51:45.023 PM

Alex does this from time to time and I advocated for a communication policy for a while now

Harumi Urata-Thompson

2020-06-19 09:53:22.027 PM

I think when the CMO arrives, I will go talk to him/her about it. I can set policies around many many things (we are a finance company at the end of day so many things we need to think about is around money...I can do that without trying. Just need my time to do it of course) but communication is one thing that needs to come from (at the moment) Daniel and he was so hesitant. I said make it a policy by the Board. But he never raised it. And now this. I know each of what he raised today is not the biggest thing but he doesn't this kind of thing time and time again

FOIA CONFIDENTIAL TREATMENT REQUESTED BY CELSIUS                                                                                      CELSIUSNETWORK_00209133