**D011P5HJ1FA**

Chat Filters    ☑ Events    ☑ History    ☑ Disclaimers

| ☑ | Participant | Entity | Login | Email | 💬 | 📎 |
|---|---|---|---|---|---|---|
| ☑ | Johannes Treutler | Celsius | UP9BC1BR6 | johannes.treutler@celsius.network | 32 | 0 |
| ☑ | Connor Nolan | Celsius | U010ZEZPF52 | connor.nolan@celsius.network | 26 | 0 |

---

**Connor Nolan** — 2020-07-13 12:29:09.000 AM
Yes I can

**Connor Nolan** — 2020-07-13 12:29:14.000 AM
Sorry for late response

**Johannes Treutler** — 2020-07-13 12:29:33.003 AM
great

**Connor Nolan** — 2020-07-13 12:29:36.003 AM
What do you suggest? And what was reason for the halt?

**Johannes Treutler** — 2020-07-13 12:30:14.003 AM
I saw management deposit CEL into Liquid before we all signed the trade policy

**Johannes Treutler** — 2020-07-13 12:30:29.003 AM
so there was a risk of accidentally cross with them !!

**Johannes Treutler** — 2020-07-13 12:31:47.003 AM
So we need how 260,565 from here right?

**Connor Nolan** — 2020-07-13 12:32:55.003 AM
253,065 I believe

**Johannes Treutler** — 2020-07-13 12:36:06.007 AM
ok here is my idea: let us buy 53,065 today and add the other 200,000 to the purchases of next week

**Johannes Treutler** — 2020-07-13 12:36:42.007 AM
for today I suggest:

**Johannes Treutler** — 2020-07-13 12:37:29.007 AM
53,065 @ 0.0000425

**Johannes Treutler** — 2020-07-13 12:37:55.007 AM
for tomorrow -> let's wait how the night is going and how many selling pressure we will experience tomorrow

**Connor Nolan** — 2020-07-13 12:38:14.007 AM
I think that makes sense as well... could be a dip tomorrow with the news

**Connor Nolan** — 2020-07-13 12:38:33.007 AM
will do that order now

**Johannes Treutler** — 2020-07-13 12:38:49.010 AM
Yes and if the dip occurs the extra 200,000 can be very useful

**Connor Nolan** — 2020-07-13 12:40:02.010 AM
orders done and almost filled

**Johannes Treutler** — 2020-07-13 12:40:07.010 AM
I could also imagine we spend most of the weeks estimated buy on the day of the bad news .. look, if people want to know if Celsius is doing well they look at CEL and not at anything else .. so if CEL does well we support the general company xD

