**Chat Filters**            **Events**            **History**            **Disclaimers**

| Participant | Entity | Login | Email | | |
|---|---|---|---|---|---|
| Harumi Urata-Thompson<harumi@celsius.network> | Celsius | UTNCMP49G | harumi@celsius.network | 27 | 1 |
| Johannes Treutler<johannes.treutler@celsius.network> | Celsius | UP9BC1BR6 | johannes.treutler@celsius.network | 21 | 0 |

**Harumi Urata-Thompson**

2020-07-14 12:27:25.050 AM

So I guess when we refer to treasury I guess we have 3 different kinds now? 175, 117 and 50. 175 is definitely in circulation and 50 is not. 117 should be...circulation because there is no real condition to be In circulation than "when company is in distress" or something like that which can mean anything right?

**Johannes Treutler**

2020-07-14 12:34:34.053 AM

• The 175,500,000 CEL Treasury are now only 149,500,000 after we used some from Treasury - and it's the normal Treasury to operate with • The 50,000,000 CEL are locked and will unlock $1.5 & $3 • The 117,000,000 CEL are locked and will be unlocked after a board meeting declares emergency

**Johannes Treutler**

2020-07-14 12:35:14.057 AM

So based on that I would only consider the 149,500,000 to be called circulation

**Harumi Urata-Thompson**

2020-07-14 12:44:39.057 AM

**GET CEL TOKEN**

Total Token Supply

**695,658,161**

Last Updated: June 22 2020

Circulating Supply

**528,658,161**

76% of Total Supply

Total Locked Supply

**167,000,000**

24% of Total Supply

FOIA CONFIDENTIAL TREATMENT REQUESTED BY CELSIUS                                        CELSIUSNETWORK_00209151

**Harumi Urata-Thompson**  2020-07-14 12:44:43.057 AM

So this photo...

**Harumi Urata-Thompson**  2020-07-14 12:44:49.057 AM

I am a bit confused

**Harumi Urata-Thompson**  2020-07-14 12:45:00.057 AM

I know that the treasury was always counted as circulation

**Harumi Urata-Thompson**  2020-07-14 12:45:03.057 AM

and 117 was not

**Harumi Urata-Thompson**  2020-07-14 12:45:10.057 AM

I am trying to add up the nubers

**Johannes Treutler**  2020-07-14 12:45:32.057 AM

50 locked + 117 locked = 167 locked

**Harumi Urata-Thompson**  2020-07-14 12:45:45.057 AM

partners and advisors are not locked

**Johannes Treutler**  2020-07-14 12:46:13.057 AM

no partners and advisors are unlocked same as team and can be send any time anywhere

**Harumi Urata-Thompson**  2020-07-14 12:46:29.057 AM

ok thank you.

**Harumi Urata-Thompson**  2020-07-14 12:46:42.057 AM

sorry, I know I went over this before with you and I even agreed with it and then I got confused. sorry

**Johannes Treutler**  2020-07-14 12:47:02.057 AM

my pleasure

**Johannes Treutler**  2020-07-14 11:42:16.003 AM

Good morning, Daniel told me we expect "the party to start" 9am EST .. let's see .. Would you mind to tell me where exactly I can find the audit in the below link: Attachments: { "service_name": "beta.companieshouse.gov.uk", "title": "CELSIUS NETWORK LIMITED - Filing history (free information from Companies House)", "title_link": "https://beta.companieshouse.gov.uk/company/11198050/filing-history", "fallback": "CELSIUS NETWORK LIMITED - Filing history (free information from Companies House)", "image_url": "https://d309scb72axzzb.cloudfront.net/images/opengraph-image.jpg", "from_url": "https://beta.companieshouse.gov.uk/company/11198050/filing-history", "image_width": 250, "image_height": 250, "image_bytes": 223077, "service_icon": "http://d309scb72axzzb.cloudfront.net/images/apple-touch-icon-144x144.png", "id": "1", "text": "CELSIUS NETWORK LIMITED - Free company information from Companies House including

FOIA CONFIDENTIAL TREATMENT REQUESTED BY CELSIUS    CELSIUSNETWORK_00209152

registered office address, filing history, accounts, annual return, officers, charges, business activity", "original_url": "https://beta.companieshouse.gov.uk/company/11198050/filing-history" }

**Harumi Urata-Thompson**
2020-07-14 12:25:17.000 PM

You will find all the documents that auditor signed off. So any financials related information, not just numbers but narratives, expectations, etc etc etc (think of US 10K kind of information) there

**Harumi Urata-Thompson**
2020-07-14 12:26:38.003 PM

But more importantly, if the CELs start declining and decline more than 20%, unless you think otherwise, you can forget about spreading it throughout the week, go with all that we have left to buy up the market. I know you meant to concentrate the buy in the beginning of the week this week anyway, but let's go heads in

**Harumi Urata-Thompson**
2020-07-14 12:26:48.003 PM

and I have a back to back day, but I wil work on article thorughout the day

**Johannes Treutler**
2020-07-14 12:29:04.003 PM

Yes, I'm on it, let's see how it goes.

**Harumi Urata-Thompson**
2020-07-14 12:29:12.003 PM

thank you

**Johannes Treutler**
2020-07-14 12:31:19.007 PM

I am ready for the war .. after the article hits my first job will be to educate the Celsians army to fight for us .. let's see how easy that will be ..

