Message

| | |
|---|---|
| **From:** | Alex Mashinsky [alex@celsius.network] |
| on behalf of | Alex Mashinsky <alex@celsius.network> [alex@celsius.network] |
| **Sent:** | 7/15/2020 1:36:34 AM |
| **To:** | S. Daniel Leon [daniel@celsius.network] |
| **CC:** | Roni Cohen Pavon [pavon@hfn.co.il]; Jeremie Beaudry [jeremie.beaudry@celsius.network] |
| **Subject:** | Re: Follow up Questions from Nathan |

Roni,

This information could only come from Anthony Merriman so I suggest we file a lawsuit against him for sharing private and confidential information.

This guy poisoned the well with Young and Asaf and he still causes damage. I am sure he is super pissed seeing CEL 10X and us raising all this money...

I will not let this just go away.

On Tue, Jul 14, 2020 at 5:45 PM S. Daniel Leon <daniel@celsius.network> wrote:
> this is ridiculous.
>
> Does he want to know what kind of underwear I am wearing?
>
> When will this stop? Bec he can keep coming back for more....
>
> On Tue, Jul 14, 2020 at 5:26 PM Anastasia Golovina <anastasia@dittopr.co> wrote:
>
>> Hi all,
>>
>> Nathan just reached out with some additional questions. He asks to review them and get back to him by noon EST tomorrow.
>>
>> **I've been told that the lender's main two sources of revenue are loan arbitrage and perpetual swaps. Is this true? Is this part of Celsius' business model?**
>>
>> **Does the lender take deposits and spread them out in risky loans across exchanges?**
>>
>> **Why did the firm file it's Company House financials a year late?**
>>
>> **I understand reporting ICO money spent over several years, but how is the company allowed to not report ICO money earned all at once?**
>>
>> **When you say a big four accounting firm is advising Celsius, what do you mean? Is Celsius paying that firm?**
>>
>> **What is the measure of Celsius' core capital to your total assets? I.e. what is your tier 1 leverage ratio?**
>>
>> Let us know your thoughts.
>> Anastasia

FOIA CONFIDENTIAL TREATMENT REQUESTED BY CELSIUS                                              CELSIUSNETWORK_03909235

DITTO
Strategy.Execution.Impact.
BK | SF
Email: anastasia@dittopr.co
Cell: +1.702.629.9448
About Ditto | Our Work | Medium

Sent via Superhuman

--



**S. Daniel Leon**
Co-founder/COO,
**Celsius Network**

mobile: +1-267-269-1942
mobile: +972-54-673-6001
twitter: @sdanielleon



--

"The future is here, you just need to leave the past behind"



**Alex Mashinsky
Founder &
CEO** | Celsius
Network

Mobile: 551-287-2124
twitter: @mashinsky



- NASDAQ interview with Celsius
- Cheddar TV interview
- Blockchain Inventor joins Celsius

FOIA CONFIDENTIAL TREATMENT REQUESTED BY CELSIUS                             CELSIUSNETWORK_03909236