**Chat Filters**   **Events**   **History**   **Disclaimers**

| Participant | Entity | Login | Email |
|---|---|---|---|
| 16465524499@s.whatsapp.net Alex Mashinsky | S.whatsapp | 16465524499@s.whatsapp.net | 16465524499@s.whatsapp.net 1 0 |
| 16462710003@s.whatsapp.net Harumi Urata-Thompson | S.whatsapp | 16462710003@s.whatsapp.net | 16462710003@s.whatsapp.net 3 0 |
| System Message System Message | | System Message | 0 0 |

16462710003@s.whatsapp.net Harumi Urata-Thompson
2020-07-22 10:55:57.000 PM

alex, separately I was pinging Joel on a different business and asked if we can do something about Nathan. He said he was going to connect you to a litigator and so far haven't heard back from you. I don't think there is any harm in getting the facts set so I said to Joel to connect me with the litigator and you and I show up together for a chat. Is that ok? If not, I will just show up by myself and listen to what they may have to say

16465524499@s.whatsapp.net Alex Mashinsky
2020-07-22 11:20:55.000 PM

Looks like article will go out tomorrow or Friday so let's talk to him after it is out and we see what damage we have. May be nothing with all the CEL you need to buy

16462710003@s.whatsapp.net Harumi Urata-Thompson
2020-07-22 11:21:47.000 PM

we did withhold some money from last couple of weeks of operations so that added together with this week's, we have some firepower

16462710003@s.whatsapp.net Harumi Urata-Thompson
2020-07-22 11:29:02.000 PM

So is it real this time?

FOIA CONFIDENTIAL TREATMENT REQUESTED BY CELSIUS
SUBJECT TO JANUARY 13, 2023 STIPULATION

CELSIUSNETWORK_02203594