**D011P5HJ1FA**

Chat Filters  ☑ Events  ☑ History  ☑ Disclaimers

| ☑ | Participant | Entity | Login | Email | 💬 | 📎 |
|---|---|---|---|---|---|---|
| ☑ | Johannes Treutler | Celsius | UP9BC1BR6 | johannes.treutler@celsius.network | 33 | 0 |
| ☑ | Connor Nolan | Celsius | U010ZEZPF52 | connor.nolan@celsius.network | 34 | 0 |

Johannes Treutler    2020-08-12 01:53:48.000 PM
What I would prefer for today: 20x 5k market within 2 hours ... does that make sense for you?

Connor Nolan    2020-08-12 01:54:05.003 PM
yes - starting now?

Johannes Treutler    2020-08-12 01:54:07.003 PM
Albert seems done but the Impuls for a recovery is still missing ..

Connor Nolan    2020-08-12 01:55:27.003 PM
I have started

Connor Nolan    2020-08-12 01:56:36.003 PM
32,889 filled of the 50k @325

Johannes Treutler    2020-08-12 01:57:29.003 PM
Yeah I see .. I'll send you an amount what to send to transit and what to interest wallet soon, currently on a call

Connor Nolan    2020-08-12 01:57:59.003 PM
great thanks

Connor Nolan    2020-08-12 01:58:22.007 PM
been a slow week over here so can devote some time today - think its dog days of august when people take vacation, etc

Johannes Treutler    2020-08-12 02:10:07.007 PM
So basically a week to take a breath ...

Connor Nolan    2020-08-12 02:14:32.007 PM
yeah - still a couple trades but not the craziness of late july

Johannes Treutler    2020-08-12 02:18:42.007 PM
650,000 CEL to Transit (Treasury Buyback) 566,037 CEL to CEL_Interest -> sum of 1,216,037 CEL from Liquid to Transit today

Connor Nolan    2020-08-12 02:39:20.007 PM
markets reacting well

Connor Nolan    2020-08-12 03:05:35.007 PM
after 9 of these theres a wall

Connor Nolan    2020-08-12 03:05:43.007 PM
do we want tochange up strategy?

Johannes Treutler    2020-08-12 03:12:06.007 PM
Let's continue

Johannes Treutler    2020-08-12 03:14:02.010 PM
Tear down this wall 😊

Johannes Treutler    2020-08-12 03:14:22.010 PM
With the next 5k markets

Connor Nolan    2020-08-12 04:08:40.010 PM
done

Connor Nolan    2020-08-12 04:08:51.010 PM

| | |
|---|---|
| 20 5k done | |
| Johannes Treutler | 2020-08-12 04:10:18.010 PM |
| Market look very good 🚂 | |
| Johannes Treutler | 2020-08-12 04:10:26.010 PM |
| Hopefully Albert stays off | |
| Connor Nolan | 2020-08-12 05:01:25.010 PM |
| Bjorn is settled | |
| Johannes Treutler | 2020-08-12 06:20:44.010 PM |
| Awesome!! | |
| Johannes Treutler | 2020-08-12 06:31:46.010 PM |
| How many CEL do we have on Liquid after you send away these 1,216,037 CEL? | |
| Johannes Treutler | 2020-08-12 06:33:32.013 PM |
| I just learned from Harumi that we're buying extra 1,195,829 CEL tokens on markets as soon as Albert is running out of CEL to sell - these CEL tokens are the missed interest of the 3 founders during the time they locked their Tokens start of the year .. | |
| Connor Nolan | 2020-08-12 06:56:16.013 PM |
| 564,805.7678 | |
| Johannes Treutler | 2020-08-12 07:12:22.013 PM |
| Do you have some time for another 20x 5k market? | |
| Connor Nolan | 2020-08-12 07:30:14.013 PM |
| yes I do | |
| Connor Nolan | 2020-08-12 07:30:22.013 PM |
| still want it now? | |
| Johannes Treutler | 2020-08-12 07:39:18.013 PM |
| Yes imo it's a good timing | |
| Connor Nolan | 2020-08-12 07:44:25.013 PM |
| working on it | |
| Johannes Treutler | 2020-08-12 07:56:28.013 PM |
| Thank you | |
| Connor Nolan | 2020-08-12 08:02:06.017 PM |
| Im gonna show Dean the Reg S process tomorrow and we will get out the one you just forwarded him | |
| Connor Nolan | 2020-08-12 08:06:01.017 PM |
| getting a little expensive now for this | |
| Connor Nolan | 2020-08-12 08:06:21.017 PM |
| i guess we need to buy all those so might as well get back to 40c ... is that the thought? | |
| Johannes Treutler | 2020-08-12 08:28:28.017 PM |
| The proceeds from the OTCs we are dong right now are going to Alex or Daniel or our OTC pool .. we will look at the prices when done | |
| Johannes Treutler | 2020-08-12 08:29:14.017 PM |
| We bought a lot at 36-37ct so its fine that we sold nearly the same day at 37 no matter if we will cover this with OTC pool or maybe with Alex | |
| Johannes Treutler | 2020-08-12 08:29:27.017 PM |
| We won't have a loss there | |
| Johannes Treutler | 2020-08-12 08:30:07.020 PM |
| The 2x 20x 5k today are just the normal CEL purchase and trying to bring the market up to get people excited again and have them buy back in again | |
| Connor Nolan | 2020-08-12 08:30:09.020 PM |
| my 40c question was about the buys we are doing 5kx20 not otc | |
| Connor Nolan | 2020-08-12 08:30:18.020 PM |

