Chat Filters    Events    History    Disclaimers

| Participant | Entity | Login | Email | | |
|---|---|---|---|---|---|
| 16465524499@s.whatsapp.net Alex Mashinsky | S.whatsapp | 16465524499@s.whatsapp.net | 16465524499@s.whatsapp.net | 7 | 0 |
| System Message System Message | System Message | | | 0 | 0 |
| 972504446020@s.whatsapp.net Roni Cohen pavon Celsius | S.whatsapp | 972504446020@s.whatsapp.net | 972504446020@s.whatsapp.net | 13 | 0 |

16465524499@s.whatsapp.net Alex Mashinsky

2020-09-25 12:23:09.000 AM

Kk. Good job. Moving on to the next emergency.

972504446020@s.whatsapp.net Roni Cohen pavon Celsius

2020-09-25 12:23:38.000 AM

👊

972504446020@s.whatsapp.net Roni Cohen pavon Celsius

2020-09-25 12:23:52.000 AM

We're keeping all balls in the air

972504446020@s.whatsapp.net Roni Cohen pavon Celsius

2020-09-25 12:24:02.000 AM

Any emergency I'm not aware of?

16465524499@s.whatsapp.net Alex Mashinsky

2020-09-25 12:24:20.000 AM

Coinstats.

972504446020@s.whatsapp.net Roni Cohen pavon Celsius

2020-09-25 12:24:38.000 AM

Sent you the offer I intend to send them tomorrow morning

972504446020@s.whatsapp.net Roni Cohen pavon Celsius

2020-09-25 12:24:57.000 AM

Went through our numbers and budget and got to it

972504446020@s.whatsapp.net Roni Cohen pavon Celsius

2020-09-25 12:25:16.000 AM

Won't let you down :)

16465524499@s.whatsapp.net Alex Mashinsky

2020-09-25 12:27:11.000 AM

Kk let me look. Behind on emails today.

972504446020@s.whatsapp.net Roni Cohen pavon Celsius

2020-09-25 01:46:37.000 AM

There's a lot of interest on CEL and the 10 percent discount locked without interest is not a good enough deal for VIPs. I

FOIA CONFIDENTIAL TREATMENT REQUESTED BY CELSIUS          CELSIUSNETWORK_03203117

want to be able to offer something better to a limited group of people cherry picked by us and lock them for a year so that they will have an interest to push CEL up

972504446020@s.whatsapp.net Roni Cohen pavon Celsius

2020-09-25 01:47:11.000 AM

I will discuss this with Johannes and then present this to you

16465524499@s.whatsapp.net Alex Mashinsky

2020-09-25 02:49:53.000 AM

Selling OTC does not push CEL up. I rather have them buy in the open market. No interest in giving bigger discount.

16465524499@s.whatsapp.net Alex Mashinsky

2020-09-25 03:34:38.000 PM

Did Jason actually sign or just said ok. I see him in 30 min...

972504446020@s.whatsapp.net Roni Cohen pavon Celsius

2020-09-25 03:37:16.000 PM

He said ok on all of the points and we now need to work on the agreements

972504446020@s.whatsapp.net Roni Cohen pavon Celsius

2020-09-25 03:37:39.000 PM

It will take a few days, but I intend in sending him an email and get his approval in writing

16465524499@s.whatsapp.net Alex Mashinsky

2020-09-25 03:37:50.000 PM

**Redacted**

972504446020@s.whatsapp.net Roni Cohen pavon Celsius

2020-09-25 03:38:46.000 PM

**Redacted**

16465524499@s.whatsapp.net Alex Mashinsky

2020-09-25 03:38:47.000 PM

**Redacted**

972504446020@s.whatsapp.net Roni Cohen pavon Celsius

2020-09-25 03:39:30.000 PM

I'll try and prepare something quick now

972504446020@s.whatsapp.net Roni Cohen pavon Celsius

2020-09-25 03:59:48.000 PM

We're on it