

FOIA CONFIDENTIAL TREATMENT REQUESTED BY CELSIUS



**Exco Agenda**

| | |
|---|---|
| Top Strategic Projects Status Review | 10 mins |
| Weekly Business & CEL Performance Reviews | 15 mins |
| New Projects Approval & General Discussion Topics | 15 mins |
| Special Presentation: Security with Shiran | 15 min |
| Department Updates - *less than 9 minutes each* | 70 min |

- Operations/People
- Strategy & New Revenues
- Technology/Product
- Business Development
- Legal & Compliance
- Finance
- Retail Lending
- Marketing/Analytics

Closing

2



**Top Projects Status Review**

| Project: | Strategic Goal (2020): | Lead: | Status (one liner): |
|---|---|---|---|
| **1. CEL Token to** | 150 Cents 🚀 (Jan 2021) | Alex | $1.31  #36 |
| **2. Community Pool Growth 2021** | 4B = $1B USDT<br>$2B crypto  $1B XAUt | Camilla | USDT - $47m loans, $6m assets (92% Sept / Oct), Gold ~$3m, crypto - $700m loans YTD / >$1bn assets |
| **3. Fundraising** | $100mil closing | Roni | |
| **4. Coin Deployment** | 80% | Harumi | ALL 59.2% BTC 79.5% ETH 76.92%<br>Return on total pool 4.11%* |
| **5. Finance Infrastructure** | Assets/Liabilities Dashboard automated | Harumi | Math/Comp Sci double major joined the team as data analyst, Dev Lead next week, Anna working on hurdle, DevOps close, a couple of junior and UX/UI to follow?  Need all deployment tracked |
| **6. Retail Lending** | 100Mil to 500Mil | Tal | |
| **7. People** | New hires | Trunshedda | October - 12 New Hires; 9 Positions posted (3-NY, 2 London, 2 Tel Aviv) |

4

CELSIUSNETWORK_00306807





FOIA CONFIDENTIAL TREATMENT REQUESTED BY CELSIUS



$CEL = $1.31 (+15%) - but it was a wild ride !!!
$21M Trading Volume
3M CEL transfer IN / 4M CEL transfer OUT -> Sell off the first half of the week

Interesting:
There were a few 2018er accounts that all did the same:
Trying to slowly sell off some CEL during the last 2 weeks
As prices started to drop -> Panic Sell of the entire CEL stake
"To good to be true" & "Don't expect another 10x from here!"
Even big CELsius supporter

CELSIUSNETWORK_00306810



Weekly CEL purchase:
480k CEL = $631k
We made $100k profit -> buying the weekly CELs 15% below the distribution price of $1.31

42.1M CEL distributed as rewards in total
worth $55M today !!!

CELSIUSNETWORK_00306811



$1.57M !!! Total weekly rewards                (+15%)
$631k Weekly rewards paid in CEL (44%)      (+9%)
$355k Weekly rewards paid in BTC (21%)      (+22%)
$284k Weekly rewards paid in Stablecoins (18%)  (+11%)
$205k Weekly rewards paid in ETH (11%)      (+25%)
$95k Rest (5%)                         (+15%)



Market Share:
57%   -   Uniswap
32%   -   Liquid
8%     -   OTC      (3-4x bigger than all small exchanges together)
<1%   -   Switcheo
<1%   -   0x
<1%   -   IDEX
<1%   -   HitBTC
<1%   -   Simplex

CELSIUSNETWORK_00306813



OTC Sales
OTC Purchases
CEL RePurchase on Liquid
OTC Proceeds running total October ($1.7M)

Original Plan for the week
Massive reach out -> bank cash -> restart CEL repurchases (after crossing $1.5M cash)
Started >100 OTC conversations but failed to close deals pretty hard as prices dropped fast

Why did the price drop to $0.97?
We stopped buying back CEL (orange) as internally agreed
We did not add large buy orders 5..10..15..20..25..% below the price to support the high price level
But at the same time we are extracting buyers from markets, incentivising them to buy OTC
-> Very thin order books at the buy side
Medium Large sell orders impact the price more and more

Why did the price immediately recover to $1.30?
Alex bought 150k CEL - first man at the ground
We added $1M in passive buy orders 0-40% below the market price
We bought $600k worth of CEL during the next hours between $1-1.20 (previously sold $1.20-$1.35)
---> after the V recovery we were able to close a lot of OTC deals

Interesting!!
Buyer -> show up when prices rise / hesitate to sign when prices drop / go to sideline when pirces keep dropping / only half of them come back if prices rise again
Seller -> show up when prices drop / leave when prices rise / only half of them come back when prices drop again
Price Stability is what we need !! The more CEL we sell OTC the more buying support we need to add BELOW the market price

CELSIUSNETWORK_00306814