**D011P5HJ1FA**

Chat Filters ☑ Events ☑ History ☑ Disclaimers

| | Participant | Entity | Login | Email | 💬 | 📎 |
|---|---|---|---|---|---|---|
| ☑ | Johannes Treutler | Celsius | UP9BC1BR6 | johannes.treutler@celsius.network | 36 | 0 |
| ☑ | Connor Nolan | Celsius | U010ZEZPF52 | connor.nolan@celsius.network | 26 | 0 |

**Johannes Treutler** — 2020-11-25 12:12:22.007 AM
15k 0.0041 ETH 15k 0.000118 BTC 15k 0.00012 BTC

**Connor Nolan** — 2020-11-25 12:17:45.007 AM
Will be home to add in a bit

**Johannes Treutler** — 2020-11-25 12:20:58.007 AM
appreciate it

**Connor Nolan** — 2020-11-25 12:29:33.007 AM
Had to go to my accountants house with all this Cel shit 😂

**Johannes Treutler** — 2020-11-25 12:41:30.010 AM
Haha nice. And how can he help you?

**Johannes Treutler** — 2020-11-25 01:19:47.003 AM
UPDATED: BTC: 15k 0.000125 15k 0.0001275 15K 0.00013 ETH: 15k 0.00405 15k 0.0041

**Connor Nolan** — 2020-11-25 01:24:52.003 AM
Doing now

**Johannes Treutler** — 2020-11-25 01:30:11.003 AM
thanks

**Johannes Treutler** — 2020-11-25 12:48:50.000 PM
25k 0.000125 BTC 25k 0.00405 ETH

**Johannes Treutler** — 2020-11-25 02:51:45.000 PM
Orders are still good =)

**Connor Nolan** — 2020-11-25 02:51:56.000 PM
sorry missed this will add now

**Johannes Treutler** — 2020-11-25 02:52:19.000 PM
Thanks man

**Connor Nolan** — 2020-11-25 04:42:55.000 PM
what did you think of jacob?

**Johannes Treutler** — 2020-11-25 05:52:57.000 PM
Good guy but not that obviously to me that we need to hire him

**Johannes Treutler** — 2020-11-25 05:53:00.003 PM
your thoughts?

**Connor Nolan** — 2020-11-25 05:53:31.003 PM
He's smart and seems like he'd be hardworking. No crypto experience but we need the help right

**Johannes Treutler** — 2020-11-25 06:01:19.003 PM
yeah I would tend to hire him as well .. just not as obvious for me than for example taner ;)

**Johannes Treutler** — 2020-11-25 08:40:54.003 PM
15k 0.000128 BTC 15k 0.00415 ETH

**Johannes Treutler** — 2020-11-25 08:41:05.003 PM

| | |
|---|---|
| What's your availability the next days? | |
| Johannes Treutler | 2020-11-25 08:41:16.003 PM |
| tomorrow completely off? | |
| Connor Nolan | 2020-11-25 08:41:53.007 PM |
| on call can add those and answer in a few mins | |
| Johannes Treutler | 2020-11-25 08:44:47.007 PM |
| perfect 🙏 | |
| Johannes Treutler | 2020-11-25 09:03:36.007 PM |
| will you join Fractal? | |
| Johannes Treutler | 2020-11-25 09:52:07.007 PM |
| ready for an order? | |
| Johannes Treutler | 2020-11-25 09:52:13.007 PM |
| (forget the old ones) | |
| Connor Nolan | 2020-11-25 09:54:29.007 PM |
| yes im ready | |
| Johannes Treutler | 2020-11-25 09:56:47.007 PM |
| 30k 0.0040 ETH 70k 0.000125 BTC | |
| Connor Nolan | 2020-11-25 10:00:14.007 PM |
| done | |
| Connor Nolan | 2020-11-25 10:00:22.007 PM |
| i cant make it to the ITB meeting | |
| Connor Nolan | 2020-11-25 10:00:27.007 PM |
| i told harumi earlier | |
| Johannes Treutler | 2020-11-25 10:01:13.007 PM |
| kk | |
| Johannes Treutler | 2020-11-25 10:01:18.007 PM |
| all good on your end? | |
| Connor Nolan | 2020-11-25 10:02:07.007 PM |
| yeah I have an event im going to in an hour and will be out of pocket for a couple hours | |
| Connor Nolan | 2020-11-25 10:02:16.007 PM |
| and have a couple things I need to get done before then | |
| Johannes Treutler | 2020-11-25 10:03:14.007 PM |
| got it .. great | |
| Johannes Treutler | 2020-11-25 10:03:24.010 PM |
| have fun 😊 | |
| Johannes Treutler | 2020-11-25 10:06:06.010 PM |
| What's your availability the next days? Tomorrow completely off? | |
| Connor Nolan | 2020-11-25 10:06:22.010 PM |
| tomorrow for emergencies i will be near computer | |
| Connor Nolan | 2020-11-25 10:06:41.010 PM |
| so if we are down 1% dont call me but if we are down 4% do 😊 | |
| Johannes Treutler | 2020-11-25 10:07:00.010 PM |
| got it!! | |
| Johannes Treutler | 2020-11-25 10:07:16.010 PM |

