**D011P5HJ1FA**

**Chat Filters** ☑ Events ☑ History ☑ Disclaimers

| ☑ | Participant | Entity | Login | Email | 🖼 | 📎 |
|---|---|---|---|---|---|---|
| ☑ | Johannes Treutler | Celsius | UP9BC1BR6 | johannes.treutler@celsius.network | 62 | 0 |
| ☑ | Connor Nolan | Celsius | U010ZEZPF52 | connor.nolan@celsius.network | 39 | 0 |

---

Johannes Treutler     2020-11-28 12:00:00.007 AM

is there a good time to add 10 resting orders today?

Johannes Treutler     2020-11-28 12:00:11.007 AM

(sorry I forgot how late it is already)

Johannes Treutler     2020-11-28 01:34:47.000 AM

You live?

Johannes Treutler     2020-11-28 01:35:22.000 AM

This guy sold a first part of his old ICO stake few weeks ago and I just got an alert that he moved everything to Uniswap ..

Johannes Treutler     2020-11-28 01:35:51.003 AM

Now he sold the first 300k of his 1.2M already market on Uniswap string a price of $2.05

Connor Nolan     2020-11-28 01:36:01.003 AM

live now

Johannes Treutler     2020-11-28 01:36:16.003 AM

The question is if he's looking to destroy the price with the rest or wait for a recovery ....

Johannes Treutler     2020-11-28 01:37:04.007 AM

1th question: Are you in a hurry to leave the computer soon? Or are you able to relax near the computer and add orders when best timing?

Connor Nolan     2020-11-28 01:37:32.007 AM

i can be here tonight sure

Connor Nolan     2020-11-28 01:37:45.007 AM

isnt there a way for us to just add resting though?

Johannes Treutler     2020-11-28 01:38:11.007 AM

Yes we can .. and we should

Johannes Treutler     2020-11-28 01:38:26.007 AM

Do we have enough funds?

Connor Nolan     2020-11-28 01:39:19.007 AM

we have 70 BTC and 1780 ETH

Johannes Treutler     2020-11-28 01:39:48.007 AM

Free? Or in total?

Connor Nolan     2020-11-28 01:41:10.007 AM

free

Johannes Treutler     2020-11-28 01:43:56.007 AM

Ok .. he just did the next 350k

Johannes Treutler     2020-11-28 01:44:01.007 AM

430k left

Connor Nolan     2020-11-28 01:44:22.010 AM

so what order do u suggest

Johannes Treutler     2020-11-28 01:44:24.010 AM

FOIA CONFIDENTIAL TREATMENT REQUESTED BY CELSIUS

500,000 0.0040 ETH

| Johannes Treutler | 2020-11-28 01:45:00.010 AM |
| --- | --- |

500,000 0.00012 BTC

| Johannes Treutler | 2020-11-28 01:45:16.010 AM |
| --- | --- |

And we remove these orders after everything is done

| Johannes Treutler | 2020-11-28 01:45:42.010 AM |
| --- | --- |

Price on Uniswap is $1.70

| Connor Nolan | 2020-11-28 01:45:50.010 AM |
| --- | --- |

done

| Connor Nolan | 2020-11-28 01:45:53.010 AM |
| --- | --- |

added those

| Connor Nolan | 2020-11-28 01:48:01.010 AM |
| --- | --- |

why are all these guys always awful traders haha

| Johannes Treutler | 2020-11-28 01:48:27.010 AM |
| --- | --- |

Uniswap $1.5

| Johannes Treutler | 2020-11-28 01:48:35.013 AM |
| --- | --- |

He sold another 350k

| Johannes Treutler | 2020-11-28 01:48:40.013 AM |
| --- | --- |

123k left

| Connor Nolan | 2020-11-28 01:48:45.013 AM |
| --- | --- |

yeah hence why im saying hes a bad trader

| Johannes Treutler | 2020-11-28 01:48:57.013 AM |
| --- | --- |

He was the largest seller in 2018&2019

| Johannes Treutler | 2020-11-28 01:49:02.013 AM |
| --- | --- |

This is his last stake

| Johannes Treutler | 2020-11-28 01:49:07.013 AM |
| --- | --- |

His very last CELs

| Johannes Treutler | 2020-11-28 01:49:22.013 AM |
| --- | --- |

(He bought 25M CEL at ICO just FYI)

| Connor Nolan | 2020-11-28 01:50:00.013 AM |
| --- | --- |

good for him haha

| Connor Nolan | 2020-11-28 01:51:29.013 AM |
| --- | --- |

the ethorder got some fill

| Johannes Treutler | 2020-11-28 01:51:45.013 AM |
| --- | --- |

Arbitrage bots are slow

| Connor Nolan | 2020-11-28 01:52:09.017 AM |
| --- | --- |

Yep

| Johannes Treutler | 2020-11-28 01:52:23.017 AM |
| --- | --- |

He is done

| Johannes Treutler | 2020-11-28 01:53:38.017 AM |
| --- | --- |

250k 0.0045 ETH 250k 0.000135 BTC

| Johannes Treutler | 2020-11-28 01:54:14.017 AM |
| --- | --- |

These orders will bring up Uniswap within the next minutes .....

