

# Risk Committee – Meeting #1

Alex Mashinsky, CEO

Daniel Leon, President & COO

Roni Pavon, CRO

Harumi Urata-Thompson, CFO & CIO


By Patrick Holert, CFA, CAIA, ERP

Financial Risk Officer

12/11/20

FOIA CONFIDENTIAL TREATMENT REQUESTED BY CELSIUS

CELSIUSNETWORK_00016448



## Purpose of Risk Committee

The purpose of the risk committee is to take a multidisciplinary, integrative approach to evaluating opportunities and assessing risks.  Through combining perspectives of key people from different business units, we aim to make better use of Celsius's resources, and more effective decisions as a company.

**Members of the risk committee should include:**

| | |
|---|---|
| Chairs | - Daniel Leon, Patrick Holert |
| All activities | - Alex Mashinsky, CEO |
| All activities | - Roni Pavon Cohen, CRO |
| Operations | - Daniel Leon, President & COO |
| Financial | - Harumi Urata-Thompson, CFO & CIO |
| Technology | - Shiran Kleiderman, CSO |
| Legal / Compliance | - Jeremie Beaudry, CCO & General Counsel |
| Human Resources | - Trunshedda Ramos, VP of People |

**Scope of work.**  Significant decisions and risk exposures should be evaluated by the risk committee.  This could, but not be limited to: budgets, hiring decisions, vendor contracts, computer systems, deployment of assets, and investments.

**Comments on risk.**  Succeeding as a company depends on efficiently allocating capital, understanding and managing the risks taken, and earning appropriate returns for those risks.

FOIA CONFIDENTIAL TREATMENT REQUESTED BY CELSIUS    CELSIUSNETWORK_00016449



# Risk Team Desired

**Current Personnel:**

- **Patrick Holert**, financial risk officer, is responsible for all financial risk activities.
- **Graham Novitch**, financial analyst, performs supporting research on risk activities.

**Future Personnel:**

- **Risk Manager.** Performs credit analysis on borrowers and monitors trading positions.

- **Quantitative Analyst.** Performs quantitative modeling of risks.

- **Policies and Procedures Specialist.** Works with leaders of business groups to write policies and procedures, including for regulations and industry standards, such as ISO.

- **Internal Audit.** Reviews processes of business groups for compliance with policies and procedures.

- **Emergency Planning.** Prepares emergency plans for company.

- **Securities compliance.** Once Celsius registers with the SEC and CFTC, it will be necessary to hire a compliance officer to supervise securities and futures/options activities.

FOIA CONFIDENTIAL TREATMENT REQUESTED BY CELSIUS    CELSIUSNETWORK_00016450



# Overview of financial risks at Celsius



## Financial Risk Activities

- **Initial credit analysis** – Before credit is extended, counterparties are reviewed and their credit risk assessed. Following this, a decision is made on whether to extend credit, and on credit limits.

- **Ongoing credit reviews** – Ongoing reviews are performed on a periodic basis to evaluate changes in credit risks for borrowers.

- **Manage problem loans** – Negotiate with borrowers for collateral, and close loans.

- **Review, structure and negotiate agreements** – Commercial terms of agreements are reviewed to make sure that they are fair and beneficial to Celsius.

- **Complex calculations** – Perform complex calculations as required by finance group.

- **Monitor Defi activities** – Review and set limits on Defi activities.

- **Evaluate investments** – Assess investment opportunities.

- **Regulatory compliance** – Forecasts and "Risk Assessment Report on Financial Risks" for the FCA.

- **Research new business** – Prepare groundwork for new business opportunities.

FOIA CONFIDENTIAL TREATMENT REQUESTED BY CELSIUS                                                                                                                            CELSIUSNETWORK_00016452



## Celsius Portfolio of assets

Celsius has USD1.7bil of diverse assets deployed in: loans 44%; equity investments 11%; deposits at exchanges 5%; Defi 22%, collateral for USD loans 14%, and other assets 4%.

