Chat Filters        Events        History        Disclaimers

| Participant | Entity | Login | Email |
|---|---|---|---|
| 16465524499@s.whatsapp.net Alex Mashinsky | S.whatsapp | 16465524499@s.whatsapp.net | 16465524499@s.whatsapp.net 1 0 |
| 16462710003@s.whatsapp.net Harumi Urata-Thompson | S.whatsapp | 16462710003@s.whatsapp.net | 16462710003@s.whatsapp.net 4 1 |
| System Message System Message | | System Message | 0 0 |

16465524499@s.whatsapp.net Alex Mashinsky

Is Johannes out of hospital? Let's do a call to talk about price of CEL

2021-01-21 12:53:49.000 PM

16462710003@s.whatsapp.net Harumi Urata-Thompson

He is out yes. Sure.

2021-01-21 01:02:01.000 PM

16462710003@s.whatsapp.net Harumi Urata-Thompson

I will ping Julie to schedule a call

2021-01-21 01:02:22.000 PM

16462710003@s.whatsapp.net Harumi Urata-Thompson

Hi Alex - joining the CEL price call?

2021-01-21 11:05:26.000 PM

16462710003@s.whatsapp.net Harumi Urata-Thompson

https://meet.google.com/yuc-kbxn-nbk?authuser=0

2021-01-21 11:05:31.000 PM

FOIA CONFIDENTIAL TREATMENT REQUESTED BY CELSIUS        CELSIUSNETWORK_00416440