Chat Filters     Events     History     Disclaimers

| Participant | Entity | Login | Email | | |
|---|---|---|---|---|---|
| Waseem Shabout<waseem.shabout@celsius.network> | Celsius | UHFUA84MB | waseem.shabout@celsius.network | 33 | 0 |
| Gabe Ficht<gabe.ficht@celsius.network> | Celsius | U013MRX32FR | gabe.ficht@celsius.network | 0 | 0 |
| Johannes Treutler<johannes.treutler@celsius.network> | Celsius | UP9BC1BR6 | johannes.treutler@celsius.network | 25 | 0 |

**Waseem Shabout**     2021-03-04 04:47:33.000 PM

yo

**Johannes Treutler**     2021-03-04 04:50:30.000 PM

yo

**Waseem Shabout**     2021-03-04 04:57:02.000 PM

need you asap

**Waseem Shabout**     2021-03-04 04:57:04.000 PM

Attachments: { "service_name": "meet.google.com", "title": "Meet", "title_link": "https://meet.google.com/cve-qkkz-zkt?authuser=0", "fallback": "Meet", "from_url": "https://meet.google.com/cve-qkkz-zkt?authuser=0", "service_icon": "http://fonts.gstatic.com/s/i/productlogos/meet_2020q4/v1/web-24dp/logo_meet_2020q4_color_1x_web_24dp.png", "id": "1", "text": "Real-time meetings by Google. Using your browser, share your video, desktop, and presentations with teammates and customers.", "thumb_url": "https://fonts.gstatic.com/s/i/productlogos/meet_2020q4/v1/web-96dp/logo_meet_2020q4_color_2x_web_96dp.png", "thumb_width": 192, "thumb_height": 192, "original_url": "https://meet.google.com/cve-qkkz-zkt?authuser=0" }

**Johannes Treutler**     2021-03-04 05:02:12.000 PM

like NOW?

**Waseem Shabout**     2021-03-04 05:02:40.000 PM

when are you free?

**Johannes Treutler**     2021-03-04 05:02:55.000 PM

in 2 weeks

**Johannes Treutler**     2021-03-04 05:03:07.003 PM

😂😭

**Waseem Shabout**     2021-03-04 05:03:23.003 PM

we're gunna need you today, doing some really important work and I think you're one of the keys

FOIA CONFIDENTIAL TREATMENT REQUESTED BY CELSIUS     CELSIUSNETWORK_00344774

**Johannes Treutler** — 2021-03-04 05:03:29.003 PM
what is it about? house is burning? or crazy good idea? or ..?

**Waseem Shabout** — 2021-03-04 05:03:38.003 PM
house burining

**Waseem Shabout** — 2021-03-04 05:03:40.003 PM
short bitcoin

**Johannes Treutler** — 2021-03-04 05:03:58.003 PM
Who is working on that?

**Waseem Shabout** — 2021-03-04 05:04:38.003 PM
me and gabe. SWAT team

**Johannes Treutler** — 2021-03-04 05:04:49.003 PM
who requested

**Waseem Shabout** — 2021-03-04 05:04:58.003 PM
Daniel.

**Waseem Shabout** — 2021-03-04 05:05:23.007 PM
well daniel, alex and roni

**Johannes Treutler** — 2021-03-04 05:05:25.007 PM
Harumi and Alex work on the same .. so ..

**Waseem Shabout** — 2021-03-04 05:06:12.007 PM
Alex isnt working on anything, harumi has glen working on it. Everything that they have "figured out" has been from gabe sending them data

**Waseem Shabout** — 2021-03-04 05:06:22.007 PM
They might be doing something now

**Johannes Treutler** — 2021-03-04 05:06:30.007 PM
yes that's possible

**Johannes Treutler** — 2021-03-04 05:06:54.007 PM
They found some black holes already if I understand correctly

**Waseem Shabout** — 2021-03-04 05:07:28.007 PM

yeah, and I want you to look over the edge with us to help us understand/confirm

**Johannes Treutler**  2021-03-04 05:07:34.007 PM

How can I help? I never touched / moved coins .

