| Chat Filters | Events | History | Disclaimers | | | |
|---|---|---|---|---|---|---|
| Participant | | Entity | Login | Email | | |
| 16465524499@s.whatsapp.net Alex Mashinsky | | S.whatsapp | 16465524499@s.whatsapp.net | 16465524499@s.whatsapp.net | 5 | 0 |
| System Message System Message | | | System Message | | 0 | 0 |
| 972504446020@s.whatsapp.net Roni Cohen pavon Celsius | | S.whatsapp | 972504446020@s.whatsapp.net | 972504446020@s.whatsapp.net | 7 | 0 |

16465524499@s.whatsapp.net Alex Mashinsky

2021-03-06 03:30:18.000 AM

Maybe we should buy GBTC in the open market. We can buy it at a discount and then immediately borrow against it via Tether... the

16465524499@s.whatsapp.net Alex Mashinsky

2021-03-06 03:49:28.000 AM

GBTC is at -11.5% discount so we buy BTC at $40k.

972504446020@s.whatsapp.net Roni Cohen pavon Celsius

2021-03-06 09:33:25.000 AM

We have a call later today where they need to show me how much stablecoins and cash they were able to release during the night. We should have around 70 immediately and the rest we will take from Tether against BTC and ETH. I'll update you once we have the full plan and then we execute

972504446020@s.whatsapp.net Roni Cohen pavon Celsius

2021-03-06 02:34:56.000 PM

We're buying 40K ETH and the short XRP today. Will let you know once it's done

972504446020@s.whatsapp.net Roni Cohen pavon Celsius

2021-03-06 06:15:17.000 PM

You are instructing Harumi to buy while I'm operating her team to do that since yesterday. I wouldn't like to find out she's buying in parallel. Can I telll her I'm handling this with her team? I didn't involve her until now

16465524499@s.whatsapp.net Alex Mashinsky

2021-03-06 07:59:56.000 PM

You have to do it with her not behind her back.

972504446020@s.whatsapp.net Roni Cohen pavon Celsius

2021-03-06 08:31:20.000 PM

so just a quick update we have bought 14,035.53 ETH 7,700,000 XRP 200 BTC with 300 more WIP and 6k more ETH in progress if level goes back below 1600 will be executed. The remaining amount we will decide ig Greyscale or underlying is the best way to go come monday

972504446020@s.whatsapp.net Roni Cohen pavon Celsius

2021-03-06 08:47:07.000 PM

Not sure I agree she should be involved here, but you're the boss. I'm concerned that she will give her team different instructions as she doesn't really understand what happened here. Anyway, I'm focused on solving the problem and we can discuss this later. I'll update her on the status

FOIA CONFIDENTIAL TREATMENT REQUESTED BY CELSIUS

CELSIUSNETWORK_00695688

16465524499@s.whatsapp.net Alex Mashinsky

2021-03-06 09:15:17.000 PM

Looks like we are driving the price of ETH so slow them down. We will start rumors.

16465524499@s.whatsapp.net Alex Mashinsky

2021-03-06 09:16:49.000 PM

We have some time. Usually BTC and ETH have a dump on Sunday evening EST so have them stand by with orders below 1500 and. 47000

972504446020@s.whatsapp.net Roni Cohen pavon Celsius

2021-03-06 09:17:53.000 PM

We did it OTC with Wintermute and once the last one is done we stop. Will make sure they add the orders.

972504446020@s.whatsapp.net Roni Cohen pavon Celsius

2021-03-06 09:18:34.000 PM

It's possible that ETH is going up a bit due to EIP 1559, but will definitely make sure they slow down and add the orders

FOIA CONFIDENTIAL TREATMENT
REQUESTED BY CELSIUS

CELSIUSNETWORK_00695689