Message

| | |
|---|---|
| **From:** | Alex Mashinsky [alex@celsius.network] |
| on behalf of | Alex Mashinsky <alex@celsius.network> [alex@celsius.network] |
| **Sent:** | 5/2/2021 4:29:13 PM |
| **To:** | Bethany Davis [bethany.davis@celsius.network]; Alex Mashinsky [alex@celsius.network] |
| **Subject:** | AMA checklist |

For each AMA we want to cover these key points so add them at the top of the weekly sheet :

This is Live Broadcast
Do Good then do well
Unbank the banked then bank the unbanked
Celsius flywheel grows as users and deposit grow
No bad debt no defaults from Institutions
Always act in your best interests
HODL - This is the way

Alex Mashinsky
Founder & CEO Celsius.Network
Twitter @mashinsky
Youtube
Download the App.



FOIA CONFIDENTIAL TREATMENT
REQUESTED BY CELSIUS
SUBJECT TO JANUARY 13, 2023
STIPULATION

CELSIUSNETWORK_00825642