Message

**From:** Rodney Sunada-Wong [rodney.sunada-wong@celsius.network]
**on behalf of** Rodney Sunada-Wong <rodney.sunada-wong@celsius.network> [rodney.sunada-wong@celsius.network]
**Sent:** 7/26/2021 2:43:49 PM
**To:** Alex Mashinsky [alex@celsius.network]
**CC:** Roni Cohen Pavon [roni@celsius.network]
**Subject:** Re: CNBC interview

I asked for your comments to be truncated. Towards the end, you state "Celsius has no leverage".

-------------
Rodney Sunada-Wong
908-447-1819m


On Mon, Jul 26, 2021 at 10:21 AM Alex Mashinsky <alex@celsius.network> wrote:
 what is your concern ? it is public info, roni said he was fine with this interview...

 Alex Mashinsky
 Founder & CEO Celsius.Network
 Twitter @mashinsky
 Youtube
 Download the App.




 ---------- Forwarded message ---------
 From: **Bethany Davis** <bethany.davis@celsius.network>
 Date: Mon, Jul 26, 2021 at 8:36 AM
 Subject: Fwd: CNBC interview
 To: Alex Mashinsky <alex@celsius.network>


 See the thread - Rodney asking for your tweet with the CNBC live hit to be taken down.

 ---------- Forwarded message ---------
 From: **Brianna Herlihy** <brianna.herlihy@celsius.network>
 Date: Sun, Jul 25, 2021 at 10:38 PM
 Subject: Re: CNBC interview
 To: Rodney Sunada-Wong <rodney.sunada-wong@celsius.network>, Ron Deutsch <ron.deutsch@celsius.network>
 Cc: Bethany Davis <bethany.davis@celsius.network>, Isabel Colorado <isabel.colorado@celsius.network>, Roni Pavon <roni@celsius.network>, Tom McCarthy <tom.mccarthy@celsius.network>

So to recap, we can't ask CNBC to edit out something that Alex said live, but we can edit what we share from our channels. Will leave that piece to Tom.

--



**Brianna Herlihy**

**Global Media Relations Lead** | Celsius

phone: 781-856-2467

Download the Celsius app today!

---

**From:** Rodney Sunada-Wong <rodney.sunada-wong@celsius.network>
**Date:** Sunday, July 25, 2021 at 2:19 PM
**To:** Ron Deutsch <ron.deutsch@celsius.network>
**Cc:** Bethany Davis <bethany.davis@celsius.network>, Brianna Herlihy <brianna.herlihy@celsius.network>, Isabel Colorado <isabel.colorado@celsius.network>, Roni Pavon <roni@celsius.network>, Tom McCarthy <tom.mccarthy@celsius.network>
**Subject:** Re: CNBC interview

Yes. The majority of the interview is fine.

On Sun, Jul 25, 2021 at 2:16 PM Ron Deutsch <ron.deutsch@celsius.network> wrote:
> Did you mean minute 4:30 or 4:50?
>
> **Redacted**
>
> On Sun, Jul 25, 2021, 12:55 PM Rodney Sunada-Wong <rodney.sunada-wong@celsius.network> wrote:
>> Hi. Thank you both.
>>
>> **Brianna** - As to your question about what are potentially problematic content:
>>
>> "For example, Celsius has no leverage"
>>
>> "But you aren't going to find leverage or a lot of leverage with companies like Celsius or our counterparties"
>>
>> **Tom** - re: editing the content, maybe we should truncate the interview at 3:52.
>>
>> Can we ask CNBC to truncate the interview at 3:52?
>>
>> **Roni, Ron -** **Redacted**

Thank you again

https://mobile.twitter.com/CNBCTheExchange/status/1417907168678920192

On Sun, Jul 25, 2021 at 11:55 AM Brianna Herlihy <brianna.herlihy@celsius.network> wrote:

Confirming receipt and + Isabel and Bethany who manage our corporate and his personal Twitter respectively.

To my knowledge, we shared it across all our channels.

May I ask what the problematic content is?

Thanks,
Brianna

On Sun, Jul 25, 2021 at 11:08 AM Rodney Sunada-Wong <rodney.sunada-wong@celsius.network> wrote:

Hi Brianna, Tom

Please notify Roni, Ron or me if this CNBC interview is posted anywhere.

e.g. if Alex posts it on his own Twitter, we must take it down.

Please confirm you read this request.

Thank you

_____
Rodney Sunada-Wong
908-447-1819m

--

**Brianna Herlihy**

**Global Media Relations Lead** | Celsius

phone: <u>781-856-2467</u>

*Download the Celsius app today!*

--

\-\-\-\-\-\-\-\-\-\-\-\-\-\-

Rodney Sunada-Wong

908-447-1819m

--

\-\-\-\-\-\-\-\-\-\-\-\-\-\-

Rodney Sunada-Wong

908-447-1819m

--

**Bethany Davis**
*Chief of Staff to CEO*

**Unbank Yourself**
<u>celsius.network</u>

FOIA CONFIDENTIAL TREATMENT REQUESTED BY CELSIUS                                   CELSIUSNETWORK_03212253