Message

|         |                                                                                                                                                      |
|---------|------------------------------------------------------------------------------------------------------------------------------------------------------|
| **From:** | Yarden Noy [yarden.noy@celsius.network]                                                                                                            |
| on behalf of | Yarden Noy <yarden.noy@celsius.network> [yarden.noy@celsius.network]                                                                            |
| **Sent:** | 8/5/2021 4:12:50 PM                                                                                                                                |
| **To:** | Tom McCarthy [tom.mccarthy@celsius.network]                                                                                                          |
| **CC:** | Alex Mashinsky [alex@celsius.network]; Shahar Peter [shahar.peter@celsius.network]; Ran Shitrit [ran.shitrit@celsius.network]                        |
| **Subject:** | Re: community video                                                                                                                             |

Ok, let's set up a call for next week please

Sent from my mobile, please excuse any typos.

---

**From:** Tom McCarthy <tom.mccarthy@celsius.network>
**Sent:** Thursday, August 5, 2021 6:53:06 PM
**To:** Yarden Noy <yarden.noy@celsius.network>
**Cc:** Alex Mashinsky <alex@celsius.network>; Shahar Peter <shahar.peter@celsius.network>; Ran Shitrit <ran.shitrit@celsius.network>
**Subject:** Re: community video

Hey Yarden

Yes we can do that for this one. i will get it on the video review board.

However my team does need a wider conversation with legal about how we represent our new business model in media.

The same issue has arisen in our Revolut video script and I want to get a 'What we do' video under production too.

cheers,
Tom

On Thu, Aug 5, 2021 at 4:48 PM Yarden Noy <yarden.noy@celsius.network> wrote:
> Need to clean that from 80%, sharing profits with the users, and references (including insinuations) to future CEL prices.
>
> @'Tom McCarthy' can you do that for us and share with a transcript, and we'll approve?
>
> Thanks
>
> Sent from my mobile, please excuse any typos.
>
> ---
> **From:** Alex Mashinsky <alex@celsius.network>
> **Sent:** Thursday, August 5, 2021 5:03:48 PM
> **To:** Yarden Noy <yarden.noy@celsius.network>
> **Cc:** Shahar Peter <shahar.peter@celsius.network>
> **Subject:** community video
>
> see if you are happy for us to use this on the web site as representation of our community
> https://youtu.be/mD3uITmLOgY

FOIA CONFIDENTIAL TREATMENT REQUESTED BY CELSIUS
PRODUCED PURSUANT TO DISCLOSURE STIPULATION

CEL_STIP_00000160

Alex Mashinsky
Founder & CEO Celsius.Network
Twitter @mashinsky
Youtube
Download the App.

---

**Tom McCarthy**
**Video producer** | Celsius

Download the Celsius app today!

Alex Mashinsky
Founder & CEO Celsius.Network
Twitter @mashinsky
Youtube
Download the App.

**Tom McCarthy**
**Video producer** | Celsius

Download the Celsius app today!

FOIA CONFIDENTIAL TREATMENT REQUESTED BY CELSIUS
PRODUCED PURSUANT TO DISCLOSURE STIPULATION

CEL_STIP_00000161