Chat Filters    Events    History    Disclaimers

| Participant | Entity | Login | Email | | |
|---|---|---|---|---|---|
| 16465524499@s.whatsapp.net Alex Mashinsky | S.whatsapp | 16465524499@s.whatsapp.net | 16465524499@s.whatsapp.net | 3 | 0 |
| 13479053073@s.whatsapp.net Bethany Davis | S.whatsapp | 13479053073@s.whatsapp.net | 13479053073@s.whatsapp.net | 0 | 0 |
| 16505186660@s.whatsapp.net Tushar | S.whatsapp | 16505186660@s.whatsapp.net | 16505186660@s.whatsapp.net | 0 | 0 |
| 972528568664@s.whatsapp.net Chris Kunze | S.whatsapp | 972528568664@s.whatsapp.net | 972528568664@s.whatsapp.net | 0 | 0 |
| System Message System Message | | System Message | | 0 | 0 |
| 15164917081@s.whatsapp.net Connor | S.whatsapp | 15164917081@s.whatsapp.net | 15164917081@s.whatsapp.net | 1 | 0 |
| 12146035113@s.whatsapp.net Waseem Celsius | S.whatsapp | 12146035113@s.whatsapp.net | 12146035113@s.whatsapp.net | 1 | 0 |
| 491757575961@s.whatsapp.net Johannes Treutler | S.whatsapp | 491757575961@s.whatsapp.net | 491757575961@s.whatsapp.net | 3 | 0 |
| 972504446020@s.whatsapp.net Roni Cohen pavon Celsius | S.whatsapp | 972504446020@s.whatsapp.net | 972504446020@s.whatsapp.net | 2 | 0 |
| 972546736001@s.whatsapp.net Daniel Leon | S.whatsapp | 972546736001@s.whatsapp.net | 972546736001@s.whatsapp.net | 0 | 0 |

16465524499@s.whatsapp.net Alex Mashinsky

2021-08-20 01:50:04.000 PM

Any topics or issues I should cover today ? What is total AUM including collateral. ?

491757575961@s.whatsapp.net Johannes Treutler

2021-08-20 02:49:07.000 PM

Liquid Hack I hear many people concerned they won't get back the CEL they stored on Liquid. Withdrawals are disabled .. CEL underperforming BTC & ETH (-40% within a month..) Today I heard a lot concerns that Celsius might want to hold the CEL price low as long as the equity raise is ongoing due to the cost of CEL on CEL interest .. maybe it's worth explaining them once again that we are generally a fan of rising CEL prices.

972504446020@s.whatsapp.net Roni Cohen pavon Celsius

2021-08-20 02:49:43.000 PM

Absolutely not about the second part

491757575961@s.whatsapp.net Johannes Treutler

2021-08-20 02:49:57.000 PM

😂

972504446020@s.whatsapp.net Roni Cohen pavon Celsius



15164917081@s.whatsapp.net Connor

2021-08-20 02:51:26.000 PM

I mentioned this already to Alex but if there's a way to phrase "Celsius is a good place to park your Stables as dry powder/money on the sidelines" could help us. We are seeing outflows of stables in a time when it's our hottest commodity.

491757575961@s.whatsapp.net Johannes Treutler

2021-08-20 03:43:33.000 PM

FYI the Liquid Hacker stole and immediately sold $5m worth CEL dropping the price from $6.30 to $5.50 within minutes .. we bought them <$5.75 to prevent further damage .. nothing you can tell our community but just so you're aware

16465524499@s.whatsapp.net Alex Mashinsky

2021-08-20 03:50:50.000 PM

Kk. Thanks.

12146035113@s.whatsapp.net Waseem Celsius

2021-08-20 04:05:03.000 PM

NFTs continue to grow EIP 159 launched, fees didn't go down much but now ETH gets burnt per transaction which has lead to ETH to have roughly the same net inflation schedule as bitcoin Bitcoins Stacks (STX) network is getting adoption to bring ethereum like capabilities to the bitcoin network Poly network hacker returned the funds. That was a crazy episode in cryptoland. But it shows how defi still has smart contract risk. This is why we audit every bridge and protocol we work with Black rock announced they're holding stock in a crypto mining company Coinbase announced they will invest Corp treasury in crypto and buy crypto work 10% of profits going forward Covid delta has really been picking up. It has created an affect on consumer spending. Watch closely over next months to see effects on economy Please spend some ammount of time explaining how Powell is an iditiot and while he figures out how to print more bitcoin and ethereum are printing less.

16465524499@s.whatsapp.net Alex Mashinsky

2021-08-20 04:06:31.000 PM

Kk thanks