Chat Filters    Events    History    Disclaimers

| Participant | Entity | Login | Email | | |
|---|---|---|---|---|---|
| System Message System Message | System Message | | | 0 | 0 |
| 15103161404@s.whatsapp.net Oren B | S.whatsapp 15103161404@s.whatsapp.net | 15103161404@s.whatsapp.net | | 13 | 0 |
| 972504446020@s.whatsapp.net Roni Pavon | S.whatsapp 972504446020@s.whatsapp.net | 972504446020@s.whatsapp.net | | 15 | 0 |

972504446020@s.whatsapp.net Roni Pavon
2021-09-15 12:12:57.000 PM

Hi

972504446020@s.whatsapp.net Roni Pavon
2021-09-15 12:13:01.000 PM

I see you're up

15103161404@s.whatsapp.net Oren B
2021-09-15 12:15:01.000 PM

hi yeah, for some reason was having a rough evening last night so I didn't get a chance to work late, trying to catch up

972504446020@s.whatsapp.net Roni Pavon
2021-09-15 12:15:28.000 PM

No worries

972504446020@s.whatsapp.net Roni Pavon
2021-09-15 12:15:33.000 PM

I wanted to run something with you

15103161404@s.whatsapp.net Oren B
2021-09-15 12:15:43.000 PM

ok, should we talk?

972504446020@s.whatsapp.net Roni Pavon
2021-09-15 12:15:46.000 PM

We have a CEL crisis

972504446020@s.whatsapp.net Roni Pavon
2021-09-15 12:15:48.000 PM

No buyers, only sellers

972504446020@s.whatsapp.net Roni Pavon
2021-09-15 12:15:54.000 PM

I'm thinking about building a burn scheme

972504446020@s.whatsapp.net Roni Pavon
2021-09-15 12:15:57.000 PM

I'm on a call

972504446020@s.whatsapp.net Roni Pavon

2021-09-15 12:16:04.000 PM

Will ping you after if that's fine

15103161404@s.whatsapp.net Oren B

2021-09-15 12:20:05.000 PM

yes, soudns good, i have a call in 1 hour 10 minutes

15103161404@s.whatsapp.net Oren B

2021-09-15 12:34:14.000 PM

would also be good to hear from you the additional info you mentioned about swaps and custody

15103161404@s.whatsapp.net Oren B

2021-09-15 12:34:27.000 PM

in that email thread from about a week ago you mentioned that the swapping of debt was problematic for other reasons

15103161404@s.whatsapp.net Oren B

2021-09-15 12:59:15.000 PM

**Redacted**

972504446020@s.whatsapp.net Roni Pavon

2021-09-15 03:02:10.000 PM

What about this game plan: During the Friday AMA Alex presents some statistics about how our interest payments grow the last years parallel with AUM and so on and .. ad hoc during the AMA he introduces the BB&B (buy back and burn) and has someone with him on the show that executes in real-time the burn (To burn ERC20 you just need to execute a simple blockchain transaction) This way our community can in real-time see that we really did what we say. And from there on my team can send every Friday the same time the exact amount to a designated burning wallet or how ever we agree to structure it to make sure it's executed every Friday same time (interest calculation is Friday morning..)

15103161404@s.whatsapp.net Oren B

2021-09-15 07:58:21.000 PM

sorry, hopefully my feedback on the other channel about CEL is helpful; i would rather we take steps towards the right longer term solution vs taking some short term step that will keep us busy but not address the issue long term

15103161404@s.whatsapp.net Oren B

2021-09-15 07:58:37.000 PM

i still don't have an answer from Johannes about how the BB&B will be funded

15103161404@s.whatsapp.net Oren B

2021-09-15 08:00:44.000 PM

if our income from yield generating activities is used to either a) pay our clients their in-kind rewards or b) buy back CEL token for users who opt to earn in CEL....what's left should be our profit...and i think it is super risky to spend our profit on buying CEL to be burned

15103161404@s.whatsapp.net Oren B

2021-09-15 08:01:01.000 PM

actually i should say, it depends how much of our profit we're going to use for that

15103161404@s.whatsapp.net Oren B

2021-09-15 08:01:21.000 PM

i would also think this REALLY complicates our position that this is a utility token, no?

972504446020@s.whatsapp.net Roni Pavon

FOIA CONFIDENTIAL TREATMENT REQUESTED BY CELSIUS                                                                                                    CELSIUSNETWORK_03515563

| | |
|---|---|
| Like anything else. We buy in the market | 2021-09-15 08:09:44.000 PM |
| 972504446020@s.whatsapp.net Roni Pavon<br><br>In the US? We don't really have a chance | 2021-09-15 08:09:54.000 PM |
| 15103161404@s.whatsapp.net Oren B<br><br>ok, so we're going to take company profits, buy tokens, and burn them | 2021-09-15 08:10:40.000 PM |
| 15103161404@s.whatsapp.net Oren B<br><br>have we established how we'll determine the amount ? | 2021-09-15 08:10:54.000 PM |
| 972504446020@s.whatsapp.net Roni Pavon<br><br>There is no decision | 2021-09-15 08:48:19.000 PM |
| 972504446020@s.whatsapp.net Roni Pavon<br><br>I want us to discuss this as a Groupon | 2021-09-15 08:48:24.000 PM |
| 972504446020@s.whatsapp.net Roni Pavon<br><br>Group | 2021-09-15 08:48:27.000 PM |

FOIA CONFIDENTIAL TREATMENT REQUESTED BY CELSIUS                                    CELSIUSNETWORK_03515564