Message

**From:** Tom McCarthy [tom.mccarthy@celsius.network]
**on behalf of** Tom McCarthy <tom.mccarthy@celsius.network> [tom.mccarthy@celsius.network]
**Sent:** 9/17/2021 6:43:54 PM
**To:** Rodney Sunada-Wong [rodney.sunada-wong@celsius.network]
**CC:** Bethany Davis [bethany.davis@celsius.network]; Roni Pavon [roni@celsius.network]
**Subject:** Re: Delete from the AMA: Direct Deposits, Interest Payments

Hey Rodney, can i please get time stamps with the edit requests.

cheers,
Tom

On Fri, Sep 17, 2021 at 7:27 PM Rodney Sunada-Wong <rodney.sunada-wong@celsius.network> wrote:
Please delete the parts where he says "interest payments". Thank you






-------------
Rodney Sunada-Wong
908-447-1819m

On Fri, Sep 17, 2021 at 2:16 PM Rodney Sunada-Wong <rodney.sunada-wong@celsius.network> wrote:
Google provides "live captions". Go to settings, advanced options, accessibility.

It's also easy to generate a transcript. We generate one every Friday.

FOIA CONFIDENTIAL TREATMENT REQUESTED BY CELSIUS        CELSIUSNETWORK_03517035



\--------------

Rodney Sunada-Wong

908-447-1819m

On Fri, Sep 17, 2021 at 2:13 PM <roni@celsius.network> wrote:
> Where is this test from?
>
> Sent from my iPhone
>
>
> On 17 Sep 2021, at 21:11, Bethany Davis <bethany.davis@celsius.network> wrote:
>
>
> Tom will handle
>
> On Fri, Sep 17, 2021 at 11:10 AM Rodney Sunada-Wong <rodney.sunada-wong@celsius.network> wrote:
>> Please remove the part about Direct Deposits. It happened at around 2:08pm Thank you
>>
>> <image.png>
>>
>>
>> \--------------
>> Rodney Sunada-Wong
>> 908-447-1819m
>>
>>
>> --

FOIA CONFIDENTIAL TREATMENT REQUESTED BY CELSIUS                                    CELSIUSNETWORK_03517036

**Bethany Davis**
*Chief of Staff to CEO*

**Unbank Yourself**
celsius.network

**Tom McCarthy**
**Video producer** | Celsius

*Download the Celsius app today!*

FOIA CONFIDENTIAL TREATMENT REQUESTED BY CELSIUS                    CELSIUSNETWORK_03517037