**Chat Filters**          **Events**          **History**          **Disclaimers**

| Participant | Entity | Login | Email | | |
|---|---|---|---|---|---|
| Trunshedda Ramos | Celsius | U018E0YDB09 | trunshedda.ramos@celsius.network | 0 | 0 |
| Ron Deutsch | Celsius | U01PME7LEHK | ron.deutsch@celsius.network | 0 | 0 |
| Tom McCarthy | Celsius | U0102JFH3U4 | tom.mccarthy@celsius.network | 1 | 0 |
| Roni Pavon | Celsius | U01B6KNK8DB | roni@celsius.network | 0 | 0 |
| Gal Arad cohen | Celsius | U02U9T01BFV | gal.cohen@celsius.network | 0 | 0 |
| Adrian Alisie | Celsius | U02CJ4TQTLL | adrian.alisie@celsius.network | 0 | 0 |
| Mariana Hall | Celsius | U01L5EH0E8L | mariana.hall@celsius.network | 0 | 0 |
| Jerry Ho | Celsius | U02AQ286PUP | jerry.ho@celsius.network | 0 | 0 |
| Michal Hanuka | Celsius | U02DQLA5GGY | michal.hanuka@celsius.network | 0 | 0 |
| Peter Salyga | Celsius | U0322KDTKUZ | peter.salyga@celsius.network | 0 | 0 |
| Rodney Sunada-Wong | Celsius | U01RFJFGJRF | rodney.sunada-wong@celsius.network | 4 | 2 |
| Susana Tiong | Celsius | U035PT2BPGT | susana.tiong@celsius.network | 0 | 0 |
| Gilad Ouzan | Celsius | U0245HTS7NH | gilad.ouzan@celsius.network | 0 | 0 |
| George Smith | Celsius | U02DEQ8RT6E | george.smith@celsius.network | 0 | 0 |
| Jackie Rubin | Celsius | U03ECU8PPCM | jackie.rubin@celsius.network | 0 | 0 |
| Zachary Wildes | Celsius | UTTE4GFLL | zachary.wildes@celsius.network | 0 | 0 |
| Ofer Ganot | Celsius | U02BAV5TDA8 | ofer.ganot@celsius.network | 0 | 0 |
| Oren Blonstein | Celsius | U01L29LKNBG | oren.blonstein@celsius.network | 0 | 0 |
| Peter Graham | Celsius | U01HHRN7NTH | peter.graham@celsius.network | 0 | 0 |
| Yarden Noy | Celsius | U01JW5MHGDP | yarden.noy@celsius.network | 0 | 0 |
| Daniel Urman | Celsius | U030QFKJVL1 | daniel.urman@celsius.network | 0 | 0 |
| Adam Malley | Celsius | U02M368C6P7 | adam.malley@celsius.network | 0 | 0 |
| Brian Strauss | Celsius | U01TNB41TEC | brian.strauss@celsius.network | 0 | 0 |
| Asaf Yashayev | Celsius | U025X49LG6L | asaf.yashayev@celsius.network | 0 | 0 |

FOIA CONFIDENTIAL TREATMENT REQUESTED BY CELSIUS

| Victor Vesnaver Jr. | Celsius | U03FC6HMERX | victor.vesnaver@celsius.network | 0 | 0 |
| Shakti Tailor | Celsius | U01TEQ8JHQU | shakti.tailor@celsius.network | 0 | 0 |
| Anvar Nurullayev | Celsius | U02T099F87J | anvar.nurullayev@celsius.network | 0 | 0 |

Rodney Sunada-Wong

2021-10-29 06:53:07.000 PM

Tom - Please see your inbox. There are a couple of things that I think need to be edited out, and a few others that legal should advise as to whether they are required. Here are the ones that need to be edited out:

Rodney Sunada-Wong

2021-10-29 06:55:08.003 PM

38 minutes: "Celsius does not sell its tokens. We're not in the market. Usually we are in the market usually buying not selling."



Rodney Sunada-Wong

2021-10-29 06:57:57.003 PM

1:22 - "We don't treat businesses or individuals differently". This statement could be misinterpreted to say we don't treat institutional _borrowers_ differently from retail borrowers. We definitely do institutional lending that is uncollateralized.

FOIA CONFIDENTIAL TREATMENT REQUESTED BY CELSIUS



both? Yeah so **we don't treat businesses or individuals differently** both kid acts as the same load **we only do asset back lending** meaning **you have to give us an asset like crypto** or things **that we accept** so any of those 45 assets that we were talking about okay and then you get to **choose three different LTV** so you can do 50% of the value of the asset. Let's say have one Bitcoin. It's worth $60,000. You can borrow $30,000 worth of stable coins or do a wire transfer to your account **50% 33% or 25%** of the rate than 25% is 1% per year That's all

Tom McCarthy

2021-10-29 07:03:04.003 PM

Hey Rodney, I will get on this

Rodney Sunada-Wong

2021-10-29 07:56:57.007 PM

Thanks Tom!

FOIA CONFIDENTIAL TREATMENT REQUESTED BY CELSIUS