| Chat Filters | Events | History | Disclaimers | | |
|---|---|---|---|---|---|
| Participant | Entity | Login | Email | | |
| Fernando Dreyfus | Celsius | U019H447M38 | fernando.dreyfus@celsius.network | 0 | 0 |
| Chen Zhu | Celsius | U02SAH82RBL | chen.zhu@celsius.network | 0 | 0 |
| Graham Novitch | Celsius | U018JPP3XJS | graham.novitch@celsius.network | 3 | 0 |
| Dwaipayan Majumdar | Celsius | U030576AFUN | dwaipayan.majumdar@celsius.network | 0 | 0 |
| Jerry Ho | Celsius | U02AQ286PUP | jerry.ho@celsius.network | 3 | 2 |
| Peter Salyga | Celsius | U0322KDTKUZ | peter.salyga@celsius.network | 0 | 0 |
| Rodney Sunada-Wong | Celsius | U01RFJFGJRF | rodney.sunada-wong@celsius.network | 18 | 0 |
| Tat Chan | Celsius | U01US373M8U | tat.chan@celsius.network | 0 | 0 |
| Susana Tiong | Celsius | U035PT2BPGT | susana.tiong@celsius.network | 0 | 0 |
| Shelly Shen | Celsius | U02MVRYS3U0 | shelly.shen@celsius.network | 0 | 0 |
| Alexey Shitov | Celsius | U02UAKUJ3LJ | alexey.shitov@celsius.network | 0 | 0 |
| Fan Bai | Celsius | U024WGD6SDQ | fan.bai@celsius.network | 0 | 0 |
| Stevan Maglic | Celsius | U020QSWMFNZ | stevan.maglic@celsius.network | 0 | 0 |
| Peter Graham | Celsius | U01HHRN7NTH | peter.graham@celsius.network | 9 | 6 |
| Tamas Antal | Celsius | U024PNXVA86 | tamas.antal@celsius.network | 1 | 1 |
| Brian Strauss | Celsius | U01TNB41TEC | brian.strauss@celsius.network | 8 | 0 |
| Asaf Yashayev | Celsius | U025X49LG6L | asaf.yashayev@celsius.network | 0 | 0 |
| Anvar Nurullayev | Celsius | U02T099F87J | anvar.nurullayev@celsius.network | 0 | 0 |

Tamas Antal
2021-11-12 11:59:36.000 AM

chart_CDX_hor_2021-09-01_2021-11-12.pdf

Rodney Sunada-Wong
2021-11-12 02:31:43.003 PM

Hi. What is the intuition for why the Asia ex Japan is looking better (is it IG?) and BoA (HY only?) is looking worse?

Graham Novitch
2021-11-12 06:02:31.003 PM

Ama transcript going. Forgot to mention a bit earlier

2021-11-12 06:14:05.003 PM

Around 10:15, Alex says "the beauty of the Celsius model is that the rate we publish is actually tied to the yield we create." Are we okay with this?



Rodney Sunada-Wong

2021-11-12 06:15:16.003 PM

Not sure. Will post it for review.

Rodney Sunada-Wong

2021-11-12 06:15:33.007 PM

Also, Zach said because of Celsius that "people have more secure retirements"

Jerry Ho

2021-11-12 06:30:19.007 PM

Not sure Alex should be saying this about stable coins.

FOIA CONFIDENTIAL TREATMENT REQUESTED BY CELSIUS                    CELSIUSNETWORK_03212232

> going up so think about it. Your bank pays you 0.1 0.2% but inflation is anywhere between six and 15% right so you're losing money tremendous amount of money so again Celsius with over 10% yield is one of the best ways to protect against that inflation again. If you saying look Bitcoin is to risky for me. It's too volatile or Ethereum already. You know doubled in the last year. ==You can always rely on stable coins because you know you can always get those dollars back. We should buy trust companies like circle and and true USD==

Rodney Sunada-Wong
2021-11-12 06:30:49.007 PM
@Jerry Ho what time was that?

Jerry Ho
2021-11-12 06:31:13.007 PM
about ~28 mins in

Rodney Sunada-Wong
2021-11-12 06:31:20.007 PM
Everyone - pay attention to what Alex is saying. Oh oh

Rodney Sunada-Wong
2021-11-12 06:31:59.007 PM
He said burning CEL is "definitely in your best interest..."

Peter Graham
2021-11-12 06:32:40.007 PM

FOIA CONFIDENTIAL TREATMENT REQUESTED BY CELSIUS                    CELSIUSNETWORK_03212233



Peter Graham

2021-11-12 06:35:15.007 PM

Christina around 33:15 states that we give at least 80% back to our community

FOIA CONFIDENTIAL TREATMENT REQUESTED BY CELSIUS                                                    CELSIUSNETWORK_03212234



Rodney Sunada-Wong
2021-11-12 06:37:14.010 PM

related to stablecoins, i don't think this is as much of an issue because there are disclaimers about Celsius not being an advisor. I think statements specifically about Celsius are THE most sensitive statements.

