| Chat Filters | Events | History | Disclaimers | | |
|---|---|---|---|---|---|
| **Participant** | | **Entity** | **Login** | **Email** | |
| 16465524499@s.whatsapp.net Alex Mashinsky | | S.whatsapp 16465524499@s.whatsapp.net | 16465524499@s.whatsapp.net | 6 | 0 |
| System Message System Message | | System Message | | 0 | 0 |
| 972504446020@s.whatsapp.net Roni Cohen pavon Celsius | | S.whatsapp 972504446020@s.whatsapp.net | 972504446020@s.whatsapp.net | 11 | 0 |

972504446020@s.whatsapp.net Roni Cohen pavon Celsius

All good

2021-11-27 08:12:39.000 PM

16465524499@s.whatsapp.net Alex Mashinsky

Kk

2021-11-27 08:37:48.000 PM

972504446020@s.whatsapp.net Roni Cohen pavon Celsius

The only thing that can clear any doubts about us is a settlement with the SEC

2021-11-27 08:40:22.000 PM

16465524499@s.whatsapp.net Alex Mashinsky

Let's get it done.

2021-11-27 08:40:40.000 PM

972504446020@s.whatsapp.net Roni Cohen pavon Celsius

Yes

2021-11-27 08:41:28.000 PM

972504446020@s.whatsapp.net Roni Cohen pavon Celsius

I don't think coindesk has ever had a main headline for so long without replacing it

2021-11-27 08:48:45.000 PM

16465524499@s.whatsapp.net Alex Mashinsky

It's the weekend. They will have something else pop.

2021-11-27 08:53:10.000 PM

16465524499@s.whatsapp.net Alex Mashinsky

2021-11-27 11:30:40.000 PM

**Redacted**

16465524499@s.whatsapp.net Alex Mashinsky

2021-11-27 11:31:25.000 PM

**Redacted**

972504446020@s.whatsapp.net Roni Cohen pavon Celsius

2021-11-27 11:54:28.000 PM

**Redacted**

FOIA CONFIDENTIAL TREATMENT REQUESTED BY CELSIUS          CELSIUSNETWORK_03203315

| | |
|---|---|
| 972504446020@s.whatsapp.net Roni Cohen pavon Celsius | 2021-11-27 11:54:32.000 PM |
| **Redacted** | |
| 972504446020@s.whatsapp.net Roni Cohen pavon Celsius | 2021-11-27 11:55:10.000 PM |
| **Redacted** | |
| 972504446020@s.whatsapp.net Roni Cohen pavon Celsius | 2021-11-27 11:55:30.000 PM |
| **Redacted** | |
| 972504446020@s.whatsapp.net Roni Cohen pavon Celsius | 2021-11-27 11:55:53.000 PM |
| **Redacted** | |
| 972504446020@s.whatsapp.net Roni Cohen pavon Celsius | 2021-11-27 11:57:42.000 PM |
| **Redacted** | |
| 972504446020@s.whatsapp.net Roni Cohen pavon Celsius | 2021-11-27 11:58:24.000 PM |

I'm free if you want to discuss this

| | |
|---|---|
| 16465524499@s.whatsapp.net Alex Mashinsky | 2021-11-27 11:58:37.000 PM |

Kk. We need to do something. You saw my email about Yarden's comments. Marketing is so scared they are going to jail they don't do anything

FOIA CONFIDENTIAL TREATMENT REQUESTED BY CELSIUS    CELSIUSNETWORK_03203316