**Chat Filters** **Events** **History** **Disclaimers**

| Participant | Entity | Login | Email | | |
|---|---|---|---|---|---|
| 16465524499@s.whatsapp.net Alex Mashinsky | S.whatsapp 16465524499@s.whatsapp.net | 16465524499@s.whatsapp.net | | 6 | 0 |
| 16505186660@s.whatsapp.net Tushar | S.whatsapp 16505186660@s.whatsapp.net | 16505186660@s.whatsapp.net | | 6 | 0 |
| System Message System Message | System Message | | | 0 | 0 |
| 972504446020@s.whatsapp.net Roni Cohen pavon Celsius | S.whatsapp 972504446020@s.whatsapp.net | 972504446020@s.whatsapp.net | | 18 | 3 |

972504446020@s.whatsapp.net Roni Cohen pavon Celsius

2021-12-10 05:29:57.000 PM



16505186660@s.whatsapp.net Tushar

2021-12-10 05:31:52.000 PM

whoa!! i've been on some amazing wilderness trips, and across some jaw dropping landscapes... yet, this is most beautiful picture i have seen all year.

972504446020@s.whatsapp.net Roni Cohen pavon Celsius

2021-12-10 05:32:09.000 PM

Sent you an email

972504446020@s.whatsapp.net Roni Cohen pavon Celsius
2021-12-10 05:32:20.000 PM

The marketing lead sent it to us

972504446020@s.whatsapp.net Roni Cohen pavon Celsius
2021-12-10 05:32:29.000 PM

They're allowing us to post it and tag them

972504446020@s.whatsapp.net Roni Cohen pavon Celsius
2021-12-10 05:32:57.000 PM

This is their gift as part of the mining discussion (raised after we registered for the ticker CELM)

16505186660@s.whatsapp.net Tushar
2021-12-10 05:33:24.000 PM

ok cool! thanks. we need to make this big.

972504446020@s.whatsapp.net Roni Cohen pavon Celsius
2021-12-10 05:33:53.000 PM

In your inbox from a few min ago

972504446020@s.whatsapp.net Roni Cohen pavon Celsius
2021-12-10 05:34:14.000 PM

YOU CANNOT SHARE THE CONTEXT OF OUR DISCUSSIONS WITH NASDAQ

972504446020@s.whatsapp.net Roni Cohen pavon Celsius
2021-12-10 05:34:36.000 PM

Us taking the company public is still confidential until the filing becomes public

16505186660@s.whatsapp.net Tushar
2021-12-10 08:00:10.000 PM

Badger story - request from Bloomberg. It's Olga - same reporter digging into the prev employee story.

16505186660@s.whatsapp.net Tushar
2021-12-10 08:00:55.000 PM

Asking specific question on how much we lost. I don't think she wants a nuanced answer on Badger treasury resources or our solvency etc.

16505186660@s.whatsapp.net Tushar
2021-12-10 08:01:49.000 PM

Unless @972504446020 you tell me that we have new information on the return of funds, I propose we direct her to our Twitter statement. Thoughts?

972504446020@s.whatsapp.net Roni Cohen pavon Celsius
2021-12-10 08:02:14.000 PM

Unfortunately we don't have any new information, especially not such that we can share

16465524499@s.whatsapp.net Alex Mashinsky
2021-12-10 08:02:53.000 PM

Badger posts new info. Give her this link

16465524499@s.whatsapp.net Alex Mashinsky
2021-12-10 08:03:26.000 PM

https://twitter.com/badgerdao/status/1469351124096503810?s=21

972504446020@s.whatsapp.net Roni Cohen pavon Celsius

FOIA CONFIDENTIAL TREATMENT
REQUESTED BY CELSIUS

CELSIUSNETWORK_00695675

Good point  
2021-12-10 08:03:50.000 PM

972504446020@s.whatsapp.net Roni Cohen pavon Celsius  
2021-12-10 08:03:56.000 PM

Sorry for missing that option

16465524499@s.whatsapp.net Alex Mashinsky  
2021-12-10 08:04:07.000 PM

Looks like will be full recovery for all affected

16505186660@s.whatsapp.net Tushar  
2021-12-10 08:06:02.000 PM

Ok. Done.

