Message
_____

| | |
|---|---|
| **From**: | Ran Shitrit [ran.shitrit@celsius.network] |
| on behalf of | Ran Shitrit <ran.shitrit@celsius.network> [ran.shitrit@celsius.network] |
| **Sent**: | 12/21/2021 11:22:38 AM |
| **To**: | Tom McCarthy [tom.mccarthy@celsius.network] |
| **CC**: | Peter Graham [peter.graham@celsius.network]; Brian Strauss [brian.strauss@celsius.network]; Jennifer Kattula [jennifer.kattula@celsius.network]; Jerry Ho [jerry.ho@celsius.network]; Regulation@celsius.network; Risk Management [riskmngmt@celsius.network]; Rodney Sunada-Wong [rodney.sunada-wong@celsius.network]; Ron Deutsch [ron.deutsch@celsius.network]; Roni Pavon [roni@celsius.network]; Tal Bentov [tal.bentov@celsius.network]; Tushar Nadkarni [tushar@celsius.network]; Zach Wildes [zachary.wildes@celsius.network] |
| **Subject**: | Re: AMA Youtube Dec 10 - needed edits |

Hi Tom,

Please see some more edits in the highlighted parts of the <u>transcript</u> .

Thanks,

Ran

On Mon, Dec 13, 2021 at 4:56 PM Tom McCarthy <tom.mccarthy@celsius.network> wrote:
> Hey Peter
>
> All good, youtube can be incredibly slow 👆
>
> cheers,
> Tom
>
> On Mon, Dec 13, 2021 at 2:44 PM Peter Graham <peter.graham@celsius.network> wrote:
>> Thanks Tom. Sorry for blaming you!
>>
>> On Mon, Dec 13, 2021 at 9:05 AM Tom McCarthy <tom.mccarthy@celsius.network> wrote:
>>> Hey Peter
>>>
>>> These edits have been made.
>>>
>>> It takes Youtube time to compile the new video, we will update the thread here when the processing has finished.
>>>
>>> For now you are seeing the old version, we have no control over the processing time.
>>>
>>> cheers,
>>> Tom
>>>
>>> On Mon, Dec 13, 2021 at 2:01 PM Peter Graham <peter.graham@celsius.network> wrote:
>>>> Hi -- these edits have **not** been made. I believe we are looking to have the second edit REMOVED and for **Regulatory** to comment on the rest.
>>>>
>>>> Thank you, hope everyone has a nice week.

PG

On Fri, Dec 10, 2021 at 2:53 PM Tushar Nadkarni <tushar@celsius.network> wrote:
+Jen
(Rodney - please add Jen to your distro list from next week. Thanks.)

On Fri, Dec 10, 2021 at 11:28 AM Rodney Sunada-Wong <rodney.sunada-wong@celsius.network> wrote:
0:10 **Regulatory:** Is it ok to give this advice?



0:17 **Tom - please remove**: Alex is saying that Celsius bought out an owner who has been selling CEL tokens and therefore the sideways trading of CEL "is out of the way"

CELSIUSNETWORK_03515514



got it less than 20 cents. He got to sell it at whatever three four five dollars or more and but it was I think important for us to make sure that everybody in the community understands why we were going sideways and why now it's out of the way right, so so so we continue to buy tokens sell tokens for the community every week based on how much you want to earn so again the more you earn and sell the more we have to buy the more we have to burn hey but on top of it once in a while

0:18 **Regulatory:** is it ok to talk about how buybacks "going to have a huge effect"

CELSIUSNETWORK_03515515



total remaining circulation is actually reduced by a large amount so I see a lot of these interesting dynamics but the company will do a buyback and then every week we're doing buybacks for sale on sale yield for earnings sell yield and then when US accredited is able to earn and sell. That's also going to have a huge effect.Yes, the buyback each week and the burn so very interesting dynamic but I just got the numbers from from our team. We purchased just in 2021. We purchased 421 million dollars worth of

0:19 **Regulatory:** Celsius is the only one doing buybacks



have to remember when other companies pay yield they don't earn it. They just go to their treasury and issuing you the tickets Cardano all these other companies right issue new tokens from coins from their treasury that's not Celsius so we've limited supply. We don't create new ones and everything we buy is from the market right.We go on the different exchanges.We we put them into your wallets and on top of it.We're doing burn and we're doing buybacks right so no one else is doing that only Celsius all right moving on so

0:28 **Regulatory:** financial advice

FOIA CONFIDENTIAL TREATMENT REQUESTED BY CELSIUS



coming by to say hello to you and for dinner tonight. Yes thanks so yeah so super exciting again! We shared the same views and obviously all of us are toddlers right. I think most of people here are toddlers and when you haul you need to take alone right? Sometimes you need to pay bills do not sell those coins right even when the markets are choppy. You need to pay bills to call the lon queen right on the team of the long point is not doing it. Any are all the team And by the way we have over 50 agents here in Las

0:38 **Regulatory:** Celsius X will create scarcity for CEL; Fortunately there is a banner saying Celsius does not give financial advice.



people to work with and we're going to use their technology to make the Celsius experience even better. That's right and that's launching on in February of next year so just two or three months away and again we're going to be sell is in the center of that Celsius X launch right, so using self a lot of many activities and again that's going to create even more scarcity the still token because it's going to be used by. Hopefully hundreds of thousands of new users who the swap or use it to jump between layer one and layer two or do market making

Alex Mashinsky and his guests are not investment advisors. All opinions are Alex Mashinsky's and his guests' alone. Nothing discussed today may be considered investment advice, tax advice, or any other professional advice, and should not be relied upon for investment, tax, other financial decisions, or any other purpose. This show is solely for education and entertainment purposes only and does not include any solicitation or inducement to buy or sell any assets or to make any financial decisions. Buying, holding, trading, and using digital assets involve significant risks.

Zach

0:39 **Regulatory:** Financial advice

is a we've been partners with polygon for a long time, but we have a lot of new stuff. We're doing with them and magic is being just on the tear magnetic. They didn't better than sell token right so so we love polygon! We love magic! We want you to have it as well and and again if you have it already don't sell it use some loans. Get some extra bonus and from us and let's crank it up in front of Celsius X is in working close with thematic polygon. They've been great people to work with and we're going to use

loan starting at just 1% APR when using

-------------

Rodney Sunada-Wong

908-447-1819m

--

*Download the Celsius app today!*

**Tom McCarthy**
**Head of Creative & Production** | Celsius

--

*Download the Celsius app today!*

**Peter Graham**
**Credit Officer** | Celsius

phone: +1 (917) 447-9864

--

*Download the Celsius app today!*

**Tom McCarthy**
**Head of Creative & Production** | Celsius

FOIA CONFIDENTIAL TREATMENT REQUESTED BY CELSIUS