| Chat Filters | Events | History | Disclaimers | | |
|---|---|---|---|---|---|
| Participant | | Entity | Login | Email | |
| 16465524499@s.whatsapp.net Alex Mashinsky | | S.whatsapp 16465524499@s.whatsapp.net | 16465524499@s.whatsapp.net | 13 | 1 |
| System Message System Message | | System Message | | 0 | 0 |
| 972504446020@s.whatsapp.net Roni Cohen pavon Celsius | | S.whatsapp 972504446020@s.whatsapp.net | 972504446020@s.whatsapp.net | 25 | 0 |

972504446020@s.whatsapp.net Roni Cohen pavon Celsius

2022-01-06 12:32:40.000 AM

Prospect Sites we can start with: https://cryptopotato.com/ (around 2,500,000 monthly, definitely in the top 7-8 news outlets). This is a highly profitable website. https://coinstats.app/ (around 4,000,000 monthly). https://cryptoslate.com/ (around 1,600,000 monthly, definitely in the top 10 news outlets). This is a profitable website. https://cryptobriefing.com/ (almost 1,500,000 monthly, definitely in the top 10 news outlets). This is a profitable website. https://www.financemagnates.com/ (around 500,000 monthly). https://blockonomi.com/ (around 300,000 monthly). This can be a profitable website (already is) https://usethebitcoin.com/ (around 150,000 monthly). This can be a profitable website (already is)

972504446020@s.whatsapp.net Roni Cohen pavon Celsius

2022-01-06 12:32:51.000 AM

That's the list they've prepared

16465524499@s.whatsapp.net Alex Mashinsky

2022-01-06 12:34:52.000 AM

Kk

972504446020@s.whatsapp.net Roni Cohen pavon Celsius

2022-01-06 12:35:26.000 AM

They said FTX are also chasing some of them, but they're pretty sure we can get them if we want

972504446020@s.whatsapp.net Roni Cohen pavon Celsius

2022-01-06 01:44:02.000 AM

i did $130M last night but we can do a lot more

972504446020@s.whatsapp.net Roni Cohen pavon Celsius

2022-01-06 01:44:03.000 AM

i can do a few hundred more tonight

972504446020@s.whatsapp.net Roni Cohen pavon Celsius

2022-01-06 01:44:03.000 AM

that's the goal

972504446020@s.whatsapp.net Roni Cohen pavon Celsius

2022-01-06 01:44:03.000 AM

not a satoshi less

972504446020@s.whatsapp.net Roni Cohen pavon Celsius

2022-01-06 01:44:03.000 AM

FOIA CONFIDENTIAL TREATMENT REQUESTED BY CELSIUS          CELSIUSNETWORK_00417698

972504446020@s.whatsapp.net Roni Cohen pavon Celsius

2022-01-06 01:44:08.000 AM

Gerrit got the message

972504446020@s.whatsapp.net Roni Cohen pavon Celsius

2022-01-06 02:18:42.000 AM

Someone is selling millions of dollars of CEL in the market. I'm handling this.

16465524499@s.whatsapp.net Alex Mashinsky

2022-01-06 02:54:43.000 AM

I will buy CEL now and tweet.

