Chat Filters    Events    History    Disclaimers

| Participant | Entity | Login | Email | | |
|---|---|---|---|---|---|
| System Message System Message | | System Message | | 0 | 0 |
| 15103161404@s.whatsapp.net Oren B | S.whatsapp | 15103161404@s.whatsapp.net | 15103161404@s.whatsapp.net | 10 | 0 |
| 972528342842@s.whatsapp.net Yarden Noy | S.whatsapp | 972528342842@s.whatsapp.net | 972528342842@s.whatsapp.net | 17 | 1 |

972528342842@s.whatsapp.net Yarden Noy
2022-02-12 04:44:23.000 AM

We need to have an honest talk about how we plan to move forward with the allegation we are likely facing

972528342842@s.whatsapp.net Yarden Noy
2022-02-12 04:47:53.000 AM

We are accepting Roni's optimism as a fact. Ok so $100m fine and settlement for securities offering, but if fr##d allegations stick, need to reconsider plans. I'm not too optimistic that we can make these go away.

972528342842@s.whatsapp.net Yarden Noy
2022-02-12 04:48:40.000 AM

We are not honest with ourselves about these

15103161404@s.whatsapp.net Oren B
2022-02-12 04:48:53.000 AM

Yeah i think a positive outcome is seeming unlikely

15103161404@s.whatsapp.net Oren B
2022-02-12 04:49:28.000 AM

We are unfortunately in a bad position with no licenses whatsoever

15103161404@s.whatsapp.net Oren B
2022-02-12 04:49:53.000 AM

but that's not on us

15103161404@s.whatsapp.net Oren B
2022-02-12 04:50:30.000 AM

anyway, i was just thinking that we need to think about potential outcomes of regulatory action, not just against celsius

15103161404@s.whatsapp.net Oren B
2022-02-12 04:50:57.000 AM

and what 'stack' of licenses make sense

15103161404@s.whatsapp.net Oren B
2022-02-12 04:52:00.000 AM

I am really incredibly unqualified to be involved in that…need to get more people who can help us

972528342842@s.whatsapp.net Yarden Noy
2022-02-12 05:28:42.000 AM

And Roni wants not to hear about this, "get me a plan"

FOIA CONFIDENTIAL TREATMENT REQUESTED BY CELSIUS        CELSIUSNETWORK_03515565

972528342842@s.whatsapp.net Yarden Noy

2022-02-12 05:29:02.000 AM

So I'm alone on this too

972528342842@s.whatsapp.net Yarden Noy

2022-02-12 05:31:29.000 AM

Not even talking about which licenses to get. Talking about whether and how we can get ANY license anywhere if we have fraud allegations

972528342842@s.whatsapp.net Yarden Noy

2022-02-12 05:31:38.000 AM

This is not a ME thing

972528342842@s.whatsapp.net Yarden Noy

2022-02-12 05:33:08.000 AM

We need to put the relevant people in a room and honestly discuss

972528342842@s.whatsapp.net Yarden Noy

2022-02-12 05:37:39.000 AM

And sorry, announcing that licensing is top corporate goal for 2022 without doing that is not serious

15103161404@s.whatsapp.net Oren B

2022-02-12 06:01:57.000 AM

I haven't heard about fraud allegations

15103161404@s.whatsapp.net Oren B

2022-02-12 06:02:04.000 AM

When did that happen

15103161404@s.whatsapp.net Oren B

2022-02-12 06:02:28.000 AM

You mean if SEC says we are a bad actor?

972528342842@s.whatsapp.net Yarden Noy

2022-02-12 06:02:36.000 AM

Let's chat

972528342842@s.whatsapp.net Yarden Noy

2022-02-12 06:02:41.000 AM

Free now?

15103161404@s.whatsapp.net Oren B

2022-02-12 06:02:56.000 AM

Sure

972528342842@s.whatsapp.net Yarden Noy

2022-02-12 07:06:40.000 AM

734c4a1d-d9ed-4ff3-80c2-e5875f2e3509.jpg



**0:23** - Alex states "we mak money on lending." This is factual, please remove.



FOIA CONFIDENTIAL TREATMENT REQUESTED BY CELSIUS       CELSIUSNETWORK_03515567

972528342842@s.whatsapp.net Yarden Noy

2022-02-12 07:06:52.000 AM

From yesterdays ama

972528342842@s.whatsapp.net Yarden Noy

2022-02-12 07:07:08.000 AM

This is exactly what they are looking for

972528342842@s.whatsapp.net Yarden Noy

2022-02-12 07:07:19.000 AM

He just can't stop

972528342842@s.whatsapp.net Yarden Noy

2022-02-12 07:10:29.000 AM

An honest person in my shoes would have resigned today. If my job is to protect the company from the sec, and I'm barred from talking to the CEO about this, and this continues to happen, I can't do my job.

972528342842@s.whatsapp.net Yarden Noy

2022-02-12 07:16:51.000 AM

Now I get it! Night nurse! I didn't get why you were so excited about getting nightmares 🎱

FOIA CONFIDENTIAL TREATMENT REQUESTED BY CELSIUS

CELSIUSNETWORK_03515568


