Message

| | |
|---|---|
| **From:** | Rodney Sunada-Wong [rodney.sunada-wong@celsius.network] |
| **on behalf of** | Rodney Sunada-Wong <rodney.sunada-wong@celsius.network> [rodney.sunada-wong@celsius.network] |
| **Sent:** | 4/9/2022 12:00:00 PM |
| **To:** | Roni Pavon [roni@celsius.network] |
| **Subject:** | Re: AMA Youtube April 8 - Needed edits |

Makes sense

On Fri, Apr 8, 2022 at 8:12 PM Roni Pavon <roni@celsius.network> wrote:
> Let's get your team to send it to him and CC me, Oren, Ron, Aslihan and Rod.
>
> I think we all agree on the necessity on fixing it and not only by editing (especially since it's live and there are cases we are unable to edit, like twitter space and 3rd party interviews)
>
> Thoughts?
>
> On Sat, Apr 9, 2022 at 12:43 AM Rodney Sunada-Wong <rodney.sunada-wong@celsius.network> wrote:
>> We could, but haven't added him because the email has ~30 people in it.
>>
>> Maybe we send an email to him and cc a very limited number of others where we say "FYI Alex, we removed the following items..." I think this would feel more "private" for Alex.
>>
>> FYI - I have at times mentioned to him in our one on one's about avoiding certain statements e.g. don't say we take no leverage, whereas banks are leveraged 50 times.
>>
>> (Last year, I provided him data that showed both banks and Celsius were ~10-20x. Fortunately, nowadays he says banks are 10-20, not 50x, but even as recently as March he said we have 1.0-1.2 leverage.)
>>
>>
>>
>> On Fri, Apr 8, 2022 at 3:58 PM Roni Pavon <roni@celsius.network> wrote:
>>> Don't you think we should have Alex on this thread? Maybe it will make him more aware of the do's and don'ts
>>>
>>>
>>> ---------- Forwarded message ---------
>>> From: **Shakti Tailor** <shakti.tailor@celsius.network>
>>> Date: Fri, Apr 8, 2022 at 10:40 PM
>>> Subject: Re: AMA Youtube April 8 - Needed edits
>>> To: Peter Graham <peter.graham@celsius.network>
>>> Cc: S. Daniel Leon <daniel@celsius.network>, Zach Wildes <zachary.wildes@celsius.network>, Tom McCarthy <tom.mccarthy@celsius.network>, <Regulation@celsius.network>, Nuke Goldstein <nuke@celsius.network>, Roni Pavon <roni@celsius.network>, Ron Deutsch <ron.deutsch@celsius.network>, Bethany Davis <bethany.davis@celsius.network>, Tushar Nadkarni <tushar@celsius.network>, Yarden Noy <yarden.noy@celsius.network>, Jennifer Kattula <jennifer.kattula@celsius.network>, Risk Management <riskmngmt@celsius.network>, Aslihan Denizkurdu <aslihan.denizkurdu@celsius.network>, Oren Blonstein <oren.blonstein@celsius.network>, Jerry Ho <jerry.ho@celsius.network>, Anvar Nurullayev <anvar.nurullayev@celsius.network>, Rodney Sunada-

FOIA CONFIDENTIAL TREATMENT REQUESTED BY CELSIUS    CELSIUSNETWORK_00081412

Wong <rodney.sunada-wong@celsius.network>, Shawn Dej <shawn.dej@celsius.network>, Connor Nolan <connor.nolan@celsius.network>

Hey Team,

All these edits have been made and the video is currently processing on YouTube.

Have an awesome weekend.

Cheers,
Shakti

On Fri, Apr 8, 2022 at 7:49 PM Peter Graham <peter.graham@celsius.network> wrote:
> Hi all,
>
> Please find below for requests for comment (FROM REGULATORY) and removals.

**Redacted**

FOIA CONFIDENTIAL TREATMENT REQUESTED BY CELSIUS
CELSIUSNETWORK_00081413

> Redacted

**0:27 - REMOVAL** - we state we have the highest insurance in the industry, this has been flagged before for removal in the past, please remove again.

FOIA CONFIDENTIAL TREATMENT REQUESTED BY CELSIUS                                CELSIUSNETWORK_00081414



**0:29 - 0:32 - BIG REMOVAL** - The IR rep from JKL Capital states that they are one of Celsius's biggest clients, that they pledge ETH/BTC and borrow USD, and that they like the transparency of Celsius. They are onboarded, but have no history of loans with Celsius, and the trading desk has never heard of them. Because the relationship she describes does not exist, *everything she says about JKL's relationship with Celsius should be removed. (images below are not exhuastive)*

FOIA CONFIDENTIAL TREATMENT REQUESTED BY CELSIUS                                    CELSIUSNETWORK_00081415



how do you find the conference the Bitcoin 2020? It's my first big conference and I'm actually getting a little bit overwhelmed here with all the events. The biggest trick here. The biggest trick at the moment is organized all the parties after the conference because there's a lot overlaping closer. Yeah all right. So a lot of our customers. Always ask wait a second who borrows all this Bitcoin you you. Yeah you collected 159,000 Bitcoin you keep it safe but who actually borrows it. Why do they need to borrow it so maybe explain what the bit what

Celsius AMA April 8th 2022

20 watching now • Scheduled for Apr 8, 2022

267    DISLIKE    SHARE    SAVE



**0:34 - REMOVAL** - Most insurance, per above, removal.



elsius AMA April 8th 2022

**Redacted**

FOIA CONFIDENTIAL TREATMENT REQUESTED BY CELSIUS

**Redacted**

FOIA CONFIDENTIAL TREATMENT REQUESTED BY CELSIUS
CELSIUSNETWORK_00081419

# Redacted

# Redacted

FOIA CONFIDENTIAL TREATMENT REQUESTED BY CELSIUS    CELSIUSNETWORK_00081420

# Redacted

**0:56 - REMOVAL** - Alex says that we are the only crypto company with phone support, this is not true, Coinbase has a phone number, please remove.

FOIA CONFIDENTIAL TREATMENT REQUESTED BY CELSIUS                    CELSIUSNETWORK_00081421



Have a good weekend.

PG

--



Download the Celsius app today!

**Peter Graham**
**Credit Officer** | Celsius

phone: +1 (917) 447-9864

--

Case 1:23-cr-00347-JGK   Document 145-108   Filed 04/29/25   Page 12 of 12



**Shakti Tailor**
*Creative Video*

**Unbank Yourself**
celsius.network

--



Download the Celsius app today!

**Roni Cohen Pavon**
Chief Revenue Officer | Celsius

phone: +972-50-444-6020

--



Download the Celsius app today!

**Roni Cohen Pavon**
Chief Revenue Officer | Celsius

phone: +972-50-444-6020

--

\-\-\-\-\-\-\-\-\-\-\-\-\-
Rodney Sunada-Wong
908-447-1819m

FOIA CONFIDENTIAL TREATMENT REQUESTED BY CELSIUS                    CELSIUSNETWORK_00081423