Message

| | |
|---|---|
| **From:** | Shakti Tailor [shakti.tailor@celsius.network] |
| on behalf of | Shakti Tailor <shakti.tailor@celsius.network> [shakti.tailor@celsius.network] |
| **Sent:** | 4/22/2022 12:53:14 PM |
| **To:** | Peter Graham [peter.graham@celsius.network] |
| **CC:** | Antony Lingard [antony.lingard@celsius.network]; Anvar Nurullayev [anvar.nurullayev@celsius.network]; Aslihan Denizkurdu [aslihan.denizkurdu@celsius.network]; Bethany Davis [bethany.davis@celsius.network]; Caleah Gregoire [caleah.gregoire@celsius.network]; Gal Arad cohen [gal.cohen@celsius.network]; Jerry Ho [jerry.ho@celsius.network]; Oren Blonstein [oren.blonstein@celsius.network]; Regulation@celsius.network; Risk Management [riskmngmt@celsius.network]; Rodney Sunada-Wong [rodney.sunada-wong@celsius.network]; Ron Deutsch [ron.deutsch@celsius.network]; Roni Pavon [roni@celsius.network]; Shawn Dej [shawn.dej@celsius.network]; Tom McCarthy [tom.mccarthy@celsius.network]; Tushar Nadkarni [tushar@celsius.network]; Yarden Noy [yarden.noy@celsius.network]; Zach Wildes [zachary.wildes@celsius.network] |
| **Subject:** | Re: April 15 Youtube AMA -- Needed edits |

Hey Team,

The edit at ***"0:22 ...that at least half of all users earn in CEL."*** has now been removed.

Thanks,
Shakti

On Wed, Apr 20, 2022 at 7:06 PM Shakti Tailor <shakti.tailor@celsius.network> wrote:
> Hey Peter,
>
> Of course, I'll get that edited as soon as the current edits have finished processing on YouTube.
>
> Thanks,
> Shakti
>
> On Wed, 20 Apr 2022 at 19:00, Peter Graham <peter.graham@celsius.network> wrote:
>> Thank you for this comprehensive answer Caleah.
>>
>> Shakti -- can you please remove this statement.
>>
>> PG
>>
>> On Wed, Apr 20, 2022 at 12:55 PM Caleah Gregoire <caleah.gregoire@celsius.network> wrote:
>>> Also please note it is possible that if you include users with ZERO balance/earnings but saved the settings to 'Earn in CEL' it is likely more than 50%
>>>
>>> Thanks,



**Caleah Gregoire**
*Earn & Rewards Product Manager*

**Unbank Yourself**
celsius.network

FOIA CONFIDENTIAL TREATMENT REQUESTED BY CELSIUS    CELSIUSNETWORK_03212314

On Wed, Apr 20, 2022 at 6:44 PM Caleah Gregoire <caleah.gregoire@celsius.network> wrote:
Hi all,

Sorry for the delay. Regarding the rewards comment- I will revert to **Legal to advise** but technically what Alex said isn't completely incorrect, but literally in best case scenario we are not at 50% so we can remove to be conservative, *"...that at least half of all users earn in CEL. Is this true? If not, it should be removed."*

- if we include users with balance less than $1 and are earning dusts in CEL, it's ~**43.79%**
- if we look at users with at least earn $1 in CEL it ~**19.54%**

Thanks,



**Caleah Gregoire**
*Earn & Rewards Product Manager*

**Unbank Yourself**
celsius.network

On Wed, Apr 20, 2022 at 12:28 PM Shakti Tailor <shakti.tailor@celsius.network> wrote:
Hey Gal,

Thanks for the clarification, the additional edit has been made and the video is currently processing on YouTube.

Cheers,
Shakti

On Sun, Apr 17, 2022 at 3:19 PM <gal.cohen@celsius.network> wrote:
Hi All,

1:10:20- Please remove this statement referring to referral codes- "All you need as you're starting with the $400 deposit, withdraw at any time, right there's zero risk there."

As to Risk's removal suggestions- all are already implemented save for the following:

**0:32 - 0:54 -- COMMENT FROM REGULATORY** -- This entire section on the Mashinsky Method is blatant financial advice. Please review closely and consider whether we need to delete the whole thing and have a word with comms about this type of content.

I'm not concerned about this section and don't think it should be removed. Most of it is "Macro", plus we have our "not a financial advice" disclaimer on screen almost the entire section.

Thanks,

Gal



**Gal Arad Cohen**
*Regulatory Lead*

**Unbank Yourself**
celsius.network

**From:** Shakti Tailor <shakti.tailor@celsius.network>
**Sent:** Friday, 15 April 2022 23:34
**To:** Peter Graham <peter.graham@celsius.network>
**Cc:** Caleah Gregoire <caleah.gregoire@celsius.network>; Oren Blonstein <oren.blonstein@celsius.network>; Zach Wildes <zachary.wildes@celsius.network>; Tom McCarthy <tom.mccarthy@celsius.network>; Regulation@celsius.network; Antony Lingard <antony.lingard@celsius.network>; Roni Pavon <roni@celsius.network>; Ron Deutsch <ron.deutsch@celsius.network>; Bethany Davis <bethany.davis@celsius.network>; Tushar Nadkarni <tushar@celsius.network>; Yarden Noy <yarden.noy@celsius.network>; Jennifer Kattula <jennifer.kattula@celsius.network>; Risk Management <riskmngmt@celsius.network>; Aslihan Denizkurdu <aslihan.denizkurdu@celsius.network>; Jerry Ho <jerry.ho@celsius.network>; Anvar Nurullayev <anvar.nurullayev@celsius.network>; Rodney Sunada-Wong <rodney.sunada-wong@celsius.network>; Shawn Dej <shawn.dej@celsius.network>
**Subject:** Re: April 15 Youtube AMA -- Needed edits

Hey Team,

All of these edits have now been made and the video is currently processing on Youtube.

