**Chat Filters**     **Events**     **History**     **Disclaimers**

| Participant | Entity | Login | Email | | |
|---|---|---|---|---|---|
| System Message System Message | | System Message | | 0 | 0 |
| 16476253763@s.whatsapp.net RB | S.whatsapp | 16476253763@s.whatsapp.net | 16476253763@s.whatsapp.net | 8 | 0 |
| 972504446020@s.whatsapp.net Roni Cohen Pavon | S.whatsapp | 972504446020@s.whatsapp.net | 972504446020@s.whatsapp.net | 13 | 1 |

972504446020@s.whatsapp.net Roni Cohen Pavon
                                                                                                       2022-04-25 10:05:14.000 AM

292ba314-b4be-419d-89a1-010735bf991c.jpg



16476253763@s.whatsapp.net RB
                                                                                                       2022-04-25 11:44:19.000 AM

was three hours of flywheel training your idea?

972504446020@s.whatsapp.net Roni Cohen Pavon
                                                                                                       2022-04-25 11:45:21.000 AM

I hope you're kidding…

16476253763@s.whatsapp.net RB
                                                                                                       2022-04-25 11:45:45.000 AM

about it being your idea yes. about the three hours. no

16476253763@s.whatsapp.net RB

| | |
|---|---|
| | 2022-04-25 01:36:42.000 PM |

who's running the credit card launch? i'm hearing we'll lose money on every transaction!

16476253763@s.whatsapp.net RB

2022-04-25 02:01:15.000 PM

ah. Oren

972504446020@s.whatsapp.net Roni Cohen Pavon

2022-04-25 02:41:11.000 PM

And Prakash, yes

16476253763@s.whatsapp.net RB

2022-04-25 02:41:51.000 PM

curious your thoughts on prakash. he's underwhelmed me but mostly in non-responsiveness, etc

972504446020@s.whatsapp.net Roni Cohen Pavon

2022-04-25 02:43:50.000 PM

He's super knowledgeable on payments. He has objective and subjective execution issues, plus too many changes in the roadmap and asks that were made to him. If we give him the resources and very clear instructions, I believe he can do a good job

16476253763@s.whatsapp.net RB

2022-04-25 03:01:29.000 PM

what were the trades we did over the weekend?

972504446020@s.whatsapp.net Roni Cohen Pavon

2022-04-25 03:02:11.000 PM

The ones I mentioned that Jacob started?

16476253763@s.whatsapp.net RB

2022-04-25 03:02:24.000 PM

yeah

972504446020@s.whatsapp.net Roni Cohen Pavon

2022-04-25 03:18:14.000 PM

We are starting to buy CEL on Defi and not on FTX

972504446020@s.whatsapp.net Roni Cohen Pavon

2022-04-25 03:18:24.000 PM

To try and increase volume

972504446020@s.whatsapp.net Roni Cohen Pavon

2022-04-25 03:18:44.000 PM

Actually after the meeting they updated me there was a delay and they haven't started yesterday, only later today

16476253763@s.whatsapp.net RB

2022-04-25 03:23:56.000 PM

is that really going to do much of anything?

972504446020@s.whatsapp.net Roni Cohen Pavon

2022-04-25 03:24:01.000 PM

No

972504446020@s.whatsapp.net Roni Cohen Pavon

2022-04-25 03:24:08.000 PM

FOIA CONFIDENTIAL TREATMENT
REQUESTED BY CELSIUS

CELSIUSNETWORK_00694257

We need to build utility for CEI

| | |
|---|---|
| 972504446020@s.whatsapp.net Roni Cohen Pavon | 2022-04-25 03:24:28.000 PM |

He's starting to understand it

| | |
|---|---|
| 972504446020@s.whatsapp.net Roni Cohen Pavon | 2022-04-25 03:24:42.000 PM |

But he's also pushing for the quick and dirty, but I don't think it'll help

| | |
|---|---|
| 972504446020@s.whatsapp.net Roni Cohen Pavon | 2022-04-25 03:25:00.000 PM |

I'm working on several initiatives

FOIA CONFIDENTIAL TREATMENT
REQUESTED BY CELSIUS

CELSIUSNETWORK_00694258



FOIA CONFIDENTIAL TREATMENT REQUESTED BY CELSIUS

CELSIUSNETWORK_00694259