**266e4c82-d232-40ff-a70a-1ac18e146623 - 16476253763@s.whatsapp.net**

Chat Filters    ☑ Events    ☑ History    ☑ Disclaimers

| ☑ | Participant | Entity | Login | Email | 💬 | 📎 |
|---|---|---|---|---|---|---|
| ☑ | 16465524499@s.whatsapp.net Alex Mashinsky | S.whatsapp | 16465524499@s.whatsapp.net | 16465524499@s.whatsapp.net | 10 | 1 |
| ☑ | 16476253763@s.whatsapp.net | S.whatsapp | 16476253763@s.whatsapp.net | 16476253763@s.whatsapp.net | 13 | 0 |

16476253763@s.whatsapp.net Rod Bolger     2022-05-12 02:31:49.000 AM

if you could send Dean Tappen a note of thanks for today that would be great. Jason too.

16476253763@s.whatsapp.net Rod Bolger     2022-05-12 02:31:56.000 AM

they did a great job.

16465524499@s.whatsapp.net Alex Mashinsky     2022-05-12 02:32:17.000 AM

Already did.

16476253763@s.whatsapp.net Rod Bolger     2022-05-12 02:32:22.000 AM

I must've had 30 interactions w/ Dean directly.

16476253763@s.whatsapp.net Rod Bolger     2022-05-12 02:32:24.000 AM

today

16476253763@s.whatsapp.net Rod Bolger     2022-05-12 02:32:34.000 AM

awesome. thank you

16465524499@s.whatsapp.net Alex Mashinsky     2022-05-12 02:32:43.000 AM

He is one of our best. Give him a raise.

16465524499@s.whatsapp.net Alex Mashinsky     2022-05-12 02:33:00.000 AM

CEL is up 15% in past hour.

16465524499@s.whatsapp.net Alex Mashinsky     2022-05-12 11:38:03.000 AM

Let's make sure we add collateral or unwind https://twitter.com/butta_eth/status/1524633460299767809?s=24&t=-LvddEe7DxPT_Q_xQYrDXQ "Rumors that this is the @CelsiusNetwork position which is going to get liquidated at $25.942 $BTC. https://t.co/NQyYJ0Ajxk"

16476253763@s.whatsapp.net Rod Bolger     2022-05-12 12:04:04.000 PM

collateral added. when we checked, liquidation was down to $22k.

16476253763@s.whatsapp.net Rod Bolger     2022-05-12 12:04:26.000 PM

the lifetime profit assumes no offsetting liability and a naked long position.

16476253763@s.whatsapp.net Rod Bolger     2022-05-12 12:04:30.000 PM

so much stupidity out there

16476253763@s.whatsapp.net Rod Bolger     2022-05-12 12:04:36.000 PM

UFB

16476253763@s.whatsapp.net Rod Bolger     2022-05-12 12:04:48.000 PM

people can post whatever BS they want with no consequences.

16465524499@s.whatsapp.net Alex Mashinsky     2022-05-12 02:23:36.000 PM

Alex please tell Rod Boger or Yavin tsur to answer an email from our auditors for attenstation report.. we need to ginalise by tomorrow.. has been a while ...can you tell them to answer? Thanks you

16465524499@s.whatsapp.net Alex Mashinsky     2022-05-12 02:23:48.000 PM

From Silvano at Tether.

16476253763@s.whatsapp.net Rod Bolger     2022-05-12 08:32:42.000 PM

We need to stop buying CEL

FOIA CONFIDENTIAL TREATMENT REQUESTED BY CELSIUS      CELSIUSNETWORK_00029176

| | |
|---|---|
| 16476253763@s.whatsapp.net Rod Bolger | 2022-05-12 09:23:57.000 PM |

Is Jacob still buying?

| | |
|---|---|
| 16476253763@s.whatsapp.net Rod Bolger | 2022-05-12 09:24:10.000 PM |

I understand he's buying on Margin

| | |
|---|---|
| 16465524499@s.whatsapp.net Alex Mashinsky | 2022-05-12 09:55:47.000 PM |

No. He spent 1.6m in total today. He is not buying any more. We approved $5m in total. Standing by for now to see where we are.

| | |
|---|---|
| 16465524499@s.whatsapp.net Alex Mashinsky | 2022-05-12 09:56:29.000 PM |

We prevented $19m in CEL liquidations which would have reduced our cash position by same amount.

| | |
|---|---|
| 16465524499@s.whatsapp.net Alex Mashinsky | 2022-05-12 10:06:33.000 PM |

| | |
|---|---|
| 16465524499@s.whatsapp.net Alex Mashinsky | 2022-05-12 10:06:53.000 PM |

You can talk to Jacob directly re CEL.



FOIA CONFIDENTIAL TREATMENT REQUESTED BY CELSIUS                                                            CELSIUSNETWORK_00029178