**dc458b6f-dbdc-4010-9e09-1f270aa48c13 - 16462209911@s.whatsapp.net**

Chat Filters ☑ Events ☑ History ☑ Disclaimers

| | Participant | Entity | Login | Email | | |
|---|---|---|---|---|---|---|
| ☑ | 16465524499@s.whatsapp.net Alex Mashinsky | S.whatsapp | 16465524499@s.whatsapp.net | 16465524499@s.whatsapp.net | 1 | 0 |
| ☑ | 16462209911@s.whatsapp | S.whatsapp | 16462209911@s.whatsapp.net | 16462209911@s.whatsapp.net | 2 | 0 |

16462209911@s.whatsapp.net Nuke Goldstein — 2022-05-12 07:33:26.000 PM

If CEL keeps falling I'll start getting liquidated. Not good for anyone.

16465524499@s.whatsapp.net Alex Mashinsky — 2022-05-12 08:05:10.000 PM

I am trying to stop it. We are freezing your loan. No liquidation.

16462209911@s.whatsapp.net Nuke Goldstein — 2022-05-12 08:08:16.000 PM

Thank you!