**7fb2b7af-d75a-42f5-958c-200546ca99e5 - 972544272854@s.whatsapp.net**

Chat Filters  ☑ Events  ☑ History  ☑ Disclaimers

| ☑ | Participant | Entity | Login | Email | 💬 | 📎 |
|---|---|---|---|---|---|---|
| ☑ | 972544272854@s.whatsapp.net יעקב ישראל | S.whatsapp | 972544272854@s.whatsapp.net | 972544272854@s.whatsapp.net | 11 | 0 |
| ☑ | System Message System | | System Message | | 1 | 0 |

| | |
|---|---|
| System Message System Message | 2022-05-12 10:07:02.000 PM |
| 🔒 Messages and calls are end-to-end encrypted. No one outside of this chat, not even WhatsApp, can read or listen to them. Tap to learn more | |
| 16476253763@s.whatsapp.net RB | 2022-05-12 10:07:02.000 PM |
| Hey Jacob | |
| 16476253763@s.whatsapp.net RB | 2022-05-12 10:07:05.000 PM |
| Rod here | |
| 16476253763@s.whatsapp.net RB | 2022-05-12 10:07:11.000 PM |
| How you holding up?? | |
| 972544272854@s.whatsapp.net יעקב ישראל | 2022-05-12 10:08:12.000 PM |
| I am fine Rod, thank you, just waiting for you all to make a decision | |
| 16476253763@s.whatsapp.net RB | 2022-05-12 10:08:27.000 PM |
| Ha. | |
| 16476253763@s.whatsapp.net RB | 2022-05-12 10:08:32.000 PM |
| On what specifically | |
| 972544272854@s.whatsapp.net יעקב ישראל | 2022-05-12 10:09:16.000 PM |
| Alex told me to buy CEL as you already know | |
| 16476253763@s.whatsapp.net RB | 2022-05-12 10:09:22.000 PM |
| Yep. | |
| 16476253763@s.whatsapp.net RB | 2022-05-12 10:09:36.000 PM |
| He said you bought 1.6mm and were done | |
| 972544272854@s.whatsapp.net יעקב ישראל | 2022-05-12 10:10:21.000 PM |
| He told to buy up to 5mm USD but I don't have enough USD | |
| 972544272854@s.whatsapp.net יעקב ישראל | 2022-05-12 10:10:36.000 PM |
| 1.68m until now | |
| 16476253763@s.whatsapp.net RB | 2022-05-12 10:11:00.000 PM |
| a347df4f-8a1a-4981-a62a-cfd43fdf8437.jpg | |



| | |
|---|---|
| 16476253763@s.whatsapp.net RB | 2022-05-12 10:13:22.000 PM |
| Just talked to Alex. He said it's w me. | |

| | |
|---|---|
| 16476253763@s.whatsapp.net RB | 2022-05-12 10:13:38.000 PM |
| He said I should deal w you for future actions. | |
| 16476253763@s.whatsapp.net RB | 2022-05-12 10:13:47.000 PM |
| So let me know if you think we should step in | |
| 16476253763@s.whatsapp.net RB | 2022-05-12 10:13:57.000 PM |
| Sorry you got caught in middle. | |
| 16476253763@s.whatsapp.net RB | 2022-05-12 10:14:02.000 PM |
| I know that's no fun | |
| 972544272854@s.whatsapp.net יעקב ישראל | 2022-05-12 10:15:09.000 PM |
| It's OK it's my job and I care about what's going on with markets and Celsius specific. | |
| 972544272854@s.whatsapp.net יעקב ישראל | 2022-05-12 10:16:02.000 PM |
| I think, if we got to 1$ it won't last to long if we aren't holding it | |
| 972544272854@s.whatsapp.net יעקב ישראל | 2022-05-12 10:17:59.000 PM |
| Still it can drop back again, nothing is guaranteed. But at least we can earn some time | |
| 972544272854@s.whatsapp.net יעקב ישראל | 2022-05-12 10:18:30.000 PM |
| Until markets calms down | |
| 972544272854@s.whatsapp.net יעקב ישראל | 2022-05-12 11:15:47.000 PM |
| ⊘ Deleted by the sender | |
| 972544272854@s.whatsapp.net יעקב ישראל | 2022-05-12 11:22:46.000 PM |
| BTW- Who moved the USD from the CEL subaccount? who gave the order? | |
| 16476253763@s.whatsapp.net RB | 2022-05-12 11:30:04.000 PM |
| Probably me. I told the team to get all liquidity ready | |
| 16476253763@s.whatsapp.net RB | 2022-05-12 11:30:40.000 PM |
| We can't prop up CEL at this point. | |
| 16476253763@s.whatsapp.net RB | 2022-05-12 11:30:53.000 PM |
| Unfortunately don't have that luxury. | |
| 972544272854@s.whatsapp.net יעקב ישראל | 2022-05-12 11:41:52.000 PM |
| I don't think there should be any activity in CEL in the first place, but when it is my responsibility and the team does it in the middle of making trades without notice, it is not acceptable. We could have gone in to a margin call. | |



FOIA CONFIDENTIAL TREATMENT REQUESTED BY CELSIUS                    CELSIUSNETWORK_00078007