**fd9c74b8-36ba-4a1d-9adf-3b1be629485c - 120363042837695985@g.us**

Chat Filters ☑ Events ☑ History ☑ Disclaimers

| ☑ | Participant | Entity | Login | Email | | |
|---|---|---|---|---|---|---|
| ☑ | 12018702522@s.whatsapp.net Dean Tappen | S.whatsapp | 12018702522@s.whatsapp.net | 12018702522@s.whatsapp.net | 19 | 9 |
| ☑ | System Message System | | System Message | | 0 | 0 |

12018702522@s.whatsapp.net Dean Tappen — 2022-05-12 12:32:39.000 AM

709 processed in last 30 mins

12018702522@s.whatsapp.net Dean Tappen — 2022-05-12 01:07:45.000 AM

420 left in the queue, 1200 handled in 1h

19177485957@s.whatsapp.net Jason Perman — 2022-05-12 01:08:11.000 AM

Where do we see somewhat update AUM metrics. Would love to know what we are at

12018702522@s.whatsapp.net Dean Tappen — 2022-05-12 01:08:37.000 AM

Recon is completely effed rn so no idea where to even look

16476253763@s.whatsapp.net RB — 2022-05-12 02:00:04.000 AM

You still at it?

16476253763@s.whatsapp.net RB — 2022-05-12 02:00:10.000 AM

Any progress?

16476253763@s.whatsapp.net RB — 2022-05-12 02:16:33.000 AM

Meaning- r they flowing thru better. Have they slowed down. And have you gotten out of there

12018702522@s.whatsapp.net Dean Tappen — 2022-05-12 02:17:41.000 AM

Just left all is normal and stable. Processing time back to normal timing

16476253763@s.whatsapp.net RB — 2022-05-12 02:18:55.000 AM

great.

19177485957@s.whatsapp.net Jason Perman — 2022-05-12 02:19:30.000 AM

Dean absolutely crushed today 👏👏

16476253763@s.whatsapp.net RB — 2022-05-12 02:19:44.000 AM

$484mm out. $62mm in last 24 hours.

16476253763@s.whatsapp.net RB — 2022-05-12 02:19:49.000 AM

Yeah. he did

16476253763@s.whatsapp.net RB — 2022-05-12 02:19:54.000 AM

was great having you in office.

19177485957@s.whatsapp.net Jason Perman — 2022-05-12 02:20:06.000 AM

Btw I have covid so glad I spared you both

16476253763@s.whatsapp.net RB — 2022-05-12 02:20:09.000 AM

and getting sense directly of everything going on

16476253763@s.whatsapp.net RB — 2022-05-12 02:20:22.000 AM

😣😣

19177485957@s.whatsapp.net Jason Perman — 2022-05-12 02:20:24.000 AM

Found a min to test myself tonight.

16476253763@s.whatsapp.net RB — 2022-05-12 02:20:25.000 AM

oh no.

16476253763@s.whatsapp.net RB — 2022-05-12 02:20:35.000 AM

how is everyone dealing w/ it?

19177485957@s.whatsapp.net Jason Perman 2022-05-12 02:20:37.000 AM

I'm fine. Tired but chalked it up to work. All good

16476253763@s.whatsapp.net RB 2022-05-12 02:20:40.000 AM

any severe cases

16476253763@s.whatsapp.net RB 2022-05-12 02:20:48.000 AM

wow.

16476253763@s.whatsapp.net RB 2022-05-12 02:20:52.000 AM

you were always reachable

19177485957@s.whatsapp.net Jason Perman 2022-05-12 02:20:56.000 AM

Nope all good. We are all vaccinated. Kids spared for now

16476253763@s.whatsapp.net RB 2022-05-12 02:21:10.000 AM

PS was ALCO really just this morning?

