| Chat Filters History | | |
|---|---|---|
| Participant/Sender | Messages | Attachments |
| Dean Tappen | 12 | 0 |
| Jason Perman | 13 | 0 |

## PARTICIPANTS List: Dean Tappen , Jason Perman

**Dean Tappen**  05/24/2022 03:50:42 PM(UTC +0)

serious talk when is this gonna end - this guy cannot continue to go on like this

**Jason Perman**  05/24/2022 05:12:59 PM(UTC +0)

Which guy

**Dean Tappen**  05/24/2022 05:13:13 PM(UTC +0)

Alex

**Jason Perman**  05/24/2022 05:13:14 PM(UTC +0)

did u join the AMA?

**Jason Perman**  05/24/2022 05:13:20 PM(UTC +0)

why do you torture yourself

**Dean Tappen**  05/24/2022 05:13:25 PM(UTC +0)

Yeah I don't know

**Jason Perman**  05/24/2022 05:13:29 PM(UTC +0)

What was he saying

**Dean Tappen**  05/24/2022 05:13:38 PM(UTC +0)

Just normal BS

**Jason Perman**  05/24/2022 05:13:50 PM(UTC +0)

CWS?

**Dean Tappen**  05/24/2022 05:14:19 PM(UTC +0)

Yeah just how good we are and how bad everyone else is and how we make money

**Jason Perman**  05/24/2022 05:16:55 PM(UTC +0)

lol

**Jason Perman**
05/24/2022 05:16:57 PM(UTC +0)

that cant be real

**Jason Perman**
05/24/2022 05:17:00 PM(UTC +0)

I think I need to join these

**Dean Tappen**
05/24/2022 05:19:04 PM(UTC +0)

yeah man its embarrassing

**Jason Perman**
05/24/2022 05:19:59 PM(UTC +0)

A lot of people are getting quite bearish

**Dean Tappen**
05/24/2022 05:20:20 PM(UTC +0)

how can you not

**Dean Tappen**
05/24/2022 05:20:29 PM(UTC +0)

weve been straight up losing money for 3 years

**Dean Tappen**
05/24/2022 05:20:47 PM(UTC +0)

we are at 85% return on a users $1 AFTER a 750mm investment

**Dean Tappen**
05/24/2022 05:20:56 PM(UTC +0)

and we just went from 24 bil to 11 bil AUM

**Jason Perman**
05/24/2022 05:32:20 PM(UTC +0)

Yea but I'm surprised people are somewhat realizing that now....but better late than never

**Jason Perman**
05/24/2022 08:50:35 PM(UTC +0)

That guy Mitch in marketing is leaving I think

**Jason Perman**
05/24/2022 08:50:40 PM(UTC +0)

Got an offer for Polygon

**Dean Tappen**
05/24/2022 09:12:11 PM(UTC +0)

Did you know we are affing fees?

**Dean Tappen**
05/24/2022 09:12:17 PM(UTC +0)

About damn time

**Jason Perman**

FOIA CONFIDENTIAL TREATMENT
REQUESTED BY CELSIUS
SUBJECT TO JANUARY 13, 2023
STIPULATION

CELSIUSNETWORK_00840755

05/24/2022 09:25:45 PM(UTC +0)
Yea I'll believe it when I see it

FOIA CONFIDENTIAL TREATMENT
REQUESTED BY CELSIUS
SUBJECT TO JANUARY 13, 2023
STIPULATION

CELSIUSNETWORK_00840756