**266e4c82-d232-40ff-a70a-1ac18e146623 - 16476253763@s.whatsapp.net**

| | Participant | Entity | Login | Email | | |
|---|---|---|---|---|---|---|
| ☑ | 16465524499@s.whatsapp.net Alex Mashinsky | S.whatsapp | 16465524499@s.whatsapp.net | 16465524499@s.whatsapp.net | 5 | 0 |
| ☑ | 16476253763@s.whatsapp.net | S.whatsapp | 16476253763@s.whatsapp.net | 16476253763@s.whatsapp.net | 5 | 0 |

16476253763@s.whatsapp.net Rod Bolger — 2022-05-25 11:18:55.000 AM

there's a CEL token reward reduction in the ALCO materials.

16476253763@s.whatsapp.net Rod Bolger — 2022-05-25 11:19:18.000 AM

doubt you'll support it.

16476253763@s.whatsapp.net Rod Bolger — 2022-05-25 11:19:30.000 AM

we will have to pivot at some point to address rates paid. agree now not the time.

16476253763@s.whatsapp.net Rod Bolger — 2022-05-25 11:19:56.000 AM

but we will continue to dig a deeper hole for many months - and the asset/liability gap is much more severe now with lower balances.

16465524499@s.whatsapp.net Alex Mashinsky — 2022-05-25 11:27:51.000 AM

We need to pay it from treasury instead of buying on the market.

16465524499@s.whatsapp.net Alex Mashinsky — 2022-05-25 11:28:21.000 AM

Same users who hold CEL also hold other assets. You piss them off they will leave with all assets.

16465524499@s.whatsapp.net Alex Mashinsky — 2022-05-25 11:28:32.000 AM

Follow my lead on CEL.

16476253763@s.whatsapp.net Rod Bolger — 2022-05-25 12:38:04.000 PM

ok will do

16465524499@s.whatsapp.net Alex Mashinsky — 2022-05-25 10:00:53.000 PM

Our average deposit in USDC is much higher than the $2500 min so the $50 promo ends up much less than 1%. I am doing $50 for $2500 in ETH and we will have the same results. Tell your team to stay in their lane and focus on fixing problems like ETH staking

16465524499@s.whatsapp.net Alex Mashinsky — 2022-05-25 10:01:32.000 PM

I don't need help in Marketing. I am going to bring a few billion in just like I brought the first 20B

FOIA CONFIDENTIAL TREATMENT REQUESTED BY CELSIUS                                    CELSIUSNETWORK_00029180