**2981bb6f-5b00-495a-ac25-09476a03f2c9 - 16465524499@s.whatsapp.net**

Chat Filters ☑ Events ☑ History ☑ Disclaimers

| ☑ | Participant | Entity | Login | Email | 💬 | 📎 |
|---|---|---|---|---|---|---|
| ☑ | 16465524499@s.whatsapp.net Alex Mashinsky | S.whatsapp | 16465524499@s.whatsapp.net | 16465524499@s.whatsapp.net | 5 | 1 |
| ☑ | System Message System | | System Message | | 0 | 0 |

**16476253763@s.whatsapp.net RB**  2022-06-01 12:56:37.000 PM

we can not tweet about our auditor. under any circumstance.

**16476253763@s.whatsapp.net RB**  2022-06-01 12:57:50.000 PM

if we tweet that, we may never get an audit firm to accept us as a client.

**16465524499@s.whatsapp.net Alex Mashinsky**  2022-06-01 01:01:23.000 PM

We don't say the name but we need to say we have a new one since the old one resigned.

**16476253763@s.whatsapp.net RB**  2022-06-01 01:01:41.000 PM

but we don't have one.

**16465524499@s.whatsapp.net Alex Mashinsky**  2022-06-01 01:02:22.000 PM

https://twitter.com/bitfinexed/status/1531418200168140802?s=21&t=2YqlegKDefM6ctytJeqJkw "Are you holding Tether? Congratulations. Your Tethers are backed by the Celsius Ponzi Scheme. Oh, and for more good news, Celsius just lost their auditor. Nyman Libson Paul. Lay down with dogs, wake up with fleas."

**16465524499@s.whatsapp.net Alex Mashinsky**  2022-06-01 01:02:38.000 PM

We will need to answer this , see what you can do

**16476253763@s.whatsapp.net RB**  2022-06-01 01:02:50.000 PM

we don't need to answer it.

**16465524499@s.whatsapp.net Alex Mashinsky**  2022-06-01 11:56:32.000 PM

We need to push retail loans as it is the most profitable business and helps lock coins on our platform. All we do when we don't issue loans is ask people to withdraw and go to the competition.

**16465524499@s.whatsapp.net Alex Mashinsky**  2022-06-01 11:57:28.000 PM

Finance told Tal not to push loans. Tal reports to Roni. Please have them direct all their ideas to Roni not Tal.

FOIA CONFIDENTIAL TREATMENT REQUESTED BY CELSIUS    CELSIUSNETWORK_00077857



FOIA CONFIDENTIAL TREATMENT REQUESTED BY CELSIUS　　　　　　　　　　　　　　　CELSIUSNETWORK_00077858