Message
---

**From:** Peter Graham [peter.graham@celsius.network]
on behalf of   Peter Graham <peter.graham@celsius.network> [peter.graham@celsius.network]
**Sent:** 6/2/2022 2:19:40 PM
**To:** Adam Malley [adam.malley@celsius.network]
**CC:** Yarden Noy [yarden.noy@celsius.network]; Gal Arad cohen [gal.cohen@celsius.network]; Steven Knipfelberg [steven.knipfelberg@celsius.network]; kelly.almanzar@celsius.network; Regulation@celsius.network
**Subject:** Re: May 27 Youtube AMA - Needed Edits

Noted re: fees.

The leverage point is a lot more concerning to me -- this is a material risk factor. If there is any lack of clarity around this I'm available to discuss.

On Thu, Jun 2, 2022 at 10:05 AM Adam Malley <adam.malley@celsius.network> wrote:
> On it.
>
> With respect to the AMA, even if it is a "fee" I think the statement was ok. He didn't say we don't charge fees at all. He said that our competitors are trying to sell products where in most cases it is something that they charge a fee for and we don't. I think that statement is factually accurate, at least currently. We don't charge swap fees, gas fees and other companies do. I think it is nuanced but slightly different then pointed "we dont charge fees".
>
> On Thu, Jun 2, 2022 at 12:23 AM Yarden Noy <yarden.noy@celsius.network> wrote:
>> We changed terminology in the ToU but not the loan agreement.... 😔

**Redacted**

>> Cc @kelly.almanzar@celsius.network
>> Thanks
>>
>> Sent from my mobile, please excuse any typos.
>> ___
>> **From:** Peter Graham <peter.graham@celsius.network>
>> **Sent:** Wednesday, June 1, 2022 9:24:45 PM
>> **To:** Gal Arad cohen <gal.cohen@celsius.network>
>> **Cc:** Regulation@celsius.network <Regulation@celsius.network>
>> **Subject:** Re: May 27 Youtube AMA - Needed Edits
>>
>> removing everyone except regulatory --
>>
>>
>> Gal -- we have balance sheet leverage and we use leverage in our strategies. Anyone who uses our earn product has exposure to leverage.
>>
>> WRT to loans, our retail loan agreement doesn't call it a "recuperation of costs," it calls it a 3% liquidation *fee* (and we also have late fees on loan repayments). Will leave going forward per your suggestion but just highlighting that this is our terminology.
>>
>> PG

FOIA CONFIDENTIAL TREATMENT REQUESTED BY CELSIUS   CELSIUSNETWORK_03515579

On Sun, May 29, 2022 at 5:05 AM <gal.cohen@celsius.network> wrote:

Hi All,

No comments on our end.

Regarding Risk's removal suggestions:

**0:47 - REMOVAL** - Alex says that we do not offer any leverage; this can be incorrect in certain readings, please remove. Can you please elaborate on that? How do we offer leverage?



**0:29 -- REMOVAL** -- Alex says that Celsius does not charge fees, we charge loan liquidation fees. Please remove. We are ok with this statement (not fees, but recuperation of cost), until we do start to charge fees ("No fees EVER" is not ok)



Thanks,
Gal



**Gal Arad Cohen**
*Regulatory Lead*

**Unbank Yourself**
celsius.network

**From:** Peter Graham <peter.graham@celsius.network>
**Sent:** Friday, 27 May 2022 21:38
**To:** Regulation@celsius.network; Shakti Tailor <shakti.tailor@celsius.network>; Tom McCarthy <tom.mccarthy@celsius.network>; Zach Wildes <zachary.wildes@celsius.network>; Josh Tolin <josh.tolin@celsius.network>; Gal Arad cohen <gal.cohen@celsius.network>; Yusuf Begg <yusuf.begg@celsius.network>
**Cc:** Anvar Nurullayev <anvar.nurullayev@celsius.network>; Aslihan Denizkurdu <aslihan.denizkurdu@celsius.network>; Jerry Ho <jerry.ho@celsius.network>; Oren Blonstein <oren.blonstein@celsius.network>; Risk Management <riskmngmt@celsius.network>; Rodney Sunada-Wong <rodney.sunada-wong@celsius.network>; Ron Deutsch <ron.deutsch@celsius.network>; Roni Pavon <roni@celsius.network>; Shawn Dej <shawn.dej@celsius.network>; Tushar Nadkarni <tushar@celsius.network>; Yarden Noy <yarden.noy@celsius.network>; Jackie Rubin

<jackie.rubin@celsius.network>
**Subject:** May 27 Youtube AMA - Needed Edits

Hi all,

Please see below for this week's removals.

**0:12 - REMOVAL -** Zach says that we do not have directional positions. This is untrue and misrepresents material risk factors associated with yield accounts, please remove.



**0:29 -- REMOVAL --** Alex says that Celsius does not charge fees, we charge loan liquidation fees. Please remove.



Celsius AMA May 27 2022

848 watching now  Started streaming 31 minutes ago  Articles mentioned in the AMA:

**0:37 -- REMOVAL** -- Alex says that on Tuesday everyone will have swaps. Because Celsius cannot provide custody in several jurisdictions, and custody is required for swaps, we will not be providing swaps to everyone. Please remove.



Celsius AMA May 27 2022

889 watching now  Started streaming 36 minutes ago  Articles mentioned in the AMA:

**0:33 -- REMOVAL** -- Alex insinuates that our operations are the same with $2bn assets or $20bn, this is incorrect, please remove.



Celsius AMA May 27 2022

**0:41 -- REMOVAL --** Alex says that it's BAU at Celsius and that we are unaffected by a downturn, this is incorrect, please remove.



Celsius AMA May 27 2022

**0:41 -- REMOVAL --** Alex says we had nothing to do with LUNA/UST and that it is only a coin in our app and that articles speculating otherwise are incorrect. This is not true, please remove.

FOIA CONFIDENTIAL TREATMENT REQUESTED BY CELSIUS          CELSIUSNETWORK_03515584



**0:46 -- REMOVAL** -- Alex says that the chances of being liquidated are lower now if you take a loan. There is no way to know this and it is therefore forward looking, please remove.



**0:47 - REMOVAL** - Alex says that we do not offer any leverage; this can be incorrect in certain readings, please remove.



**0:56 - REMOVAL** -- Alex says that almost 2mm users have earned yield with us; while we have 1.8mm registered users, my understanding is that many of these have not transferred assets and therefore would not have earned yield. Please remove.



Thanks.

PG

--

**Peter Graham**

**Credit Officer** | Celsius

phone: +1 (917) 447-9864

*Download the Celsius app today!*

FOIA CONFIDENTIAL TREATMENT REQUESTED BY CELSIUS                    CELSIUSNETWORK_03515587