**Chat Filters**    Events    History    Disclaimers

| Participant | Entity | Login | Email | | |
|---|---|---|---|---|---|
| Alejandro Calderon | Celsius | U02LKP5M284 | alejandro.calderon@celsius.network | 0 | 0 |
| Stephen Wundke | Celsius | U021LL7M6K1 | stephen.wundke@celsius.network | 0 | 0 |
| Nick Evangelatos | Celsius | U0270DERVDE | nick.evangelatos@celsius.network | 0 | 0 |
| Steven Hillenbrand | Celsius | U020JRC40H4 | steven.hillenbrand@celsius.network | 0 | 0 |
| Dwaipayan Majumdar | Celsius | U030576AFUN | dwaipayan.majumdar@celsius.network | 0 | 0 |
| Jason O'Neill | Celsius | U02GV430STH | jason.oneill@celsius.network | 0 | 0 |
| Antony Lingard | Celsius | U01SQ1LPK45 | antony.lingard@celsius.network | 1 | 0 |
| Annalee Gould | Celsius | U02HHJXQGKZ | annalee.gould@celsius.network | 0 | 0 |
| Sean Whitney | Celsius | U026ZFVEU06 | sean.whitney@celsius.network | 0 | 0 |
| Jerry Ho | Celsius | U02AQ286PUP | jerry.ho@celsius.network | 0 | 0 |
| John Backus | Celsius | U036Q006Q6N | john.backus@celsius.network | 0 | 0 |
| Peter Salyga | Celsius | U0322KDTKUZ | peter.salyga@celsius.network | 0 | 0 |
| Reuben Bowell | Celsius | U01T8RNCL59 | reuben.bowell@celsius.network | 0 | 0 |
| Rodney Sunada-Wong | Celsius | U01RFJFGJRF | rodney.sunada-wong@celsius.network | 0 | 0 |
| Tat Chan | Celsius | U01US373M8U | tat.chan@celsius.network | 0 | 0 |
| Joseph Rubino | Celsius | U02Q53M28F8 | joseph.rubino@celsius.network | 0 | 0 |
| Chad Walls | Celsius | U019TSS2REW | chad.walls@celsius.network | 0 | 0 |
| Tanya XU | Celsius | U023JLTFZ3Q | tanya.xu@celsius.network | 6 | 2 |
| Shelly Shen | Celsius | U02MVRYS3U0 | shelly.shen@celsius.network | 0 | 0 |
| Erik Elias | Celsius | U01LC74LDLN | erik.elias@celsius.network | 0 | 0 |
| Joshua Tjokrosurjo | Celsius | U02CFBRF1DF | joshua.tjokrosurjo@celsius.network | 0 | 0 |
| Dean Tappen | Celsius | U018R79AFH6 | dean.tappen@celsius.network | 0 | 0 |
| Cameron Drummond Rey | Celsius | U01RLTP154Z | cameron.drummond@celsius.network | 0 | 0 |
| Ron Sabo | Celsius | U01QYGT9MT9 | ron.sabo@celsius.network | 0 | 0 |

