

FOIA CONFIDENTIAL TREATMENT REQUESTED BY CELSIUS

CELSIUSNETWORK_00540026

## Liquidity Update – LR & MLO Trends

- Given market dislocations, client withdrawals and balance sheet composition, our liquidity position has deteriorated significantly in the last 4-5 days
- Additionally, we are overly exposed to downside price risk of BTC/ETH given we have to post more margin which pushes coins into less liquid tiers, decreasing our Liquidity Reserve, and subjects the collateral to more margin stress, increasing our MLO
  - *Note: The below charts do not incorporate MLO modeling assumptions we made post the stress event on 5/14/22*



FOIA CONFIDENTIAL TREATMENT REQUESTED BY CELSIUS

CELSIUSNETWORK_00540027

## Liquidity Update – Withdrawal Trends

Liquidity & Capital

- Since May 10, 2022, we have experienced $1.4bn in net withdrawals



FOIA CONFIDENTIAL TREATMENT REQUESTED BY CELSIUS

CELSIUSNETWORK_00540028

 **Liquidity Update**

- Our liquidity levels have historically been very strong. However, with recent price drops, market dislocations and rumours swirling around Celsius, our liquidity position has deteriorated over the past week.
- This is compounding the core issue of a structural balance sheet mismatch (>$1bn of term assets with no term funding) as well as our asset/liability mismatch ($1bn) due to significant trading/credit/other losses in 2021 as well as illiquidity of owned CEL tokens.
- Furthermore, given the wrong-way basis risk of our collateral (primarily BTC/ETH), as prices go down, our funding options get reduced.
- We have seen >$1bn of customer withdrawals in the first few days following the LUNA death spiral – further exacerbating these problems. Withdrawals have continued at $100mm+ most days since the initial outflow.
- Slow blockchain, Fireblocks and other issues caused a significant backlog, leading to speculation about our ability to repay requested coins.
- On Friday, May 13th, Celsius tweeted that >$1bn had been withdrawn in the past week.
- We have done a detailed analysis of the collateral, withdrawal and basis risk (crypto valuations) to see where these structural challenges become too great to overcome - to be discussed in subsequent pages
- Current liquidity modeling indicates that we may run into a liquidity crisis at BTC of $16-18k and ETH of $900-1,000
- If we assume $100mm per day of withdrawals, we believe that if we saw a further 30% price decline in BTC & ETH over a 7 day period, we have approx. 19 days for BTC and 10 days for ETH until our liquidity starts to become very challenged

4

FOIA CONFIDENTIAL TREATMENT REQUESTED BY CELSIUS

 **Liquidity Update - Cont'd.**

- In light of our current liquidity positioning and exposure to downside BTC & ETH prices, we recommend the following actions:
  - No uncollateralized loans to institutions. All lending should be immediately callable. Any loan >$10mm USD, BTC, ETH should be approved by the CFO and CRO.
  - No/limited new retail loans - Assess how to reprice existing loans
  - No/limited CEL buybacks, price support, lending or burn.
  - No incremental lending to Mining subsidiary.
  - No investment/lending to Mining companies, including Mawson.
  - No acquisitions - including Agile Freaks
  - No hiring or travel. Action cost initiative - carefully managing messaging.
- See also liquidity action plan on the subsequent pages

5



## Liquidity Action Plan

- Current Tiers 1 & 2 Liquidity (defined as immediate - 24 hours):
  - BTC: 36k ($1.01bn @ $29k)
  - ETH: 145k ($290mm @ $2,000)
  - Stables: $625mm
- We have made changes to our liquidity modeling to account for the fact that deposit withdrawal behavior becomes less severe after a severe decrease in price like we recently experienced, see revised Liquidity Position as of 5/14/22 below

| | 15% Price Drop in 1 Day | | 30% Price Drop in 7 Days | |
|---|---|---|---|---|
| Liquidity Tiers | ETH | BTC | ETH | BTC |
| Tier 1 | 65.2 | 8.4 | 65.2 | 8.4 |
| Tier 2 | 98.3 | 26.4 | 98.3 | 26.4 |
| Tier 3 | 0.0 | 0.0 | 6.7 | 0.8 |
| Tier 4 | 0.0 | 0.0 | 59.9 | 0.8 |
| Liquidity Reserve (LR) | 163.5 | 34.8 | 230.0 | 36.4 |
| | | | | |
| Total Coin Balance | 1,463.2 | 144.5 | 1,463.2 | 144.5 |
| | | | | |
| Modeled Liquidity Outflow (MLO) | ETH | BTC | ETH | BTC |
| Margin Stress | 14.9 | 6.2 | 37.2 | 29.4 |
| User Balance Withdrawal Risk | 71.8 | 5.5 | 114.9 | 8.3 |
| Sleeper Collateral | 1.4 | 0.2 | 1.4 | 0.2 |
| Retail Loan Liquidations | 0.3 | 0.1 | 1.7 | 0.3 |
| Maturing Institutional Loan Runoff | 0.0 | 0.0 | 0.0 | 0.0 |
| Counterparty Gross Open Term Loans | 16.7 | 0.6 | 16.7 | 0.6 |
| Total 1 Day MLO | 105.1 | 12.6 | 171.9 | 38.0 |
| | | | | |
| LR / MLO | 155.6% | 276.3% | 162.0% | 121.3% |
| LR Excess / (Deficit) | 58.4 | 22.2 | 158.1 | 6.4 |

