

*U.S. Department of Justice*

*United States Attorney
Southern District of New York*

---

*Jacob K. Javits Federal Building
26 Federal Plaza
New York, New York 10278*

April 30, 2025

**BY ECF**

The Honorable John G. Koeltl
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

    Re:   *United States v. Alexander Mashinsky*, 23 Cr. 347 (JGK)

Dear Judge Koeltl:

    Please find enclosed a victim letter submitted today by Cameron Crews, a member of the Litigation Oversight Committee for the bankruptcy estates of Celsius Network LLC, submitted in connection with the sentencing of defendant Alexander Mashinsky, scheduled for May 8, 2025. The Government is continuing to receive victim letters and anticipates grouping these letters into single filings in the coming days.

                  Respectfully submitted,

                  JAY CLAYTON
                  United States Attorney

          by: /s/_____
                  Allison Nichols
                  Adam S. Hobson
                  Peter J. Davis
                  Assistant United States Attorneys
                  (212) 637-2366 / 2484 / 2468

cc: Defense Counsel (by ECF)

Enclosure