# EXHIBIT T

# ALEX MASHINSKY

May 2, 2025

Your Honor:

    I appreciate the opportunity to convey again, as part of this submission, that I should never have said that Celsius had regulatory clarity when it did not, and I should never have said that I was not selling my CEL tokens when I was.  It was wrong to say those things and I knew better.

    I'm not trying in any way to minimize my illegal conduct. I feel horrible about the pain and suffering I caused.  And I am prepared to face the consequences of my actions.

    Judge, I came to this country as an immigrant and I was always grateful for the opportunities my new country and its people gave me.  I built a life from nothing and was hoping to help others do the same.

    But my dream became a nightmare for my customers and my family.  I have achieved the opposite of what I set out to do and I am heartbroken about that.

    I talk to victims of Celsius almost daily and try to help them recover. I know the waiting and anxiety involved with the bankruptcy has been very painful.

    I have disappointed so many people who trusted me.  I ask forgiveness from the community, from my customers, the employees and my family.

    And I ask the court for some leniency.  I hope maybe to go to one more of my kids' bar mitzvahs or weddings.

  I hope to use the rest of my life in service to others and service to society and to apply my interests in the field of science, which might help people.

  I thank the Court for the enormous amount of time and consideration it paid to this case. I never spent a day in criminal court before this case and I can assure Your Honor that I never will again.

  I hope to have the opportunity to say a few more words at my sentencing hearing.

            Respectfully,

            Alex Mashinsky