# EXHIBIT U

# Video Files