# EXHIBIT V

| | |
|---|---|
| From: | Alex |
| Sent: | Monday, February 3, 2020 8:34 AM EST |
| To: | Meir Moalem |
| Subject: | Re: AM Ventures |

Yes. I understand the constraints.

Please create a personal acc for Alex Mashinsky and one for AM Ventures Holdings Inc.

Send me both addresses so I can send CEL.

Alex Mashinsky
CEO
Www.celsius.network
@mashinsky
www.mashinsky.com
Cell 6465524499


On Feb 2, 2020, at 8:34 AM, Meir Moalem <meir.m@algoz.io> wrote:


Hi
As the main idea is to liquidate while we will keep the market without disruption - the amount of tokens to liquidate is a matter of how much buying we will have on the other side of the book.
we can talk about ~1% - depend on the final liquidation amount.

Is that make sense?

Meir Moalem
VP Sales

Set up a call in this link
Office: (972) 9-8866634
Telegram: MeirMo
Skype:     meir-moalem
We-Chat:  Meir-mo



FOIL Confidential Treatment
Requested by A. Mashinsky

MASH-NYAG-014506

This email communication is confidential and is intended for the individual(s) or entity named above who have been specifically authorized to receive it. It may contain confidential and privileged information, which is legally owned by the authorized recipient thereof, and which may not be used or released without such owner's explicit approval. If you are not the intended recipient, please do not read, copy, use or disclose the contents of this communication to others. Please notify the sender if you believe you have received this email in error by replying to the email or by calling us at (972) 9-8866634. Please then delete the email and any copies of it.

Thank you.

בתאריך יום ד׳, 29 בינו׳ 2020 ב-0:40 מאת Alex Mashinsky <alex@mashinsky.com>:
what fees do you charge ? this may be $5-$10m worth...

It will be orderly sale of set amount each day.

Thank You,

Alex Mashinsky
CEO & Founder

www.Celsius.network
Celsius Video
Linkedin
Personal
Mobile 551-287-2124

- 
  - NASDAQ interview with Celsius
  - Cheddar TV interview
  - Blockchain Inventor joins Celsius

On Tue, Jan 28, 2020 at 10:32 AM Alex Mashinsky <alex@mashinsky.com> wrote:
yes US.

Thank You,

Alex Mashinsky
CEO & Founder

www.Celsius.network
Celsius Video
Linkedin
Personal
Mobile 551-287-2124

FOIL Confidential Treatment
Requested by A. Mashinsky

MASH-NYAG-014507

- 
  - NASDAQ interview with Celsius
  - Cheddar TV interview
  - Blockchain Inventor joins Celsius

On Tue, Jan 28, 2020 at 10:30 AM Meir Moalem <meir.m@algoz.io> wrote:
Hi Alex
we can do this as when it gets to the operations, we have a "Chinese wall" in between those 2 activities.
Is this company based in the US or elsewhere?

Meir Moalem
VP Sales

Set up a call in this link
Office: (972) 9-8866634
Telegram: MeirMo
Skype:    meir-moalem
We-Chat:  Meir-mo



This email communication is confidential and is intended for the individual(s) or entity named above who have been specifically authorized to receive it. It may contain confidential and privileged information, which is legally owned by the authorized recipient thereof, and which may not be used or released without such owner's explicit approval. If you are not the intended recipient, please do not read, copy, use or disclose the contents of this communication to others. Please notify the sender if you believe you have received this email in error by replying to the email or by calling us at (972) 9-8866634. Please then delete the email and any copies of it.

Thank you.

בתאריך יום ג', 28 בינו' 2020 ב-17:24 מאת Alex Mashinsky <alex@mashinsky.com>:
Meir,

I need to open an account for another company I own that has CEL token and hopefully get you guys to sell it on the market over the next year or two.

FOIL Confidential Treatment
Requested by A. Mashinsky

MASH-NYAG-014508

Can you do this or will it be a conflict with Celsius activities ?

Thank You,

Alex Mashinsky
CEO & Founder

www.Celsius.network
Celsius Video
Linkedin
Personal
Mobile 551-287-2124

- 
  - NASDAQ interview with Celsius
  - Cheddar TV interview
  - Blockchain Inventor joins Celsius