# EXHIBIT W

Message
___

| | |
|---|---|
| **From**: | Meir Moalem [meir.m@algoz.io] |
| on behalf of | Meir Moalem <meir.m@algoz.io> [meir.m@algoz.io] |
| **Sent**: | 2/6/2020 4:07:24 PM |
| **To**: | Kimberley Gantz [kimberley.gantz@celsius.network] |
| **CC**: | Tal Teperberg [tal@fingen.co.il]; Alex Mashinsky [alex@celsius.network] |
| **Subject**: | Re: AMV - URGENT |

Kimberley,
Following our call,

Here is the full list for a Company/Entity:

### Corporate information about the entity:

1.   Full name:

2.   Registered number:

3.   Registered office address in the country of incorporation:

4.   Principal business address (if different from 3.):

5.   Names of any individual (s) who exercise control over the management of the company - please provide a formal list of Directors

6.   Names of all the individuals who own or control over 25% of its shares or voting rights – (and if no majority shareholder than need a document signed by one of the director certifying that no individuals own 25% or more

### Corporate documents of the entity to be sent to us please:

1.   Corporate documents of the entity to be sent to us please: certificate of incorporation (extract from the companies register or equivalent)

2.   Articles of association/Memorandum of Association

3.   Proof of registered address or principal business address (for example a utility bill or tax document of the company) that is less than 3 months old

4.   Ownership structure scheme/organizational chart or equivalent (must specify the exact amount of ownership of each interest holder in the company, must deliver a comprehensive picture of the structure of the group, and must be signed and certified as true by an authorized signatory/director).

### Personal documents for all shareholder/interest holders with >25% or more in the company, and also for at least two
### company's current directors:

1.   One Proof of Identity: has to be a current signed Passport (valid and not expired)

2.   One Proof of Address: you can choose among the following documents which one to send:

1.         Recent utility bill (has to be less than 3 months old) from a supplier of utilities (please note mobile telephone bills are not acceptable);
OR
Recent bank, building society or credit union statement (has to be less than 3 months old) containing current address;

FOIA CONFIDENTIAL TREATMENT REQUESTED BY CELSIUS
SUBJECT TO JANUARY 13, 2023 STIPULATION

CELSIUSNETWORK_01678496

SDNY_R02_00600142

OR
Local authority tax bill (valid for the current year);
OR
Current full driving license bearing a photograph and containing the current address.

Meir Moalem
VP Sales

Set up a call in this link
Office: (972) 9-8866634
Telegram: MeirMo
Skype:    meir-moalem
We-Chat: Meir-mo

This email communication is confidential and is intended for the individual(s) or entity named above who have been specifically authorized to receive it. It may contain confidential and privileged information, which is legally owned by the authorized recipient thereof, and which may not be used or released without such owner's explicit approval. If you are not the intended recipient, please do not read, copy, use or disclose the contents of this communication to others. Please notify the sender if you believe you have received this email in error by replying to the email or by calling us at (972) 9-8866634. Please then delete the email and any copies of it. Thank you.

בתאריך יום ד׳, 5 בפבר׳ 2020 ב-20:24 מאת Kimberley Gantz <kimberley.gantz@celsius.network>:

Hey Meir,

Did you see below?

Thanks
Kim

**Kimberley Gantz**
**Chief of Staff & Event Manager** | Celsius Network

347-930-8580

Have you downloaded the Celsius app yet? Follow and tweet us @CelsiusNetwork for thoughts and conversation on the app and our newly updated website.

On Feb 5, 2020, at 11:34 AM, Kimberley Gantz <kimberley.gantz@celsius.network> wrote:

Hi Meir.

I can talk now.

My cell is 347-930-8580.

Thanks
Kim

**Kimberley Gantz**
**Chief of Staff & Event Manager** | Celsius Network

347-930-8580

Have you downloaded the Celsius app yet? Follow and tweet us @CelsiusNetwork for thoughts and conversation on the app and our newly updated website.


On Feb 5, 2020, at 11:20 AM, Meir Moalem <meir.m@algoz.io> wrote:


Kimberly,
when can we talk today?

