# EXHIBIT X

| | |
|---|---|
| **Message** | |
| From: | Bethany Davis [bethany.davis@celsius.network] |
| on behalf of | Bethany Davis <bethany.davis@celsius.network> [bethany.davis@celsius.network] |
| Sent: | 5/20/2021 2:02:43 PM |
| To: | Harumi Urata-Thompson [harumi@celsius.network]; Camilla Churcher [camilla.churcher@celsius.network]; Leah Jonas [leah@celsius.network]; Gabe Ficht [gabe.ficht@celsius.network]; Abe Storey [abe.storey@celsius.network]; Aliza Landes [aliza@celsius.network]; Tal Bentov [tal.bentov@celsius.network]; Nuke Goldstein [nuke@celsius.network]; Nir Atar [nir.atar@celsius.network]; Liam Dunn [liam.dunn@celsius.network]; Ashley O'Brien [ashley.obrien@celsius.network]; Johannes Treutler [johannes.treutler@celsius.network]; Kyle Savage [kyle.savage@celsius.network]; Alison Tyler [alison.tyler@celsius.network] |
| CC: | Tom McCarthy [tom.mccarthy@celsius.network]; Zach Wildes [zachary.wildes@celsius.network]; Celsius Exco [exco@celsius.network]; Vijay Konduru [vijay.konduru@celsius.network]; Yarden Noy [yarden.noy@celsius.network]; Kal Chan [kal.chan@celsius.network]; Sergei Sedykin [sergei.sedykin@celsius.network] |
| Subject: | AMA Template for LIVE AMA - Friday, May 21 |

Hi,

Please find the AMA prep sheet. We would ideally like 2-3 bullet points from each of your departments that you would like us to discuss on the LIVE AMA this Friday.
https://docs.google.com/document/d/1B-lolSOnzVooC58lCjEqFtegEZYoXIEn643Vl28xqS8/edit

If you have no update, please write NO update for my awareness.

Please kindly fill out your section by Thursday evening at 6 pm EST (for US) / Friday 12PM ISR (for Israel).
- STATISTICS: Alison/Gabe
- PARTNERSHIPS / BUSINESS DEVELOPMENT: Camilla/Leah
- LENDING: Aliza/Tal
- TECH / PRODUCT: Nuke/Nir
- FINANCE / DEPLOYMENT: Yaron/Harumi
- VIDEOS: Tom
- PRESS: Ashley O. / Brianna

Best,
Bethany
--

**Bethany Davis**
**Chief of Staff to CEO** | Celsius Network
Producer, Ask Mashinsky Anything (AMA)
Executive Producer of MOIP

*Download the Celsius app today!*