# EXHIBIT Y

Message

| | |
|---|---|
| From: | Bethany Davis [bethany.davis@celsius.network] |
| on behalf of | Bethany Davis <bethany.davis@celsius.network> [bethany.davis@celsius.network] |
| Sent: | 11/11/2021 3:35:42 AM |
| To: | Leah Jonas [leah@celsius.network]; Gabe Ficht [gabe.ficht@celsius.network]; Aliza Landes [aliza@celsius.network]; Tal Bentov [tal.bentov@celsius.network]; Nuke Goldstein [nuke@celsius.network]; Ashley OBrien [ashley.obrien@celsius.network]; Johannes Treutler [johannes.treutler@celsius.network]; Kyle Savage [kyle.savage@celsius.network]; Yaron Shalem [yaron.shalem@celsius.network]; Monica Varzea [monica.varzea@celsius.network]; Tom McCarthy [tom.mccarthy@celsius.network]; Zach Wildes [zachary.wildes@celsius.network]; Celsius Exco [exco@celsius.network]; Yarden Noy [yarden.noy@celsius.network]; Kal Chan [kal.chan@celsius.network]; Sergei Sedykin [sergei.sedykin@celsius.network]; Shakti Tailor [shakti.tailor@celsius.network]; Carl Hua [carl.hua@celsius.network]; Zeran Ji [zeran.ji@celsius.network]; Marketing Team [marketingteam@celsius.network]; Filip Jovakaric [filip.jovakaric@celsius.network]; Matthew Martin [matthew.martin@celsius.network]; Tushar Nadkarni [tushar@celsius.network]; Adria Garcia [adria.garcia@celsius.network]; Szilvia Hock-Kovacs [szilvia.hock-kovacs@celsius.network]; Dean Tappen [dean.tappen@celsius.network]; Tobie Dunnett [tobie.dunnett@celsius.network]; Shahar Peter [shahar.peter@celsius.network] |
| Subject: | AMA Template for LIVE AMA - November 12 |

Hi,

Please find the AMA prep sheet. We would ideally like 2-3 bullet points from each of your departments that you would like us to discuss on the LIVE AMA this Friday.
https://docs.google.com/document/d/1aGVgbTePPW_2lzq0KfGLUOj6iqG1MBr76pf_7p3dBY8/edit

If you have no update, please write NO update for my awareness.

Please kindly fill out your section by Thursday evening at 6 pm EST (for US) / Friday 12PM ISR (for Israel).

- STATISTICS: Zeran
- PARTNERSHIPS: Leah
- LENDING: Aliza/Tal
- TECH / PRODUCT: Nuke/Tushar/Shahar/Mitch
- VIDEOS: Tom

Best,
Bethany
--



**Bethany Davis**
*Chief of Staff to CEO*

**Unbank Yourself**
celsius.network

FOIA CONFIDENTIAL TREATMENT REQUESTED BY CELSIUS
SUBJECT TO JANUARY 13, 2023 STIPULATION

CELSIUSNETWORK_01450139

SDNY_R02_00371785