# EXHIBIT Z

# Audio File