# EXHIBIT AA

| | Participant | Entity | Login | Email | | |
|---|---|---|---|---|---|---|
| ☑ | 16465524499@s.whatsapp.net Alex Mashinsky | S.whatsapp | 16465524499@s.whatsapp.net | 16465524499@s.whatsapp.net | 6 | 0 |
| ☑ | System Message System | | System Message | | 0 | 0 |

**16465524499@s.whatsapp.net Alex Mashinsky** — 2021-02-06 01:52:04.000 PM
How is OTC demand ?

**491757575961@s.whatsapp.net Johannes Treutler** — 2021-02-06 03:28:02.000 PM
Very low at the moment. And also a lot of sellers.

**491757575961@s.whatsapp.net Johannes Treutler** — 2021-02-06 03:29:30.000 PM
The OTC demand will come back when price picks up and we see $6+ .. but at $5 we are just leveled out and have currently as many buyers as seller.

**16465524499@s.whatsapp.net Alex Mashinsky** — 2021-02-06 03:44:51.000 PM
We will have few announcements until March so I am trying to bridge the gap. Any ideas ?

**16465524499@s.whatsapp.net Alex Mashinsky** — 2021-02-06 03:51:03.000 PM
our trend chart looks just like the price of CEL https://trends.google.com/trends/explore?date=today%205-y&q=%2Fg%2F11gc_zyxl_

**491757575961@s.whatsapp.net Johannes Treutler** — 2021-02-06 04:22:06.000 PM
The most active Google trends countries are also the most active OTC countries .. that is pretty cool

**491757575961@s.whatsapp.net Johannes Treutler** — 2021-02-06 04:23:15.000 PM
The best driver of CEL price is the CEL price itself 😊 so hopefully price jumps >$5.50 soon ♂

**491757575961@s.whatsapp.net Johannes Treutler** — 2021-02-06 04:27:52.000 PM
You remember when you announced on YouTube that we will buyback $150k worth of CEL (=4M CEL) in November 2019 and price jumped up +300% without us buying anything? … I wish we could say something like "we sold so many CEL OTC that we need to buy some back during the next weeks" … this would most likely cause that we would after all buy less than before as people would FOMO into CEL …

**16465524499@s.whatsapp.net Alex Mashinsky** — 2021-02-06 05:03:36.000 PM
I can announce what you are going to buy anyway. How much CEL will you buy this week?

**491757575961@s.whatsapp.net Johannes Treutler** — 2021-02-06 07:19:07.000 PM
It completely depends on how the OTC is going. If next week CEL would rise and the OTC desk would come back to live for some reason we would expect to buy for $5M a week (while selling $15M OTC the same time..)

**16465524499@s.whatsapp.net Alex Mashinsky** — 2021-02-06 09:06:01.000 PM
I can not announce that. If you give me a number you have to do it or it will be considered manipulation. So can you commit to $5m ?

**491757575961@s.whatsapp.net Johannes Treutler** — 2021-02-06 09:17:14.000 PM
Yes we can commit to that.

**16465524499@s.whatsapp.net Alex Mashinsky** — 2021-02-06 09:19:57.000 PM
Kk.