# EXHIBIT CC

**From:** "Jones, Elizabeth Helen"   elizabeth.jones@kirkland.com

**To:** Alex Mashinsky   alex@celsius.network  , "Schacter, Ira"   Ira.Schacter@cwt.com  , "Avergun, Jodi"   Jodi.Avergun@cwt.com  , "Bagby, Ingrid"   Ingrid.Bagby@cwt.com  , "Wharton, Kendra"   kendra.wharton@cwt.com

**CC:** "Kwasteniet, Ross M."   rkwasteniet@kirkland.com  , "Nash, Patrick J."   patrick.nash@kirkland.com  , "Sussberg, Josh"   jsussberg@kirkland.com  , "Hockberger, Heidi"   heidi.hockberger@kirkland.com

**Subject:** CEL // First Day Declaration

**Date:** Sun, 10 Jul 2022 00:24:57 -0400

**Attachments:** Guardian - First Day Declaration [K&E Draft 7.9.2022].pdf; Guardian - First Day Declaration [KE Draft 7.9.22] (88052724 5).docx

---

Alex and CWT Team,

Please see attached for the current working draft of the first day declaration. ██████████████ ███████████████████████████████████████ .

We are happy to get on a call tomorrow to discuss after you've had a chance to review if helpful to walk through any of your comments and questions.  Please let us know if we can provide you with anything else in the meantime.

Thanks,

**Elizabeth H. Jones**

**KIRKLAND & ELLIS LLP**
601 Lexington Avenue, New York, NY 10022
**T** +1 212 390 6935
**M** +1 646 334 7037
**F** +1 212 446 4900

elizabeth.jones@kirkland.com

The information contained in this communication is confidential, may be attorney-client privileged, may constitute inside information, and is intended only for the use of the addressee. It is the property of Kirkland & Ellis LLP or Kirkland & Ellis International LLP. Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by return email or by email to postmaster@kirkland.com, and destroy this communication and all copies thereof, including all attachments.