# EXHIBIT DD

**From:** "Hockberger, Heidi"  heidi.hockberger@kirkland.com
**To:** "Jones, Elizabeth Helen"  elizabeth.jones@kirkland.com , Rod Bolger  rod.bolger@celsius.network
**CC:** Kai Tang  kai.tang@celsius.network , Rodney Sunada-Wong  rodney.sunada-wong@celsius.network , Chris Ferraro  chris.ferraro@celsius.network , Lissa Workman  lissa.workman@celsius.network , Aslihan Denizkurdu  aslihan.denizkurdu@celsius.network , Eugenia Antipas  eugenia.antipas@celsius.network , Jason Perman  jason.perman@celsius.network , "Kwasteniet, Ross M."  rkwasteniet@kirkland.com , "Nash, Patrick J."  patrick.nash@kirkland.com , Oren Blonstein  oren.blonstein@celsius.network , Roni Pavon  roni@celsius.network , Steve Maglic  stevan.maglic@celsius.network , "Sussberg, Josh"  jsussberg@kirkland.com , VJ Vesnaver  vj.vesnaver@celsius.network , "Wirtz, Alison"  alison.wirtz@kirkland.com , Yarden Noy  yarden.noy@celsius.network , "alex@celsius.network"  alex@celsius.network , "daniel@celsius.network"  daniel@celsius.network , "joseph.golding-ochsner@celsius.network"  joseph.golding-ochsner@celsius.network , "ron.deutsch@celsius.network"  ron.deutsch@celsius.network
**Subject:** RE: XLS POSTED FOR UPDATES: CEL // Revised First Day Declaration [Confidential] Balance Sheet
**Date:** Thu, 14 Jul 2022 10:16:36 -0400
**Inline-Images:** image005.png; image006.png; image007.png; image008.png

### Heidi M. HOCKBERGER

**KIRKLAND & ELLIS LLP**
300 North LaSalle, Chicago, IL 60654
**T** +1 312 862 3676  **M** +1 630 363 5385

heidi.hockberger@kirkland.com

---

**From:** Jones, Elizabeth Helen <elizabeth.jones@kirkland.com>
**Sent:** Thursday, July 14, 2022 9:07 AM
**To:** Rod Bolger <rod.bolger@celsius.network>
**Cc:** Kai Tang <kai.tang@celsius.network>; Rodney Sunada-Wong <rodney.sunada-wong@celsius.network>; Chris Ferraro <chris.ferraro@celsius.network>; Lissa Workman <lissa.workman@celsius.network>; Aslihan Denizkurdu <aslihan.denizkurdu@celsius.network>; Eugenia Antipas <eugenia.antipas@celsius.network>; Hockberger, Heidi <heidi.hockberger@kirkland.com>; Jason Perman <jason.perman@celsius.network>; Kwasteniet, Ross M. <rkwasteniet@kirkland.com>; Nash, Patrick J. <patrick.nash@kirkland.com>; Oren Blonstein <oren.blonstein@celsius.network>; Roni Pavon <roni@celsius.network>; Steve Maglic <stevan.maglic@celsius.network>; Sussberg, Josh <jsussberg@kirkland.com>; VJ Vesnaver <vj.vesnaver@celsius.network>; Wirtz, Alison <alison.wirtz@kirkland.com>; Yarden Noy <yarden.noy@celsius.network>; alex@celsius.network; daniel@celsius.network; joseph.golding-ochsner@celsius.network; ron.deutsch@celsius.network
**Subject:** RE: XLS POSTED FOR UPDATES: CEL // Revised First Day Declaration [Confidential] Balance Sheet

