# EXHIBIT EE

**From:** Alex Mashinsky    alex@celsius.network
**To:** "Hockberger, Heidi"    heidi.hockberger@kirkland.com
**Cc:** Daniel Bendetson    dbendetson@centerview.com , "Sussberg, Josh"    jsussberg@kirkland.com ,
"Nash, Patrick J."    patrick.nash@kirkland.com , "Kwasteniet, Ross M."
rkwasteniet@kirkland.com , "*mpuntus@centerview.com"    mpuntus@centerview.com , Ryan
Kielty    rkielty@centerview.com , Zachary Mohamed    zmohamed@centerview.com , Benjamin
Goldstein    bgoldstein@centerview.com
**Subject:** Re: UCC slides
**Date:** Mon, 22 Aug 2022 21:10:32 -0400

---

Thanks Heidi, can you send that slide, I dont think I have it, I will be in K&E office by 9am to make the necessary changes. I dont plan to circulate printed versions, we will send a soft copy to the UCC after the meeting.

If you think otherwise let me know.

Alex Mashinsky
Founder & CEO Celsius.Network
Twitter @mashinsky
Youtube
Download the App.



On Mon, Aug 22, 2022 at 5:47 PM Hockberger, Heidi <heidi.hockberger@kirkland.com> wrote:

███████████████████████████████████████████████████████
████████ .

**Heidi M. Hockberger**

**KIRKLAND & ELLIS LLP**
300 North LaSalle, Chicago, IL 60654
**T** +1 312 862 3676  **M** +1 630 363 5385

heidi.hockberger@kirkland.com

---

**From:** Daniel Bendetson <dbendetson@centerview.com>
**Sent:** Monday, August 22, 2022 4:36 PM
**To:** Alex Mashinsky <alex@celsius.network>; Sussberg, Josh <jsussberg@kirkland.com>; Nash, Patrick J.
<patrick.nash@kirkland.com>; Kwasteniet, Ross M. <rkwasteniet@kirkland.com>; Hockberger, Heidi
<heidi.hockberger@kirkland.com>
**Cc:** *mpuntus@centerview.com <mpuntus@centerview.com>; Ryan Kielty <rkielty@centerview.com>; Zachary

**#24187.1**

Mohamed <zmohamed@centerview.com>; Benjamin Goldstein <bgoldstein@centerview.com>
**Subject:** RE: UCC slides

Alex:



Let us know if you have any questions.

Best,

Daniel

---

**From:** Ryan Kielty <rkielty@centerview.com>
**Sent:** Monday, August 22, 2022 2:00 PM
**To:** Alex Mashinsky <alex@celsius.network>; Sussberg, Josh <jsussberg@kirkland.com>; Nash, Patrick J. <patrick.nash@kirkland.com>; Kwasteniet, Ross M. <rkwasteniet@kirkland.com>; Hockberger, Heidi <heidi.hockberger@kirkland.com>; Bob Beasley <bbeasley@centerview.com>; Marc Puntus <mpuntus@centerview.com>; Daniel Bendetson <dbendetson@centerview.com>; Zachary Mohamed <zmohamed@centerview.com>; Benjamin Goldstein <bgoldstein@centerview.com>
**Subject:** RE: UCC slides

My comments below.

#24187.2

**From:** Alex Mashinsky [mailto:alex@celsius.network]
**Sent:** Monday, August 22, 2022 1:07 PM
**To:** Sussberg, Josh <jsussberg@kirkland.com>; Nash, Patrick J. <patrick.nash@kirkland.com>; Kwasteniet, Ross M. <rkwasteniet@kirkland.com>; Hockberger, Heidi <heidi.hockberger@kirkland.com>; Bob Beasley <bbeasley@centerview.com>; Ryan Kielty <rkielty@centerview.com>
**Subject:** UCC slides

**CAUTION:** This email originated outside Centerview's network. Use care when clicking links or opening attachments.

Hi team,

Still work in progress so dont hesitate to send me your comments.

Alex Mashinsky

Founder & CEO Celsius.Network

Twitter @mashinsky

Youtube

Download the App.



Reminder: Be aware of phishing sites and always make sure you are visiting the official https://celsius.network website and app. Celsius will never ask you for confidential information such as passwords, private keys, seed phrases, or secret codes. You should store this information privately and securely and report any suspicious activity.

©2022 Celsius Network

121 River Street, Ste PH05
Hoboken, NJ 07030 USA
Registered as a Money Services Business (MSB) number 31000192265811 with the US Financial Crimes Enforcement Network (FinCEN).

Celsius is not a bank, depository institution, custodian or fiduciary and the assets in your Celsius account are not insured by any private or governmental insurance plan (including FDIC or SIPC), nor are they covered by any compensation scheme (including FSCS)

Holding, trading or using crypto assets carry significant risks, please carefully read our Risk Disclosure page. Celsius does not provide any financial, legal or tax advice, nor should this email be viewed as an offer or inducement to make any financial decision

This e-mail and any attachments thereto are intended only for use by the named recipient(s) and may contain confidential, privileged information.  If you are not the intended recipient of this e-mail, you are hereby notified that any dissemination, distribution or copying of this email and any attachments thereto is strictly prohibited.  If you have received this email in error, please delete it immediately.

The information contained in this communication is confidential, may be attorney-client privileged, may constitute inside information, and is intended only for the use of the addressee. It is the property of Kirkland & Ellis LLP or Kirkland & Ellis International LLP. Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by return email or by email to postmaster@kirkland.com, and destroy this communication and all copies thereof, including all attachments.

**#24187.4**



#86473.2

The Goal: **Maximizing value** for Celsius customers

