# EXHIBIT FF

[REDACTED]

---------- Forwarded message ---------
From: **Jones, Elizabeth Helen** <elizabeth.jones@kirkland.com>
Date: Sun, Sep 4, 2022 at 8:41 AM
Subject: RE: UCC
To: Alex <alex@mashinsky.com>


Alex,


Apologies for the delay.  Please see below for the list of people that I believe attended in person.  These are all the parties that we had building passes for, but I'm not 100% sure everyone below came.  Please let me know if you need anything else.


Thanks!


============


1.  Arjun Lal alal@alvarezandmarsal.com
2.  Benjamin Goldstein bgoldstein@centerview.com
3.  Bryan Young byoung@elementus.io
4.  Chase Brantley cbrantley@alvarezandmarsal.com
5.  David Turetsky david.turetsky@whitecase.com
6.  Greg Pesce  gregory.pesce@whitecase.com
7.  Ingrid Bagby Ingrid.Bagby@cwt.com
8.  Ira Schacter  Ira.Schacter@cwt.com
9.  Javier Schiffrin jschiffrin@m3-partners.com
10. Ken Ehrler  kehrler@m3-partners.com
11. Kendra Wharton kendra.wharton@cwt.com
12. Kevin Cofsky kcofsky@pwpartners.com
13. Marc Puntus mpuntus@centerview.com

14. Matt Rahmani  mrahmani@pwpartners.com
15. Max Galka max@elementus.io
16. Mohsin (Mo) Meghji mmeghji@m3-partners.com
17. Robert Campagna rcampagna@alvarezandmarsal.com
18. Ryan Kielty rkielty@centerview.com
19. Scott Duffy ICBSolutions@proton.me
20. Seth Herman sherman@m3-partners.com
21. Thomas Curtin thomas.curtin@cwt.com
22. Zachary Mohamed zmohamed@centerview.com
23. Daniel Bendetson dbendetson@centerview.com
24. Tom DiFiore, tomdif@gmail.com
25. Silverman, Matthew MSilverman@PRYORCASHMAN.com
26. Landy, Douglas dlandy@whitecase.com
27. Wofford, Keith kwofford@whitecase.com
28. Matt Rahmani <mrahmani@pwpartners.com>
29. Kevin Cofsky kcofsky@pwpartners.com
30. Emmanuel Aidoo eaidoo@pwpartners.com
31. Eliaszadeh, Chante <chante.eliaszadeh@whitecase.com
32. Pat Nash patrick.nash@kirkland.com
33. Sussberg, Josh jsussberg@kirkland.com
34. Heidi Hockberger heidi.hockberger@kirkland.com
35. Alison Wirtz alison.wirtz@kirkland.com
36. Elizabeth Jones Elizabeth.jones@kirkland.com

## Elizabeth H. Jones

**KIRKLAND & ELLIS LLP**

601 Lexington Avenue, New York, NY 10022

**T** +1 212 390 6935

**M** +1 646 334 7037

**F** +1 212 446 4900

elizabeth.jones@kirkland.com

**From:** Alex <alex@mashinsky.com>
**Sent:** Saturday, September 3, 2022 5:12 PM
**To:** Jones, Elizabeth Helen <elizabeth.jones@kirkland.com>
**Subject:** UCC

Hi

Can you please send the names of the people who attended in person during the last UCC meeting.

Alex Mashinsky
Founder
Www.celsius.network
Www.transitwireless.com
Www.arbinet.com
@mashinsky
www.mashinsky.com

The information contained in this communication is confidential, may be attorney-client privileged, may constitute inside information, and is intended only for the use of the addressee. It is the property of Kirkland & Ellis LLP or Kirkland & Ellis International LLP. Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by return email or by email to postmaster@kirkland.com, and destroy this communication and all copies thereof, including all attachments.