

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*Jacob K. Javits Federal Building*
*26 Federal Plaza*
*New York, New York 10278*

May 7, 2025

**BY ECF**

The Honorable John G. Koeltl
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

    Re:   *United States v. Alexander Mashinsky*, 23 Cr. 347 (JGK)

Dear Judge Koeltl:

    Please find enclosed additional victim impact statements collected by the U.S. Attorney's Office in advance of the sentencing of defendant Alexander Mashinsky, scheduled for May 8, 2025. The letters have been redacted for personal identifying information and sensitive medical information. Unredacted letters will be provided to the Court under seal.

                          Respectfully submitted,

                          JAY CLAYTON
                        United States Attorney

          by: /s/
                      Allison Nichols
                      Adam S. Hobson
                      Peter J. Davis
                      Assistant United States Attorneys
                      (212) 637-2366 / 2484 / 2468

cc: Defense Counsel (by ECF)

Enclosures