UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>        v.<br><br>ALEXANDER MASHINSKY,<br><br>                    Defendant. | Case No. 23 cr. 347 (JGK) |

## MOTION FOR PERMISSION TO BRING ELECTRONIC DEVICES INTO COURTROOM FOR SENTENCING HEARING

Pursuant to the District's Courthouse Security Policies, including the Court's February 27, 2014 Standing Order (M10-468), the undersigned counsel for defendant Alexander Mashinsky ("Defendant") respectfully moves for permission to bring computers and other electronic devices into the courtroom for the May 8, 2025 sentencing hearing. Specifically, defense counsel requests permission to bring those items identified in their Application, appended to this Motion.

This Motion is supported by good cause in that each of the identified devices is necessary to aid counsel during the May 8th sentencing hearing.

WHEREFORE, for the foregoing reasons, Defendant respectfully requests that the Court permit the undersigned counsel and support personnel to bring the identified electronic devices into the courtroom during the sentencing hearing.

Dated: New York, New York
       May 7, 2025

Respectfully submitted,

By:   /s/ Marc L. Mukasey
      Marc L. Mukasey
      Torrey K. Young
      Michael F. Westfal

      MUKASEY YOUNG LLP
      570 Lexington Avenue, Suite 3500

New York, New York 10022
(212) 466-6400

*Counsel for Defendant Alexander Mashinsky*