**APPENDIX A**

**United States v. Alexander Mashinsky, 23 Cr. 347 (JGK)**
Attachment to Application to Bring Personal Electronic Devices

Counsel for Defendant Alexander Mashinsky respectfully requests that the following attorneys and support personnel be permitted to bring the following devices into the Courthouse and assigned courtroom, for use during the May 8, 2025 sentencing hearing:

| **Individual** | **E-mail** | **Devices** |
|---|---|---|
| Sal Chan | sal.chan@mukaseylaw.com | Laptop, laptop charger/brick, flash drive, cell phone |
| Marc Mukasey | marc.mukasey@mukaseylaw.com | Laptop, laptop charger/brick, flash drive, cell phone |
| Michael Westfal | michael.westfal@mukaseylaw.com | Laptop, laptop charger/brick, flash drive, cell phone |
| Torrey Young | torrey.young@mukaseylaw.com | Laptop, laptop charger/brick, flash drive, cell phone |