

570 Lexington Avenue, Suite 3500
New York, NY 10022

Marc L. Mukasey
Partner
212-466-6406
Marc.mukasey@mukaseylaw.com

May 7, 2025

**<u>VIA ECF</u>**
The Honorable John G. Koeltl
United States District Judge
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, New York 10022

      **Re:    United States v. Mashinsky, 23 Cr. 347 (JGK)**

Dear Judge Koeltl:

      This letter is respectfully submitted to request permission for Alex Mashinsky to travel to Memphis, Tennessee later this month, following tomorrow's sentencing proceeding.

      By way of background, on July 13, 2023, Mr. Mashinsky was admitted to bail following his arrest. Among other conditions, the terms of his bail restrict him from traveling outside the Southern and Eastern Districts of New York (ECF No. 6). For nearly two years, Mr. Mashinsky has been fully compliant with all his bail conditions.

      At tomorrow's sentencing, we intend to request that Mr. Mashinsky be permitted, at a later date, to voluntarily surrender to the Bureau of Prisons to begin his sentence. In the interim, on May 27, 2025, his daughter is getting married in Memphis, Tennessee. We are told that the wedding was to have taken place in New York, but that ████████████████████████ ████████████████████████████████████████████. Therefore, the wedding will take place in Memphis, where she lives.

      Should our application for voluntary surrender be granted, we respectfully request that Mr. Mashinsky be permitted to travel to Memphis on May 26, 2025, returning on May 29, 2025. Pretrial Services has approved this request. We inquired as to the government's position, and they informed us as follows: "At this time, we don't expect to oppose voluntary surrender. Given that the wedding date is so close and that pretrial approves, we also don't object to the travel modification."

The Hon. John G. Koeltl, U.S.D.J.
May 7, 2025
Page 2

Respectfully submitted,

 /s/ Marc L. Mukasey
Marc L. Mukasey

*Counsel for Alexander Mashinsky*

cc:     All counsel of record (via ECF)