

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*Jacob K. Javits Federal Building*
*26 Federal Plaza*
*New York, New York 10278*

May 8, 2025

**BY ECF AND HAND**

The Honorable John G. Koeltl
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

    Re:    *United States v. Alexander Mashinsky*, 23 Cr. 347 (JGK)

Dear Judge Koeltl:

    In advance of today's sentencing of defendant Alexander Mashinsky, please find enclosed an additional victim impact statement which the U.S. Attorney's Office received early this morning.

                        Respectfully submitted,

                        JAY CLAYTON
                        United States Attorney

by: /s/
                        Allison Nichols
                        Adam S. Hobson
                        Peter J. Davis
                        Assistant United States Attorneys
                        (212) 637-2366 / 2484 / 2468

cc: Defense Counsel (by ECF)

Enclosures