# JOE LEHR

May 8th, 2025

The Honorable Judge John G. Koell
United States Courthouse
500 Pearl St.
New York, NY 10007-1312
USA v. Mashinksy et al. - Victim Impact Statement

Dear Judge Koeltl,

Your Honor, it is 4:56am on Thursday, May 8th, 2025. I just woke up after dozing off for a few hours. I could not sleep well. I've been thinking about the hellish last three years all night, something I have been doing my best to avoid.

As much as I knew I should write to the court about the horrors inflicted on myself and so many thousands of fellow victims by Alex Mashinsky's blatant lies, I could not bring myself to think about Alex long enough to write this until now, primarily because I did not want the anger to consume me, but also because I want nothing less in life than to know that I may have contributed to someone else's suffering. Yes, even Alex Mashinsky's.

However, as I lie in bed waiting to head out to the courthouse for the sentencing followed by a gathering of victims- friends for life after having gone through this nightmare supporting each other, without which many would not have survived- I feel compelled to relay the following sentiment which I believe is shared by many.

Forget about Alex Mashinsky for a moment. There will always be Alex Mashinsky's out there but even more disturbing is how our government institutions failed us at every step of the way and the thought that future sociopathic liars willing to use their many God given talents to lie incessantly to the public for personal gain will study the world around them and decide to pursue their evil plans based on how such evils were handled in the past.

The SEC failed miserably in its most basic charge of protecting the public, effectively rubber stamping Alex Mashinsky's activities which resulted in roughly half of our assets being squandered.

The bankruptcy court process allowed attorneys and other "professionals" to tie us up in a twisted process that left us with far less than was left by Alex.

The prosecutors accepted a plea deal and recommended less than the maximum sentence allowed by the law after spending years and untold millions in public funds on the case.

My only hope is that this court will understand the moral imperative it has, not just to punish Alex Mashinsky for his appalling, pre meditated crimes which caused financial and emotional devastation to so many thousands of people and their loved ones, but more importantly to deter the many more little Mashinskys out there that are calculating the odds of getting away with lying to the public for personal gain and considering the consequences to those who were caught and convicted of similar behavior in the past.

I look forward to leaving the courthouse today with more faith in our society and institutions.

Please do not fail us, but more importantly, please do not fail future victims of Ponzi or Mashinsky schemes.


Respectfully,

Joe Lehr