

*U.S. Department of Justice*

*United States Attorney*
*Southern District of New York*

*Jacob K. Javits Federal Building*
*26 Federal Plaza*
*New York, NY 10278*

May 15, 2025

**VIA ECF**
The Honorable John G. Koeltl
United States District Judge
Southern District of New York
500 Pearl St.
New York, NY 10007-1312

      Re:   *United States v. Alexander Mashinsky*
             23 Cr. 347 (JGK)

Dear Judge Koeltl:

    The Government respectfully requests that the Court enter the attached Final Order of Forfeiture in this matter. As set forth in the accompanying Declaration, all right, title, and interest of the Defendant, ALEXANDER MASHINSKY, in certain specific property (the "Forfeitable Property") was ordered forfeited pursuant to a Consent Preliminary Order of Forfeiture as to Specific Property/Money Judgment (Docket Entry 109) and no third-party claims have been filed within the statutory period.

    Accordingly, the attached Final Order of Forfeiture should be entered so that the United States Marshals Service can dispose of the Forfeitable Property according to law.

                                      Respectfully submitted,

                                      JAY CLAYTON
                                      United States Attorney
                                      Southern District of New York

                   By: _____
                                      Adam Hobson
                                      Assistant United States Attorney
                                      Tel. (212) 637-2484

*Enclosure*