```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                                :
UNITED STATES OF AMERICA                        :
                                                :    FINAL ORDER OF FORFEITURE
        - v. -                                  :
                                                :    23 Cr. 347 (JGK)
ALEXANDER MASHINSKY,                            :
                                                :
                    Defendant.                  :
                                                :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
```

WHEREAS, on or about December 4, 2024, this Court entered a Consent Preliminary Order of Forfeiture as to Specific Properties/Money Judgment (the "Preliminary Order of Forfeiture") (D.E. 109), which ordered the forfeiture to the United States of all right, title and interest of ALEXANDER MASHINSKY (the "Defendant") in the following property:

    a.    Any and all funds in account number 055-72620-2 held at Goldman Sachs in the name of Koala1 LLC, and any and all monies, assets, and funds traceable thereto;

    b.    Any and all funds in account number 056-30961-0 held at Goldman Sachs in the name of Koala1 LLC, and any and all monies, assets, and funds traceable thereto;

    c.    Any and all funds in account number 055-72608-7 held at Goldman Sachs in the name of Koala2 LLC, and any and all monies, assets, and funds traceable thereto;

    d.    Any and all funds in account number 055-72619-4 held at Goldman Sachs in the name of Koala3 LLC, and any and all monies, assets, and funds traceable thereto;

    e.    Any and all funds in account number 857-07039 held at Merrill Lynch in the name of AM Ventures Holdings Inc., and any and all monies, assets, and funds traceable thereto;

    f.    Any and all funds in account number 410005144897 held at SoFi Bank in the name of Alex Mashinsky, and any and all funds traceable thereto;

  g.  Any and all funds an account number 4XU-08120-13 held at Sofi Securities in the name of Alex Mashinsky, and any and all monies, assets, and funds traceable thereto; and

  h.  The real property located at 2004 East 8th Street, Austin, Texas, which is a residential home purchased by the defendant and Kristine Mashinsky on or about June 10, 2021, and more fully described as Lot Number 14, Block 21, of Grandview Place, a subdivision of Outlot No. 10 and parts of Outlots Nos. 8, 9, 11 , and 62 in Division B, in Travis County, Texas, according to the plat recorded as Volume 3, Page 17, of the Plat Records of Travis County, Texas (the "Texas Property").

  i.  Any and all funds in account number A9G-296437 held at First Republic Securities in the names of Alexander Mashinsky and Kristine Meehan, and any and all monies, assets, and funds traceable thereto (the "First Republic Account");

(a. through i., collectively, the "Specific Properties"; a. through h., collectively, the "Subject Properties");

  WHEREAS, the Preliminary Order of Forfeiture directed the United States to publish, for at least thirty (30) consecutive days, notice of the Preliminary Order of Forfeiture, notice of the United States' intent to dispose of the Specific Properties, and the requirement that any person asserting a legal interest in the Specific Properties must file a petition with the Court in accordance with the requirements of Title 21, United States Code, Sections 853(n)(2) and (3). Pursuant to Section 853(n), the United States could, to the extent practicable, provide direct written notice to any person known to have an alleged interest in the Specific Properties and as a substitute for published notice as to those persons so notified;

  WHEREAS, the provisions of Title 21, United State Code, Section 853(n)(1), Rule 32.2(b)(6) of the Federal Rules of Criminal Procedure, and Rules G(4)(a)(iv)(C) and G(5)(a)(ii) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, require publication of a notice of forfeiture and of the Government's intent to dispose of the Specific Properties before the United States can have clear title to the Specific Properties;

WHEREAS, the Notice of Forfeiture and the intent of the United States to dispose of the Specific Properties was posted on an official government internet site (www.forfeiture.gov) beginning on January 11, 2025, for thirty (30) consecutive days, through February 9, 2025, pursuant to Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty and Maritime Claims and Asset Forfeiture Actions and proof of such publication was filed with the Clerk of the Court on May 15, 2025 (D.E. 159);

WHEREAS, on or about January 16, 2025, notice of the Preliminary Order of Forfeiture was sent by certified mail, return receipt requested, to:

Kristine Meehan (Kristine Mashinsky)
New York, NY 10065

AM Ventures Holdings
New York, NY 10065

AM Ventures Holdings
New York, NY 10024

AM Ventures Holdings
Memphis, TN 38120

Cogency Global Inc.
Koala1, LLC
850 New Burton Road, Suite 201
Dover, DE 19904

Cogency Global Inc.
Koala2, LLC
850 New Burton Road, Suite 201
Dover, DE 19904

Cogency Global Inc.
Koala3, LLC
850 New Burton Road, Suite 201
Dover, DE 19904

AM Descendants Trust
4001 Kennett Pike

3

>Greenville, DE 19807
>
>Mashinsky Charitable Lead Annuity Trust
>4001 Kennett Pike
>Greenville, DE 19807
>
>Ruth Gomez
>Bronx, NY 10456
>
>Chase Hernandez
>Brooklyn, NY 11208

(collectively, the "Noticed Parties-1");

WHEREAS, on or about February 20, 2025, notice of the Preliminary Order of Forfeiture was sent by certified mail, return receipt requested, to:

>Dan Bukshpan
>New York, NY 10024
>
>Heidi Grevler
>New York, NY 10025

(together, the "Noticed Parties-2");

WHEREAS, on or about March 17, 2025, notice of the Preliminary Order of Forfeiture was sent by certified mail, return receipt requested, to:

>Brendan Gilyan
>Austin, TX 78735

(together with the Noticed Parties-1 and Noticed Parties-2, the "Noticed Parties");

WHEREAS, thirty (30) days have expired since final publication of the Notice of Forfeiture and no petitions or claims to contest the forfeiture of the Specific Properties have been filed;

WHEREAS, the Defendant and the Noticed Parties are the only persons and/or entities known by the Government to have a potential interest the Specific Properties;

4

WHEREAS, the Preliminary Order of Forfeiture was entered forfeiting all of Defendant's right, title and interest of the funds, assets, and securities in the First Republic Account;

WHEREAS, the Government only seeks a final order of forfeiture as to fifty-percent (50%) of the funds, assets, and securities in the First Republic Account (together with the Subject Properties, the "Forfeitable Property");

WHEREAS, the Government disclaims any interest in the remaining fifty-percent of any monies, assets, and funds in the First Republic Account; and

WHEREAS, pursuant to Title 21, United States Code, Section 853(n)(7), the United States shall have clear title to any forfeited property if no petitions for a hearing to contest the forfeiture have been filed within thirty (30) days of final publication of notice of forfeiture as set forth in Title 21, United States Code, Section 853(n)(2);

[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]

NOW, THEREFORE, IT IS ORDERED, ADJUDGED AND DECREED THAT:

1. All right, title and interest in the Forfeitable Property, including but not limited to the interest of Kristine Mashinsky, a titled owner of the Texas Property, is hereby forfeited and vested in the United States of America, and shall be disposed of according to law.

2. Pursuant to Title 21, United States Code, Section 853(n)(7) the United States of America shall and is hereby deemed to have clear title to the Forfeitable Property.

3. The United States Marshals Service (or its designee) shall take possession of the Forfeitable and dispose of the same according to law, in accordance with Title 21, United States Code, Section 853(h).

Dated: New York, New York
       May 20, 2025

                                        SO ORDERED:

                                         /s/ John G. Koeltl
                                        HONORABLE JOHN G. KOELTL
                                        UNITED STATES DISTRICT JUDGE

6