

*U.S. Department of Justice*

*United States Attorney*
*Southern District of New York*

*Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

August 7, 2025

**BY ECF**
The Honorable John G. Koeltl
United States District Court
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007

      Re:    *United States v. Alexander Mashinsky*, 23 Cr. 347 (JGK)

Dear Judge Koeltl:

      In connection with the Court's oral order at the sentencing of defendant Alexander Mashinsky, the Government respectfully submits this update concerning restitution. Since the sentencing proceeding in this matter, the defendant has withdrawn claims in the bankruptcy proceeding on his behalf and on behalf of entities he controls, as required under the terms of his plea agreement. Accordingly, as also contemplated by the plea agreement, the Government does not seek criminal restitution and will instead continue to facilitate victim compensation through the bankruptcy proceeding. Defense counsel likewise agrees that no further restitution proceedings are required. Defense counsel also wishes to inform the Court that it has received confirmation that Mr. Mashinsky's fine was paid in full on or around June 28, 2025.

      Respectfully submitted,

      JAY CLAYTON
      United States Attorney

By: _____
      Adam S. Hobson
      Allison Nichols
      Peter J. Davis
      Assistant United States Attorneys
      Southern District of New York
      Tel: (212) 637-2484/2366/2468

Cc:    Defense Counsel, (by ECF)