

570 Lexington Avenue, Suite 3500
New York, NY 10022

Michael F. Westfal
Counsel
212-466-6404
michael.westfal@mukaseylaw.com

November 17, 2025

**VIA ECF**
The Honorable John G. Koeltl
United States District Judge
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, New York 10022

    Re:    United States v. Mashinsky, 23 Cr. 347 (JGK)

Dear Judge Koeltl:

    This letter is respectfully submitted on behalf of defendant Alex Mashinsky to request Mr. Mashinsky's release from any and all bond obligations. On July 13, 2023, Magistrate Judge Ona T. Wang entered an Order Setting Conditions of Release ("Bail Order") that ordered Mr. Mashinsky's pre-trial release subject to a $40 million personal recognizance bond to be secured by: (i) the signatures of two financially responsible persons; (ii) Mr. Mashinsky's Manhattan residence; and (iii) his First Republic brokerage account. ECF No. 6. On August 9, 2023, with the parties' consent, Magistrate Judge Gabriel W. Gorenstein removed the requirement that Mr. Mashinsky's bond be secured by his First Republic brokerage account. ECF No. 21. On May 12, 2025, this Court sentenced Mr. Mashinsky to imprisonment for a term of 144 months followed by supervised release for a term of three years. ECF No. 158. Mr. Mashinsky voluntarily surrendered to the Bureau of Prisons for service of his sentence on September 12, 2025, and has satisfied all the terms and conditions of the Bail Order.

    For the foregoing reasons, Mr. Mashinsky respectfully requests that the Court enter an Order directing the release of his bond obligations, including release of his personal recognizance bond, release of his two co-signers, and release of the lien and confession of judgment securing his Manhattan residence. The government has no objection to this request.

                                         Respectfully submitted,

                                         /s/ Michael F. Westfal
                                         Michael F. Westfal

cc:    All counsel (via ECF)