Alexander Mashinsky
Reg. No. 68096-510
FCI Otisville
P.O. Box 1000
Otisville, NY  10963

The Honorable John G. Koeltl
United States District Court
Southern District of New York
500 Pearl Street
New York, NY  10007

April 3, 2026

Re: Case No. 23-CR-00347(JGK)

Dear Judge Koeltl:

Your Honor, I recently terminated my defense counsel of record. I am a pro se filer at this time.

New evidence has come to my attention which implicates my attornies as constitutionally ineffective. This evidence was not available to me at the plea allocution or at sentencing. If this evidence was presented, my sentencing guidelines would have been significantly below the 144 month sentence I received.

Due to this and other constitutional violations, I intend to file a Habeas Corpus Petition pursuant to 28 U.S.C. § 2255.

I respectfully request that Your Honor appoint counsel to prepare this motion as I am currently incarcerated and cannot afford to hire retained counsel. Due to seizure and forfeiture, I do not have any available assets. I earn $28 per month while incarcerated and I do not have the knowledge to prepare such an application.

Respectfully Submitted,

Alexander Mashinsky