UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

———————————————————————————

UNITED STATES OF AMERICA

         - against -

ALEXANDER MASHINSKY,

               Defendant.

———————————————————————————

          23-cr-347 (JGK)

          ORDER

JOHN G. KOELTL, District Judge:

The law firm of Mukasey Young LLP (the "Firm"), and attorneys Marc L. Mukasey, Torrey K. Young, and Michael F. Westfal (all formerly of the Firm), have moved to withdraw from representing the defendant, Alexander Mashinsky. A copy of the motion is attached.

The movants represent that the defendant has discharged the Firm and the moving attorneys. The defendant has also represented that he terminated his defense counsel and will be proceeding pro se. ECF No. 176.

The motion to withdraw as counsel, ECF No. 182, is granted. The Clerk is requested to mail a copy of this Order to the defendant and to note mailing on the docket. The Clerk is also requested to close ECF No. 182.

SO ORDERED.
Dated:    New York, New York
         May 5, 2026

                             John G. Koeltl
                  United States District Judge