UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
ALEXANDER MASHINSKY,

                        Movant,                                    26 civ 4480 (JGK)
                                                                   23 cr 347-01 (JGK)


            -against-                                              **ORDER**


UNITED STATES OF AMERICA,
                        Respondent.
------------------------------------------------------------------X

**JOHN G. KOELTL, DISTRICT JUDGE:**

The United States Attorney for the Southern District of New York (the Government),

shall answer or move with respect to the motion to vacate or correct the sentence within sixty

(60) days from the date of receipt of this order.

The movant shall reply to the Government's response shall be thirty (30) days after receipt

of the Government's response.

**SO ORDERED.**

Dated: New York, New York
        June 1, 2026

Filed on ECF in both cases and mailed to:
 Alexander Mashinsky
 Reg. 68096-510
 FCI Otisville
 P.O. Box 1000
 Otisville, NY 10963



_____
            **JOHN G. KOELTL**
**UNITED STATES DISTRICT JUDGE**