UNITED STATES DISTRICT COURT
FOR THE SOUTHER DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

Case No. 23-cr-00347 (JSK)

v.

ALEXANDER MASHINSKY
Defendant

## MOTION TO AMEND AND SUPPLEMENT

NOW COMES, Alexander Mashinsky, Defendant, Pro Se, hereby petitions the Court for leave to amend the previously filed Writ of Habeas Corpus, 18 U.S.C. 2255 pursuant to Rule 15(a) of the Federal Rule of Civil Procedures.

Last week Celsius's largest counter party (EFH) agreed to settle and pay back $500 million owed to Celsius which has been held back since 2021 (See Exhibit A). This $500 million windfall is listed in my filed application as a $300m claim. EFH holding back from returning collateral to Celsius was a key reason for Celsius's excessive hedging in 2021 and pause in withdrawals in 2022. The $500 million settlement is in addition to the $4.73 billion already distributed and over $250 million in collected but pending distributions. This brings the total amount expected to be distributed to creditors later this year to $5.5 billion, an amount that is at least 20% more than the total net valid claims outlined in Celcius's Chapter 11 proceedings.

Also attached is a recent article from the Wall Street Journal entitled, "SEC Drops Case Against Crypto Exchange". The story concerns Gemini Earn, a program IDENTICAL to Celsius which also touted high rates, safety of assets and low risk, Gemini had to pause withdrawals in 2022 and make users wait several years to get all their money back. Gemini counter sued the SEC and delayed the litigation for years until their counter party paid up. Gemini had ten times as many retail customers as Celsius has current creditors (37,000) who are eligible for distributions, yet no criminal prosecutions were pursued against anyone in the company. Gemini had to pay a $21 million fine to the Security and Exchange Commission which is less than half of the $48m forfeiture assessed against defendant. (See Exhibit B)

The Defendant requests in the interest of justice, that the Court grant him leave to supplement the complaint under Foremen v. Davis, 371, 178, 182, 83 S. Ct. 227 (1962), to include this new information in the writ currently before the Court.

Respectfully submitted on this the 25th day of May, 2026.

Alex Mashinsky
Defendant, Pro Se
68096-510
FPC Otisville
P.O. Box 1000
Otisville, NY 10963

## CERTIFICATE OF SERVICE

I, Alex Mashinsky, hereby certify that a true and correct copy was sent First Class Mail, postage paid on the 25th day of May, 2026 to the following:

Assistant United States Attorney
26 Federal Plaza
New York, NY 10278

Alex Mashinsky, Defendant, Pro Se

Exhibit A

SUBJECT: GXD Labs and EquitiesFirst Announce Resolution of Claims Relating to Celsius Bankruptcy Estate
DATE: 05/22/2026 05:51:03 PM

MIAMI & INDIANAPOLIS--(BUSINESS WIRE)--Today, GXD Labs, a wholly-owned subsidiary of Atlas Grove Partners, and EquitiesFirst jointly announced a settlement of claims relating to loans made by EquitiesFirst to Celsius Network. The settlement, which includes $500 million in payments, resulted in the dismissal of both an adversary proceeding originally filed in September 2023, and a related arbitration.

"We are pleased to have reached a settlement with EquitiesFirst," said R Christian Wyatt, Co-Founder and Managing Partner, GXD Labs. "This bespoke, out-of-court resolution is an important milestone for Celsius's creditors and the bankruptcy estate, and a testament to the rigorous, strategic approach our firm brings to complex asset recovery."

"We appreciate the collaboration with GXD Labs to put this matter behind us," said Al Christy, Jr., Founder and Chief Executive Officer, EquitiesFirst. "EquitiesFirst looks forward to continuing to be a leading provider of progressive capital throughout the world just as we've done since the firm was founded 24 years ago."

GXD Labs managed the litigation against EquitiesFirst through the Blockchain Recovery Investment Consortium (BRIC), which was created in early 2023 to maximize recoveries in complex digital asset bankruptcies like Celsius. The BRIC was appointed Complex Asset Recovery Manager and Litigation Administrator by the Debtors and Unsecured Creditors' Committee in the Celsius Network bankruptcy in January 2024, following Celsius's exit from bankruptcy protection.

Exhibit B

# S.E.C. Drops Case Against Crypto Exchange

### By BEN PROTESS
### and SHARON LaFRANIERE

Federal regulators have dropped a long-running lawsuit against a prominent cryptocurrency firm with ties to President Trump, court records show, the Trump administration's latest pullback in enforcement of the industry.

