**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

**UNITED STATES OF AMERICA,**

- against -

**ALEXANDER MASHINSKY,**

Defendant.

---

**23-cr-347-1 (JGK)**

Order

**John G. Koeltl, District Judge:**

The motion to amend and supplement the motion pursuant to 18 U.S.C. § 2255 with the information contained in ECF No. 191 is **granted**.

The Government's time to answer or move with respect to the motion to vacate or correct the sentence is extended to sixty days after receipt of this order. The movant shall reply to the Government's response within thirty days after receipt of the Government's response.

**SO ORDERED.**

Dated:    New York, New York
          June 12, 2026

_____
John G. Koeltl
**United States District Judge**