Alexander Mashinsky, Petitioner
Reg. No. 68096-510
FCI Otisville
P.O. Box 1000
Otisville, NY 10963

The Honorable John G. Koeltl
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

August 21, 2026

Re: Mashinsky v. United States
Case #: 26-cv-04480-JGK, related to 23-cr-00347-JGK

Dear Judge Koeltl:

On August 20, 2026, I received the Government's opposition brief related to my pending habeas corpus petition pursuant to 28 U.S.C. § 2255.

As you are aware I am currently incarcerated and my retained counsel has closed his firm. Counsel has also refused to forward any documents which I have requested.

The documents I need in order to prepare my rebuttal response to the Government's opposition papers are currently sealed. It is necessary for the Government to forward these documents to me.

I require and respectfully request that the Government forward the following documents to me:

1) the PSR in my case filed by the Probation Department;
2) the 92 page letter with 112 exhibits filed by the defense objecting to the PSR;

3) defense counsel's entire sentencing submission to include defendant's 71-page supplemental exhibit containing 101 further objections to the PSR;

4) all written communications, emails and correspondences between the Government and defense counsel.

I respectfully request that Your Honor order and direct the Government to promptly forward the above referenced documents to me at FCI Otisville.

I further respectfully request that I be given 60 days from the receipt of these documents to file my rebuttal reply to the Government's opposition.

I thank you in advance for your kind attention and support.

Respectfully Submitted,

Alexander Mashinsky, Pro Se