**Connor Nolan** — 2020-07-13 12:41:01.010 AM
got it

| | |
|---|---|
| Connor Nolan | 2020-07-13 12:41:08.010 AM |
| all but 1k filled | |
| Connor Nolan | 2020-07-13 12:41:13.010 AM |
| need anything else tonight? | |
| Johannes Treutler | 2020-07-13 12:41:52.013 AM |
| no that's it | |
| Johannes Treutler | 2020-07-13 12:42:01.013 AM |
| thank you for your time | |
| Connor Nolan | 2020-07-13 12:42:16.013 AM |
| alright, have a good night... pray the news isnt as bad as we anticipate | |
| Johannes Treutler | 2020-07-13 12:42:38.013 AM |
| we shall see .. we have a strong community | |
| Connor Nolan | 2020-07-13 12:42:52.013 AM |
| yes we do | |
| Johannes Treutler | 2020-07-13 11:17:33.003 AM |
| Conner please start funding the Liquid account as early as possible for the whole amount we need to buy the next days (200k CEL from last week and estimated 500k CEL from this week) please use a reference price of 0.000045 BTC -> We need up to 32 BTC the next days | |
| Johannes Treutler | 2020-07-13 11:17:58.003 AM |
| I am currently chatting with Harumi and Daniel about a stronger buyback today as we need to take care for CEL | |
| Johannes Treutler | 2020-07-13 11:46:36.003 AM |
| @Connor Nolan please ping me when awake | |
| Connor Nolan | 2020-07-13 12:51:05.000 PM |
| im here | |
| Connor Nolan | 2020-07-13 12:51:24.000 PM |
| will send BTCs shortly | |
| Johannes Treutler | 2020-07-13 12:52:40.000 PM |
| Thanks | |
| Johannes Treutler | 2020-07-13 12:53:09.000 PM |
| How much BTC do we already have on Liquid? | |
| Connor Nolan | 2020-07-13 12:55:36.003 PM |
| 38 total 8 available... the .00004 resting order was filled | |
| Johannes Treutler | 2020-07-13 01:05:48.003 PM |
| Yes people panic sold down to 0.000036 that's why Daniel talked to me and we decided to use the power of weekly purchase even more .. and Harumi approved it | |
| Johannes Treutler | 2020-07-13 01:05:57.003 PM |
| We need to show a lot of strength today | |
| Johannes Treutler | 2020-07-13 01:07:01.003 PM |
| Please put all free BTC into an order at 0.00004 | |
| Johannes Treutler | 2020-07-13 01:07:34.007 PM |
| This will show some strength and hopefully be already a good sign. | |
| Connor Nolan | 2020-07-13 01:09:33.007 PM |
| 200k at .00004 | |
| Johannes Treutler | 2020-07-13 01:15:22.007 PM |
| Thank you | |
| Johannes Treutler | 2020-07-13 02:05:51.007 PM |
| how flexible are you today? I am looking to be very reactive to markets if markets need some support to stay neutral | |

| Connor Nolan | 2020-07-13 02:20:06.007 PM |
|---|---|

im here all day

| Connor Nolan | 2020-07-13 02:20:17.007 PM |
|---|---|

just ping me I will try to be here as much as possible

| Johannes Treutler | 2020-07-13 02:33:30.007 PM |
|---|---|

awesome thank you

| Johannes Treutler | 2020-07-13 06:10:55.010 PM |
|---|---|

Are you able to login right now?

| Johannes Treutler | 2020-07-13 06:11:06.010 PM |
|---|---|

And are we already funded?

| Connor Nolan | 2020-07-13 06:11:07.010 PM |
|---|---|

yes

| Connor Nolan | 2020-07-13 06:11:22.010 PM |
|---|---|

yes on both

| Connor Nolan | 2020-07-13 06:11:43.010 PM |
|---|---|

1800 filled on resting

| Johannes Treutler | 2020-07-13 06:12:19.010 PM |
|---|---|

I propose: 25,000 @ 0.000044 25,000 @ 0.000042 50,000 @ 0.000041 What do you think?

| Connor Nolan | 2020-07-13 06:15:02.013 PM |
|---|---|

Do you think we should instead be keeping our Ammo for when the story actually breaks

| Johannes Treutler | 2020-07-13 06:16:59.013 PM |
|---|---|

Hmmm 😅 actually I was trying to defend the 0.00004 to get other traders to also add orders above 0.00004 .. but yeah maybe it's too much

| Connor Nolan | 2020-07-13 06:17:17.013 PM |
|---|---|

we can do 50k now

| Johannes Treutler | 2020-07-13 06:18:12.017 PM |
|---|---|

Ok let's do just 20,000 market this will clear the price until 0.000044 and give us a bit more space

| Connor Nolan | 2020-07-13 06:18:29.017 PM |
|---|---|

agreed

| Connor Nolan | 2020-07-13 06:18:58.017 PM |
|---|---|

done

| Connor Nolan | 2020-07-13 06:19:24.017 PM |
|---|---|

some candle there haha

| Johannes Treutler | 2020-07-13 10:43:42.017 PM |
|---|---|

markets look stable .. nothing to do right now imo .. do you agree?

| Johannes Treutler | 2020-07-13 10:44:23.017 PM |
|---|---|

Should we leave the order at 0.00004 the way it is? I would say yes but let's see how you think about it

FOIA CONFIDENTIAL TREATMENT REQUESTED BY CELSIUS                                                    CELSIUSNETWORK_00064942