**Johannes Treutler**
2020-07-14 12:31:34.007 PM

I say good luck to us all .. we will go through this as a team

**Harumi Urata-Thompson**
2020-07-14 12:33:18.007 PM

yes good luck. and I will work on the article as soon as I can. IT does take a bit of time, but with your pointers, it goes faster than normal

**Harumi Urata-Thompson**
2020-07-14 12:34:20.007 PM

and Johannes, let's not take it for 'granted' but if the market really starts bleeding, you have my permission (and will talk to Connor about it too) to do more purchase. We will call it advance weekly purchase or whatever from next week or something

**Harumi Urata-Thompson**
2020-07-14 12:34:34.007 PM

I think the below market buy order money is still sitting there in case you need to move fast right?

**Johannes Treutler**
2020-07-14 12:36:36.010 PM

yeah Connor adjusted the below market buy orders recently after he talked to you 2 weeks ago and they are currently sitting 20 & 30% below the market ..

FOIA CONFIDENTIAL TREATMENT REQUESTED BY CELSIUS    CELSIUSNETWORK_00209153

Johannes Treutler
2020-07-14 12:36:42.010 PM

Attachments: { "service_name": "CELSiANS", "title": "$CEL Market Depth - CELSiANS", "title_link": "https://celsians.com/cel-market-depth/", "fallback": "CELSiANS: $CEL Market Depth - CELSiANS", "image_url": "https://celsians.com/wp-content/uploads/2020/07/market_depth_thumbnail-1024x614.png", "from_url": "https://celsians.com/cel-market-depth/", "image_width": 417, "image_height": 250, "image_bytes": 140052, "service_icon": "https://celsians.com/wp-content/uploads/2019/09/cropped-logo-500x500-1-732342068-1567864148197-300x300.png", "id": "1", "original_url": "https://celsians.com/cel-market-depth/" }

Johannes Treutler
2020-07-14 12:36:52.010 PM

are you used to market depth charts?

Johannes Treutler
2020-07-14 12:38:00.010 PM

This one is made by .. I worked on it over the weekend as it's a good tool to calm down people who don't know too much about trading. the green is the sum of buy order value dependent on the price .. and red sell orders

Harumi Urata-Thompson
2020-07-14 12:38:03.010 PM

ah ok! so they are sitting at the perfect place anyway

Johannes Treutler
2020-07-14 12:39:51.013 PM

It basically shows that we have at the moment more buy orders preventing us to dip too low compared with sell orders preventing us to rise ... yeah just in case you find this useful .. the chart updates all 2 minutes if you re load the page ..

Johannes Treutler
2020-07-14 12:41:11.013 PM

nevermind .. let's see how things develop

Harumi Urata-Thompson
2020-07-14 12:43:36.013 PM

we can prepare for the worst and hope for the best. And I think we did all that we can do for now

Harumi Urata-Thompson
2020-07-14 12:43:52.013 PM

but if needed, we will mobilize everything we've got, so let's all move fast

Johannes Treutler
2020-07-14 12:46:25.017 PM

Would it make sense to send another 25 BTC to Liquid as reserves in case we would need to be fast? sometimes funding takes 1-2 hours ... what do you think?

Harumi Urata-Thompson
2020-07-14 12:47:40.017 PM

If we don't need it, we can send it back. Go ahead.

Harumi Urata-Thompson
2020-07-14 12:47:54.017 PM

it's just a mental security thing

Johannes Treutler
2020-07-14 12:47:59.017 PM

ok

Johannes Treutler

2020-07-14 10:02:50.017 PM

Did we hear anything from the reporter yet?

Harumi Urata-Thompson

2020-07-14 10:12:54.017 PM

No. We get more questions believe it or not

Johannes Treutler

2020-07-14 10:18:31.017 PM

I can't believe it .. what does this mean in your opinion? He seems to feel ok with the answer we give him or is he just trying to find more ammunition?

Johannes Treutler

2020-07-14 10:57:42.020 PM

What kind of questions do they ask? (in case you find some time to share it with me)

Harumi Urata-Thompson

2020-07-14 10:58:27.020 PM

absolutely ridiculous questions that I don't even think they deserve our time and attention

Harumi Urata-Thompson

2020-07-14 10:59:05.020 PM

*I've been told that the lender's main two sources of revenue are loan arbitrage and perpetual swaps. Is this true? Is this part of Celsius' business model?*  *Does the lender take deposits and spread them out in risky loans across exchanges?*  *Why did the firm file it's Company House financials a year late?* *I understand reporting ICO money spent over several years, but how is the company allowed to not report ICO money earned all at once?*  *When you say a big four accounting firm is advising Celsius, what do you mean? Is Celsius paying that firm?*  *What is the measure of Celsius' core capital to your total assets? I.e. what is your tier 1 leverage ratio?*

Johannes Treutler

2020-07-14 11:02:03.020 PM

What should happen if you answer them all with "We don't share this with you" .. it sounds as if they don't have any good facts that they can use .. sounds as if they only have half-educated assumptions ..

Harumi Urata-Thompson

2020-07-14 11:26:00.023 PM

We are actually considering an option of not responding

Harumi Urata-Thompson

2020-07-14 11:26:36.023 PM

Yes I was getting embarrassed reading these questions