FOIA CONFIDENTIAL TREATMENT REQUESTED BY CELSIUS                                                            CELSIUSNETWORK_00064984

| | |
|---|---|
| ok got it | |
| Johannes Treutler | 2020-08-12 08:31:14.020 PM |
| Thanks for helping Dean through it ,, he will safe us both some valuable time 😊 | |
| Johannes Treutler | 2020-08-12 08:32:01.020 PM |
| How many of the 20x5k are still left? | |
| Johannes Treutler | 2020-08-12 08:32:09.020 PM |
| markets look good | |
| Connor Nolan | 2020-08-12 08:34:34.020 PM |
| 12 | |
| Johannes Treutler | 2020-08-12 08:35:04.020 PM |
| That's awesome 🙌 | |
| Connor Nolan | 2020-08-12 09:45:27.023 PM |
| this is getting a little expensive and a large price increase - sure we want to continue yes? just checking | |
| Johannes Treutler | 2020-08-12 09:48:43.023 PM |
| How many left? | |
| Connor Nolan | 2020-08-12 09:50:23.023 PM |
| 9 | |
| Connor Nolan | 2020-08-12 09:50:29.023 PM |
| i slowed down a little | |
| Connor Nolan | 2020-08-12 09:52:02.023 PM |
| 8 now | |
| Johannes Treutler | 2020-08-12 10:12:56.027 PM |
| What if we would do instead of 8x5k now something like 16x 2.5k? This would be less slippage.. I think if we can motivate markets to stay higher the next days we have a win win as for example also the interest in distributed based on the screenshot price on Friday .. and if this price is higher than our average buying price this would be awesome.. | |
| Johannes Treutler | 2020-08-12 10:13:03.027 PM |
| What's your honest opinion? | |
| Johannes Treutler | 2020-08-12 10:13:20.027 PM |
| Do you think we already pushed markets enough? | |
| Connor Nolan | 2020-08-12 10:14:10.030 PM |
| have 7 left we can finish it out at 5k blocks | |
| Connor Nolan | 2020-08-12 10:14:13.030 PM |
| lets do it | |
| Johannes Treutler | 2020-08-12 10:14:23.030 PM |
| Ok | |
| Johannes Treutler | 2020-08-12 10:14:58.030 PM |
| Can you slow it down for the next 2-3 hours? (Don't want to ask you for too much of your valuable time .. just in case you're online ..) | |
| Connor Nolan | 2020-08-12 10:15:11.030 PM |
| yes I can | |
| Connor Nolan | 2020-08-12 10:15:18.030 PM |
| so you think we pushed too far? | |
| Connor Nolan | 2020-08-12 10:15:23.030 PM |
| I can do smaller blocks | |
| Connor Nolan | 2020-08-12 10:15:42.030 PM |
| I can do 10 of 2.5k | |

| | |
|---|---|
| Connor Nolan | 2020-08-12 10:18:39.033 PM |

thoughts?

| | |
|---|---|
| Johannes Treutler | 2020-08-12 10:19:54.033 PM |

I don't think we pushed too far. Honestly there is no too far. The higher we push CEL for an acceptable cost the more people notice it and add their own buy orders below current price .. it's a healthy process ..

| | |
|---|---|
| Johannes Treutler | 2020-08-12 10:20:13.033 PM |

But I think 10x2.5k could be the best solution for the final phase =)

| | |
|---|---|
| Johannes Treutler | 2020-08-12 10:20:17.037 PM |

Thank you !!

| | |
|---|---|
| Connor Nolan | 2020-08-12 10:20:18.037 PM |

agreed