| | |
|---|---|
| When is time for last order today? ... still on for 10 minutes? | |
| Connor Nolan | 2020-11-25 10:07:28.010 PM |
| yes but i need to send more coins | |
| Connor Nolan | 2020-11-25 10:07:47.010 PM |
| we also need to start discussing repurchase of coins we use to buy because it has gotten crazy | |
| Johannes Treutler | 2020-11-25 10:08:40.010 PM |
| what do you mean exactly? | |
| Connor Nolan | 2020-11-25 10:08:56.013 PM |
| we use BTC and ETH for these purchases right | |
| Johannes Treutler | 2020-11-25 10:09:01.013 PM |
| yes | |
| Connor Nolan | 2020-11-25 10:09:31.013 PM |
| and we never run numbers on how much of these purchases we have actually covered in int or to verify we arent eating into customer coins | |
| Johannes Treutler | 2020-11-25 10:10:30.013 PM |
| so you mean we should run numbers if we should also buy back in USDC / USDT as we get a lot of USDC USDT for CELs? | |
| Connor Nolan | 2020-11-25 10:12:10.017 PM |
| well like think of it this way: people who deposit stables or any other coin can also elect to earn in CEL, but we are only buying them in BTC/ETH | |
| Connor Nolan | 2020-11-25 10:12:14.017 PM |
| could lead to a shortfall | |
| Connor Nolan | 2020-11-25 10:12:35.017 PM |
| if so we would either need to cover that by rebuying BTC and ETH or by using stables to buy as well | |
| Johannes Treutler | 2020-11-25 10:12:49.017 PM |
| got it | |
| Johannes Treutler | 2020-11-25 10:13:13.017 PM |
| And I mean it would be great to buy in USDC USDT as well .. | |
| Johannes Treutler | 2020-11-25 10:13:27.017 PM |
| Ok so we need to run numbers .. | |
| Johannes Treutler | 2020-11-25 10:13:42.017 PM |
| good idea!!! | |
| Johannes Treutler | 2020-11-25 10:14:56.017 PM |
| Ok but first - have a great time tomorrow .. hopefully we won't have an emergency .. I'm a biiiiiiit concerned about having not enough restings haha but yeah it's only one day ☺ | |
| Connor Nolan | 2020-11-25 10:15:44.020 PM |
| well if you want, send me suggested restings and I will set them in the morning. I can send 100 and 3k as we did last time | |
| Connor Nolan | 2020-11-25 10:15:54.020 PM |
| but really, I am not leaving my home tomorrow | |
| Connor Nolan | 2020-11-25 10:16:01.020 PM |
| only time I will be off grid is tonight | |
| Johannes Treutler | 2020-11-25 10:17:30.020 PM |
| last order if still possible 25k 0.00013 BTC Next order hopefully friday noon | |
| Connor Nolan | 2020-11-25 10:19:17.020 PM |
| done | |
| Johannes Treutler | 2020-11-25 10:20:05.020 PM |
| Ok - have a great evening Connor, enjoy !! | |

FOIA CONFIDENTIAL TREATMENT REQUESTED BY CELSIUS    CELSIUSNETWORK_00065113