| Johannes Treutler | 2020-11-28 01:54:48.017 AM |
| --- | --- |

FOIA CONFIDENTIAL TREATMENT REQUESTED BY CELSIUS

CELSIUSNETWORK_00065117

When Liquid price = Uniswap price we will delete all large orders and add a small resting schedule nothing big at all ..

| | |
|---|---|
| Johannes Treutler | 2020-11-28 01:55:19.017 AM |

Wow ... that was really a super Wild attack ...

| | |
|---|---|
| Connor Nolan | 2020-11-28 01:57:31.017 AM |

Ei add those now

| | |
|---|---|
| Connor Nolan | 2020-11-28 01:57:33.020 AM |

Will

| | |
|---|---|
| Connor Nolan | 2020-11-28 01:58:18.020 AM |

This is in addition to the others? Or take them down and add those

| | |
|---|---|
| Connor Nolan | 2020-11-28 01:58:20.020 AM |

Let me know

| | |
|---|---|
| Johannes Treutler | 2020-11-28 01:59:01.020 AM |

On top

| | |
|---|---|
| Connor Nolan | 2020-11-28 01:59:09.020 AM |

I don't have the coins

| | |
|---|---|
| Johannes Treutler | 2020-11-28 01:59:22.020 AM |

Ok than instead hahaha

| | |
|---|---|
| Johannes Treutler | 2020-11-28 01:59:47.020 AM |

Honestly we don't need the low restings anymore as the seller is done ...

| | |
|---|---|
| Johannes Treutler | 2020-11-28 02:00:43.023 AM |

Delete the large orders And do between 200-300k each Coin depending on how much is left ..

| | |
|---|---|
| Johannes Treutler | 2020-11-28 02:01:32.023 AM |

We just need to remove all selling pressure that still comes out of Uniswap and once both are back to normal we can delete everything and install Smart small Orders

| | |
|---|---|
| Connor Nolan | 2020-11-28 02:08:54.023 AM |

i took down the large one added buys on both and added a resting in btc of 200k units @ .00012

| | |
|---|---|
| Connor Nolan | 2020-11-28 02:09:02.023 AM |

should be good for the night

| | |
|---|---|
| Johannes Treutler | 2020-11-28 02:09:26.023 AM |

You need to leave?

| | |
|---|---|
| Connor Nolan | 2020-11-28 02:09:54.027 AM |

dont need to but is a friday after holiday haha

| | |
|---|---|
| Connor Nolan | 2020-11-28 02:09:57.027 AM |

would like to

| | |
|---|---|
| Connor Nolan | 2020-11-28 02:10:10.027 AM |

why what else is needed?

| | |
|---|---|
| Johannes Treutler | 2020-11-28 02:10:31.027 AM |

Can we fast add 5 small restings? We don't need large ones ..

| | |
|---|---|
| Connor Nolan | 2020-11-28 02:10:39.027 AM |

yes

| | |
|---|---|
| Connor Nolan | 2020-11-28 02:10:43.027 AM |

needs to be in btc pair tho

| | |
|---|---|
| Johannes Treutler | 2020-11-28 02:11:06.027 AM |

Ok got it

| | |
|---|---|
| Johannes Treutler | 2020-11-28 02:12:06.027 AM |

FOIA CONFIDENTIAL TREATMENT REQUESTED BY CELSIUS

25k 0.00014 50k 0.000135 50k 0.00013 75k 0.00012

| Johannes Treutler | 2020-11-28 02:12:09.027 AM |
|---|---|

Works?

| Johannes Treutler | 2020-11-28 02:13:02.030 AM |
|---|---|

Thank you for your time !!!!! Without your help price would have settled $1.80 and would have stayed there ..

| Connor Nolan | 2020-11-28 02:13:37.030 AM |
|---|---|

i have the 200k at .00012 also think i should leave?