As a matter of overall risk, note that I am researching comprehensive insurance coverage.

| Type | Assets | Assets USDmil | %Total | Adjusted Collateral USDmil | Exposure | Risks |
|---|---|---|---|---|---|---|
| Loans | Retail Loans | 111 | 6.6 | 386 | (275) | Over collateralized, minimal risk |
|  | Institutional Loans | 598 | 35.4 | 299 | 299 | Managed credit risk |
|  | Equipment finance/leasing | 41 | 2.4 | 41 |  | Backed by equipment |
| Equity | Grayscale shares | 178 | 10.5 | NA |  | Coin risk is hedged |
|  | BTC Mining | 10 | 0.6 | 10 |  | Market risk of BTC prices |
| Deposits | Bitfinex Exchange | 56 | 3.3 | NA |  | Market risk of coin prices |
|  | Other Exchanges | 21 | 1.2 | NA |  | Market risk of coin prices |
| Defi | KeyFi | 225 | 13.3 | NA |  | Platform risk |
|  | Celsius AMM | 144 | 8.5 | NA |  | Platform risk |
| Collateral | Col for USD104mil bor from EFH/QCP | 231 | 13.7 | NA |  | Margin calls on BTC/ETH |
| Other | Other assets | 74 | 4.4 | NA |  | Includes ETH 2.0, Fractal & Staking |
|  | **Total Deployed** | **1,689** |  |  |  |  |

Note: Adjusted collateral includes assets for Intership and Oiltrading.

Notes: talk to Sid about adding to Instilend, add targets and best practices

6

FOIA CONFIDENTIAL TREATMENT REQUESTED BY CELSIUS                    CELSIUSNETWORK_00016453



# Managing Credit Risk is Key

Credit Risk is our primary concern in managing assets. Before extending credit, I interview principals from potential borrowers to understand their business activities, use of loan proceeds, and financial situation. Afterwards, I add a credit profile on the borrower to the Instilend system to provide guidance to the trading desk on whether to extend credit, and if so on acceptable risks to take with the borrower. The credit profile includes one of the following credit ratings:

| Credit Ratings | Definition |
|---|---|
| AAA | Extremely strong capacity to repay debt |
| AA | Very strong capacity to repay debt |
| A | Strong capacity to repay debt |
| BBB | Adequate capacity to repay debt |
| BB | Semi-adequate capacity to repay debt |
| B | Vulnerable with capacity to repay debt |
| CCC | Vulnerable to not repay debt |
| CC | Highly vulnerable to not repay debt |
| C | Default on debt is likely |
| D | Default |

In the credit profile, links to additional details are available by clicking on "Credit Review Report" and "Financial Statement". Following is an example of a credit review for Akuna.

Notes: Insurance on Cumberland, explore counterparty insurance, Mueller, crypto specialist firm in MN, cover some counterparties, not all

7



# Example of a credit profile in Instilend

**Name of Company:** Akuna Digital Assets LLC
**Category:** Hedge/Investment fund
**Registered Country:** IL

**Reviewed By:** patrick.holert@celsius.network
**Review Date:** 7/6/2020

**Credit Limit:** $50,000,000.00
**Collateral Percentage:**
**Margin Percentage:** 15.00%

**Last Financial Statement Date:** 11/30/2019
**Net Leverage:** 0.60
**Current Ratio:** 1.50

**Credit Score:** A-Strong capacity to repay debt
Margin/Reverse Call Per Collateral

**Assets:** $8,865,484.90
**Liabilities:** $1,500,000.00
**Net Exposure:** -$7,365,484.90

**Collateral %:** 16.92%
**Net Exposure/Credit Limit(%):** -14.73%

Credit Review Report
Financial Statement

**Credit Review Link:** https://drive.google.com/file/d/1hCZuFK-uDCll4r2rivG8W0
**Financial Statement Link:** https://docs.google.com/spreadsheets/d/1_-NAFHP2qs0

**Credit Review Summary**
Akuna Digital is a fully owned subsidiary and the crypto arm of Akuna Capital, a very large, successful, quantitative trading company. Akuna Digital has inherited effective trading and risk management technologies from its parent, and appears to be conservatively managed with net leverage of 0.6X and a current ratio of 1.5X.