**Waseem Shabout**  2021-03-04 05:07:51.007 PM

we're not putting any blame on you dude, dont worry at all

**Waseem Shabout**  2021-03-04 05:08:03.010 PM

I think you have a ledger of the ammount of BTC and eth we used to buy CEL on liquid

**Johannes Treutler**  2021-03-04 05:08:10.010 PM

I don't worry about such things .. just curious how I could help

**Waseem Shabout**  2021-03-04 05:08:11.010 PM

we're trying to gain access to this ledger

**Johannes Treutler**  2021-03-04 05:08:28.010 PM

I have not

**Waseem Shabout**  2021-03-04 05:08:55.010 PM

for the weekly cel repurchases... connor mentioned that you calculate the balance we need to buy

**Johannes Treutler**  2021-03-04 05:08:59.010 PM

Connor and others moved the funds, I just SUGGESTED orders .. and Liquid reported to me for example only in $ value

**Waseem Shabout**  2021-03-04 05:09:11.010 PM

totally understand

**Waseem Shabout**  2021-03-04 05:09:32.013 PM

I think that connor just executes on the suggestion, so im trying to find the suggestion ledger

**Waseem Shabout**  2021-03-04 05:09:46.013 PM

ah, but youre saying that you only suggest in dollar terms

**Johannes Treutler**  2021-03-04 05:09:48.013 PM

What is a suggestion ledger?

**Waseem Shabout**  2021-03-04 05:09:52.013 PM

not in bitcoin terms

**Johannes Treutler**
2021-03-04 05:10:13.013 PM
There will be a place where we can see how many funds we sent to Liquid ..

**Waseem Shabout**
2021-03-04 05:10:25.013 PM
yeah we have that from liquid directly

**Johannes Treutler**
2021-03-04 05:10:43.013 PM
cool .. so you have it already

**Waseem Shabout**
2021-03-04 05:10:56.013 PM
do you think thats enough? We dont have anything else that we keep internally as a record?

**Waseem Shabout**
2021-03-04 05:11:41.017 PM
I guess i can pull time stamp prices to find the dollar value

**Waseem Shabout**
2021-03-04 05:11:51.017 PM
but if we have somethign we maintain internally that would be helpful

**Johannes Treutler**
2021-03-04 05:15:42.017 PM
I don't have something like that.

**Johannes Treutler**
2021-03-04 05:15:54.017 PM
But I know that Harumi bought some BTCs back frequently ..

**Johannes Treutler**
2021-03-04 05:16:01.017 PM
But I was not involved in that

**Waseem Shabout**
2021-03-04 05:16:48.017 PM
Okay, we'll keep digging. Based on waht I see on the ledger of the exchanges, we didnt buy back BTC Frequently

**Johannes Treutler**
2021-03-04 05:18:43.017 PM
I do not have access to Liquid, have basically no idea how this was managed and who did what ..

**Waseem Shabout**
2021-03-04 05:23:45.020 PM
Okay, no worries. We'll keep digging

**Waseem Shabout**
2021-03-04 05:23:54.020 PM
and yeah, it seems everyone says the same thing.

**Johannes Treutler**
2021-03-04 05:24:17.020 PM
ok I just synced again with Harumi

Johannes Treutler

2021-03-04 05:25:19.020 PM

She told me Liquid is a known short and we have the data there .. the real issue we have right now is to find the unknown shorts like for example investments we did with BTC into companies where we never accounted for it

Waseem Shabout

2021-03-04 05:25:39.020 PM

Gotcha, yeah we're pulling that stuff too

Waseem Shabout

2021-03-04 05:25:55.020 PM

I think we're closing the gap

Johannes Treutler

2021-03-04 05:26:16.023 PM

we should have hired Glenn a year ago when BTC was cheap

Johannes Treutler

2021-03-04 05:26:20.023 PM

wtf

Waseem Shabout

2021-03-04 05:26:49.023 PM

Well I mean we should have been doing our accounting like this from day 1

Waseem Shabout

2021-03-04 05:26:54.023 PM

But yeah

Waseem Shabout

2021-03-04 05:26:58.023 PM

Well get through it