Peter Graham
2021-11-12 06:40:43.010 PM

oh wow

Rodney Sunada-Wong
2021-11-12 06:40:44.010 PM

oh F**K

Graham Novitch
2021-11-12 06:42:19.010 PM

Sorry what happened? I had to be away from my computer for a minute

Peter Graham
2021-11-12 06:42:20.010 PM



Jerry Ho

2021-11-12 06:43:01.013 PM

Not sure this accurate. ~39 Min in.

Rodney Sunada-Wong

2021-11-12 06:43:10.013 PM

It aint

Peter Graham



Brian Strauss
2021-11-12 06:43:51.013 PM

It most certainly is not true. It is also not true that we always require collateral, as we know

Brian Strauss
2021-11-12 06:44:40.013 PM

That's not inaccurate, Peter. Dunamis, Cumberland

Rodney Sunada-Wong
2021-11-12 06:45:06.013 PM

@Brian Strauss please be specific about which of the three statemenst above are not true.

Rodney Sunada-Wong
2021-11-12 06:45:25.013 PM

@Brian Strauss reach out to Christina please

Brian Strauss
2021-11-12 06:47:12.013 PM

It is not true that we have not had a single default or not have a client not return collateral or coins. It is also not true that all clients post collateral. It is true however that some clients provide monthly financials

FOIA CONFIDENTIAL TREATMENT REQUESTED BY CELSIUS                                                                                   CELSIUSNETWORK_03212237

**Brian Strauss**
2021-11-12 06:47:39.013 PM

When would you like me to reach out to Christina, Rodney? While she's still on the AMA or afterwards?

**Peter Graham**
2021-11-12 06:50:31.013 PM

@Rodney Sunada-Wong -- i imagine now as we are in Q&A? please confirm.

**Rodney Sunada-Wong**
2021-11-12 06:52:21.013 PM

Now. I reached out to her earlier about the 80%

**Rodney Sunada-Wong**
2021-11-12 06:53:12.013 PM

Are you saying the third one does not need to be removed. Please be specific.

**Brian Strauss**
2021-11-12 06:56:39.013 PM

It is accurate that some clients give us monthly financials, therefore that statement does not need to be removed.

**Brian Strauss**
2021-11-12 07:05:36.017 PM

I reached out to her on the fact that a significant portion of our exposure is either uncollateralized or only partially collateralized. I did not reach out to her about Alex's misstatement about never having had a default in the portfolio or a client not return coins; not up to her to correct Alex on that. Pls let me know if you disagree

**Rodney Sunada-Wong**
2021-11-12 07:07:58.017 PM

i don't disagree

**Rodney Sunada-Wong**
2021-11-12 07:08:58.017 PM

I need to know from you whether we should or should not remove the statement about financial statements

**Brian Strauss**
2021-11-12 07:11:28.020 PM

We do not need to remove that statement. Attachments: { "author_name": "Brian Strauss", "fallback": "[November 12th, 2021 10:56 AM] brian.strauss: It is accurate that some clients give us monthly financials, therefore that statement does not need to be removed.", "from_url": "https://celsiusnetwork.slack.com/archives/C01SW24CW6S/p1636743399014100?thread_ts=1636742832.013100&cid=C01SW24CW6S", "id": "1", "text": "It is accurate that some clients give us monthly financials, therefore that statement does not need to be removed.", "author_link": "https://celsiusnetwork.slack.com/team/U01TNB41TEC", "original_url": "https://celsiusnetwork.slack.com/archives/C01SW24CW6S/p1636743399014100?thread_ts=1636742832.013100&cid=C01SW24CW6S", "author_icon": "https://avatars.slack-edge.com/2021-04-06/1919521469431_3e7c978db15ed25d9222_48.jpg", "footer": "From a thread in #risk-management", "ts": "1636743399.014100", "mrkdwn_in": [ "text" ] }

**Rodney Sunada-Wong**
2021-11-12 07:12:48.020 PM

Thanks. Try not to reply to me in a thread without it also appearing in the Risk-Management channel or I will likely not see it.

**Brian Strauss**
2021-11-12 07:13:11.020 PM

Okay, sorry about that

Rodney Sunada-Wong
2021-11-12 07:13:20.020 PM

Thanks

Peter Graham
2021-11-12 07:30:28.020 PM

@Rodney Sunada-Wong -- I went back and listened to Christina's statement. It is transcribed incorrectly, she actually says "we get updated financials sometimes every month, at least every other month." That is incorrect, it should be removed.

Peter Graham
2021-11-12 07:38:07.020 PM



Rodney Sunada-Wong
2021-11-12 07:38:55.020 PM

Please reply all to the email i sent earlier to Tom. Thanks

Graham Novitch
2021-11-12 07:46:57.023 PM

Here's the transcript:

FOIA CONFIDENTIAL TREATMENT REQUESTED BY CELSIUS            CELSIUSNETWORK_03212239