16465524499@s.whatsapp.net Alex Mashinsky  
2021-12-10 08:06:22.000 PM

https://badger.com/technical-post-mortem

16465524499@s.whatsapp.net Alex Mashinsky  
2021-12-10 08:06:25.000 PM

And this.

972504446020@s.whatsapp.net Roni Cohen pavon Celsius  
2021-12-10 08:39:43.000 PM

So we bought 23M extra tokens

972504446020@s.whatsapp.net Roni Cohen pavon Celsius  
2021-12-10 08:39:43.000 PM

d439295c-4e99-4646-aa08-411b15f96cbb.jpg

|  | BUY | SELL | NET |
|---|---|---|---|
| FTX CEL | 25,530,514.40 | -1,105,008.50 | 24,425,505.90 |
| FTX CNC | 39,807,249.60 | -7,274,300.10 | 32,532,949.50 |
| FTX Kairon 2 | 5,988,414.70 | -56,744.30 | 5,931,670.40 |
| FTX Kairon | 189,809.80 | -21,513.70 | 168,296.10 |
| OTC Desk | 19,455,365.84 | -53,650,463.59 | -34,195,097.75 |
| OTC Employees | 6,651,550.62 | -45,154.00 | 6,606,396.62 |
| Liquid | 12,421,869.28 | -27,500.00 | 12,394,369 |
| Total | 110,044,774.24 | -62,180,684.19 | 47,864,090.05 |
| 4.03 | 443,480,440.20 | -250,588,157.29 | 192,892,282.91 |

972504446020@s.whatsapp.net Roni Cohen pavon Celsius  
2021-12-10 08:39:43.000 PM

044aac91-9372-4061-b1dc-62131df7e988.jpg

| CEL on CEL total interest | 11,932,760.49 |
|---|---|
| CEL on others total interest | 12,866,396.39 |
| Total CEL interest | 24,799,156.88 |

972504446020@s.whatsapp.net Roni Cohen pavon Celsius  
2021-12-10 08:39:44.000 PM

not net, just buy side.

972504446020@s.whatsapp.net Roni Cohen pavon Celsius

972504446020@s.whatsapp.net Roni Cohen pavon Celsius

2021-12-10 08:39:44.000 PM

which is roughly equal to the ammount of cel we bought from users and bought from employees

972504446020@s.whatsapp.net Roni Cohen pavon Celsius

2021-12-10 08:39:53.000 PM

This is the final data for 2021

972504446020@s.whatsapp.net Roni Cohen pavon Celsius

2021-12-10 08:40:37.000 PM

We need to be very careful about the content. I'll approve everything personally to make sure no bottlenecks

16465524499@s.whatsapp.net Alex Mashinsky

2021-12-10 10:25:03.000 PM

Kk

FOIA CONFIDENTIAL TREATMENT
REQUESTED BY CELSIUS

CELSIUSNETWORK_00695677





FOIA CONFIDENTIAL TREATMENT REQUESTED BY CELSIUS

CELSIUSNETWORK_00695678

|  | BUY | SELL | NET |
|---|---:|---:|---:|
| FTX CEL | 25,530,514.40 | -1,105,008.50 | 24,425,505.90 |
| FTX CNC | 39,807,249.60 | -7,274,300.10 | 32,532,949.50 |
| FTX Kairon 2 | 5,988,414.70 | -56,744.30 | 5,931,670.40 |
| FTX Kairon | 189,809.80 | -21,513.70 | 168,296.10 |
| OTC Desk | 19,455,365.84 | -53,650,463.59 | -34,195,097.75 |
| OTC Employees | 6,651,550.62 | -45,154.00 | 6,606,396.62 |
| Liquid | 12,421,869.28 | -27,500.00 | 12,394,369 |
| **Total** | **110,044,774.24** | **-62,180,684.19** | **47,864,090.05** |
| 4.03 | 443,480,440.20 | -250,588,157.29 | 192,892,282.91 |

FOIA CONFIDENTIAL TREATMENT REQUESTED
BY CELSIUS

CELSIUSNETWORK_00695679

| | |
|---|---|
| CEL on CEL total interest | 11,932,760.49 |
| CEL on others total interest | 12,866,396.39 |
| Total CEL interest | 24,799,156.88 |

FOIA CONFIDENTIAL TREATMENT REQUESTED BY CELSIUS

CELSIUSNETWORK_00695680