972504446020@s.whatsapp.net Roni Cohen pavon Celsius

2022-01-06 02:55:35.000 AM

It's one person

972504446020@s.whatsapp.net Roni Cohen pavon Celsius

2022-01-06 02:55:47.000 AM

I think he ran out of ammunition

972504446020@s.whatsapp.net Roni Cohen pavon Celsius

2022-01-06 02:55:53.000 AM

I'm running some tests now

16465524499@s.whatsapp.net Alex Mashinsky

2022-01-06 02:56:03.000 AM

We can not track the wallet

972504446020@s.whatsapp.net Roni Cohen pavon Celsius

2022-01-06 02:56:51.000 AM

It's on FTX

972504446020@s.whatsapp.net Roni Cohen pavon Celsius

2022-01-06 02:56:58.000 AM

I'm focusing on recovering now

972504446020@s.whatsapp.net Roni Cohen pavon Celsius

2022-01-06 02:57:04.000 AM

Will teach withdrawals later

972504446020@s.whatsapp.net Roni Cohen pavon Celsius

2022-01-06 03:01:19.000 AM

Check, not teach

16465524499@s.whatsapp.net Alex Mashinsky

2022-01-06 03:01:36.000 AM

Is it the perpetuals on FTX. Maybe someone is shorting CEL

972504446020@s.whatsapp.net Roni Cohen pavon Celsius

2022-01-06 03:02:12.000 AM

We are checking this as well, but at these numbers, it doesn't make sense

FOIA CONFIDENTIAL TREATMENT REQUESTED BY CELSIUS

CELSIUSNETWORK_00417699

16465524499@s.whatsapp.net Alex Mashinsky
2022-01-06 03:03:07.000 AM

Let's buy and issue buyback PR.

16465524499@s.whatsapp.net Alex Mashinsky
2022-01-06 03:11:24.000 AM

Must be someone who had margin calls in other coins and decided to dump CEL for liquidity.

972504446020@s.whatsapp.net Roni Cohen pavon Celsius
2022-01-06 03:12:36.000 AM

It's possible. I'm waiting for him to stop selling. Don't want to take the price us just for him to dump again

16465524499@s.whatsapp.net Alex Mashinsky
2022-01-06 12:37:46.000 PM

Any updates on who is the seller ?

16465524499@s.whatsapp.net Alex Mashinsky
2022-01-06 12:38:35.000 PM

Mining should accumulate BTC at these prices instead of selling.

16465524499@s.whatsapp.net Alex Mashinsky
2022-01-06 12:46:25.000 PM

Rod the CFO candidate wants to talk to Deloitte. Do you see a problem with that or should we wait until he is hired.

972504446020@s.whatsapp.net Roni Cohen pavon Celsius
2022-01-06 01:27:50.000 PM

They don't know yet. Waiting for the US guys to wake up and also asked Shiraz to check

972504446020@s.whatsapp.net Roni Cohen pavon Celsius
2022-01-06 01:28:13.000 PM

Don't see an issue. I'm speaking with him again today. You want me to raise this?

972504446020@s.whatsapp.net Roni Cohen pavon Celsius
2022-01-06 01:40:27.000 PM

I didn't see significant CEL movements but read about liquidations on FTX. Looks like few people got automatically liquidated. A friend of mine as well, not big but big enough .. they liquidated him at $3 … 🙊 bad luck ..

972504446020@s.whatsapp.net Roni Cohen pavon Celsius
2022-01-06 01:40:41.000 PM

This is what Johannes is saying

16465524499@s.whatsapp.net Alex Mashinsky
2022-01-06 01:42:59.000 PM

Sure. Mention some names. See if he knows them

16465524499@s.whatsapp.net Alex Mashinsky
2022-01-06 01:43:42.000 PM

Should we buy back more before the US accredited launch ?

972504446020@s.whatsapp.net Roni Cohen pavon Celsius
2022-01-06 01:45:08.000 PM

We started recently

16465524499@s.whatsapp.net Alex Mashinsky
2022-01-06 09:29:41.000 PM

FOIA CONFIDENTIAL TREATMENT REQUESTED BY CELSIUS                                           CELSIUSNETWORK_00417700

Can we offer them a IV so every shareholder gets a Celsius wallet https://twitter.com/blockworks_/status/1478732789834997762?s=12 "JUST IN: BTCS, a Nasdaq-listed company, will pay dividends in #Bitcoin"



972504446020@s.whatsapp.net Roni Cohen pavon Celsius

2022-01-06 10:01:51.000 PM

Yes

16465524499@s.whatsapp.net Alex Mashinsky

2022-01-06 10:02:07.000 PM

Give it to Leah

FOIA CONFIDENTIAL TREATMENT REQUESTED BY CELSIUS                          CELSIUSNETWORK_00417701



FOIA CONFIDENTIAL TREATMENT REQUESTED BY CELSIUS    CELSIUSNETWORK_00417702