I will wait for regulatory's decision on whether we need to delete the whole Mashinsky Method segment.

Have a great weekend.

Thanks,

Shakti

On Fri, Apr 15, 2022 at 8:29 PM Peter Graham <peter.graham@celsius.network> wrote:

Hi All,

Please see below for requests for comment from **Regulatory, Rewards ( @Caleah Gregoire )** and **Innovation ( @Oren Blonstein )** and removals.

In addition, I will be setting up a meeting with Regulatory for this upcoming week to discuss how the company can be more ahead of AMA communication issues and will circulate a draft of commonly repeated problem statements. If anyone on this email would like to join that call please let me know.

**0:06 - REMOVAL -** Please remove this statement.

> compliant or regulatory capable and here's a clarity from different regulators both from states and federal regulators is telling you the user that again, there's no issues. There's not no legal issues at least with the services that Celsius provider or so. We're continuing to do what we've been doing for five years and all that is positive so let's go. Let's go through the numbers per second and then we'll look at you. Yeah okay so I'll put the weekly numbers so we had 21,286 registrations 4,300

First Time customers: 4,312
Inflows: $471.64M
Outflows: -$354.73M
Net transfers: $116.91M
Net BTC (In Coin) : 2,100.21
Net ETH (In Coin) : 14,446.3
Net STABLES (In Coin) : -34.64M
Net SOL (In Coin) : 107.32K

Celsius AMA April 15 2022

**0:22 - COMMENT FROM REWARDS** - Alex says that at least half of all users earn in CEL. Is this true? If not, it should be removed.

FOIA CONFIDENTIAL TREATMENT REQUESTED BY CELSIUS        CELSIUSNETWORK_03212317



**0:28 - REMOVAL** - Alex says that the less CEL that is in circulation the more CEL is worth. This statement is untrue, please remove.

FOIA CONFIDENTIAL TREATMENT REQUESTED BY CELSIUS    CELSIUSNETWORK_03212318



> The temperature is rising Spinning it all. Developed all right so we're back on air. Yeah so exact said the number here 87,000 represents 10% of the total sell token that we that our community earned right the community earned 870,000 and we buy an extra 10% and burn that right. So again you see the numbers continue to go up the more. We burn the less sell in circulation. <u>Let's sell in circulation means that the remaining cell the cell tokens you have are all worth more right there because there's less competition</u> and let's maybe show

Celsius AMA April 15 2022
1,052 watching now • Scheduled for Apr 15, 2022     190   DISLIKE   SHARE   SAVE   ...

**0:32 - 0:54 -- COMMENT FROM REGULATORY** -- This entire section on the Mashinsky Method is blatant financial advice. Please review closely and consider whether we need to delete the whole thing and have a word with comms about this type of content.

FOIA CONFIDENTIAL TREATMENT REQUESTED BY CELSIUS    CELSIUSNETWORK_03212319



EVEN IF we do not remove the whole bit, please see the below for comments and removals:

**0:42 - REMOVAL** - Alex says that real estate and crypto are appreciating assets. Since both can depreciate, this statement is false. Please remove.



**0:42 - REMOVAL -** Alex says that you can save by investing in BTC and ETH, these assets may depreciate, please remove.

FOIA CONFIDENTIAL TREATMENT REQUESTED BY CELSIUS                                    CELSIUSNETWORK_03212321



**0:43 - COMMENT FROM INNOVATION** - Alex says that people credit cards are bad and the first thing anyone should do is chop up their credit cards. Are will still planning on rolling out a credit card? If yes we should remove this.

FOIA CONFIDENTIAL TREATMENT REQUESTED BY CELSIUS    CELSIUSNETWORK_03212322



**1:05 - REMOVAL -** Alex says that if you HODL long enough BTC or ETH will make you an accredited investor. Because these assets can depreciate this may not be true, please remove.

FOIA CONFIDENTIAL TREATMENT REQUESTED BY CELSIUS                    CELSIUSNETWORK_03212323



**1:14 - REMOVAL** - Alex says that we give most of our revenue back to the community; this may not always be true, please remove.



Thank you all, have a good weekend.

PG

--

**Peter Graham**
Credit Officer | Celsius

phone: +1 (917) 447-9864

Download the Celsius app today!

--

FOIA CONFIDENTIAL TREATMENT REQUESTED BY CELSIUS                                    CELSIUSNETWORK_03212325

**Shakti Tailor**
*Creative Video*

**Unbank Yourself**
celsius.network

**Shakti Tailor**
*Creative Video*

**Unbank Yourself**
celsius.network

**Shakti Tailor**
*Creative Video*

**Unbank Yourself**
celsius.network

**Shakti Tailor**
*Creative Video*

**Unbank Yourself**
celsius.network