16476253763@s.whatsapp.net RB 2022-05-12 02:21:21.000 AM

how frustrating was that

19177485957@s.whatsapp.net Jason Perman 2022-05-12 02:21:26.000 AM

Lol. Is it only Wednesday

16476253763@s.whatsapp.net RB 2022-05-12 02:21:32.000 AM

but...Alex facing reality

16476253763@s.whatsapp.net RB 2022-05-12 02:21:39.000 AM

great job both of you

19177485957@s.whatsapp.net Jason Perman 2022-05-12 02:21:47.000 AM

Apparently WestCap was on alco. I didn't realize. Alex from WestCap said he wasn't pleased with the funding discussion and Alex's tone

19177485957@s.whatsapp.net Jason Perman 2022-05-12 02:22:19.000 AM

Important

19177485957@s.whatsapp.net Jason Perman 2022-05-12 02:22:25.000 AM

And we live to fight another day

16476253763@s.whatsapp.net RB 2022-05-12 02:22:36.000 AM

yeah. i had a long session w/ Westcap and CDPQ late this afternoon.

16476253763@s.whatsapp.net RB 2022-05-12 02:22:49.000 AM

Tushar gets it. BTW

16476253763@s.whatsapp.net RB 2022-05-12 02:22:50.000 AM

now

16476253763@s.whatsapp.net RB 2022-05-12 02:22:54.000 AM

finally

16476253763@s.whatsapp.net RB 2022-05-12 02:23:00.000 AM

the ALCO material really impacted him

19177485957@s.whatsapp.net Jason Perman 2022-05-12 02:23:13.000 AM

Which part of it

16476253763@s.whatsapp.net RB 2022-05-12 02:23:13.000 AM

and I think it impacted Westcap.

19177485957@s.whatsapp.net Jason Perman 2022-05-12 02:23:25.000 AM

Structural mismatch?

16476253763@s.whatsapp.net RB 2022-05-12 02:23:25.000 AM

all of it.

16476253763@s.whatsapp.net RB 2022-05-12 02:23:27.000 AM

the earnings.

16476253763@s.whatsapp.net RB 2022-05-12 02:23:37.000 AM

the balance sheet impacted westcap and cdpq today

19177485957@s.whatsapp.net Jason Perman 2022-05-12 02:24:09.000 AM

Good. We need some external pressure as well. Even CEOs need to be held accountable and have people they should answer to

16476253763@s.whatsapp.net RB 2022-05-12 02:36:26.000 AM

Great job today guys.

16476253763@s.whatsapp.net RB 2022-05-12 02:36:31.000 AM

and every day

16476253763@s.whatsapp.net RB 2022-05-12 02:36:36.000 AM

but especially today

19177485957@s.whatsapp.net Jason Perman 2022-05-12 02:37:21.000 AM

Thanks. Can't say I would like a repeat of today but every few years it gets the blood flowing. This is why we make sure we are liquid within the bounds of our model. Worked as intended

16476253763@s.whatsapp.net RB 2022-05-12 10:43:55.000 AM

looks like the outflows are continuing

16476253763@s.whatsapp.net RB 2022-05-12 10:44:08.000 AM

and our wallets need a lot of coins to keep up?

16476253763@s.whatsapp.net RB 2022-05-12 11:46:20.000 AM

https://twitter.com/butta_eth/status/1524633460299767809?s=24&t=-LvddEe7DxPT_Q_xQYrDXQ "Rumors that this is the @CelsiusNetwork position which is going to get liquidated at $25.942 $BTC. https://t.co/NQyYJ0Ajxk"

16476253763@s.whatsapp.net RB 2022-05-12 11:46:24.000 AM

is this us?

16476253763@s.whatsapp.net RB 2022-05-12 11:46:47.000 AM

no.

16476253763@s.whatsapp.net RB 2022-05-12 11:47:08.000 AM

what is that? lifetime profit $520mm. what is that?

16476253763@s.whatsapp.net RB 2022-05-12 11:47:11.000 AM

any sense?