FOIA CONFIDENTIAL TREATMENT REQUESTED BY CELSIUS    CELSIUSNETWORK_00016312

| Name | Org | User ID | Email | | |
|---|---|---|---|---|---|
| David Ogilvy | Celsius | U02KKSY736E | david.ogilvy@celsius.network | 0 | 0 |
| Fan Bai | Celsius | U024WGD6SDQ | fan.bai@celsius.network | 0 | 0 |
| Stevan Maglic | Celsius | U020QSWMFNZ | stevan.maglic@celsius.network | 0 | 0 |
| Shiran Kleiderman | Celsius | UV8BTGCFK | shiran@celsius.network | 0 | 0 |
| Connor Nolan | Celsius | U010ZEZPF52 | connor.nolan@celsius.network | 5 | 0 |
| Scott Offord | Celsius | U02LEH45JLV | scott.offord@celsius.network | 0 | 0 |
| Jason Perman | Celsius | U028PN0N03B | jason.perman@celsius.network | 0 | 0 |
| Sarah Stocks | Celsius | U029RQYEL22 | sarah.stocks@celsius.network | 0 | 0 |
| Jason Tucker-Feltham | Celsius | U03E18A3JKH | jason.tucker-feltham@celsius.network | 0 | 0 |
| Kal Chan | Celsius | U01D7PNE9PC | kal.chan@celsius.network | 0 | 0 |
| Thiago Huxley | Celsius | U039K8R9TEW | thiago.huxley@celsius.network | 0 | 0 |
| Peter Graham | Celsius | U01HHRN7NTH | peter.graham@celsius.network | 0 | 0 |
| Leah Jonas | Celsius | U8SLCU3UJ | leah@celsius.network | 0 | 0 |
| Fergus Burns | Celsius | U02UVV9BZ19 | fergus.burns@celsius.network | 0 | 0 |
| Muhammad Maqsood | Celsius | U02MJMND9FT | muhammad.maqsood@celsius.network | 0 | 0 |
| Tamas Antal | Celsius | U024PNXVA86 | tamas.antal@celsius.network | 0 | 0 |
| Courtney Campbell | Celsius | U03DXERRNQ1 | courtney.campbell@celsius.network | 0 | 0 |
| Brian Strauss | Celsius | U01TNB41TEC | brian.strauss@celsius.network | 0 | 0 |
| Asaf Yashayev | Celsius | U025X49LG6L | asaf.yashayev@celsius.network | 0 | 0 |
| Anvar Nurullayev | Celsius | U02T099F87J | anvar.nurullayev@celsius.network | 0 | 0 |

Tanya XU
2022-06-12 11:01:19.223 AM

@Connor Nolan @Cameron Drummond Rey @Nick Evangelatos Auros expressed concerns about the recent loans recalled in the midst of rumors floating around about Celsius: Is this temporary? or a passively indirect way cutting down Auros credit limit? @Brian Strauss @Jerry Ho @Peter Graham @Peter Salyga

Tanya XU
2022-06-12 11:33:02.693 AM

They are very concerned - I just got off a quick call with him. They expect: 1) clarification of the rumors; 2) any impact on credit borrowing going forward?



Connor Nolan
2022-06-12 12:10:42.543 PM

currently we are closing a lot of loans across the board to bring back in house liquidity, this is something that more than likely is going to continue just so we are all aware. Between outflows to the community and falling prices this is just the reality of what we need to do

Connor Nolan
2022-06-12 12:10:57.473 PM

theres no other way to put it, whether explaining internally or externally

Tanya XU
2022-06-12 12:25:51.650 PM

Thanks Connor. Ill think about how to deliver the msgs @Kal Chan @Antony Lingard

Antony Lingard
2022-06-12 12:28:53.320 PM

Any bad reactions from professional clients / inst borrowers ?

Connor Nolan

2022-06-12 12:29:53.640 PM

well no one seems happy and with all the fud around us its clear we are closing for liquidity reasons. not much we can do about that, think the message would be we hope this is temporary but its necessary

Tanya XU

2022-06-12 12:38:10.847 PM

Do we expect to close all the outstanding loans with Auros? Any left? I can give them a heads-up if the confidence level is high, in case it comes across as surprise

Connor Nolan

2022-06-12 12:38:57.707 PM

we dont want to but if we continue to need to wind down loans we will have to do so. cant promise anything, but after the one we just requested i would think thats all for today unless a major change in mkt (which is possible)

Tanya XU

2022-06-12 12:55:49.890 PM



DR now
Is there going to be a possibility of refinancing them, or is that completely off the table for now?

Tanya XU

2022-06-12 12:56:05.513 PM

I guess the answer is no refi?

Connor Nolan

2022-06-12 12:56:49.083 PM

correct cant refi for now

FOIA CONFIDENTIAL TREATMENT REQUESTED BY CELSIUS                    CELSIUSNETWORK_00016315

**Today**

Hey, you there? 6:11 PM

These recalls...do we need to know anything / need to be worried about? 6:12 PM

Ben and I need to talk to you guys urgently 6:34 PM

hi David 6:38 PM

Outgoing Call
6:47 PM, 7 minutes

Unread Messages

Thanks T - let's chat again tomorrow 6:51 PM

FOIA CONFIDENTIAL TREATMENT REQUESTED BY CELSIUS                    CELSIUSNETWORK_00016316



**DR** now
Is there going to be a possibility of refinancing them, or is that completely off the table for now?

FOIA CONFIDENTIAL TREATMENT REQUESTED BY CELSIUS					CELSIUSNETWORK_00016317