- With these changes incorporated, our current liquidity position is healthy
- Based on our LR / MLO framework, we believe if BTC & ETH prices were to be in the following ranges, it would present serious challenges to our liquidity position
  - BTC: $16-18k
  - ETH: $900-1k
- In order to mitigate this we have placed a hedge to sell 2,000 BTC spot and purchase 15% OTM call options. Expected payoff is 25mm USD at BTC/USD @ 17k

6

## Liquidity Action Plan - Cont'd.

| Action Item | Liquidity Generated | Timing | Considerations |
|---|---|---|---|
| Bancor v3 Upgrade | $70.4mm (35.2k ETH @ $2k) | 1 week once upgraded | Security & Risk need to sign off on v3 protocol upgrade, 25bps slippage and 7 day cool down / unwind |
| Withdraw Liquidity from CelsiusX Pools | $43mm (16.9k ETH @ $2k / 20mm ADA @ $0.52) | 1-2 Days | Drains liquidity in CelsiusX pools (we are sole liquidity provider) |
| Borrow against CelsiusX Assets | $8mm | 1 Day | As an alternative to draining CelsiusX liquidity, we can borrow $8mm of stablecoins against our CelsiusX collateral |
| Call Unsecured Open Term Loans | $188mm | 1-2 weeks | Represents only BTC / ETH / Stables; closing these all down may be signaling to our counterparties |
| Begin sale of Osprey shares | $22mm (760 BTC @ $29k) | 3-6 months | May take several weeks / months to liquidate given market depth |
| Trim stETH Position | 500 ETH per 10k stETH | Few days | At current peg (.985), $340k loss per 10k stETH to generate $1mm per liquidity (~34%) |
| Sell owned mining rigs that are not online | $100-125mm | 1 -3 months | Selling potential future revenue stream to protect current downside. Will likely be viewed by market as sign of panic - unclear if market exists to sell into. Market has collapsed on rigs - prices dropped 50% in one week. With no bids. |
| Sale of EFH Receivables | $50-75mm | Several months | Can probably only recoup 10-15 cents on the dollar on $500mm receivable |
| **Total** | ~$475mm | | |

Likelihood

7

## Capital Position

Liquidity & Capital



1Q22 Capital ($s in MMs)

Capital Projection @ Current Run Rate "RR" ($s in MMs)

- ☐ Series A and B raised ~$700mm which was largely offset by Credit-Market-Operational Losses of ($577mm)
- ☐ Negative (~$60mm) of capital at the end of 1Q22

- ☐ Capital position has deteriorated significantly from the end of 1Q22
- ☐ Operating losses in April and May are expected to total ~$85mm after-tax
- ☐ CEL valuation reduces capital by ~$660mm net of tax - driven by Treasury CEL & net long position impacted by the price reduction from $3.41 to $.80 QTD
- ☐ Expect May capital of negative (~$800mm)
- ☐ At current run rate - expect year-end capital of negative ($1.1B)

8

## May 2022 Financial Outlook (as of May 13th)

**Financial Update**

| ($MM) | 5/6/2022 (Reported) | 5/13/2022 (Reported) | 5/20/2022 (Projected) | 5/31/2022 (Projected) | May Total |
|---|---|---|---|---|---|
| Retail Lending | $0.66 | $2.55 | $0.56 | $0.83 | $4.60 |
| Institutional Lending | $2.58 | $2.11 | $1.59 | $2.50 | $8.79 |
| Spot Lending | $0.68 | $0.47 | $0.47 | $0.73 | $2.34 |
| CeFi | $0.31 | $0.45 | $0.45 | $0.71 | $1.94 |
| DeFi | $3.56 | -$17.27 | $0.50 | $0.79 | -$12.41 |
| Celsius X | $0.08 | -$0.27 | $0.00 | $0.00 | -$0.19 |
| Staking | $2.00 | $1.20 | $1.20 | $1.88 | $6.28 |
| Mining | $2.77 | $5.09 | $2.77 | $4.36 | $14.99 |
| Other Revenues | -$0.19 | -$5.94 | -$0.30 | -$0.47 | -$6.90 |
| **Total Gross Revenue** | **$12.48** | **-$11.62** | **$7.24** | **$11.34** | **$19.45** |
| | | | | | |
| Rewards in Kind | -$6.90 | -$5.60 | -$4.48 | -$7.04 | -$24.02 |
| Rewards in CEL | -$2.04 | -$1.41 | -$1.13 | -$1.77 | -$6.34 |
| Borrowing Cost | -$2.10 | -$2.25 | -$2.25 | -$3.53 | -$10.13 |
| Cel Burn | -$0.22 | -$0.20 | -$0.16 | -$0.26 | -$0.84 |
| **Total Net Revenue** | **$1.23** | **-$21.08** | **-$0.78** | **-$1.27** | **-$21.90** |
| Mining Hosting | -$1.05 | -$1.01 | -$1.05 | -$1.65 | -$4.76 |
| Other Opex | -$4.00 | -$4.83 | -$5.31 | -$8.35 | -$22.48 |
| **Total Opex** | **-$5.05** | **-$5.84** | **-$6.36** | **-$10.00** | **-$27.24** |
| **Depreciation** | **-$1.50** | **-$1.50** | **-$1.50** | **-$2.36** | **-$6.86** |
| | | | | | |
| **Pre Tax Profit** | **-$5.32** | **-$28.42** | **-$8.64** | **-$13.62** | **-$56.00** |