Meir Moalem
VP Sales

Set up a call in this link
Office: (972) 9-8866634
Telegram: MeirMo
Skype:     meir-moalem
We-Chat:  Meir-mo

This email communication is confidential and is intended for the individual(s) or entity named above who have been specifically authorized to receive it. It may contain confidential and privileged information, which is legally owned by the authorized recipient thereof, and which may not be used or released without such owner's explicit approval. If you are not the intended recipient, please do not read, copy, use or disclose the contents of this communication to others. Please notify the sender if you believe you have received this email in error by replying to the email or by calling us at (972) 9-8866634. Please then delete the email and any copies of it. Thank you.

בתאריך יום ד', 5 בפבר' 2020 ב-0:43 מאת Kimberley Gantz <kimberley.gantz@celsius.network>:

Hey Meir,

Please see the attached documents for Alex Mashinsky and let me know if these would be sufficient.

Thanks,
Kim

**Kimberley A. Gantz**
Chief of Staff & Event Manager | Celsius Network

phone: 347-930-8580

Have you downloaded the Celsius app yet? Follow and tweet us @CelsiusNetwork for thoughts and conversation on the app and our newly updated website.

On Tue, Feb 4, 2020 at 10:24 AM Meir Moalem <meir.m@algoz.io> wrote:
Hi Kimbeley,

Please notice we can not onboard any personal entity, as for new regulations.
Just sent you on a separate email the corporation KYC requirement - that should be a non-US entity

Please feel free to ping/call to my telegram anytime
the details below

Thank you

Meir Moalem
VP Sales

Set up a call in this link
Office: (972) 9-8866634
Telegram: MeirMo
Skype:     meir-moalem
We-Chat:  Meir-mo

This email communication is confidential and is intended for the individual(s) or entity named above who have been specifically authorized to receive it. It may contain confidential and privileged information, which is legally owned by the authorized recipient

FOIA CONFIDENTIAL TREATMENT REQUESTED BY CELSIUS
SUBJECT TO JANUARY 13, 2023 STIPULATION

CELSIUSNETWORK_01678499

SDNY_R02_00600145

thereof, and which may not be used or released without such owner's explicit approval. If you are not the intended recipient, please do not read, copy, use or disclose the contents of this communication to others. Please notify the sender if you believe you have received this email in error by replying to the email or by calling us at (972) 9-8866634. Please then delete the email and any copies of it.
Thank you.

בתאריך יום ב׳, 3 בפבר׳ 2020 ב-21:59 מאת Kimberley Gantz <kimberley.gantz@celsius.network>:

Hey Meir,

Ok, sounds good.  Please get back to me when you can.

Thanks,
Kim



**Kimberley A. Gantz**
**Chief of Staff & Event Manager** | Celsius Network

phone: 347-930-8580

Have you downloaded the Celsius app yet? Follow and tweet us @CelsiusNetwork for thoughts and conversation on the app and our newly updated website.

On Mon, Feb 3, 2020 at 2:55 PM Meir Moalem <meir.m@algoz.io> wrote:
> hi Kim
> nice to meet you
> I will share later the KYC requirements so we can start the onboarding process.
>
> best,
>
> בתאריך יום ב׳, 3 בפבר׳ 2020, 21:36, מאת Alex Mashinsky <alex@celsius.network>:
>> Meir,
>>
>> Kim will work with you to open a personal acc and one for AMV.
>>
>> On Mon, Feb 3, 2020 at 1:33 PM S. Daniel Leon <daniel@celsius.network> wrote:
>>> Do me a fav - talk to Alex ASAP about opening an account too.
>>>
>>> d.
>>>
>>>
>>> --



S. Daniel Leon
Co-founder/COO,
Celsius Network

mobile: +1-267-269-1942
mobile: +972-54-673-6001
twitter: @sdanielleon

"Don't ask what Satoshi can do for you, ask what you can do for Satoshi"

**Alex Mashinsky**
**Founder &**
**CEO** | Celsius
Network

Mobile: 551-287-2124
twitter: @mashinsky

- NASDAQ interview with Celsius
- Cheddar TV interview
- Blockchain Inventor joins Celsius

FOIA CONFIDENTIAL TREATMENT REQUESTED BY CELSIUS
SUBJECT TO JANUARY 13, 2023 STIPULATION

CELSIUSNETWORK_01678501

SDNY_R02_00600147