### Elizabeth H. Jones

#37597.1

**KIRKLAND & ELLIS LLP**
601 Lexington Avenue, New York, NY 10022
T +1 212 390 6935
M +1 646 334 7037
F +1 212 446 4900

elizabeth.jones@kirkland.com

---

**From:** Rod Bolger <rod.bolger@celsius.network>
**Sent:** Thursday, July 14, 2022 10:00 AM
**To:** Jones, Elizabeth Helen <elizabeth.jones@kirkland.com>
**Cc:** Kai Tang <kai.tang@celsius.network>; Rodney Sunada-Wong <rodney.sunada-wong@celsius.network>; Chris Ferraro <chris.ferraro@celsius.network>; Lissa Workman <lissa.workman@celsius.network>; Aslihan Denizkurdu <aslihan.denizkurdu@celsius.network>; Eugenia Antipas <eugenia.antipas@celsius.network>; Hockberger, Heidi <heidi.hockberger@kirkland.com>; Jason Perman <jason.perman@celsius.network>; Kwasteniet, Ross M. <rkwasteniet@kirkland.com>; Nash, Patrick J. <patrick.nash@kirkland.com>; Oren Blonstein <oren.blonstein@celsius.network>; Roni Pavon <roni@celsius.network>; Steve Maglic <stevan.maglic@celsius.network>; Sussberg, Josh <jsussberg@kirkland.com>; VJ Vesnaver <vj.vesnaver@celsius.network>; Wirtz, Alison <alison.wirtz@kirkland.com>; Yarden Noy <yarden.noy@celsius.network>; alex@celsius.network; daniel@celsius.network; joseph.golding-ochsner@celsius.network; ron.deutsch@celsius.network
**Subject:** Re: XLS POSTED FOR UPDATES: CEL // Revised First Day Declaration [Confidential] Balance Sheet

On Thu, Jul 14, 2022 at 9:54 AM Jones, Elizabeth Helen <elizabeth.jones@kirkland.com> wrote:

**Elizabeth H. Jones**

**KIRKLAND & ELLIS LLP**
601 Lexington Avenue, New York, NY 10022
T +1 212 390 6935
M +1 646 334 7037
F +1 212 446 4900

elizabeth.jones@kirkland.com

---

**From:** Rod Bolger <rod.bolger@celsius.network>
**Sent:** Thursday, July 14, 2022 9:48 AM
**To:** Kai Tang <kai.tang@celsius.network>
**Cc:** Rodney Sunada-Wong <rodney.sunada-wong@celsius.network>; Chris Ferraro <chris.ferraro@celsius.network>; Lissa Workman <lissa.workman@celsius.network>; Aslihan Denizkurdu <aslihan.denizkurdu@celsius.network>; Eugenia Antipas <eugenia.antipas@celsius.network>; Hockberger, Heidi <heidi.hockberger@kirkland.com>; Jason Perman <jason.perman@celsius.network>; Jones, Elizabeth Helen <elizabeth.jones@kirkland.com>; Kwasteniet, Ross M. <rkwasteniet@kirkland.com>; Nash, Patrick J. <patrick.nash@kirkland.com>; Oren Blonstein <oren.blonstein@celsius.network>; Roni Pavon <roni@celsius.network>; Steve Maglic <stevan.maglic@celsius.network>; Sussberg, Josh <jsussberg@kirkland.com>; VJ Vesnaver <vj.vesnaver@celsius.network>; Wirtz, Alison <alison.wirtz@kirkland.com>; Yarden Noy <yarden.noy@celsius.network>; alex@celsius.network; daniel@celsius.network; joseph.golding-

#37597.2

ochsner@celsius.network; ron.deutsch@celsius.network
**Subject:** Re: XLS POSTED FOR UPDATES: CEL // Revised First Day Declaration [Confidential] Balance Sheet

On Thu, Jul 14, 2022 at 9:47 AM Kai Tang <kai.tang@celsius.network> wrote:



On Thu, Jul 14, 2022 at 9:24 AM Rodney Sunada-Wong <rodney.sunada-wong@celsius.network> wrote:

**#37597.3**



-------------
Rodney Sunada-Wong
908-447-1819m

On Thu, Jul 14, 2022 at 8:46 AM Aslihan Denizkurdu <aslihan.denizkurdu@celsius.network> wrote:

On Thu, Jul 14, 2022 at 8:32 AM Lissa Workman <lissa.workman@celsius.network> wrote:

**#37597.4**



**Lissa Workman**
*Sr. Director Operations*
*551-245-3724*
—
**Unbank Yourself**
celsius.network

**From:** Chris Ferraro <chris.ferraro@celsius.network>
**Date:** Thursday, July 14, 2022 at 8:24 AM
**To:** Aslihan Denizkurdu <aslihan.denizkurdu@celsius.network>, Kai Tang <kai.tang@celsius.network>
**Cc:** Eugenia Antipas <eugenia.antipas@celsius.network>, "Hockberger, Heidi" <heidi.hockberger@kirkland.com>, Jason Perman <jason.perman@celsius.network>, "Jones, Elizabeth Helen" <elizabeth.jones@kirkland.com>, "Kwasteniet, Ross M." <rkwasteniet@kirkland.com>, Lissa Workman <lissa.workman@celsius.network>, "Nash, Patrick J." <patrick.nash@kirkland.com>, Oren Blonstein <oren.blonstein@celsius.network>, Rodney Sunada-Wong <rodney.sunada-wong@celsius.network>, Roni Pavon <roni@celsius.network>, Steve Maglic <stevan.maglic@celsius.network>, "Sussberg, Josh" <jsussberg@kirkland.com>, VJ Vesnaver <vj.vesnaver@celsius.network>, "Wirtz, Alison" <alison.wirtz@kirkland.com>, Yarden Noy <yarden.noy@celsius.network>, "alex@celsius.network" <alex@celsius.network>, "daniel@celsius.network" <daniel@celsius.network>, "joseph.golding-ochsner@celsius.network" <joseph.golding-ochsner@celsius.network>, "rod.bolger@celsius.network" <rod.bolger@celsius.network>, "ron.deutsch@celsius.network" <ron.deutsch@celsius.network>
**Subject:** Re: XLS POSTED FOR UPDATES: CEL // Revised First Day Declaration [Confidential]

Yes,  on it

On Thu, Jul 14, 2022 at 5:23 AM Aslihan Denizkurdu <aslihan.denizkurdu@celsius.network> wrote:

Thanks all

**#37597.5**

On Thu, Jul 14, 2022 at 7:52 AM Eugenia Antipas <eugenia.antipas@celsius.network> wrote:

[REDACTED]

Thank you!
Eugenia

On Thu, Jul 14, 2022 at 3:49 AM Jones, Elizabeth Helen <elizabeth.jones@kirkland.com> wrote:

[REDACTED]

Thanks,

Elizabeth

===============

- [REDACTED]

- [REDACTED]
- [REDACTED]

- [REDACTED]
- [REDACTED]

- [REDACTED]

- [REDACTED]

[REDACTED]

**#37597.6**

- ██████████
- ██████████
- ██████████
- ██████████
- ██████████
- ██████████

**Elizabeth H. Jones**

**KIRKLAND & ELLIS LLP**
601 Lexington Avenue, New York, NY 10022
**T** +1 212 390 6935
**M** +1 646 334 7037
**F** +1 212 446 4900

elizabeth.jones@kirkland.com

---

**From:** Rodney Sunada-Wong <rodney.sunada-wong@celsius.network>
**Sent:** Wednesday, July 13, 2022 8:39 PM
**To:** Lissa Workman <lissa.workman@celsius.network>; Jason Perman <jason.perman@celsius.network>; Steve Maglic <stevan.maglic@celsius.network>
**Cc:** Aslihan Denizkurdu <aslihan.denizkurdu@celsius.network>; Jones, Elizabeth Helen <elizabeth.jones@kirkland.com>; Eugenia Antipas <eugenia.antipas@celsius.network>; Hockberger, Heidi <heidi.hockberger@kirkland.com>; Kwasteniet, Ross M. <rkwasteniet@kirkland.com>; Nash, Patrick J. <patrick.nash@kirkland.com>; Oren Blonstein <oren.blonstein@celsius.network>; Roni Pavon <roni@celsius.network>; Sussberg, Josh <jsussberg@kirkland.com>; Wirtz, Alison <alison.wirtz@kirkland.com>; alex@celsius.network; chris.ferraro@celsius.network; daniel@celsius.network; joseph.golding-ochsner@celsius.network; rod.bolger@celsius.network; ron.deutsch@celsius.network
**Subject:** Re: CEL // Revised First Day Declaration [Confidential]