In a filing made public on Friday, the Securities and Exchange Commission agreed to dismiss the case against Gemini Trust, a crypto exchange founded and run by billionaire twins, Tyler and Cameron Winklevoss.

The twins, who are among the president's closest allies in the crypto industry, donated to a fundraising committee that backed Mr. Trump's re-election campaign and other Republican organizations. They also contributed to the construction of the new White House ballroom; were founding members of an exclusive club partly owned by Donald Trump Jr., the president's eldest son; and backed a crypto firm co-founded by Eric Trump, the president's second son.

The case stemmed from the implosion, in 2022, of a crypto investment product that Gemini offered. its customers, some of whom lost access to their money for 18 months. They eventually recovered their investment, a development that the S.E.C. cited in its decision to drop the case against Gemini. The investors were made whole after a regulatory action brought by the New York Attorney General's office.

A spokesman for the agency declined to comment on Friday, referring to the joint agreement to dismiss. Gemini did not immediately respond to a request for comment.

The dissolution of the case — at the time one of the S.E.C.'s highest-profile actions against the industry — reflected a broader retreat from crypto enforcement under Mr. Trump, who is himself a crypto mogul.

Last month, The New York Times published an investigation into the S.E.C.'s backtracking from crypto cases, finding that the agency had eased up on more than 60 percent of the crypto lawsuits that were pending when Mr. Trump returned to the White House in January 2025. The agency paused some of its crypto cases, lessened penalties in others and outright dismissed several of the lawsuits.

Gemini is the eighth crypto firm to have its lawsuit dismissed since Mr. Trump started his second term.

Crypto firms with ties to Mr. Trump have fared well. The S.E.C. is no longer actively pursuing any cases against firms with known

---

## The Winklevoss twins, who founded the firm, have ties to Trump.

---

Trump ties, The Times found. The agency backtracked in investigating every firm that has relationships with the Trump family's crypto businesses or has donated to Mr. Trump's political causes. The agency's only remaining crypto cases are against little-known defendants without clear ties to Mr. Trump, The Times found in a data analysis.

In a statement last month, the S.E.C. said that political favoritism "had nothing to do with" how it handled crypto enforcement, and that the agency was pivoting for legal and policy reasons, including concerns about its authority to police the industry. The S.E.C. said that the agency's current Republican commissioners fundamentally disagreed with filing most crypto cases long before Mr. Trump embraced the industry, and that it "takes securities fraud and investor protection seriously."

There is no indication that the president pressured the agency to go easy on specific crypto firms. And The Times did not find evidence that the firms had sought to influence the cases against them through contributions or business ties to Mr. Trump.

During the Biden administration, the S.E.C. sued Gemini and its partner at the time, Genesis Global Capital, in January 2023, saying that hundreds of thousands of customers were left in the lurch when the crypto program collapsed. New York state also sued both companies.

Under the program, called "Gemini Earn," customers lent their digital assets to Genesis in return for interest. Gemini, which acted as an intermediary, took a cut of the transactions. Customers had to create accounts with Gemini Trust to participate in the program.

The customers were allowed to withdraw their funds at any time. But the program fell apart when bad loans by Genesis drove the firm into bankruptcy proceedings. The customers' accounts totaling nearly $1 billion in assets were frozen.

Genesis reached a $2 billion settlement with New York in May 2024, and customers eventually got their money back from the firm. Gemini struck its own deal with the state to pay up to $50 million, if needed, to cover remaining losses.

Gemini acknowledged no wrongdoing and blamed Genesis for the debacle.

In early 2024, Genesis settled with the S.E.C., agreeing to pay a $21 million penalty. "The collapse of the Gemini Earn program underscores the unknown risks that investors are exposed to when market participants fail to comply with the federal securities laws," Gurbir S. Grewal, who then headed the agency's enforcement division, said in announcing the settlement.

But Gemini continued to fight the case. On social media, Tyler Winklevoss called the lawsuit a "manufactured parking ticket."

In April, the S.E.C. moved to freeze the case to negotiate a resolution. The agency disclosed in September that it had struck a deal with Gemini that had to be approved by a vote of the S.E.C. commissioners.

⇔68096-510⇔
Alex Mashinsky
REG # 68096-510
PO BOX 1000
FCI Camp
Otisville, NY 10963
United States

RECEIVED
SDNY PRO SE OFFICE
2026 MAY 29 PM 4:09

FOREVER

WESTCHESTER NY 105
27 MAY 2026 PM 5 L
1775

⇔68096-510⇔
Hon John Koeltl
500 Pearl ST
NEW YORK, NY 10007
United States

Criminal Unit
Pro-Se Filer

10007-131699