| Connor Nolan | 2020-11-28 02:13:39.030 AM |
|---|---|

275 now

| Johannes Treutler | 2020-11-28 02:14:12.030 AM |
|---|---|

Yeah it's fine if you're fine with it

| Johannes Treutler | 2020-11-28 02:14:52.030 AM |
|---|---|

Ok ... can't say enough how thankful I'm for this 1 hour of your time

| Connor Nolan | 2020-11-28 02:15:05.030 AM |
|---|---|

no problem it was important ☺

| Johannes Treutler | 2020-11-28 02:16:02.033 AM |
|---|---|

And I'm super happy I don't need to track his wallets again as he's now gone .. bye bye 👋

| Connor Nolan | 2020-11-28 02:17:14.033 AM |
|---|---|

how many of these dudes still exist lol

| Johannes Treutler | 2020-11-28 02:18:10.033 AM |
|---|---|

Outside the App no one above 1M anymore ..

| Johannes Treutler | 2020-11-28 02:18:42.033 AM |
|---|---|

There were soooooooooo many that sold 2018/19 for 2..3..4 cents

| Johannes Treutler | 2020-11-28 02:19:17.037 AM |
|---|---|

And only a few of the large ICO investors became App users ..... so

| Johannes Treutler | 2020-11-28 02:19:40.037 AM |
|---|---|

And today the majority of CEL is really held by users .. that's amazing

| Johannes Treutler | 2020-11-28 02:38:13.000 PM |
|---|---|

25k 0.000135 BTC 25k 0.0045 ETH 25k 0.00013 BTC 25k 0.0043 ETH

| Johannes Treutler | 2020-11-28 02:38:56.000 PM |
|---|---|

When ever you're ready 😀 no hurry

| Connor Nolan | 2020-11-28 04:18:10.000 PM |
|---|---|

I'm here now

| Connor Nolan | 2020-11-28 04:18:18.000 PM |
|---|---|

These need to be amended?

| Johannes Treutler | 2020-11-28 04:20:31.000 PM |
|---|---|

Lemme check

| Johannes Treutler | 2020-11-28 04:20:57.000 PM |
|---|---|

Still good

| Johannes Treutler | 2020-11-28 04:28:39.003 PM |
|---|---|

Please ping when you add them 👌😎

| Johannes Treutler | 2020-11-28 04:58:13.000 PM |
|---|---|

40k 0.000135 BTC 25k 0.0045 ETH 25k 0.00013 BTC 25k 0.0043 ETH

| Connor Nolan | 2020-11-28 04:58:27.000 PM |
|---|---|

Yes I'm signing in sorry had to run an errand

FOIA CONFIDENTIAL TREATMENT REQUESTED BY CELSIUS

| Connor Nolan | 2020-11-28 04:58:44.000 PM |
|---|---|

Post office closed at noon on Saturday's 😊

| Johannes Treutler | 2020-11-28 04:59:09.003 PM |
|---|---|

No issue at all just wanted to update in case you are ready 😊

| Connor Nolan | 2020-11-28 05:06:05.003 PM |
|---|---|

we actually burnt through allour eth there... i need to send more

| Connor Nolan | 2020-11-28 05:06:09.003 PM |
|---|---|

i added the two BTC

| Connor Nolan | 2020-11-28 05:06:17.003 PM |
|---|---|

can we add a couple more BTC instead?

| Johannes Treutler | 2020-11-28 05:06:31.003 PM |
|---|---|

Yes we can

| Johannes Treutler | 2020-11-28 05:06:36.003 PM |
|---|---|

Lemme check

| Johannes Treutler | 2020-11-28 05:07:28.003 PM |
|---|---|

Another 25k 0.000135 25k 0.0001325 25k 0.0001275 25k 0.000125

| Johannes Treutler | 2020-11-28 05:07:39.007 PM |
|---|---|

Thoughts?

| Johannes Treutler | 2020-11-28 05:07:59.007 PM |
|---|---|

BTw Alex called me last night after the attack and was happy we solved it

| Connor Nolan | 2020-11-28 05:08:04.007 PM |
|---|---|

thats in addition?

| Connor Nolan | 2020-11-28 05:08:16.007 PM |
|---|---|

good you deserve the credit

| Johannes Treutler | 2020-11-28 05:08:46.007 PM |
|---|---|

You too .. it's not normal to jump to the laptop in mid of the night to safe the day 😊

| Johannes Treutler | 2020-11-28 05:09:25.007 PM |
|---|---|

The seller must be pissed 1.) he could have made way more money 2.) he did not hurt us

| Johannes Treutler | 2020-11-28 05:09:36.007 PM |
|---|---|

😂🔫

| Connor Nolan | 2020-11-28 09:40:19.000 PM |
|---|---|

Lol agreed

FOIA CONFIDENTIAL TREATMENT REQUESTED BY CELSIUS