**Notes: Ask Sid to block going over credit limits**

FOIA CONFIDENTIAL TREATMENT REQUESTED BY CELSIUS                                                                                                CELSIUSNETWORK_00016455



## Uncollateratized loans account for less than 5% of deployed assets

For uncollateralized loans without restrictions, we need to be highly confident that the borrower has a strong credit rating and are financially heathy. Over time, we have experienced pressure from our new business efforts to increase uncollateralized loans. The uncollateralized loans with restrictions are legacy loans that are being restructured.

| Borrowers - Uncollateralized with no restrictions | | | | | | | |
|---|---|---|---|---|---|---|---|
| Borrower | Rating | Credit Limit | Loans | Collateral | Exposure | %Collateral | Notes |
| B2C2 LTCD | BBB | 10,000,000 | 1,238,775 | - | 1,238,775 | 0.00% | |
| Blue Fire Capital | BB | 5,000,000 | - | - | - | NA | Acquired by Galaxy Digital |
| Cumberland DRW LLC | BBB | 50,000,000 | 47,758,219 | - | 47,758,219 | 0.00% | |
| FalconX Limited | BBB | 15,000,000 | 5,999,400 | - | 5,999,400 | 0.00% | Repo desk for short term loans |
| Flow Traders BV | A | 60,000,000 | - | - | - | NA | |
| JSCT Hong Kong Limited | BBB | 10,000,000 | 3,315,271 | - | 3,315,271 | 0.00% | Jump Trading in Hong Kong |
| JUMP Trading | BBB | 50,000,000 | 10,010,000 | - | 10,010,000 | 0.00% | |
| Total | | | 68,321,665 | - | 68,321,665 | | |
| Borrowers - Uncollateralized with restrictions | | | | | | | |
| Borrower | Rating | Credit Limit | Loans | Collateral | Exposure | %Collateral | Notes |
| Iterative OTC LLC | C | - | 7,429,243 | - | 7,429,243 | 0.00% | Collateral coming, no further loans |
| JST Systems LLC | CC | 2,000,000 | 4,630,812 | - | 4,630,812 | 0.00% | Restructuring, no new loans |
| Tagomi Trading LLC | B | - | 701,550 | - | 701,550 | 0.00% | Only fully collateralized for new loans |
| Transfero Brasil Pagamentos SA | B | - | 990,565 | - | 990,565 | 0.00% | Only fully collateralized for new loans |
| Total | | | 13,752,170 | - | 13,752,170 | | |

Notes: dcred from Iterative, coins back from JST, possibly more credit to Tagomi, review Transfero

FOIA CONFIDENTIAL TREATMENT REQUESTED BY CELSIUS     CELSIUSNETWORK_00016456



# For most institutional loans, risk is mitigated by collateral

More than 86% of our institutional loan portfolio value is backed by collateral.