19177485957@s.whatsapp.net Jason Perman 2022-05-12 11:48:00.000 AM

Don't know if that's our wallet / also that profit would assume the person owns the coins I take it (we don't) so meaningless for us

19177485957@s.whatsapp.net Jason Perman 2022-05-12 11:48:26.000 AM

But also such a ridiculous rumor / if it is they should know we have a treasury that actively manages our positions but oh well

19177485957@s.whatsapp.net Jason Perman 2022-05-12 11:48:40.000 AM

Sometimes i want to create a burner account to refute these morons on Twitter

19177485957@s.whatsapp.net Jason Perman 2022-05-12 11:49:19.000 AM

Also it's now 22k bc if that was us we topped it up

19177485957@s.whatsapp.net Jason Perman 2022-05-12 11:49:40.000 AM

4d1b2770-34bf-4388-8815-641fde0eb3c7.jpg



12018702522@s.whatsapp.net Dean Tappen 2022-05-12 11:53:23.000 AM

That was our wallet and we did too

12018702522@s.whatsapp.net Dean Tappen 2022-05-12 11:53:29.000 AM

Top*

16476253763@s.whatsapp.net RB 2022-05-12 12:38:31.000 PM

is there any way for us to get a bot going to protect against this

19177485957@s.whatsapp.net Jason Perman 2022-05-12 12:44:37.000 PM

You're both right

19177485957@s.whatsapp.net Jason Perman 2022-05-12 12:44:39.000 PM

have to be careful here

12018702522@s.whatsapp.net Dean Tappen 2022-05-12 12:46:13.000 PM

@16476253763 Bitfinex is looking for answers to an audit they sent us Yesterday - they have folowed up a few times

Silvano Di stefano
guys can anyone give a ring to Rod Bolger or Yavin tsur?
we need quickly to have an email from celsius to answer
our auditor questions.... these dasy are very important as
you can imagine....

19177485957@s.whatsapp.net Jason Perman 2022-05-12 12:48:34.000 PM

This is a huge waste of time

19177485957@s.whatsapp.net Jason Perman 2022-05-12 12:48:39.000 PM

its .999

16476253763@s.whatsapp.net RB 2022-05-12 12:49:46.000 PM

you gotta go to FTX

16476253763@s.whatsapp.net RB 2022-05-12 12:49:54.000 PM

98.9c

19177485957@s.whatsapp.net Jason Perman 2022-05-12 12:54:33.000 PM

please dont let him do this

19177485957@s.whatsapp.net Jason Perman 2022-05-12 12:54:37.000 PM

it will be the death of this firm

19177485957@s.whatsapp.net Jason Perman 2022-05-12 01:02:49.000 PM

THANK YOU

19177485957@s.whatsapp.net Jason Perman 2022-05-12 01:02:51.000 PM

caps intended

12018702522@s.whatsapp.net Dean Tappen 2022-05-12 02:23:19.000 PM

90e944b0-c825-477d-bfb5-69d2a5ddf36b.jpg

Silvano Di stefano
> Nick Evangelatos
> will follow up on this, apologies for the delay

please we need by tonight.. we need to finalise everything by tomorrow.... 10:16 AM

19177485957@s.whatsapp.net Jason Perman 2022-05-12 02:24:19.000 PM

What do we need? Rod needs to send them an email?

12018702522@s.whatsapp.net Dean Tappen 2022-05-12 02:25:04.000 PM

they sent an email to Rod and Yaniv related to their Audit - probably need to confirm stuff related to our positions back in March - we have not responded to any of the recent requests as they were still sending them to Yaron...