**May Outlook adjusted for the following:**

- **DeFi:** -$17.8mm from unwind of Terra strategies, including LUNA and UST

- **Other revenues:** -$5.7mm MTM loss, net of Valuation Adjustments from Strategic Investments (MATIC, QRDO, and 1INCH).

- **Retail Lending** includes $2.5mm loan liquidation fee as 4000+ loans were liquidated for the week of 5/13

**Projected weekly PreTax Profit decreased to -88.6mm due to:**

- **DeFi** reduced rewards from unwind of Terra and of Tricrypto strategies (~2Bn balance reduction)

- Lower crypto prices resulted in lower projected net revenue and expenses driven by average BTC price drop of 20% in May

**AUM ~$12.1 Bn**

9



### Terra Event (DeFi)

Financial Update

**Total Deployed on Terra Chain**
**$935M**

*Total P&L: -$17.8M (as of May 13th)*
- $3.7M DeFi (-$3.7M UST, $0.0M LUNA, $0.0M bETH)
- $4.8M (sold 8.1M UST @ $0.40 on FTX)
- $9.3M (MTM on UST Firmwide net exposure)

$79M (900K LUNA)

$191M (191M UST)

$663M (225K bETH)

Swapped 150M UST to USDC at avg price of $0.977 for a loss of -$3.7mm

225K bETH (on Terra chain yielding 5%), was swapped to stETH at no cost. Assets moved to Ethereum chain

290K LUNA returned to Treasury

7M UST returned to Treasury

**Total Deployed on Terra Chain**
**~$0**

620K LUNA

25M UST*

May 6th, 2022      May 7th - 9th, 2022      May 10th, 2022      May 11th, 2022

*Total deployed LUNA & UST offset user liabilities   10

 **Executive Summary**

- The current business model is not financially sustainable
  - Earn has a negative NIM of ~1%: 3% APY - 4% cost of funding
    - The ROA on Earn is significantly underwater: 1% of credit-market-op losses and 3% OpEx = negative 5% pre-tax ROA
    - No business unit or coin is currently profitable at the current level of reward rates and OpEx
  - No fees are charged to the community
  - The current product release pipeline does not support a near-term increase in net revenue - pipeline needs to be optimized for current market conditions - eg credit card not expected to contribute significant profitable, onramps will not fix core NIM and need immediate fixes for CEL reward rate 6-12-month lock up
  - Given negative NIM and high expense base - profitability is not achieved even at 2x growth
- The restructuring plan and path to break-even profitability is expected to last 6-12 months - and will be executed along 4 pillars
  1. Narrowing of initiatives and a simplification of how we operate resulting in a significant expense reduction - HC decreases to 350 from ~850- resulting in a 50% reduction in compensation and another 50% reduction in non compensation expenses - expect long-term overhead ratio of ~65%
  2. A full product overhaul, including
     a. Reduction of reward rates - expected to decrease user balances by up to 40%
        i. Target 65% payout - down from ~140% expected payout ratio for April and May
     b. However, this will need to wait until the current liquidity issues are resolved and stability returns to the markets/Celsius.
     c. Introduction of fees - target $35mm annually in the short term
  3. Building term liquidity to match the tenure of our sources and uses of funds
  4. De-risk the Balance Sheet - with a targeted expected credit-market-op losses of 50 bps and Economic Capital of 5% - limited, if any, new equity or ICO investments Capital will need to be raised.
- Dedicated Program Management resources and ExCo and Board level tracking and governance required for success
  - The execution playbook for managing reputation and liquidity risks during restructuring will need to be created
- Successful restructuring plan and execution will position the company for sustainable profitability and Series C fund raising - along with an IPO of mining (when BTC price normalizes) - theses actions will allow for proper capitalization of the de-risked balance sheet