+Jason Perman  +Steve Maglic

-------------
Rodney Sunada-Wong
██████████

On Wed, Jul 13, 2022 at 8:34 PM Lissa Workman <lissa.workman@celsius.network> wrote:

██████████

#37597.7



**Lissa Workman**
*Sr. Director Operations*
*551-245-3724*
—
**Unbank Yourself**
celsius.network

**From:** Aslihan Denizkurdu <aslihan.denizkurdu@celsius.network>
**Date:** Wednesday, July 13, 2022 at 6:53 PM
**To:** "Jones, Elizabeth Helen" <elizabeth.jones@kirkland.com>
**Cc:** Eugenia Antipas <eugenia.antipas@celsius.network>, "Hockberger, Heidi" <heidi.hockberger@kirkland.com>, "Kwasteniet, Ross M." <rkwasteniet@kirkland.com>, Lissa Workman <lissa.workman@celsius.network>, "Nash, Patrick J." <patrick.nash@kirkland.com>, Oren Blonstein <oren.blonstein@celsius.network>, Rodney Sunada-Wong <rodney.sunada-wong@celsius.network>, Roni Pavon <roni@celsius.network>, "Sussberg, Josh" <jsussberg@kirkland.com>, "Wirtz, Alison" <alison.wirtz@kirkland.com>, "alex@celsius.network" <alex@celsius.network>, "chris.ferraro@celsius.network" <chris.ferraro@celsius.network>, "daniel@celsius.network" <daniel@celsius.network>, "joseph.golding-ochsner@celsius.network" <joseph.golding-ochsner@celsius.network>, "rod.bolger@celsius.network" <rod.bolger@celsius.network>, "ron.deutsch@celsius.network" <ron.deutsch@celsius.network>
**Subject:** Re: CEL // Revised First Day Declaration [Confidential]

On Wed, Jul 13, 2022 at 6:30 PM Jones, Elizabeth Helen <elizabeth.jones@kirkland.com> wrote:

#37597.8

All,

[redacted]

Thanks,

**Elizabeth H. Jones**

**KIRKLAND & ELLIS LLP**
601 Lexington Avenue, New York, NY 10022
**T** +1 212 390 6935
**M** +1 646 334 7037
**F** +1 212 446 4900

elizabeth.jones@kirkland.com

---

**From:** Jones, Elizabeth Helen
**Sent:** Wednesday, July 13, 2022 10:44 AM
**To:** 'Aslihan Denizkurdu' <aslihan.denizkurdu@celsius.network>
**Cc:** Eugenia Antipas <eugenia.antipas@celsius.network>; Hockberger, Heidi <heidi.hockberger@kirkland.com>; Kwasteniet, Ross M. <rkwasteniet@kirkland.com>; Lissa Workman <lissa.workman@celsius.network>; Nash, Patrick J. <patrick.nash@kirkland.com>; Oren Blonstein <oren.blonstein@celsius.network>; Rodney Sunada-Wong <rodney.sunada-wong@celsius.network>; Roni Pavon <roni@celsius.network>; Sussberg, Josh <jsussberg@kirkland.com>; Wirtz, Alison <alison.wirtz@kirkland.com>; alex@celsius.network; chris.ferraro@celsius.network; daniel@celsius.network; joseph.golding-ochsner@celsius.network; rod.bolger@celsius.network; ron.deutsch@celsius.network
**Subject:** RE: CEL // Revised First Day Declaration [Confidential]

[redacted]

**Elizabeth H. Jones**

**KIRKLAND & ELLIS LLP**
601 Lexington Avenue, New York, NY 10022
**T** +1 212 390 6935
**M** +1 646 334 7037
**F** +1 212 446 4900

elizabeth.jones@kirkland.com

---

**From:** Aslihan Denizkurdu <aslihan.denizkurdu@celsius.network>
**Sent:** Wednesday, July 13, 2022 10:42 AM
**To:** Jones, Elizabeth Helen <elizabeth.jones@kirkland.com>
**Cc:** Eugenia Antipas <eugenia.antipas@celsius.network>; Hockberger, Heidi <heidi.hockberger@kirkland.com>; Kwasteniet, Ross M. <rkwasteniet@kirkland.com>; Lissa