| Borrowers - Partial collateral | | | | | | | |
|---|---|---|---|---|---|---|---|
| Borrower | Rating | Credit Limit | Loans | Collateral | Exposure | %Collateral | Notes |
| Akuna Digital Assets LLC | A | 50,000,000 | 8,865,485 | 1,500,000 | 7,365,485 | 16.92% | |
| Alameda Resarch Ltd | BBB | 60,000,000 | 128,347,264 | 19,585,442 | 108,761,822 | 15.26% | Not concerned, but want to reduce exposure |
| Amber Technologies Limited | A | 20,000,000 | 22,755,117 | 5,900,795 | 16,854,322 | 25.93% | |
| Blockchain Access UK Ltd | B | - | 2,312,704 | 448,398 | 1,864,306 | 19.39% | Only fully collateralized for new loans |
| Dunamis Trading LLC | BB | 3,000,000 | 13,050,736 | 8,025,216 | 5,025,520 | 61.49% | |
| DV Chain LLC | BB | 5,000,000 | 3,654,943 | 2,788,643 | 866,300 | 76.30% | |
| Galaxy Digital LLC | AA | 50,000,000 | 13,081,687 | 4,744,810 | 8,336,877 | 36.27% | |
| Genesis Global Capital LLC | BBB | 60,000,000 | 45,963,505 | 29,514,305 | 16,449,200 | 64.21% | |
| Hehmeyer LLC | A | 6,000,000 | 978,813 | 761,010 | 217,803 | 77.75% | |
| Kenetic Trading Ltd | BBB | 15,000,000 | 21,138,771 | 2,471,894 | 18,666,877 | 11.69% | |
| LedgerPrime DAO Master Fund LP | A | 15,000,000 | - | - | - | NA | |
| OSL SG PTE LTD | BBB | 8,000,000 | 3,805,824 | 1,314,227 | 2,491,597 | 34.53% | |
| Profluent Trading UK Limited | BBB | 15,000,000 | 25,475,423 | 8,700,500 | 16,774,923 | 34.15% | |
| Reliz LTD | BBB | 20,000,000 | 9,303,582 | 6,839,816 | 2,463,766 | 73.52% | |
| Tether International Limited | AA | 20,000,000 | 51,419,264 | 41,321,280 | 10,097,984 | 80.36% | |
| Three Arrows Capital Ltd | BBB | 20,000,000 | 68,058,759 | 34,265,017 | 33,793,742 | 50.35% | |
| Wintermute Trading Ltd | BB | 12,000,000 | 13,318,243 | 1,285,654 | 12,032,589 | 9.65% | |
| | | | **431,530,120** | **169,467,006** | **262,063,114** | | |

**Notes: Get USDT from Alameda, bring down exposure, try to get more cash collateral all borrowers, get parent guarantee for Genesis, then expand exposure, Digital Currency Group is parent, try to get more collateral out of Kenetic, funds are USD denominated, lock deposits for Profluent**

FOIA CONFIDENTIAL TREATMENT REQUESTED BY CELSIUS    CELSIUSNETWORK_00016457



# Fully Collateralized Loans + Lenders

Factoring in collateral for Internship and Oiltrading, more than 14% of institutional loans are fully collateralized. Inadequate reporting makes risk statistics in Instilend confusing. Some collateral assets are not reported, while lenders should be accounted for differently than borrowers.

| Borrowers - Full or Excess Collateral | | | | | | | |
|---|---|---|---|---|---|---|---|
| Borrower | Rating | Credit Limit | Loans | Collateral | Exposure | %Collateral | Notes |
| BCRS2 LLC | B | - | 357,370 | 484,221 | (126,851) | 135.50% | |
| Future Technology Investment | B | - | 200,200 | 440,141 | (239,941) | 219.85% | |
| Intership Limited | BBB | 20,000,000 | 9,149,980 | - | 9,149,980 | 0.00% | Collateral not reported on Instilend |
| Kohji Hirokado | B | - | 4,010,155 | 19,054,395 | (15,044,240) | 475.15% | |
| Liquibit | BB | 250,000 | 250,250 | 288,504 | (38,254) | 115.29% | |
| Liquid Technologies LTD | B | - | 2,389,936 | 2,200,565 | 189,371 | 92.08% | |
| OILTRADING COM PTE LIMITED | A | 20,000,000 | 14,200,000 | - | 14,200,000 | 0.00% | Collateral not reported on Instilend |
| OPTIMAL ALPHA MASTER FUND LTD | B | - | 858,526 | 1,938,921 | (1,080,395) | 225.84% | |
| Power Block Coin LLC | A | 50,000,000 | 35,823,140 | 43,919,011 | (8,095,871) | 122.60% | |
| Roy Niederhoffer | B | - | 17,087,815 | 37,909,135 | (20,821,320) | 221.85% | |
| | | | **84,327,372** | **106,234,893** | **(21,907,521)** | | |
| | | | | | | | |
| **Lenders** | | | | | | | |
| | | | | | | | |
| Borrower | Rating | Credit Limit | Loans | Collateral | Exposure | %Collateral | Notes |
| Equities First Holdings | A | 20,000,000 | 227,011,599 | 101,318,488 | 125,693,111 | 44.63% | Should not be categorized as loans |
| QCP Capital PTE LTD | BBB | - | 4,071,974 | 2,500,500 | 1,571,474 | 61.41% | Should not be categorized as loans |