19177485957@s.whatsapp.net Jason Perman 2022-05-12 02:25:42.000 PM

ok @16476253763 see above, they sent you a note

12018702522@s.whatsapp.net Dean Tappen 2022-05-12 03:44:23.000 PM

f98d13d7-3d69-471a-99fe-2d1048529528.jpg

Alex Gordon-Brown Reply
Hi, we'd like to withdraw the remainder of our unsecured loans. Appreciate that might take a little while due to size:

75m USDC Pharos Fund SP
36.5m USDC Pharos USD SP

Apologies for the sharp shift from earlier, we're still in the process of reassessing how we want our capital deployed after moves overnight. 11:43 AM

19177485957@s.whatsapp.net Jason Perman 2022-05-12 03:49:53.000 PM

Rod, point is they keep liquidating fine, but we also cant be allowing people to suck our USD liquidity out right now, or at least make it less economical for them to do that

19177485957@s.whatsapp.net Jason Perman 2022-05-12 07:14:44.000 PM

Withdrawals slowing down....Dean can update here once we have firm numbers

12018702522@s.whatsapp.net Dean Tappen 2022-05-12 07:16:02.000 PM

Current value is roughly 75mm - count is down to ~150 which should all be processed as they come in

| coin | count | sum | max | avg | median |
|---|---|---|---|---|---|
| [illegible] | 58 | -26,851,179.87 | -5,466,847.55 | -462,951.38 | -242,203 |
| BTC | 43 | -706.66 | -177.5 | -16.43 | -7.52 |
| ETH | 40 | -10,201.58 | -3,293 | -255.04 | -100 |
| MATIC | 16 | -2,503,036.54 | -325,550.62 | -156,439.78 | -100,000.37 |
| USDT ERC20 | 12 | -7,416,870.5 | -3,042,334.72 | -618,072.54 | -291,283.86 |
| UST | 6 | -7,708,870.68 | -4,219,462.82 | 1,284,811.78 | -781,455.21 |
| GUSD | 4 | -1,011,096.48 | -503,500 | -252,774.12 | -252,138.35 |
| PAXG | 4 | -3,254.67 | -2,577.09 | -813.67 | -291.89 |
| LINK | 3 | -128,681.4 | -80,164.65 | -42,893.8 | -42,425.5 |
| TUSD | 2 | -443,085.85 | -275,000.72 | -221,542.92 | -221,542.92 |
| DOT | 2 | -12.31 | -10 | -6.15 | -6.15 |
| BUSD | 2 | -1,852,335.35 | -1,319,882.03 | -926,167.68 | -926,167.68 |
| XRP | 1 | -340,012.15 | -340,012.15 | -340,012.15 | -340,012.15 |
| [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |

12018702522@s.whatsapp.net Dean Tappen 2022-05-12 08:13:58.000 PM

We reduced our inst collateral a total of ~150mm

| Asset | 05.06 Total Coin Collateral | 05.12 Total Coin Collateral | WoW change | Price | WoW Chage |
|---|---|---|---|---|---|
| [illegible] | [illegible] | [illegible] | [illegible] | $ [illegible] | $ [illegible] |
| BTC | [illegible] | 4,252.38 | [illegible] | $ 28,[illegible] | $ [illegible] |
| [illegible] | [illegible] | [illegible] | | $ 1.00 | $ |
| ETH | [illegible] | [illegible] | [illegible] | $ [illegible] | $ [illegible] |
| [illegible] | [illegible] | [illegible] | [illegible] | $ 1.00 | $ [illegible] |
| AAVE | [illegible] | [illegible] | [illegible] | $ [illegible] | $ [illegible] |
| WBTC | [illegible] | [illegible] | [illegible] | $ [illegible] | $ [illegible] |
| XRP | [illegible] | [illegible] | [illegible] | $ [illegible] | $ [illegible] |
| LUNA | [illegible] | [illegible] | - | $ [illegible] | $ |
| USDT ERC20 | [illegible] | [illegible] | [illegible] | $ 1.00 | $ [illegible] |
| [illegible] | | [illegible] | [illegible] | $ [illegible] | $ [illegible] |
| [illegible] | [illegible] | [illegible] | [illegible] | $ [illegible] | $ [illegible] |
| [illegible] | [illegible] | [illegible] | - | $ [illegible] | $ |
| [illegible] | [illegible] | [illegible] | [illegible] | $ [illegible] | $ [illegible] |
| [illegible] | [illegible] | [illegible] | [illegible] | $ [illegible] | $ [illegible] |