11

FOIA CONFIDENTIAL TREATMENT REQUESTED BY CELSIUS

CELSIUSNETWORK_00540036



## Celsius Business Model (ex-Mining) - Expressed in Financial Terms

Financial Update

| | April | May Outlook | Annualized Run Ran $s | Annualized Run Rate BPS | 12M Exit Annualized BPS | 12M Exit Annualized $s | LT Target BPS | LT Target $s |
|---|---|---|---|---|---|---|---|---|
| Gross APY | $37.3 | $6.0 | $277.2 | 2.68% | 3.50% | $236.3 | 3.50% | $362.0 |
| Rewards & Borrowing Costs | 50.8 | 36.5 | 358.7 | 3.47% | 2.57% | 173.7 | 2.57% | 266.2 |
| Net revenue (ex-Mining) | -$13.5 | -$30.5 | -$81.5 | -0.79% | 0.93% | $62.5 | 0.93% | $95.8 |
| Fees | 0.0 | 0.0 | 0.0 | 0.00% | 0.52% | $35.0 | 0.52% | 53.6 |
| Credit Mkt Op Losses | | | 93.1 | 0.90% | 0.50% | $33.8 | 0.50% | 51.7 |
| Compensation | 16.8 | 17.3 | 208.1 | 2.01% | 0.83% | $55.9 | 0.54% | 55.9 |
| All other Opex | 10.2 | 10.2 | 122.3 | 1.18% | 0.59% | 39.9 | 0.39% | 39.9 |
| Total Expenses (Ex-Mining) | $27.0 | $27.5 | $330.4 | 3.19% | 1.42% | $95.8 | 0.93% | $95.8 |
| NIBT (ex-Mining) | -$40.5 | -$58.0 | -$505.0 | -4.88% | -0.47% | -$32.0 | 0.02% | $1.9 |
| User Balances + Collateral | $16,700.0 | $10,342.9 | $10,342.9 | $10,342.9 | $6,750.4 | $6,750.4 | $10,342.9 | $10,342.9 |
| ROEC (ex-Mining) | -24% | -56% | -41% | -41% | -7% | -7% | 0% | 0% |
| Payout Ratio | 143% | N/A | 140% | 140% | ~65% | ~65% | ~65% | ~65% |

- April average BTC of $41k - May Outlook and Target scenarios assume BTC of $30k
- May User balances of $7.6B, retail collateral of $3.9B and institutional collateral of $3.8B
- At current BTC levels Mining is largely break-even and not included in the analysis above
- Run Rate assumes April gross revenue & reward costs adjusted for lower crypto prices, May expenses annualized and BTC tiered reward rate changes that were not in the April run rate
- Break-even is achievable in the short term at around 12 months by achieving the following:
  1. Reward rate reductions of 40% - will result in an increase in customer attrition and balances - 40% user balance run off assumed in ST 12M scenario - balances are recaptured in LT scenario
  2. Introduction of fees - $35mm annualized
  3. Significant expense management actions with a reduction of HC to 350 from 829 - resulting in a 50% reduction in compensation and another 50% reduction in non compensation expenses
  4. Assumes optimization (and de-risking) of balance sheet - resulting in lower expected loss rates of 50bps (down from 90 bps) and economic capital of 5% (down from 7%)

Notes: Excludes Mining.  As of May 15, 2022

12

 **Profitability by coin (ex-Mining)**    Coin Profitability Work in Progress    ⟩ **Financial Update**

| | Balance (Avg) | % | Annual Net Revenue | NIM | Expenses | Expected losses | NIBT | Economic Capital | ROEC |
|---|---|---|---|---|---|---|---|---|---|
| BTC | $1,830 | 23% | $1.4 | 0.08% | 3.19% | 1.03% | -4.14% | 10.66% | -30% |
| ETH | $2,038 | 26% | $7.8 | 0.38% | 3.19% | 1.36% | -4.17% | 9.85% | -33% |
| MATIC | $511 | 6% | $11.2 | 2.20% | 3.19% | 0.32% | -1.32% | 8.13% | -13% |
| Stables | $2,157 | 27% | -$16.5 | -0.76% | 3.19% | 0.63% | -4.58% | 7.00% | -51% |
| LUNA | $110 | 1% | $1.4 | 1.25% | 3.19% | 0.35% | -2.29% | 8.55% | -21% |
| XRP | $87 | 1% | $1.1 | 1.26% | 3.19% | 0.50% | -2.43% | 10.82% | -18% |
| OTHER | $1,206 | 15% | $6.1 | 0.50% | 3.19% | 1.24% | -3.93% | 9.68% | -32% |
| Unallocated | $2,404 | 0% | -$94.2 | -3.92% | 0.0319 | 0.65% | -3.92% | 10.00% | N/A |
| Total BPS | $10,343 | | -$95.4 | -0.79% | 3.19% | 0.90% | -4.88% | 9.32% | -41% |

❑ No coin is profitable at the current rewards level, expense base and balance sheet risk
❑ Analysis based on an annualized April run rate - adjusted for lower deployment balances