#37597.9

Workman <lissa.workman@celsius.network>; Nash, Patrick J. <patrick.nash@kirkland.com>; Oren Blonstein <oren.blonstein@celsius.network>; Rodney Sunada-Wong <rodney.sunada-wong@celsius.network>; Roni Pavon <roni@celsius.network>; Sussberg, Josh <jsussberg@kirkland.com>; Wirtz, Alison <alison.wirtz@kirkland.com>; alex@celsius.network; chris.ferraro@celsius.network; daniel@celsius.network; joseph.golding-ochsner@celsius.network; rod.bolger@celsius.network; ron.deutsch@celsius.network
**Subject:** Re: CEL // Revised First Day Declaration [Confidential]

On Wed, Jul 13, 2022 at 10:06 AM Jones, Elizabeth Helen <elizabeth.jones@kirkland.com> wrote:

**Elizabeth H. Jones**

**KIRKLAND & ELLIS LLP**
601 Lexington Avenue, New York, NY 10022
T +1 212 390 6935
M +1 646 334 7037
F +1 212 446 4900

elizabeth.jones@kirkland.com

**From:** Aslihan Denizkurdu <aslihan.denizkurdu@celsius.network>
**Sent:** Wednesday, July 13, 2022 9:41 AM
**To:** Eugenia Antipas <eugenia.antipas@celsius.network>; Jones, Elizabeth Helen <elizabeth.jones@kirkland.com>; Lissa Workman <lissa.workman@celsius.network>
**Cc:** Hockberger, Heidi <heidi.hockberger@kirkland.com>; Kwasteniet, Ross M. <rkwasteniet@kirkland.com>; Nash, Patrick J. <patrick.nash@kirkland.com>; Oren Blonstein <oren.blonstein@celsius.network>; Rodney Sunada-Wong <rodney.sunada-wong@celsius.network>; Roni Pavon <roni@celsius.network>; Sussberg, Josh <jsussberg@kirkland.com>; Wirtz, Alison <alison.wirtz@kirkland.com>; alex@celsius.network; chris.ferraro@celsius.network; daniel@celsius.network; joseph.golding-ochsner@celsius.network; rod.bolger@celsius.network; ron.deutsch@celsius.network
**Subject:** Re: CEL // Revised First Day Declaration [Confidential]

Many thanks.

On Wed, Jul 13, 2022 at 9:13 AM Aslihan Denizkurdu <aslihan.denizkurdu@celsius.network> wrote:

Thank you.

#37597.10

On Wed, Jul 13, 2022 at 8:59 AM Jones, Elizabeth Helen <elizabeth.jones@kirkland.com> wrote:

Thanks,

**Elizabeth H. Jones**

**KIRKLAND & ELLIS LLP**
601 Lexington Avenue, New York, NY 10022
**T** +1 212 390 6935
**M** +1 646 334 7037
**F** +1 212 446 4900

elizabeth.jones@kirkland.com

**From:** Jones, Elizabeth Helen
**Sent:** Tuesday, July 12, 2022 3:08 PM
**To:** Hockberger, Heidi <heidi.hockberger@kirkland.com>; Aslihan Denizkurdu <aslihan.denizkurdu@celsius.network>; Rodney Sunada-Wong <rodney.sunada-wong@celsius.network>
**Cc:** alex@celsius.network; Roni Pavon <roni@celsius.network>; rod.bolger@celsius.network; ron.deutsch@celsius.network; joseph.golding-ochsner@celsius.network; Oren Blonstein <oren.blonstein@celsius.network>; daniel@celsius.network; chris.ferraro@celsius.network; Nash, Patrick J. <patrick.nash@kirkland.com>; Kwasteniet, Ross M. <rkwasteniet@kirkland.com>; Sussberg, Josh <jsussberg@kirkland.com>; Wirtz, Alison <alison.wirtz@kirkland.com>
**Subject:** CEL // All Hands Call re First Day Declaration [Confidential]