FOIA CONFIDENTIAL TREATMENT REQUESTED BY CELSIUS    CELSIUSNETWORK_00016458



## Mining Equipment

Celsius has committed USD51mil for BTC mining equipment. There is a limited supply of such equipment, and many miners are not able to find available equipment to purchase. Recently, Celsius provided financing to Core Scientific, which operates large hosting centers in the US, to purchase their entire order of ASIC equipment from Bitmain for delivery in 2Q21. As this is short term financing, Core is introducing miners to Celsius to negotiate lease financing for this equipment.

Included in the exposure, Celsius has committed USD10mil to purchase our mining equipment, and this will be operated by Argo Blockchain at Core's facilities. The returns on mining are currently very high, especially with BTC at current prices. Along with this, we are providing USD10mil of lease financing for Argo to purchase machines.

Additionally, we have issued loans of USD4mil to Blockfills to purchase mining equipment, which it is leasing to Vaerus Mining and Bitfarms. As we can negotiate better terms directly, we have discontinued using Blockfills as a deal broker.

For leasing deals, Celsius has a first lien on equipment and then a claim on other corporate assets until repaid. As the Core deal is short term, we only have a claim on equipment, but will turn this into a more secure claim as we lease the equipment to miners.

| Use of funds | Company | Equipment | USDmil | Notes |
|---|---|---|---|---|
| Mining | Celsius | Bitmain Antminer S19 and S19 Pro | 10 | Services agreement with Argo |
| Equipment finance | Core Scientific | Bitmain Antminer S19 and S19 Pro | 27 | Celsius seeks lessees for equipment |
| Lease | Argo Blockchain | Bitmain Antminer S19 and S19 Pro | 10 | |
| Loan | Loan to Blockfills, lease to Vaerus Mining | Bitmain Antminer S19 and S19 Pro | 3 | BTC Loan |
| Loan | Loan to Blockfills, lease to Bitfarms | Whatsaminer Micro BT M31S | 1 | |
| **Total** | | | **51** | |

FOIA CONFIDENTIAL TREATMENT REQUESTED BY CELSIUS                    CELSIUSNETWORK_00016459



## Grayscale Shares

Our investments in the Grayscale funds do not incur any credit risk, and are fully hedged against charges in market prices. Because of market inefficiencies in how institutional investors are allowed to invest coins for shares, and then sell the shares to retail investors, these funds trade at significant premiums to net asset values. As lockup periods expire, Celsius stands to make substantial returns on the shares.

The downside to holding the shares is limited to market efficiency. Once the shares are priced efficiently, they should trade at their net asset value less the 2%/year of management fees.