19177485957@s.whatsapp.net Jason Perman 2022-05-12 08:16:45.000 PM

CEL is in free fall, hole on the B/S is going to be enormous now

19177485957@s.whatsapp.net Jason Perman 2022-05-12 08:32:48.000 PM

tread careful in this forum with buying CEL as Alex is on

16476253763@s.whatsapp.net RB 2022-05-12 08:33:14.000 PM

i just texted him that we need to stop

16476253763@s.whatsapp.net RB 2022-05-12 08:33:17.000 PM

i agree w/ you

19177485957@s.whatsapp.net Jason Perman 2022-05-12 08:52:37.000 PM

00e9e7e1-8521-40d9-935d-e1f17bbd9ffb.jpg

16476253763@s.whatsapp.net RB 2022-05-12 08:56:37.000 PM

Talked w/ Alex. asked him to call Jacob and tell him to not buy anymore. Alex agreed.

16476253763@s.whatsapp.net RB 2022-05-12 08:56:44.000 PM

that was around 4:35pm.

19177485957@s.whatsapp.net Jason Perman 2022-05-12 08:59:21.000 PM

Ok I'm leaving it be

12018702522@s.whatsapp.net Dean Tappen 2022-05-12 09:00:53.000 PM

are still buying as of now but they are out of cash and will not get more

16476253763@s.whatsapp.net RB 2022-05-12 09:06:17.000 PM

Out of gas!

19177485957@s.whatsapp.net Jason Perman 2022-05-12 09:08:19.000 PM

If that is true that our customers dumped the token bc they are mad we liquidated them goes to show u there are literally no buyers bc they def dont have size to move the market if it had any volume

12018702522@s.whatsapp.net Dean Tappen 2022-05-12 09:22:48.000 PM

guess that didn't stop - now we are buying on margin

19177485957@s.whatsapp.net Jason Perman 2022-05-12 09:23:12.000 PM

For fucks sake

12018702522@s.whatsapp.net Dean Tappen 2022-05-12 09:23:15.000 PM

3905479b-a4ca-4a4b-9a9c-216ed33adeff.jpg

19177485957@s.whatsapp.net Jason Perman 2022-05-12 09:23:46.000 PM

Rod these are clear violations of CFO org orders

12018702522@s.whatsapp.net Dean Tappen 2022-05-12 09:28:32.000 PM

looks like it is stopping now - might just be carry over orders from when it was approved - not sure how much was bought FTX data is hard to retrieve

16476253763@s.whatsapp.net RB 2022-05-12 10:07:56.000 PM

What's our stablecoin status?

16476253763@s.whatsapp.net RB 2022-05-12 10:08:18.000 PM

How much do we have? Collateral in reserve etc ?

12018702522@s.whatsapp.net Dean Tappen 2022-05-12 10:10:11.000 PM

Outflows have seemed to stop. We were able to take out a borrow through Connors help 1:1 against BTC. Tomorrow we need to return ~70mm more for a borrow that was closed. Collateral wise we are fine and can withstand another few drops. If we get down to BTC at 20k or so we no longer have a gameplan but until then we are looking ok