13

CELSIUSNETWORK_00540038

 **Profitability by Activity**

Business Unit Profitability
Work in Progress

Financial Update

| | Retail Loans | Institutional | Spot Lending | CEFI/CNC* | Defi | Staking* | Other | Total |
|---|---|---|---|---|---|---|---|---|
| Gross Revenue | $1.7 | $6.6 | $1.7 | $0.0 | $8.1 | $4.8 | $0.1 | $22.9 |
| Cost of Funds | $0.0 | $4.8 | $1.9 | $1.1 | $1.8 | $3.5 | $16.8 | $29.8 |
| NIM | $1.7 | $1.7 | -$0.2 | -$1.1 | $6.3 | $1.3 | -$16.6 | -$6.9 |
| Expected Losses | 0.1 | 0.6 | 0.2 | 0.1 | 0.9 | 0.3 | 5.5 | 7.8 |
| OpEx | 4.7 | 8.2 | 2.8 | 2.0 | 2.8 | 6.5 | 0.0 | 27.0 |
| NIBT | -$3.1 | -$7.1 | -$3.3 | -$3.2 | $2.6 | -$5.5 | -$22.2 | -$41.7 |
| User & Collateral Balances | $825 | $1,450 | $500 | $350 | $500 | $1,150 | $5,567 | $10,342 |
| NIM % | 2.42% | 1.44% | -0.53% | -3.79% | 15.23% | 1.36% | -3.58% | -0.79% |
| NIBT % | -4.47% | -5.85% | -7.82% | -11.07% | 6.34% | -5.75% | -4.78% | -4.89% |
| **Grow Balances 2X** | | | | | | | | |
| User & Collateral Balances | $1,650 | $2,900 | $1,000 | $700 | $1,000 | $2,300 | $5,567 | $15,117 |
| NIBT $ | -$1.5 | -$5.9 | -$3.7 | -$4.5 | $8.1 | -$4.5 | -$22.2 | -$34.1 |
| NIM % | 2.42% | 1.44% | -0.53% | -3.79% | 15.23% | 1.36% | -3.58% | 0.22% |
| NIBT % | -1.08% | -2.45% | -4.43% | -7.68% | 9.73% | -2.35% | -4.78% | -2.71% |

☐ No business is profitable at the current rewards rate, expense base and balance sheet risk
☐ Given negative NIM and high expense base - profitability is not achieved even at 2x growth
☐ Analysis based on an annualized April run rate - adjusted for lower deployment balances

14

CELSIUSNETWORK_00540039



## Profitability - Mining

| | BTC Price | | | |
|---|---|---|---|---|
| | 20k | 30k | 40k | 50k |
| Mining Revenue (415 BTC) | 8.3 | 12.5 | 16.6 | 20.75 |
| Funding Cost | 5.0 | 5.0 | 5.0 | 5.0 |
| Mining Hosting | 4.0 | 4.0 | 4.0 | 4.0 |
| Mining Dep | 4.3 | 4.3 | 4.3 | 4.3 |
| Mining OpEx | 0.9 | 0.9 | 0.9 | 0.9 |
| **Mining NIBT (standalone)** | **-5.9** | **-1.8** | **2.4** | **6.6** |
| **Mining NIBT (Consolidated)** | -4.2 | -0.1 | 4.1 | 8.3 |
| Profit Margin | N/A | N/A | 14% | 32% |

- ❑ At ~$30k BTC, Mining is at break-even profitability and does not add to capital given hosting and depreciation costs.
- ❑ At $50k BTC, the profit margin is ~30-35%%

FOIA CONFIDENTIAL TREATMENT REQUESTED BY CELSIUS          CELSIUSNETWORK_00540040

## May Outlook

- ❑ Updated for May user and collateral balances - growing 2% per month June through December
- ❑ Added revenue projection for swaps, withdrawals, Robo Advisor, Custody and Staking
- ❑ Updated mining forecast for new rigs and BTC @ $30k - included sensitivity of BTC at $40k and $50k
- ❑ No forecasted reward reductions
- ❑ 25% headcount and other OpEx reduction in July