Thanks,

**Elizabeth H. Jones**

**KIRKLAND & ELLIS LLP**
601 Lexington Avenue, New York, NY 10022

#37597.11

**T** +1 212 390 6935
**M** +1 646 334 7037
**F** +1 212 446 4900

elizabeth.jones@kirkland.com

---

**From:** Hockberger, Heidi <heidi.hockberger@kirkland.com>
**Sent:** Tuesday, July 12, 2022 12:41 PM
**To:** Aslihan Denizkurdu <aslihan.denizkurdu@celsius.network>; Rodney Sunada-Wong <rodney.sunada-wong@celsius.network>
**Cc:** alex@celsius.network; Roni Pavon <roni@celsius.network>; rod.bolger@celsius.network; ron.deutsch@celsius.network; joseph.golding-ochsner@celsius.network; Oren Blonstein <oren.blonstein@celsius.network>; daniel@celsius.network; chris.ferraro@celsius.network; Nash, Patrick J. <patrick.nash@kirkland.com>; Kwasteniet, Ross M. <rkwasteniet@kirkland.com>; Jones, Elizabeth Helen <elizabeth.jones@kirkland.com>; Sussberg, Josh <jsussberg@kirkland.com>; Wirtz, Alison <alison.wirtz@kirkland.com>
**Subject:** RE: IMPORTANT COMMENTS FROM RISK: CEL // First Day Declaration [Confidential]

Received, thanks all.

**Heidi M. Hockberger**

---

**KIRKLAND & ELLIS LLP**
300 North LaSalle, Chicago, IL 60654
**T** +1 312 862 3676  **M** +1 630 363 5385

---

heidi.hockberger@kirkland.com

---

**From:** Aslihan Denizkurdu <aslihan.denizkurdu@celsius.network>
**Sent:** Tuesday, July 12, 2022 11:41 AM
**To:** Rodney Sunada-Wong <rodney.sunada-wong@celsius.network>
**Cc:** Hockberger, Heidi <heidi.hockberger@kirkland.com>; alex@celsius.network; Roni Pavon <roni@celsius.network>; rod.bolger@celsius.network; ron.deutsch@celsius.network; joseph.golding-ochsner@celsius.network; Oren Blonstein <oren.blonstein@celsius.network>; daniel@celsius.network; chris.ferraro@celsius.network; Nash, Patrick J. <patrick.nash@kirkland.com>; Kwasteniet, Ross M. <rkwasteniet@kirkland.com>; Jones, Elizabeth Helen <elizabeth.jones@kirkland.com>; Sussberg, Josh <jsussberg@kirkland.com>; Wirtz, Alison <alison.wirtz@kirkland.com>
**Subject:** IMPORTANT COMMENTS FROM RISK: CEL // First Day Declaration [Confidential]

███████████████████████████████████ .
████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████

Thank you very much.
Regards,
Aslihan

**#37597.12**

On Tue, Jul 12, 2022 at 12:29 PM Rodney Sunada-Wong <rodney.sunada-wong@celsius.network> wrote:

#37597.13

#37597.14

\-------------
Rodney Sunada-Wong
908-447-1819m

On Mon, Jul 11, 2022 at 11:00 PM Jones, Elizabeth Helen <elizabeth.jones@kirkland.com> wrote:

> All,
>
> Please see attached for a current working draft of the first day declaration. This draft is continuing to be refined and finalized.
>
> After you have had a chance to review, please let us know if helpful to set up a call to discuss.
>
> Thanks,
>
> **Elizabeth H. Jones**
>
> **KIRKLAND & ELLIS LLP**
> 601 Lexington Avenue, New York, NY 10022
> **T** +1 212 390 6935
> **M** +1 646 334 7037
> **F** +1 212 446 4900
>
> elizabeth.jones@kirkland.com
>
> The information contained in this communication is confidential, may be attorney-client privileged, may constitute inside information, and is intended only for the use of the addressee. It is the property of Kirkland & Ellis LLP or Kirkland & Ellis International LLP. Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by return email or by email to postmaster@kirkland.com, and destroy this communication and all copies thereof, including all attachments.

Reminder: Be aware of phishing sites and always make sure you are visiting the official https://celsius.network website and app. Celsius will never ask you for confidential information such as passwords, private keys, seed phrases, or secret codes. You should store this information privately and securely and report any suspicious activity.