| Fund | Date Invested | Tokens | Number of Tokens | Net Asset Value USD | Shares | Price of fund USD | Market Value USD | Token Price USD | Cost to replace Tokens USD | Anticipated Profits USD | Date to Unlock | Annualized Return at Unlock % |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| BTC Trust | 7/31/2020 | BTC | 1,066.00 | 11,781,733 | 1,112,532 | 20.86 | 23,207,418 | 18,725.00 | 19,960,850 | 3,246,568 | 1/29/2021 | 52.5 |
| BTC Trust | 11/5/2020 | BTC | 7,500.00 | 104,333,174 | 7,869,103 | 20.86 | 164,149,489 | 18,725.00 | 140,437,500 | 23,711,989 | 5/6/2021 | 47.7 |
| ETH Trust | 7/31/2020 | ETH | 40,677.00 | 13,110,177 | 434,368 | 96.55 | 41,938,230 | 500.00 | 20,338,500 | 21,599,730 | 1/29/2021 | 128.4 |
| ETH Trust | 11/5/2020 | ETH | 100,000.00 | 39,344,972 | 1,074,966 | 96.55 | 103,787,967 | 500.00 | 50,000,000 | 53,787,967 | 5/6/2021 | 116.9 |
| ETC Trust | 8/1/2020 | ETC | 80,000.00 | 591,195 | 88,256 | 8.53 | 752,824 | 5.87 | 469,600 | 283,224 | 1/30/2021 | 69.2 |
| ETC Trust | 11/5/2020 | ETC | 150,000.00 | 722,991 | 166,792 | 8.53 | 1,422,736 | 6.27 | 939,750 | 482,986 | 5/6/2021 | 81.7 |
| XRP Trust | 7/31/2020 | XRP | 9,952,032.00 | 2,421,068 | 105,717 | 27.84 | 2,943,161 | 0.291 | 2,893,056 | 50,106 | 1/29/2021 | 14.4 |
| BCH Trust | 7/31/2020 | BCH | 8,800.00 | 2,544,918 | 943,300 | 33.96 | 32,034,468 | 258.85 | 2,277,880 | 29,756,588 | 1/29/2021 | 341.9 |
| LTC Trust | 7/31/2020 | LTC | 48,066.00 | 2,696,021 | 510,593 | 425.00 | 217,002,025 | 66.18 | 3,181,008 | 213,821,017 | 1/29/2021 | 890.6 |
| Total | | | | 177,546,250 | | | 587,238,318 | | 240,498,144 | 346,740,174 | | |

FOIA CONFIDENTIAL TREATMENT REQUESTED BY CELSIUS                                    CELSIUSNETWORK_00016460



## KeyFi Distributed Finance

Reserves are simply managed for levels of potential withdrawals, and software controls the balances in the main and frictional wallets. is currently USD227mil.  While there is risk involved in these activities, we are comfortable with the platforms and exposure, while the returns generated are fully compensating Celsius for this risk.  KeyFi is further addressing risks for its activities through engaging Quantstamp to evaluate and monitor the DeFi platforms, and in seeking insurance coverage.  Note that we need to better understand the BarnBridge platform and the activities there.

| Platform | Amount | Platform | Amount | Platform | Amount |
|---|---|---|---|---|---|
| Compound | $39,379,709.90 | Cream | $135,189.80 | Uniswap | $70,479,082.16 |
| Aave | $20,411,942.73 | Curve | $2,859,161.41 | Yearn | $14,570,518.24 |
| Dodo | $2,310,166.48 | Sushiswap | $16,120,287.23 | Harvest | $51,293,273.75 |
| BarnBridge | $7,994,657.00 | Empty Set | $655,264.71 | KeeperDAO | $9,030,564.86 |
| Badger | $11,311,976.13 | | | | |

14

FOIA CONFIDENTIAL TREATMENT REQUESTED BY CELSIUS

CELSIUSNETWORK_00016461



## Celsius Trading Desk – Automated Market Making

Our exposure to AMM is currently USD144mil. The activities in this area are on acceptable exchanges and within reasonable limits.

| Coin | Uniswap | Coin | Compound | Coin | MakerDAO | Coin | CREAM | Coin | Yearn | Coin | Curve |
|---|---|---|---|---|---|---|---|---|---|---|---|
| ETH | $26,071,911.00 | ETH | $28,341,000.00 | BAT | $9,910,000.00 | UNI | $1,893,376.80 | DAI | $1,886,138.25 | Stables | $10,000,000.00 |
| USDT | $25,836,400.00 | wBTC | $37,525,824.00 | DAI | -$602,348.90 | ETH | $3,928,545.00 | TUSD | $2,602,546.93 | | |
| ETH | $11,502,828.00 | DAI | -$12,883,000.00 | | | | | | | | |
| wBTC | $11,321,484.16 | USDC | -$13,317,000.00 | | | | | | | | |
| Total | $74,732,623.16 | Total | $39,666,824.00 | Total | $9,307,651.10 | Total | $5,821,921.80 | Total | $4,488,685.18 | Total | $10,000,000.00 |

15

FOIA CONFIDENTIAL TREATMENT REQUESTED BY CELSIUS                                                                                                                                    CELSIUSNETWORK_00016462