12018702522@s.whatsapp.net Dean Tappen 2022-05-12 10:13:22.000 PM

the problem is all our main deployments now are term so we can no longer recall and if we don't have the collateral to support them there is nothing we can do - All of these strategies plus the mismatch do not leave us with much flexibility and without term funding to support them we are at risk

| Coin | Category | Account | Tier | # of Coins | APY |
|---|---|---|---|---|---|
| Stable Coin | Mining | Mining | 5 | 638,205,163.90 | 0.00% |
| Stable Coin | Retail Loans | Loans | 6 | 359,588,119.10 | 3.70% |
| Stable Coin | Institutional Loans | Loans Out | 2 | 339,953,561.30 | 7.66% |
| Stable Coin | Other | Loans Out | 2 | 338,593,700.00 | 0.00% |
| Stable Coin | Retail Loans | Loans | 6 | 325,362,727.30 | 3.70% |
| Stable Coin | Institutional Loans | Loans Out | 2 | 254,500,000.00 | 8.64% |
| Stable Coin | Investments | Investments | 6 | 211,549,391.20 | 0.00% |
| Stable Coin | Spot Lending | BITFINEX | 4 | 124.210.271.40 | 6.61% |

19177485957@s.whatsapp.net Jason Perman 2022-05-12 10:15:01.000 PM

We should see if we can break some term loans for a fee / have to weigh the signaling of it but could be a break glass option

19177485957@s.whatsapp.net Jason Perman 2022-05-12 10:17:19.000 PM

Why do we have tier 2 loans? Those should be open? Isn't retail loans much larger - like $800mm?

12018702522@s.whatsapp.net Dean Tappen 2022-05-12 10:30:15.000 PM

Yeah it splits retail by coin there are like 5 retail loans categories I didn't send the full balances - this is from the waterfall

19177485957@s.whatsapp.net Jason Perman 2022-05-12 10:31:18.000 PM

We are getting the list of all institutional loans to see if there is more we can do there but for now our withdrawals have slowed. We've met them all over the week so I'm hoping there's no fear of insolvency



FOIA CONFIDENTIAL TREATMENT REQUESTED BY CELSIUS

CELSIUSNETWORK_00078261



7:49
defiexplore.com
Ratio (Min: 145%):
176.06%
Current price
$27,560
Next: $28,187
Liquidation price:
$22,698
Value Invested:
$1.4B
Value Withdrawn:
$728.8M
CDP Balance:
$231.6M
Lifetime Profit:
-$485.0M
History
Zoom 7d 1m 3m All

FOIA CONFIDENTIAL TREATMENT REQUESTED BY CELSIUS CELSIUSNETWORK_00078262



Silvano Di stefano
Reply
guys can anyone give a ring to Rod Bolger or Yavin tsur? we need quickly to have an email from celsius to answer our auditor questions.... these dasy are very important as you can imagine....
SS
edited 8:40 AM

FOIA CONFIDENTIAL TREATMENT REQUESTED BY CELSIUS CELSIUSNETWORK_00078263

Silvano Di stefano

> Nick Evangelatos
> will follow up on this, apologies for the delay

please we need by tonight.. we need to finalise everything by tomorrow....

10:16 AM

FOIA CONFIDENTIAL TREATMENT REQUESTED BY CELSIUS CELSIUSNETWORK_00078264

Alex Gordon-Brown Reply

Hi, we'd like to withdraw the remainder of our unsecured loans. Appreciate that might take a little while due to size:

75m USDC Pharos Fund SP
36.5m USDC Pharos USD SP

Apologies for the sharp shift from earlier, we're still in the process of reassessing how we want our capital deployed after moves overnight.