16

FOIA CONFIDENTIAL TREATMENT REQUESTED BY CELSIUS

CELSIUSNETWORK_00540041

 **P&L**

Financial Update

| ($s millions) | January | February | March | April | May | June | July | August | September | October | November | December | FY22 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Gross Revenue | $44.8 | $51.2 | $62.1 | $54.6 | $34.6 | $44.2 | $57.2 | $66.4 | $74.7 | $82.8 | $67.8 | $53.1 | $753.4 |
| Cost of Revenue | 60.7 | 60.7 | 60.9 | 54.1 | 50.5 | 50.6 | 50.7 | 50.8 | 50.9 | 51.2 | 51.4 | 51.7 | 644.1 |
| **Net revenue** | **-15.9** | **-9.5** | **1.2** | **0.5** | **-15.9** | **-6.4** | **6.5** | **15.6** | **23.8** | **31.6** | **36.4** | **41.4** | **109.3** |
| (Gain) / loss | | | 46.4 | | | | | | | | | | 46.4 |
| Credit-Mkt-Op losses | 0.2 | 0.5 | -5.3 | 11.2 | 7.2 | 7.2 | 7.2 | 7.2 | 7.2 | 7.2 | 7.2 | 7.2 | 64.2 |
| Total OpEx | 31.0 | 33.0 | 34.8 | 35.2 | 39.0 | 45.3 | 48.1 | 53.1 | 57.4 | 60.0 | 60.5 | 60.5 | 555.6 |
| **NIBT** | **-$47.1** | **-$43.0** | **-$74.5** | **-$45.9** | **-$62.1** | **-$58.9** | **-$46.8** | **-$44.7** | **-$40.8** | **-$35.6** | **-$31.3** | **-$26.2** | **-$556.9** |
| NIBT - Celsius ex-Mining | -49.7 | -45.0 | -75.1 | -46.6 | -67.7 | -54.1 | -42.3 | -39.8 | -36.2 | -32.5 | -27.4 | -23.0 | -529.6 |
| NIBT - Mining | 2.5 | 2.0 | 0.6 | 0.7 | -4.3 | -4.8 | -4.5 | -4.8 | -4.6 | -3.1 | -3.9 | -3.2 | -27.4 |
| Net income | -$36.8 | -$33.5 | -$66.1 | -$38.7 | -$53.9 | -$51.6 | -$43.7 | -$42.3 | -$40.8 | -$38.1 | -$36.2 | -$33.9 | -$507.7 |
| CapEx | -28.9 | -36.0 | -31.1 | -30.7 | -3.1 | -3.2 | -0.2 | -0.2 | 0.0 | 0.0 | 0.0 | 0.0 | -133.4 |
| Mining Depreciation | 3.8 | 3.7 | 4.3 | 4.6 | 7.1 | 11.2 | 15.3 | 21.1 | 23.3 | 24.8 | 24.6 | 24.5 | 0.0 |
| **Net Cash Flow** | **-$72.3** | **-$75.3** | **-$101.3** | **-$72.2** | **-$58.1** | **-$50.9** | **-$31.7** | **-$23.8** | **-$17.5** | **-$10.8** | **-$6.7** | **-$1.7** | **-$522.2** |
| Equity | $46.4 | $3.1 | -$60.1 | -$98.9 | -$812.8 | -$864.4 | -$906.1 | -$950.4 | -$991.2 | -$1,029.3 | -$1,065.5 | -$1,099.4 | |
| Key Drivers | | | | | | | | | | | | | |
| Value of Coins Managed | 16,179 | 17,570 | 19,144 | 15,126 | 10,204 | 10,398 | 10,589 | 10,788 | 10,991 | 11,200 | 11,413 | 11,630 | 11,630 |
| NIM% | -2.16% | -1.36% | -0.71% | -0.94% | -2.11% | -1.81% | -1.64% | -1.47% | -1.31% | -1.15% | -0.85% | -0.65% | -1.55% |
| Payout % | 250% | 190% | 147% | 160% | 386% | 281% | 215% | 192% | 163% | 143% | 120% | 107% | 176% |
| Headcount (incl. contractors) | 688 | 732 | 808 | 877 | 852 | 877 | 877 | 877 | 877 | 877 | 877 | 877 | 877 |
| Stable Coin Deficit | | | | -$1,000.0 | -$1,062.1 | -$1,121.0 | -$1,167.8 | -$1,212.4 | -$1,253.2 | -$1,289.8 | -$1,320.1 | -$1,346.3 | |