©2022 Celsius Network

121 River Street,  Ste PH05
Hoboken, NJ 07030 USA
Registered as a Money Services Business (MSB) number 31000192265811 with the US Financial Crimes Enforcement Network (FinCEN).

Celsius is not a bank, depository institution, custodian or fiduciary and the assets in your Celsius account are not insured by any private or governmental insurance plan (including FDIC or SIPC), nor are they covered by any compensation scheme (including FSCS).

Holding, trading or using crypto assets carry significant risks, please carefully read our Risk Disclosure page  Celsius does not provide any financial, legal or tax advice, nor should this email be viewed as an offer or inducement to make any financial

#37597.15

> decision.

> The information contained in this communication is confidential, may be attorney-client privileged, may constitute inside information, and is intended only for the use of the addressee. It is the property of Kirkland & Ellis LLP or Kirkland & Ellis International LLP. Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by return email or by email to postmaster@kirkland.com, and destroy this communication and all copies thereof, including all attachments.

> Reminder: Be aware of phishing sites and always make sure you are visiting the official https://celsius.network website and app. Celsius will never ask you for confidential information such as passwords, private keys, seed phrases, or secret codes. You should store this information privately and securely and report any suspicious activity.
>
> ©2022 Celsius Network
>
> 121 River Street,  Ste PH05
> Hoboken, NJ 07030 USA
> Registered as a Money Services Business (MSB) number 31000192265811 with the US Financial Crimes Enforcement Network (FinCEN).
>
> Celsius is not a bank, depository institution, custodian or fiduciary and the assets in your Celsius account are not insured by any private or governmental insurance plan (including FDIC or SIPC), nor are they covered by any compensation scheme (including FSCS).
>
> Holding, trading or using crypto assets carry significant risks, please carefully read our

Reminder: Be aware of phishing sites and always make sure you are visiting the official https://celsius.network website and app. Celsius will never ask you for confidential information such as passwords, private keys, seed phrases, or secret codes. You should store this information privately and securely and report any suspicious activity.

©2022 Celsius Network

121 River Street,  Ste PH05
Hoboken, NJ 07030 USA
Registered as a Money Services Business (MSB) number 31000192265811 with the US Financial Crimes Enforcement Network (FinCEN).

Celsius is not a bank, depository institution, custodian or fiduciary and the assets in your Celsius account are not insured by any private or governmental insurance plan (including FDIC or SIPC), nor are they covered by any compensation scheme (including FSCS).

Holding, trading or using crypto assets carry significant risks, please carefully read our Risk Disclosure page. Celsius does not provide any financial, legal or tax advice, nor should this email be viewed as an offer or inducement to make any financial decision.

The information contained in this communication is confidential, may be attorney-client privileged, may constitute inside information, and is intended only for the use of the addressee. It is the property of Kirkland & Ellis LLP or Kirkland & Ellis International LLP. Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by return email or by email to postmaster@kirkland.com, and destroy this communication and all copies thereof, including all attachments.

Reminder: Be aware of phishing sites and always make sure you are visiting the official https://celsius.network website and app. Celsius will never ask you for confidential information such as passwords, private keys, seed phrases, or secret codes. You should store this information privately and securely and report any suspicious activity.

©2022 Celsius Network

121 River Street,  Ste PH05
Hoboken, NJ 07030 USA
Registered as a Money Services Business (MSB) number 31000192265811 with the US Financial Crimes Enforcement Network (FinCEN).

**#37597.16**

Celsius is not a bank, depository institution, custodian or fiduciary and the assets in your Celsius account are not insured by any private or governmental insurance plan (including FDIC or SIPC), nor are they covered by any compensation scheme (including FSCS).

Holding, trading or using crypto assets carry significant risks, please carefully read our [Risk Disclosure page](). Celsius does not provide any financial, legal or tax advice, nor should this email be viewed as an offer or inducement to make any financial decision.

The information contained in this communication is confidential, may be attorney-client privileged, may constitute inside information, and is intended only for the use of the addressee. It is the property of Kirkland & Ellis LLP or Kirkland & Ellis International LLP. Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by return email or by email to postmaster@kirkland.com, and destroy this communication and all copies thereof, including all attachments.

**#37597.17**