11:43 AM

| coin | count | sum | max | avg | median | [illegible] |
|---|---|---|---|---|---|---|
| USDC | 58 | -26,851,179.87 | -5,466,847.55 | -462,951.38 | -242,200 | 20 |
| BTC | 43 | -706.66 | -177.5 | -16.43 | -7.52 | 20 |
| ETH | 40 | -10,201.59 | -3,293 | -255.04 | -100 | 20 |
| MATIC | 16 | -2,503,036.54 | -525,550.62 | -156,439.78 | -100,000.37 | 20 |
| USDT ERC20 | 12 | -7,416,870.5 | -3,042,334.72 | -618,072.54 | -291,283.86 | 20 |
| UST | 6 | -7,708,870.68 | -4,219,462.89 | 1,284,811.78 | -781,455.21 | 20 |
| GUSD | 4 | -1,011,096.49 | -500,500 | -252,774.12 | -252,139.25 | 20 |
| PAXG | 4 | -3,254.67 | -2,577.09 | -813.67 | -291.89 | 20 |
| LINK | 3 | -128,681.4 | -80,164.65 | -42,893.8 | -42,425.6 | 20 |
| TUSD | 2 | -443,085.85 | -275,000.72 | -221,542.92 | -221,542.92 | 20 |
| DOT | 2 | -12.31 | -10 | -6.15 | -6.15 | 20 |
| BUSD | 2 | -1,852,335.35 | -1,319,382.03 | -926,167.68 | -926,167.68 | 20 |
| XRP | 1 | -340,012.15 | -340,012.15 | -340,012.15 | -340,012.15 | 20 |
| [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |

| Asset | 05.06 Total Coin Collateral | 05.12 Total Coin Collateral | WoW change | Price | WoW Chage |
|---|---|---|---|---|---|
| FTT | 11,394,289.00 | 4,585,462.63 | (6,808,826.37) | $ 29.27 | $ (199,294,347. |
| BTC | 6,490.19 | 4,252.38 | (2,237.81) | $ 28,584.00 | $ (63,965,561.04) |
| USD | 290,000.00 | 290,000.00 | - | $ 1.00 | $ - |
| ETH | 69,529.99 | 99,797.27 | 30,267.28 | $ 1,943.19 | $ 58,815,075.82 |
| USDC | 24,802,402.82 | 25,386,026.46 | 583,623.64 | $ 1.00 | $ 583,623.64 |
| AAVE | 13,149.22 | 17,552.93 | 4,403.71 | $ 74.19 | $ 326,711.24 |
| WBTC | 93.28 | 77.77 | (15.51) | $ 28,552.00 | $ (442,841.52) |
| XRP | 12,053,621.47 | 17,231,595.48 | 5,177,974.01 | $ 0.38 | $ 1,967,630.12 |
| LUNA | 80,800.00 | 80,800.00 | - | $ 0.03 | $ - |
| USDT ERC20 | 1,200,000.00 | 849,992.08 | (350,007.92) | $ 1.00 | $ (350,007.92) |
| BCH | - | 217,325.80 | 217,325.80 | $ 201.91 | $ 43,880,252.28 |
| SRM | 123,548,754.29 | 120,983,415.31 | (2,565,338.98) | $ 1.05 | $ (2,725,105.93) |
| mSOL | 1,020,177.56 | 1,020,177.56 | - | $ 46.72 | $ - |
| DOT | 806,696.80 | 1,238,870.91 | 432,174.11 | $ 8.81 | $ 3,807,453.91 |
| ADA | 18,204,900.39 | 22,411,187.78 | 4,206,287.39 | $ 0.49 | $ 2,050,590.34 |



Jason Perman 2:51 PM
@here Given our liquidity position, we will not be using any USD to buy CEL in the market this week for rewards
Jacob Israel 4:43 PM
@Dean Tappen @Ethan Tiffen Please send me ASAP 4,000,000 USD to FTX "CEL"
Dean Tappen 4:44 PM
See message from Jason above - do not believe this is approved
Jacob Israel 4:45 PM
Do you want me to add Alex M. here, Talk with him
Jason Perman 4:47 PM
As per Rod this is not approved and agreed with Alex
image.png
Rod Bolger
talked to Alex. he is telling Jacob not to buy anymore
I stated it earlier, we are not using USD to buy CEL
Jacob Israel 4:48 PM
Talk with Alex again!!!