FOIA CONFIDENTIAL TREATMENT REQUESTED BY CELSIUS

CELSIUSNETWORK_00540042

 **Revenue**

Financial Update

| ($ in millions) | January | February | March | April | May | June | July | August | September | October | November | December | FY22 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Retail Loans | $3.2 | $2.9 | $3.0 | $2.7 | $2.4 | $2.6 | $2.6 | $2.7 | $2.8 | $2.9 | $3.0 | $3.1 | $34.0 |
| Institutional | 13.4 | 12.9 | 15.9 | 10.7 | 7.1 | 6.7 | 6.3 | 5.8 | 5.4 | 5.0 | 4.6 | 4.2 | 97.5 |
| Spot lending | 2.2 | 2.0 | 2.9 | 2.8 | 1.2 | 1.2 | 1.2 | 1.2 | 1.2 | 1.2 | 1.2 | 1.2 | 19.1 |
| CEFI/CNC | (10.6) | (6.0) | 0.0 | 0.0 | 1.5 | 4.9 | 6.9 | 8.8 | 10.8 | 12.8 | 14.7 | 18.7 | 60.4 |
| DeFi | 9.2 | 10.5 | 19.3 | 13.2 | 2.8 | 3.1 | 3.4 | 3.7 | 3.9 | 4.2 | 4.5 | 4.8 | 82.6 |
| Staking | 12.4 | 7.1 | 9.0 | 7.7 | 4.6 | 4.8 | 5.0 | 5.2 | 5.4 | 5.6 | 7.8 | 8.5 | 83.0 |
| Mining Revenue | 17.3 | 14.5 | 17.6 | 17.3 | 15.1 | 21.0 | 28.8 | 35.8 | 40.1 | 44.3 | 43.6 | 44.2 | 339.4 |
| Swap Revenue | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.5 | 0.8 | 1.0 | 1.3 | 1.5 | 1.8 | 6.8 |
| On/Off Ramps | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 2.5 | 2.5 | 2.5 | 2.5 | 2.5 | 2.5 | 15.0 |
| Robo-Advisor | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.1 | 0.1 | 0.2 | 0.3 | 0.7 |
| Custody | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.5 | 1.0 | 1.5 | 2.0 | 5.0 |
| Staking | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 1.0 | 2.0 | 3.0 | 4.0 | 10.0 |
| Other Revenue | (2.4) | 7.2 | (5.1) | 0.2 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | (0.1) |
| **Gross Revenue** | **$44.8** | **$51.2** | **$62.1** | **$54.6** | **$34.6** | **$44.2** | **$57.2** | **$66.4** | **$74.7** | **$82.8** | **$87.8** | **$93.1** | **$753.4** |
| Rewards in Kind | 40.9 | 40.9 | 40.9 | 34.7 | 32.3 | 32.3 | 32.4 | 32.5 | 32.6 | 32.6 | 33.0 | 33.2 | 418.3 |
| Rewards in CEL | 9.9 | 9.9 | 9.9 | 10.1 | 9.4 | 9.4 | 9.4 | 9.5 | 9.5 | 9.5 | 9.6 | 9.6 | 115.7 |
| Borrow Cost | 9.0 | 9.0 | 9.0 | 8.4 | 8.0 | 8.0 | 8.0 | 8.0 | 8.0 | 8.0 | 9.0 | 8.0 | 99.5 |
| Col Burn | 0.9 | 0.9 | 1.1 | 0.9 | 0.8 | 0.8 | 0.8 | 0.8 | 0.8 | 0.9 | 0.9 | 0.9 | 10.6 |
| **Cost of Revenue** | **$60.7** | **$60.7** | **$60.9** | **$54.1** | **$50.5** | **$50.6** | **$50.7** | **$50.8** | **$50.9** | **$51.2** | **$51.4** | **$51.7** | **$644.1** |
| **Net revenue** | **-$15.9** | **-$9.5** | **$1.2** | **$0.5** | **-$15.9** | **-$6.4** | **$6.5** | **$15.6** | **$23.8** | **$31.6** | **$36.4** | **$41.4** | **$109.3** |
| Ex-Mining net revenue | -$26.6 | -$19.9 | -$11.3 | -$11.8 | -$25.9 | -$22.4 | -$17.4 | -$15.1 | -$11.3 | -$7.6 | -$3.2 | $2.3 | -$169.3 |
| Mining net revenue | $10.6 | $10.4 | $12.6 | $12.3 | $10.1 | $16.0 | $23.9 | $30.6 | $36.1 | $39.3 | $39.6 | $39.2 | $278.6 |
| NIM% | -2.18% | -1.38% | -0.71% | -0.84% | -2.11% | -1.81% | -1.64% | -1.47% | -1.31% | -1.15% | -0.85% | -0.85% | -1.55% |
| Payout Ratio | 290% | 190% | 147% | 160% | 389% | 291% | 215% | 192% | 163% | 143% | 120% | 107% | 176% |

18

 **Expenses**

Financial Update

| ($s millions) | January | February | March | April | May | June | July | August | September | October | November | December | FY22 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Compensation | $14.5 | $15.1 | $16.0 | $16.8 | $16.8 | $16.8 | $12.6 | $12.6 | $12.6 | $12.6 | $12.6 | $12.6 | $171.8 |
| All other Opex | 8.5 | 9.5 | 8.6 | 8.5 | 8.5 | 8.5 | 6.4 | 6.4 | 6.4 | 6.4 | 6.4 | 6.4 | 90.4 |
| Total Expenses (Ex-Mining) | 23.0 | 24.6 | 24.6 | 25.3 | 25.3 | 25.3 | 19.0 | 19.0 | 19.0 | 19.0 | 19.0 | 19.0 | 262.2 |
| Mining Hosting | 4.1 | 3.4 | 4.0 | 4.9 | 5.6 | 7.8 | 10.8 | 12.1 | 14.1 | 15.2 | 15.9 | 15.9 | 113.7 |
| Mining Dep | 3.8 | 3.7 | 4.3 | 4.5 | 7.1 | 11.2 | 15.3 | 21.1 | 23.3 | 24.8 | 24.6 | 24.5 | 168.2 |
| Mining OpEx | 0.2 | 1.3 | 1.7 | 0.6 | 1.0 | 1.0 | 1.0 | 0.9 | 0.9 | 1.0 | 1.0 | 1.0 | 11.6 |
| Total Expenses | $31.0 | $33.0 | $34.6 | $35.2 | $39.0 | $45.3 | $46.1 | $53.1 | $57.4 | $60.0 | $60.5 | $60.5 | $555.6 |
| Headcount | 688 | 732 | 808 | 877 | 852 | 852 | 639 | 639 | 639 | 639 | 639 | 639 | |