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 5/12/2022, 5:00:09 PM | CEL/USD | Buy | Limit | 2,861.50000000 | 1.17000000 | 3,347.95500000 USD | 0.502193 USD |
| 5/12/2022, 5:00:09 PM | CEL/USD | Buy | Limit | 0.40000000 | 1.16400000 | 0.46560000 USD | 0.000070 USD |
| 5/12/2022, 5:00:09 PM | CEL/USD | Buy | Limit | 4,341.90000000 | 1.16200000 | 5,045.28780000 USD | 0.756793 USD |
| 5/12/2022, 5:00:09 PM | CEL/USD | Buy | Limit | 2,500.00000000 | 1.15500000 | 2,887.50000000 USD | 0.433125 USD |
| 5/12/2022, 5:00:09 PM | CEL/USD | Buy | Limit | 170.90000000 | 1.15000000 | 196.53500000 USD | 0.029480 USD |
| 5/12/2022, 5:00:09 PM | CEL/USD | Buy | Limit | 15.20000000 | 1.14950000 | 17.47240000 USD | 0.002621 USD |
| 5/12/2022, 5:00:09 PM | CEL/USD | Buy | Limit | 110.10000000 | 1.14950000 | 126.55995000 USD | 0.018984 USD |
| 5/12/2022, 5:00:07 PM | CEL/USD | Buy | Limit | 518.90000000 | 1.15000000 | 596.73500000 USD | 0.089510 USD |
| 5/12/2022, 5:00:07 PM | CEL/USD | Buy | Limit | 675.60000000 | 1.15000000 | 776.94000000 USD | 0.116541 USD |
| 5/12/2022, 5:00:07 PM | CEL/USD | Buy | Limit | 0.40000000 | 1.15000000 | 0.46000000 USD | 0.000069 USD |



Balances
Hide zero balances
Include borrowing in available balances
Coin
Balance
Available Balance
USD Value
USD (USD)
-65,968.34
4,738,861.21
-$65,968.34
DEPOSIT
WITHDRAW
CONVERT
LEND@7%
USD Stablecoins (USDC, TUSD, USDP, BUSD, HUSD)
DEPOSIT
WITHDRAW
CONVERT
LEND@7%

FOIA CONFIDENTIAL TREATMENT REQUESTED BY CELSIUS CELSIUSNETWORK_00078270

| | | | | | | |
|---|---|---|---|---|---|---|
| 5/12/2022, 5:20:32 PM | CEL/USD | Buy | Limit | 14,232.90000000 | 1.02350000 | 14,567.37315000 USD |
| 5/12/2022, 5:18:31 PM | CEL/USD | Buy | Limit | 1.00000000 | 1.02350000 | 1.02350000 USD |
| 5/12/2022, 5:18:31 PM | CEL/USD | Buy | Limit | 4,878.30000000 | 1.09100000 | 5,322.22530000 USD |
| 5/12/2022, 5:18:31 PM | CEL/USD | Buy | Limit | 500.00000000 | 1.08750000 | 543.75000000 USD |
| 5/12/2022, 5:18:31 PM | CEL/USD | Buy | Limit | 1.00000000 | 1.08600000 | 1.08600000 USD |

| Coin | Category | Account | Tier | # of Coins | APY |
|---|---|---|---|---|---|
| Stable Coin | Mining | Mining | 5 | 638,205,163.90 | 0.00% |
| Stable Coin | Retail Loans | Loans | 6 | 359,588,119.10 | 3.70% |
| Stable Coin | Institutional Loans | Loans Out | 2 | 339,993,561.30 | 7.66% |
| Stable Coin | Other | Loans Out | 2 | 338,593,700.00 | 0.00% |
| Stable Coin | Retail Loans | Loans | 6 | 325,362,727.30 | 3.70% |
| Stable Coin | Institutional Loans | Loans Out | 2 | 254,500,000.00 | 8.64% |
| Stable Coin | Investments | Investments | 6 | 211,549,391.20 | 0.00% |
| Stable Coin | Spot Lending | BITFINEX | 4 | 124,210,271.40 | 6.61% |