19

 **Balance Sheet**

| $ in millions | January | February | March | April | May | June | July | August | September | October | November | December | 2022 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Retail loans | 886 | 890 | $917 | $962 | $925 | $950 | $975 | $900 | $925 | $950 | $975 | $1,000 | $1,000 |
| Institutional Lending | 3,198 | 3,424 | 3,566 | 3,500 | 1,700 | 1,600 | 1,500 | 1,400 | 1,300 | 1,200 | 1,100 | 1,000 | 1,000 |
| Spot lending | 428 | 1,264 | 3,882 | 1,000 | 325 | 325 | 325 | 325 | 325 | 325 | 325 | 325 | 325 |
| CEFI/DNC | 1,868 | 1,904 | 4 | 250 | 350 | 590 | 825 | 1,060 | 1,295 | 1,530 | 1,765 | 2,000 | 2,000 |
| Defi | 5,466 | 6,986 | 7,239 | 3,289 | 500 | 550 | 600 | 650 | 700 | 750 | 800 | 850 | 850 |
| Staking | 1,041 | 1,073 | 1,751 | 2,500 | 1,100 | 1,150 | 1,200 | 1,250 | 1,300 | 1,350 | 1,400 | 1,450 | 1,450 |
| User balances (deployable) | 11,975 | 13,003 | $14,281 | $12,052 | $7,500 | $7,650 | $7,803 | $7,959 | $8,118 | $8,281 | $8,446 | $8,615 | $8,615 |
| Collateral | 4,204 | 4,567 | 4,863 | 3,074 | 2,700 | 2,738 | 2,775 | 2,813 | 2,850 | 2,888 | 2,925 | 2,963 | 2,963 |
| Borrows | 2,731 | 2,819 | 2,269 | 3,600 | 3,000 | 3,000 | 3,000 | 3,000 | 3,000 | 3,000 | 3,000 | 3,000 | 3,000 |
| Equity | | | -$60.1 | -$98.9 | -$812.6 | -$864.4 | -$908.1 | -$950.4 | -$991.2 | -$1,029.3 | -$1,065.5 | -$1,099.4 | -$1,099.4 |
| Value of Coins Managed | 16,179 | 17,570 | 19,144 | 15,126 | 10,204 | 10,396 | 10,589 | 10,788 | 10,991 | 11,200 | 11,413 | 11,630 | 11,630 |

29

 **Mining**

| ($s millions) | January | February | March | April | May | June | July | August | September | October | November | December | FY22 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Mining Production Revenue | $17.3 | $14.5 | $17.5 | $17.3 | $15.1 | $21.0 | $28.9 | $35.8 | $40.1 | $44.3 | $43.6 | $44.2 | $339.4 |
| Other Income | -2.6 | 0.0 | -1.7 | -1.4 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | -5.6 |
| Hosting | 4.1 | 3.4 | 4.0 | 4.9 | 5.6 | 7.8 | 10.8 | 12.1 | 14.1 | 15.2 | 15.9 | 15.9 | 113.7 |
| Depreciation | 3.8 | 3.7 | 4.3 | 4.5 | 7.1 | 11.2 | 15.3 | 21.1 | 23.3 | 24.8 | 24.6 | 24.5 | 168.2 |
| Expenses | 0.2 | 1.3 | 1.7 | 0.6 | 1.0 | 1.0 | 1.0 | 0.9 | 0.9 | 1.0 | 1.0 | 1.0 | 11.6 |
| Interest Expense | 4.2 | 4.2 | 5.2 | 5.4 | 5.7 | 5.8 | 6.3 | 6.5 | 6.3 | 6.3 | 6.0 | 5.9 | 67.8 |
| **NIBT** | **$2.5** | **$2.0** | **$0.6** | **$0.7** | **-$4.3** | **-$4.8** | **-$4.5** | **-$4.8** | **-$4.6** | **-$3.1** | **-$3.9** | **-$3.2** | **-$27.4** |
| # Rigs | 29.0 | 29.0 | 33.9 | 35.1 | 47.0 | 66.0 | 85.9 | 96.4 | 107.9 | 119.9 | 129.9 | 129.9 | |
| BTC | $38.5k | $43.2k | $45.5k | $37.8k | $30k | $30k | $30k | $30k | $30k | $30k | $30k | $30k | |
| **BTC @ $40k** | **$2.5** | **$2.0** | **$0.6** | **$0.7** | **-$4.3** | **$2.2** | **$5.1** | **$7.1** | **$8.8** | **$11.7** | **$10.6** | **$11.5** | **$58.5** |
| **BTC @ $50k** | **$2.5** | **$2.0** | **$0.6** | **$0.7** | **-$4.3** | **$9.2** | **$14.7** | **$19.0** | **$22.2** | **$26.5** | **$25.2** | **$26.2** | **$144.4** |

FOIA CONFIDENTIAL TREATMENT REQUESTED BY CELSIUS    CELSIUSNETWORK_00540046